# EXHIBIT 26

REF: **INVEST INTERNATIONAL FINANCE LTD.**

- Certificate of Incumbency

## APOSTILLE
### (Convention de La Haye du 5 Octobre, 1961)

1. Country : British Virgin Islands

**This public document**

2. Has been signed by : Paula Ajarie

3. Acting in the capacity of : Notary Public

4. Bears the Seal/Stamp of : Paula Ajarie

## C E R T I F I E D

5. At : Road Town, Tortola

6. The : 20th day of April, 2022

7. By : DEPUTY GOVERNOR

8. No. : 0077991

9. Seal/Stamp :

10. Signature

_____

Deputy Governor

## NOTARIAL CERTIFICATE

I, **Paula Ajarie** Notary Public for the Territory of the Virgin Islands, practicing in Road Town, Tortola, British Virgin Islands, DO HEREBY CERTIFY AND ATTEST that the document attached hereto is a Certificate of Incumbency of **INVEST INTERNATIONAL FINANCE LTD.**, a BVI Business Company, incorporated on the 5th day of **January, 2017.**

I FURTHER CERTIFY AND ATTEST that the Certificate of Incumbency bears the authentic signature of Denesia P. Richardson, who is duly authorized and has the legal capacity to sign for and on behalf of Carrè Trust (BVI) Limited, the Registered Agent.

Dated this 20th day of April 2022

-------------------------------------
Paula Ajarie
Notary Public
British Virgin Islands





# Certificate of Incumbency

**COMPANY NAME:** INVEST INTERNATIONAL FINANCE LTD.

**INCORPORATION DATE:** 05 January 2017

**COMPANY REGISTRATION NUMBER:** 1934082

**REGISTERED OFFICE ADDRESS:**
Carré Chambers
P.O. Box 260, Road Town
Tortola, VG1110
British Virgin Islands

**AUTHORISED SHARES:** 50,000 shares with a par value of USD 1.00 each

**CURRENT STATUS:** Good Standing

**CURRENT DIRECTORS:**

| Name: | Appointment Date: |
|---|---|
| Olga Kroon | 22-Oct-2019 |

The Director(s) be entitled to sign for and on behalf of the Company by Sole Signatory Power.

**REGISTERED SHAREHOLDERS:**

| Name: | No of Shares: |
|---|---|
| Boltenko Trust AG as Trustee of the September Trust | 10,000 |

We, Carré Trust (BVI) Limited of Carré Chambers, P.O. Box 260, Road Town, Tortola, VG1110, British Virgin Islands, being the Registered Agent of the above Company, hereby certify that according to our records the above information is correct as at the date hereunder.

Road Town, Tortola
British Virgin Islands

Dated the 20th day of April 2022

*Richardson* (signature)

...................................................
AUTHORIZED SIGNATORY
FOR AND ON BEHALF OF
CARRÉ TRUST (BVI) LIMITED
REGISTERED AGENT