UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff(s),<br><br>   v.<br><br>THE M/Y AMADEA, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531,<br><br>      Defendant(s). | 23-CV-9304 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued January 8, 2024, rescheduled an initial pretrial conference to January 10, 2024, at 11:00 A.M. EST.  *See* Dkt. No. 14.  Due to an unforeseen conflict on the Court's calendar, it is hereby **ORDERED** that the initial pretrial conference is **ADJOURNED,** *sine die*. The Court will issue a further order rescheduling the conference as soon as practicable.  The Court thanks the parties for their continued flexibility.

SO ORDERED.

Dated: January 9, 2024
  New York, New York

               DALE E. HO
            United States District Judge