UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                              Plaintiff(s),<br><br>v.<br><br>THE M/Y AMADEA, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531,<br><br>                              Defendant(s). | 23-CV-9304 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued December 13, 2023, set a deadline for claimants to answer, move, or otherwise respond to the Complaint by January 26, 2024.  *See* Dkt. No. 11.  The initial pre-trial conference was held on January 17, 2024.

For the reasons discussed at the conference, it is hereby **ORDERED** that the parties shall meet and confer in good faith regarding the maintenance fees for the property at issue in this forfeiture action.  The parties shall file a status letter by **February 2, 2024,** stating whether they have reached agreement on how to deal with the maintenance fees and whether Plaintiff will seek interlocutory sale of the property.  Claimants shall file any motion regarding the substitution of the property at issue by **February 9, 2024.**  The deadlines set forth in Local Civil Rule 6.1(b) shall govern the briefing of any such motion.

It is further **ORDERED** that the parties' request for discovery periods longer than the Court's default is **GRANTED**.  A case management plan and scheduling order will issue separately.  The parties may file any stipulated protective order regarding the production of confidential materials.  The parties may raise any disputes relating to the production of the

government's case file or the service of interrogatories under Supplemental Rule G to the Federal

Rules of Civil Procedure as necessary.

      SO ORDERED.

Dated: January 17, 2024
       New York, New York

                                          DALE E. HO
                              United States District Judge