

January 24, 2024

**VIA CM/ECF**
The Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

      As Your Honor is aware, we represent Claimants in the above-referenced matter and write to respectfully request permission to file an oversized brief when we file our motion to dismiss the Forfeiture Complaint this Friday. As Your Honor is also aware, this case involves the government's attempt to forfeit a $300 million vessel based on a 34-page complaint asserting several claims of sanctions violations and money laundering. We require 10 extra pages in order to assert our clients' rights to present to the Court a fulsome discussion of the factual and legal issues that arise from the Complaint. We have conferred with the government who consents to our request that our opening brief and the government's opposition brief be permitted to be up to 35 pages.

      Respectfully submitted,

Adam C. Ford

cc: all counsel of record (via CM/ECF)

ADAM C. FORD   |   NEW YORK • AUSTIN • MIAMI   |   P: 212.858.0040   |   fordobrien.com