UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE M/Y *AMADEA*, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531, INCLUDING ALL FIXTURES, FITTINGS, MANUALS, STOCKS, STORES, INVENTORIES, AND EACH LIFEBOAT, TENDER, AND OTHER APPURTENANCE THERETO, <br><br> Defendant-*In-Rem*, <br><br> and <br><br> EDUARD YURIEVICH KHUDAINATOV, MILLEMARIN INVESTMENTS LTD., <br><br> Claimants. | Case No. 1:23-cv-09304 <br><br> The Honorable Dale E. Ho <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF CLAIMANTS' MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the memorandum in support of this motion, Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd. hereby moves this Court, before the Honorable Dale E. Ho, United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, to dismiss Plaintiff's Verified Complaint for Forfeiture pursuant to F.R.C.P. Rule 12(b)(6) and Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions E and G.

Dated: January 26, 2024

Respectfully submitted,

FORD O'BRIEN LANDY LLP

By: *Adam Ford*
Adam C. Ford
Renée L. Jarusinsky
Anjula S. Prasad
Stephen R. Halpin III
Bryan W. McCracken
275 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 858-0040 (main)
Fax: (212) 256-1047
aford@fordobrien.com
rjarusinsky@fordobrien.com
aprasad@fordobrien.com
shalpin@fordobrien.com
bmccracken@fordobrien.com

*Attorneys for Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd.*