UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :

UNITED STATES OF AMERICA,
                                                              :

       Plaintiff,
                                                              :

      - v. -
                                                              :

THE M/Y *AMADEA*, A MOTOR YACHT
BEARING INTERNATIONAL MARITIME   :   23 Civ. 9304 (DEH)
ORGANIZATION NO. 1012531, INCLUDING
ALL FIXTURES, FITTINGS, MANUALS,
STOCKS, STORES, INVENTORIES, AND   :
EACH LIFEBOAT, TENDER, AND OTHER
APPURTENANCE THERETO,                    :

                                                              :
       Defendant-*In-Rem*.
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION FOR INTERLOCUTORY SALE

      PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the United States of America's Motion for Interlocutory Sale, the Declaration of Jennifer Crane, the Declaration of Joshua L. Sohn, and all prior pleadings and proceedings herein, Plaintiff the United States of America, by its attorneys, Damian Williams, United States Attorney for the Southern District of New York, Margaret A. Moeser, Acting Chief of the Money Laundering and Asset Recovery Section, and Jennifer Kennedy Gellie, Acting Chief of the Counterintelligence and Export Control Section, hereby moves for interlocutory sale pursuant to Rule G(7)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

      Pursuant to the Court's Order dated February 6, 2024, ECF No. 31 at 3, Claimants' opposition to Plaintiff's motion, if any, is due no later than February 23, 2024.

Dated:  New York, New York
         February 9, 2024

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   /s/ *Jennifer Jude*
JENNIFER JUDE
MICHAEL LOCKARD
Assistant United States Attorneys


MARGARET A. MOESER
Acting Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

By: /s/ *Joshua L. Sohn*
JOSHUA L. SOHN
Trial Attorney
Money Laundering and Asset Recovery
Section


JENNIFER KENNEDY GELLIE
Acting Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control
Section (CES)