UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA,
:
       Plaintiff,
:
       - v. -
:
THE M/Y *AMADEA*, A MOTOR YACHT
BEARING INTERNATIONAL MARITIME :     23 Civ. 9304 (DEH)
ORGANIZATION NO. 1012531, INCLUDING
ALL FIXTURES, FITTINGS, MANUALS, :
STOCKS, STORES, INVENTORIES, AND
EACH LIFEBOAT, TENDER, AND OTHER :
APPURTENANCE THERETO,
:
       Defendant-*In-Rem*.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF JENNIFER CRANE

I, Jennifer Crane, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.     I am Assistant Chief in the Personal Property Unit of the Asset Forfeiture Division of the U.S. Marshals Service ("USMS"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, could and would testify competently thereto.

2.     I share responsibility for managing the maintenance and upkeep of the M/Y *Amadea*, Int'l Maritime No. 1012531, while it is in the custody of the USMS.

3.     Maintaining the *Amadea* is costing the U.S. Marshals Service approximately $600,000 per month. These costs can be itemized as follows:

    a. Approximately $360,000 per month for crew salary.

    b. Approximately $75,000 per month for fuel.

    c. Approximately $165,000 per month in other expenses, including maintenance, crew food, waste removal, and miscellaneous expenses.

4. USMS has been incurring these monthly costs since June 2022.

5. In addition to these monthly costs, the annual insurance premium for the *Amadea* is $1,725,000. USMS is making a premium payment in this amount this month.

6. The *Amadea* is scheduled to go to dry dock in March 2024 with an estimated cost of $5.6 million. Dry dockingis a process in which a vessel is taken out of the water for the purpose of making certain known and required repairs. This is required to maintain insurance coverage and is necessary to maintain the vessel's classification, which affects its value. The upcoming dry docking is expected to take approximately two months, during which USMS has negotiated to not pay the above-referenced monthly costs, which USMS will resume paying when the *Amadea* is returned to the water in May 2024.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Signed this 9th day of February, 2024, in Miami, Florida.

                                                      _____
                                                           Jennifer Crane