

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 12, 2024

By ECF
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

    I write on behalf of Plaintiff the United States of America (the "Government") to provide the Court with information relevant to the pending motion to dismiss the Government's Complaint. Claimants Eduard Khuadainatov and Millemarin Investments Ltd. (together, "Claimants") filed that motion on January 26, 2024. ECF No. 25. Pursuant to Local Civil Rule 6.1(b), the Government's deadline to file an opposition to the motion was February 9, 2024. However, on February 9, the Government served Claimants with a set of special interrogatories pursuant to Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and by so doing, stayed the deadline for opposing the motion until 21 days after Claimants respond to the interrogatories.[1] Supp. R. G(6)(c). The Government also anticipates filing an Amended Complaint that will moot Claimants' pending motion before its response to that motion is due.

    We thank the Court for its consideration of this submission.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney
                          Southern District of New York

                    By: */s/ Jennifer Jude*
                          JENNIFER JUDE
                          MICHAEL LOCKARD
                          Assistant United States Attorneys

---

[1] Claimants' responses to the interrogatories are due March 1, 2023. Supp. R. G(6)(b).

MARGARET A. MOESER
Acting Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

By: /s/ *Joshua L. Sohn*
JOSHUA L. SOHN
Trial Attorney
Money Laundering and Asset Recovery
Section


JENNIFER KENNEDY GELLIE
Acting Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control
Section (CES)

cc: Claimants' counsel (by ECF)