# EXHIBIT C
## (Part 1 of 2)

**IN THE HIGH COURT OF FIJI AT SUVA**
**CIVIL JURISDICTION**

Civil Action No. HBM No. 57 of 2022

**BETWEEN** : **THE DIRECTOR OF PUBLIC PROSECUTIONS** of the Republic of Fiji, 25 Gladstone Road, Suva.

**Applicant**

**A N D** : **SULEIMAN ABUSAIDOVICH KERIMOV** being the beneficial owner of the Motor yacht Amadea with International maritime Organisation Number 1012531 having his address of service at Haniff Tuitoga, 12 Vesi Street, Flagstaff.

**First Respondent**

**A N D** : **MILLEMARIN INVESTMENT LTD** having its address of service at Haniff Tuitoga, 12 Vesi Street, Flagstaff

**Second Respondent**

I, ▇▇▇▇▇▇, of ▇▇▇▇▇▇ and from ▇▇▇▇▇▇ currently in command as Captain on board the Motor Yacht Amadea currently berthed at the Lautoka Wharf say as follows:

1.   My name is ▇▇▇▇▇. I am one of the rotating Captains of the Motor Yacht, Amadea with the International Maritime Organization Number 1012531. I have held the position of Captain since November 2020. I am a Merchant Navy educated Master Mariner (Unlimited) with a formative background of experience derived from Passenger Cruise ships. Below is a list of selected main licenses that I hold. Annexed hereto and marked **"MZ 1"** is a fuller list of qualifications.

| DOCUMENT | DOC. NUMBER | ISSUED |
|---|---|---|
| **(CoC) CERTIFICATE OF COMPETENCE STCW - MASTER UNLIMITED** | ▇▇▇▇▇ | BSH-2020-10-0267 Issuing Authority: BSH / Bearbeiter: Mrs. Sabrina Petat issued. 09.06.2020 |
| **CAYMAN ISL. ENDORSEMENT MASTER LICENSE** | Endors.Nr. ▇▇▇▇▇ | Maritim Authority of Cayman Islands, 31.07.2020, Mr. Greg |

|  |  | Evans, QR Code Seal Nr. 0020125 |
|---|---|---|
| **STCW - GENERAL OPERATORS CERT. GMDSS RADIO (GOC)** | Nr.▮ | BSH-2020-81-0383, BSH Hamburg, issued: 09.06.2020, Mrs. Sabrina Patat |
| **SERVICE on PAX SHIP Full Crowd & Crisis (refresher)** | Nr.: BSH- ▮ Doc.Evidence ▮ | Refresher PAX Ship Full + Crowd & Crisis done at "ma-co" Hamburg 03.012.2015 / Documentary Evidence No: ▮ |

2010 – 2011   MPI "Diploma in Superyacht Operations" (Distance Learning Degree, Academic body: University of Portsmouth)

1999 – 2003   8 Semesters study of "Nautical Sciences" (Merchant Navy) (University of Applied Sciences, Oldenburg)

1996 – 1998   4 Semesters study of "Business Administration" (Ludwig - Maximilians - University, Munich)

2.     The Amadea is a 106.1 meter, 348.09 foot (LOA) Lurssen built motor yacht with 6 decks, delivered in 2017. Her gross tonnage volume is 4402 GRT. To display the size of the vessel, below is a photo of the Amadea located in the port of Nice, France. Annexed hereto and marked **"MZ 2"** are further photos of the outside of the Amadea.



3. The Amadea is a technically very complex mega yacht. The ships particulars of the Amadea are as follows:

## Yacht Particulars

| PRINCIPAL DIMENSIONS | |
|---|---|
| LENGTH OVERALL | 106.1m (348') |
| LENGTH WATERLINE | 91.7m (301') |
| LENGTH BETWEEN PERPENDICULARS | 81.95m (269) |
| BREADTH – MOULDED | 16.8m (55') |
| DEPTH – MOULDED | 7.4m |
| DRAFT (D.W.L) | 4.0 m (13') |
| AIR DRAFT (D.W.L.) | 27.31m (89.6') |
| BLOCK COEFFICIENT | |
| MAX SPEED | 19.5 knots |
| CRUISING SPEED | 13 knots |

| COMPLEMENT | | |
|---|---|---|
| Passengers: 16 | Crew: 34 | Total: 50 |

| TONNAGE | |
|---|---|
| DISPLACEMENT | tonnes |
| GROSS TONNAGE | |
| NET TONNAGE | |

| ANCHORS | |
|---|---|
| FORWARD ANCHORS | 2 x 1230 kg HHP Anchors<br>Cable:<br>(P) 1 x 9 ½ shackles (261m)<br>(S) 1 x 9 ½ shackles (261m)<br><br>1 shackle = 27.5m (895kg)<br>Max heaving rate = 12m p/min |

| TANK CAPACITIES | |
|---|---|
| FUEL TOTAL | 350 m³ (40m³ in use) |
| HELICOPTER (JET A-1) | Nil |
| GASOLINE STOWAGE | Nil fixed<br>140l in cans |
| LUBE OIL | 10 m³ |
| HYDRAULIC OIL | 2.6 m³ |
| BILGE DRAIN | 7.5 m³ |
| FRESH WATER | 80 m³ (4 x tanks) |
| TECH WATER | 30 m³ (3 x tanks) |
| WATER BALLAST | 380 m³ (15 x tanks) |
| GREY WATER | 25 m³ |
| BLACK WATER | 13 m³ |

| CLASSIFICATION | DNV-GL 100A5 ⚓ Passenger Yacht<br>NC AUT (PYC) |
|---|---|
| FLAG | Cayman Islands (George Town) |
| IMO | 1012531 |
| OFFICIAL NUMBER | 746659 |
| CALL SIGN | ZGFM7 |
| MMSI | |

| MAIN ENGINES<br><br>8600 kW TOTAL | 2 x MTU 20V 4000 M93L<br>4300 kW<br>(non-reversible diesel engine, max speed<br>2100 RPM, four stroke, turbo charged and<br>after cooled) |
|---|---|
| GENERATORS<br><br>1725 kW TOTAL | 3 x MTU 12V 2000 M41A<br>575kW @ 1500RPM<br>Unidirectional diesel engine, max speed 1500<br>rpm, four stroke, turbo charged and after<br>cooled |
| EMERGENCY GENERATOR | 1 x MTU DDCS60HKS<br>298 kW @1500RPM |
| BOW THRUSTER | 1 x 300 kW<br>Schottel SPJ 82 RDL<br>Pump Jet 360° |
| STERN THRUSTER | 1 x 300 kW (Limited to 240 kW)<br>Voith Ring motor 7 bladed rim inline<br>diameter propellers |
| MAIN PROPELLERS | 2 x Schaffran CPP 5 x bladed<br>propellers, DIAM 2.6m<br>Outward turning |
| RUDDERS | 2 x Becker<br>Twisted semi-balanced rudders<br>(range 35° P-S) |
| STEERING SYSTEM | 2 x Hydraulic RAM Actuators<br>Jastram<br>2 hydraulic pumps per rudder<br>Rudder Movement 35° to 35°<br>14s (2 pumps)<br>28s (1 pump) |

4. Amadea's monthly running costs, of which a rough breakdown is given below, range between US$ 850.000 and 1.1 million US dollars per month. As such, due to her value and her operating costs, there are a very limited number of UHNWI (Ultra High Networth Individuals) who can afford her upkeep, let alone her purchase price. The above amount does not include reserves for refit or biannual drydocking.

5.    The approximate breakdown of the costs is as follows:

AMADEA's annual budget excluding owners related expenses *(Helicopter, etc.)* = 12.76 Mil EUR ($ 13.8m USD p/a) = <u>1.150.000 USD/m</u>

Main Cost factors being:

- CREW
- FUEL
- MAINTENANCE

Thereof:

<u>Fix Cost:</u>                               <u>$223.268 USD/m</u>

- Contracts & Subscriptions 432k EUR p/a/12 = 36.000 EUR/m ($38.900 USD/m)

- Insurance        980k EUR p/a/12 = 81.666 EUR/m ($88.268 USD/m)

- Registration & Mar. Compliance 250k EUR p/a / 12 = 20.833 EUR/m ($22.500 USD/m)

- Techn. Maintenance      840k EUR p/a/12 = 70.000 EUR/m ($73.600 USD/m)

<u>Variable Cost:</u>                        <u>$549.800 USD/m</u>

- Fuel    Underway @ 13kts 15m3 per day  = 15.900 USD/Day
  At Anchor:   4m3/day (Fiji @ 1.06 $ USD /ltr) = 4240 USD/day x30 = ($127.200 USD/m)

- Crew Monthly Payroll = 391k EUR p/m ($422.600 USD/m)

6.    Due to the sheer square meters and the nature and quality of materials used, a mega yacht of the dimensions of Amadea needs:

- more man hours,
- higher numbers of crew for adequate manning
- specialized product knowledge
- specially trained and experienced crew
- the Amadea has highly elevated requirements for the upkeeping and maintenance compared to a normal ship.

7.    Interior air-conditioned ambient conditions need to be maintained within stable parameters equivalent to artwork i.e., 21 deg. Celsius and 55% relative humidity. If these conditions are not maintained, precious woods and delicate silk fabrics fitted in the Amadea will suffer irreversible damage.

8.     There are further reasons why the Amadea has more complex maintenance requirements. The Amadea features:

- delicate marble and stones,
- delicate or gilded metal fittings,
- sensitive carpets
- delicate silk and furniture
- precious woods and leathers
- high gloss interior varnished surfaces
- exterior teak decking
- exterior mirror polished stainless steel surfaces
- exterior high gloss paint system,
- complex technical systems (e.g., stabilizers, helicopter glide angle indicator)
- 3 complex tenders
- more complex hydraulic systems

9.     Amadea generally carries a crew of 30 – 36 Crew, 20 Crew are required according to mandatory "Minimum Safe Manning". To ensure upkeep in current condition without guest operations, 24 crew are required to maintain her interior, exterior and technically.  At present there are thirty five (35) crew on the Amadea while berthed at Lautoka Wharf. Annexed hereto and marked **"MZ 3"** is a crew organogram and job descriptions with duties and responsibilities.

10.    The Amadea is CLASSED with Classification Society Lloyds Register and is registered under Cayman Islands Flag. This means that the standards of construction and technical upkeep according to "Passenger Yacht Code" are monitored in regular audits and the mandatory inspection regime by the Classification Society Lloyds Register is adhered to.

11.    Removal of the Amadea to the United States of America will have a cascading negative impact on the vessel's condition and value.

12.    There are advantages in not moving and re-locating the Amadea to the US and to remain in Fiji while the Court process is underway with the existing crew and competent property manager ensuring:

- No unnecessary Ocean Passage to the US (e.g., 4900nm to San Francisco) is undertaken which would present
  a.)    unnecessary risk for the Asset, Crew and the Environment
  b.)    stresses the asset,

c.) decreases its value,

d.) generates unnecessary costs of 260m3 in Fuel

e.) puts 16days x 24 hrs = 384hrs > 400 Running hours on stabilizers, generators and main Engines and systems.

Further Advantages If AMADEA remains in Fiji:

- No US visa required for crew travel.
- Stable status in Fiji would allow contractors to attend for maintenance
- The Amadea won't suffer as many crew resignations as relocation to the US will entail
- we can recruit as normal for 5 vacancies (2 Deckhands, Purser, Senior Service and SPA Assistant.)
- Crew not confined on board
- If allowed to remain at quarantine anchorage we can produce Potable Water from reverse osmosis plant. (Silty water in port does not provide for that at the moment)
- we can carry out the repair of the recently found pitting (Steel Thinning) in the Ballast water Tank (see Engineering report)
- we are geographically better positioned for further Guest Voyages in Fiji, Pacific Islands and Indonesia which was the original intention before detention.

13. The intervention of a substitute custodian unnecessarily destroys the foundations and structure of Maritime Compliance of the Amadea by

(a) Removal of the current Management Company "IMPERIAL YACHTS" and

(b) transfer of asset ownership to a Custodian Owner

which triggers unnecessary destruction of the following foundations of Maritime Compliance:

- H&M   HULL & MACHINERY Insurance (With Co-Assured Parties!)
- P&I    PROTECTION & INDEMNITY Insurance (Liability, Environment & Accident)
- Crew Welfare Insurance (with Co-assured Parties)
- ISM/ISPS Manager "DOHLE"
    o ISM Compliance (Int. Safety Management,
    o ISPS Compliance (Int. Ship and Port Facility Security Code)
- Adequate Flag state Registration (Cayman Islands)

- Seafarers Employment Contracts ("Ocean Crew Limited", Co-Assured Employment company)
- Contract for Electronic Navigational Charts, Permits, updates and corrections and Nautical Publications from chart supplier "DaGama" will cease.

14. Once the named operator, the Captain or Relief Captain, is removed, insurance will cease and it is my understanding that if cancelled, comparable insurance will prove difficult to find.

15. Questioning the required competence of the substitute custodian and time needed to understand the vessel, the International Safety Management System (**"ISM System"**) and Amadea's Safety Management Manual (**"SMM"**) as well as operational procedures and Captain's handbook alone would take two weeks minimum to come up to speed on and be proficient in. The ISM Main Manual providing just an overview on Structures and Shipboard Operational Procedures (SOPs) alone is 60 Pages in detailed length and the **Captain's Handbook** by the Shipyard is >170 pages in length.

16. **Safety & Emergency Response**: If the current crew is removed the competence for adequate response to emergency situations is compromised. A substantial amount of time, safety familiarisation and introduction is needed to acquire the knowledge about correct operation of safety systems, about how to strategically approach a location of fire, knowledge of what sequence of response is triggered and what flow of actions are necessary to deal with the various emergency scenarios. Scenarios could be Fire, Ingress of water, Collision, Grounding, Abandon Ship, Launching of Survival Crafts like Rescue boats and Life Rafts as well as tenders. Launching arrangements for Rescue boats are especially complicated on Amadea. Without proper time for handover and practical exercise during Drills and Training a new crew will not be orientated enough and will not be able to acquire the knowledge required to operate safety systems efficiently. In consequence the vessel cannot be considered in "Seaworthy Condition".

17. Equally, if the engineering team is removed, the consequences and loss of operational knowledge will be devastating.

18. Finally, if the vessel is removed to a distant commercial dock where she will be mothballed with a skeleton crew who is emotionless and indifferent of her condition, her interior and exterior finishes as well as her mechanical systems will rapidly deteriorate, likely to a point of no return, which will leave an

unsaleable hull, noting that the wood panels in the interior will warp unless proper environmental conditions regarding temperature and humidity are maintained.

19.  It is my belief that even the most qualified of substitute custodians would be incapable of maintaining, let alone running a yacht of the complexity of Amadea to the current standard, especially not with an entirely new and unfamiliar skeletal crew.

20.  Relocating the Amadea to the U.S will also almost certainly trigger suspension of appropriate maintenance, will compromise statutory certification and will entail the loss of Flag State compliance.

21.  There appears to be at hand a team of US Marshalls on the ground already in Fiji. Mr. Bill O'Dell with a team of "National Maritime" (an expert company assisting with consulting and execution of maritime asset forfeiture) are waiting already to take the Amadea to the U.S.

22.  I spoke to Mr Bill O'Dell during a telephone conference in presence of the Fijian Police and the FBI on 17 April 2022. I was asked by Mr. Bill O'Dell, who introduced himself on the call about the vessel's technical specifications such as fuel capacity, range, fuel consumption while underway or alongside, any due technical maintenance, financial status and outstanding financial obligations, navigational chart licenses and autonomy regarding crew provisions. During this call it was also mentioned that a team of US Marshals would arrive soon.

23.  The information requested suggests that the US had the firm intention to relocate the Amadea to the U.S at very short notice.

**SWORN** by the said ████████████████ at ]
Lautoka, Fiji this 2nd day of May 2022 ]
before me: ]

**A Commissioner for Oaths**

RAVNEET CHARAN (LL.B P.D.L.P)
BARRISTER. & SOLICITOR
COMMISSIONER FOR OATHS

This Affidavit is filed by **HANIFF TUITOGA**, solicitors for the Second Respondent whose address for service is at 12 Vesi Street, Flagstaff, Suva.

**MANILLLA
BRIGHT
DIVIDERS
10 TAB A4**

**marbig**

**Ref No: 37200F**
Made in China
**www.marbig.com**

This is the annexure marked "█ 1" referred to in the Affidavit of
█ sworn at Lautoka this   2ⁿᵈ   day of May 2022
before me:

A Commissioner for Oaths

RAVNEET CHARAN (LL.B P.D.L.P)
BARRISTER. & SOLICITOR
COMMISSIONER FOR OATHS

# CERTIFICATE OVERVIEW

Michael J. Zerr, Alois-Deschler Str. 1a, 82166 Gräfelfing, Tel. mobil : +49 (0)172 8444 664

E-mail : michael.zerr@yahoo.de

**FOLDER :**  ( List updated: 02.02.2022 )

| No. | DOCUMENT | DOC. NUMBER | ISSUED | VALIDITY | EXP. Date |
|---|---|---|---|---|---|
| **SEAMANSBOOK** | | | | | |
| | GER SEAMAN'S ID CARD | | 2. BSH Hamburg BSH-2020-208-00809, Issued: 09.06.2020 | 6/8/2030 | VALID |
| | CAYMAN ISL. SEAMANS BOOK | | Maritim Authority of Cayman Islands, 02.08.2020, Mr. Greg Evans, QR Code Seal Nr. 0020125 | 5 years | VALID |
| | GERMAN SEAMANS BOOKS | | 1. Seemannsamt Emden 24.11.1998 2. Seemansamt Hamburg 01.08.2007 | ......... | No Longer used |
| | BAHAMAS SEAMANS BOOK | | Issued 08.06.2005 // NEW BMA SRB issued : 02.02.2017 | Infinite | VALID |
| | MARSHALL ISL. SEAMANS BOOK | | Issued : 16.01.2018, // Mr. John K. Hafner | 5 years | 1/15/2023 |
| | BERMUDA SEAMANS BOOK | | Issued : 05.11.2018 // | 10 years | 11/5/2028 |
| **MASTER  CoC** | | | | | |
| | (CoC) CERTIFICATE OF COMPETENCE STCW - MASTER UNLIMITED | | BSH-2020-10-0287 Issuing Authority : BSH / Bearbeiter : Mrs. Sabrina Patzl Issued 09.06.2020 | 5 years | 6/8/2025 |
| | CAYMAN ISL. ENDORSEMENT MASTER LICENSE | | Maritim Authority of Cayman Islands, 31.07.2020, Mr. Greg Evans, QR Code Seal Nr. 0020125 | 5 years | 6/8/2025 |
| | BAHAMAS ENDORSEMENT MASTER LICENSE | | BAHAMAS Commonwelth, 02.02.2017, Mr. Dwain Hutchinson | 4 years | 6/22/2020 |
| | MARSHALL ISL. ENDORSEM. MASTER LICENSE | | Repub. Off the Marshall Isl. , 02.02.2017, Mr. John K. Hafner | 4 years | 6/22/2020 |
| **MEDICAL** | | | | | |
| | MEDICAL CERT. | | Cert.Ident.Nr.: 20218 - 22023125616304 BBG Seeärzl.Dienst, Pasing, Dr. Schaller, 28.09.2021 | 2 years | 9/28/2023 |
| **GMDSS RADIO GOC** | | | | | |
| | STCW - GENERAL OPERATORS CERT. GMDSS RADIO ( GOC ) | | BSH-2020-B1-0303, BSH Hamburg, Issued: 09.06.2020, Mrs. Sabrina Patzl | 5 years | 6/8/2025 |
| | CAYMAN ISL. ENDORSM. GMDSS RADIO | | TO BE APPLIED FOR | 4 years | |
| | BMA ENDORSM. GMDSS RADIO | | BAHAMAS Commonwelth,02.02.2017 | 4 years | 14/12/21 |
| | MARSHALL ISL. ENDORSM. GMDSS RADIO | | Republic of the Marshall Islands, Maritime Administration Issued 16.01.2018 | 4 years | 14/12/21 |
| **VACCINATION PASSPORT** | | | | | |
| | VACCINATION PASSPORT | | München | Infinite | VALID |
| **STCW BASIC SAFETY Training** | | | | | |
| | (BST) BASIC SAFETY TRAINING | | SeeBG am 27.12.2000  Nr. 8166/00 Sicherheitsgang 13.11.1987  1. Hilfe 12.12.99. | was infinite | refresher done |
| | BASIC SAFETY TRAINING (Refresher 2, 2020) | | ISSUED : 18.05.2020 - DOCUMENTARY EVIDENCE No.: AFZ-2020-27817 | 5 years | VALID until 17.05.2025 |
| | (AFF) ADV. FIRE FIGHTING | | SeeBG 13.09.2002  SBG-2002-03-1701 ( Borstelmann ) | was infinite | refresher done |
| | ADV. FIRE FIGHTING -  (Refresher 2, 2020) | | ISSUED : 19.05.2020 - DOCUMENTARY EVIDENCE No.: AFZ-2020-27817 | 5 years | VALID until 18.05.2025 |

| | | | | |
|---|---|---|---|---|
| SURV. CRAFT & RESCUE BOATS (Initial) | ▓ | SeeBG am 20.12.2002 SBG-2002-02-2447 ( Borstelmann ) | was infinite | refresher done |
| SURV. CRAFT & RESC. BOATS (Refresher 2, 2020) | ▓ | ISSUED : 20.05.2020 - DOCUMENTARY EVIDENCE No.: AFZ-2020-27817 | 5 years | VALID until 19.05.2025 |

**PAX SHIP**

| | | | | |
|---|---|---|---|---|
| SERVICE on PAX SHIP Full Crowd & Crisis (refresher) | ▓ | Refresher PAX Ship Full + Crowd & Crisis done at "ma-co" Hamburg 03.012.2015 / Documentary Evidence No: 1133366 | 5 years | 12/3/2020 |
| CRISIS Mgmnt & HUMAN BEHAVIOUR SOLAS VI/6 | ▓ | Refresher "MARLINS.co.uk" Online 03.012.2015 / Documentary Evidence No: SvBle4sYBV Issued 27.10.2020 | 5 years | 10/27/2025 |
| M.E.S. DEPLOYMENT | ▓ | M.E.S. Deployment Cert. ISSUED: 20.05.2020 | 2 years | 5/20/2022 |

**ARPA & ECDIS**

| | | | | |
|---|---|---|---|---|
| ECDIS Training (GENERIC) | ▓ | BSH - 2011-921-004 / MTC Hamburg, 13.-17.06.2016 | Refresher / (5y) | VALID infinite |
| ECDIS RAYTHEON ANSCHÜTZ (TYPE SPECIFIC) | ▓ | Done 19.01.21 ... SAFEBRIDGE Supervisor ID: AB314lex | 5 years | VALID infinite |
| ECDIS Training NACOS PLATINUM (TYPE SPECIFIC) | ▓ | Done 01.-03.03.2016 ... WÄRTSILÄ Mr. Stefan Röder | 5 years | VALID infinite |
| ECDIS Training SAM MULTIPILOT (TYPE SPECIFIC) | ▓ | Done at MTC Hamburg 13.-17.06.2016 | 5 years | VALID infinite |
| ECDIS Training TRANSAS NS4000 (TYPE SPECIFIC) | ▓ | Done at MTC Hamburg 13.-17.06.2016 | 5 years | VALID infinite |
| ARPA & AIS refresher (RADAR) | ▓ | Safebridge Online 22.12.2017 | 5 years | VALID infinite |
| ARPA & ECDIS Training (Initial) | ▓ | Elsfleth 31.01.2003 ( Prof. Dr. Windeck ) | was infinite needs refresher | refresher completed |

**MEDICAL CARE**

| | | | | |
|---|---|---|---|---|
| TRAINING IN MEDICAL CARE | ▓ | Elsfleth 31.01.2003 ( Prof. Dr. Windeck ) | 5 years | EXPIRED & renewed |
| MEDICAL CARE ( Refresher III ) | | "ma-co" Hamburg ( 13.- 16.09.2021 ) | 5 years | VALID until 16.09.2026 |

**SECURITY**

| | | | | |
|---|---|---|---|---|
| ISPS ( Proficiency in SECURITY Duties ) | ▓ | BSH - 2012-07-2411 15.10.2012 Fr. Jaquelino Seidel | infinite | VALID |
| SSO New ( ISPS Ship Security Officer ) | ▓ | 18.06.2009 ISV ( Institut fuer Sicherheitstechnik, Schiffsicherheit ) | infinite | VALID |
| CSO ( ISPS Company Security Officer ) | ▓ | 18.06.2009 ISV ( Institut fuer Sicherheitstechnik, Schiffsicherheit ) | infinite | VALID |
| BRIDGE-TEAM MANAGEMENT | ▓ | Elsfleth 31.01.2003 ( Prof. Dr. Windeck ) | infinite | VALID |

**FOLDER: "SUBORDINATE CERTIFICATES"**

| | DOCUMENT | DOC. NUMBER | ISSUED | VALID | EXP. Date |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | Beschränkt Gültiges UKW Zeugnis | | Regulierungsbehörde für Telecom. und Post, München am 17.07.1996 | infinite | VALID |
| 3 | Führerschein für Yachten ( BR) | ▓ | Prüfungsausschuss, am 26.04.1997, ( Hr. Wendelstein ) | infinite | VALID |
| 4 | Sportboot Führerschein - See ( Yacht inshore ) | ▓ | Prüfungsamt SSS München am 07.12.1996 | infinite | VALID |
| 5 | Sportsee - Schifferschein ( Yacht Offshore ) | ▓ | Verwaltungsstelle Sportseeschifferschein, Hamburg 09.11.2000 ( Hr. Hetzer ) | infinite | VALID |
| 6 | Sporthochsee - Schifferschein ( Yacht Ocean ) | ▓ | Verwaltungsstelle Sport hochsee... Hamburg am 29.01.2002 ( Hr. B. Hetzer ) | infinite | VALID |
| 7 | Allgemeines Betriebszeugniss für Funker | | Regulierungsbehörde für Telecom. und Post, Bremen am 18.05.2001 | infinite | VALID |
| 8 | CERT. FOR SERVICE ON RO-RO | | BSH am 11.02.2003, BSH-2003-64-0004 ( Hr. Jörg Reimers ) | 5 years | EXPIRED 2008 |
| 9 | SERVICE ON TANKERS | ▓ | BSH am 11.12.2002, BSH-2002-53-0074 ( Hr. Dieter Buchholz ) | ? | EXPIRED 2007 |
| 10 | Cert. TANKER COURSE | | Elsfleth 14.10.2002 ( Prof. Dr. Windeck ) | ... | EXPIRED 2007 |
| 11 | HAZMAT (new) | | Rostock 29.05.2020 ( Prof. Dr. Böcker ) | 5 years | VALID: 2025 |

| | | | | | |
|---|---|---|---|---|---|
| | HAZMAT (Refresher 1) | | Rostock 28.11.2016 ( Prof. Dr. Böcker ) | 5 years | VALID: 2021 |
| | HAZMAT (old Initial) | | Elsfleth 25.10.2001 ( Prof. Dr. Windeck ) | ? | EXPIRED 2006 |
| 12 | MALTESE LICENSE (Endorsement) | ▉ | Malta Maritime Authority  21.05.2003 | 5 years | EXPIRED 2008 |
| 13 | OLD- BAHAMAS C/O LICENSE ENDORSMENT | ▉ | Government,   24.05.2005 | 5 years | 4/6/2010 |
| 14 | OLD- BAHAMAS OOW LICENSE ENDORSMENT | ▉ | Government,   21.05.2003 | 5 years | 1/24/2008 |
| 15 | OLD- BAHAMAS GMDSS RADIO LICENSE ENDORSM | ▉ | BAHAMAS Commonwealth, 17.03.2008 | 5 years | 2/18/2013 |
| 16 | US ( C1 / D ) VISA | ▉ | Frankfurt 18.01.2006, 74682519 | ? | 1/17/2016 |
| 17 | | | | | |

This is the annexure marked "██ 2" referred to in the Affidavit of ██████████ sworn at Lautoka this 2 nd day of May 2022 before me:

A Commissioner for Oaths

KAVNEET CHARAN (LL.B. P.B...P)
BARRISTER . & SOLICITOR
COMMISSIONER FOR OATHS















This is the annexure marked "█ 3" referred to in the Affidavit of
█████████████ sworn at Lautoka this  2 ᴺᵈ   day of May 2022
before me:

A Commissioner for Oaths

RAVNEET CHARAN (LL.B P.D.L.P)
BARRISTER. & SOLICITOR
COMMISSIONER FOR OATHS

# IMPERIAL
## CREW ORGANOGRAM
## AMADEA



| Bridge Team | Deck Team | Engineering Team | Galley Team | Interior Team | SPA Team |
|---|---|---|---|---|---|

**Bridge**
On-board: 6 (Max 9)
Employed: 10 (Max 10)

**Deck**
On-board: 7 (Max 8)
Employed: 11 (Max 13)

**Engineering**
On-board: 7 (Max 7)
Employed: 14 (Max 14)

Fully vaccinated & received booster

**Galley**
On-board: 3 (Max 3)
Employed: 8 (Max 6)

3rd booster required

**Interior**
On-board: 10 (Max 12)
Employed: 18 (Max 22)

Refused vaccination

**Interior**
On-board: 2 (Max 3)
Employed: 4 (Max 5)

Currently onboard

**Service Team**

**Interior**
On-board: 3 (Max 3)
Employed: 4 (Max 5)

**Housekeeping Team**

**Housekeeping**
On-board: 4 (Max 5)
Employed: 7 (Max 8)

Crew On-board: 33 (Max 35)
Total Crew: 60 (Max 68)

Version 2.16
Issue date: 28/04/2022



# IMPERIAL



## M.Y. AMADEA

### Duties and Responsibilities

### Section 8

 

## Döhle Yachts  IMPERIAL

---

### *Contents*

RECORD OF CHANGES ...................................................................................................................... 3

Appendix 1   Overall Organisation Chart ........................................................................ 5

**A.1.**   **All Crewmembers** .............................................................................................. 6

**B.1.**   **Captain** .................................................................................................................. 7
**B.2.**   **Relief Captain** ..................................................................................................... 9
**B.3.**   **Chief Officer** ........................................................................................................ 11
**B.4.**   **Second Officer (Navigation & Security)** ..................................................... 13
**B.5.**   **Second Officer (Safety)** .................................................................................... 14
**B.6.**    **Bosun** ................................................................................................................... 15
**B.7.**   **Lead Deckhand** ................................................................................................... 16
**B.8.**   **Deckhand** ............................................................................................................. 17
**B.9.**   **Dive Master / Deckhand** ................................................................................. 18
**B.10.**   **Security / Personal Protection Officer / Deck** ........................................ 19

**C.1.**   **Purser** .................................................................................................................... 21

**D.1.**   **Chief Engineer Officer** .................................................................................... 22
**D.2.**   **First Engineer Officer** ..................................................................................... 24
**D.3.**   **Second Engineer Officer / Tender Engineer** ........................................... 26
**D.4.**   **ETO** ......................................................................................................................... 27
**D.5.**   **AVIT Officer** ......................................................................................................... 28
**D.6.**   **Motorman** ............................................................................................................. 29

**E.1.**   **Chef** ......................................................................................................................... 30

**F.1.**   **Chief Steward (ess)** ........................................................................................... 31
**F.2.**   **Second Steward (ess)** ....................................................................................... 33
**F.3.**   **Senior Service Steward (ess)** ......................................................................... 34
**F.4.**   **Senior Housekeeping Steward (ess)** ........................................................... 35
**F.5.**   **Steward (ess)** ...................................................................................................... 36
**F.6.**   **Spa/Housekeeping Steward (ess)** ................................................................ 37
**F.7.**   **Laundry Steward (ess)** ..................................................................................... 39
**F.8.**   **Masseuse** ............................................................................................................. 40
**F.9.**   **Medic / Housekeeper** ....................................................................................... 40

 

**IMPERIAL**

**RECORD OF CHANGES**

| Date: | Details of Change: | Section / Page Affected: | Issue & Revision in force | Person updating SMS onboard. |
|---|---|---|---|---|
| 03.08.2017 | Amendment | Section 8 / Page 10 | Issue e1 Revision 1 | |
| 29.09.2017 | Amendment | All sections | Issue e1 Revision 1.1 | |
| 10.04.2019 | Formatting fix-up. | Section 8 Page 10 | | |
| | Altered Garbage duties to Second Office (Nav / Sec) | | | |
| 18.07.2019 | *General update to structure* *Introduction of Medic / Housekeeper* | *Section 8* *F.8* | Version e1.4 | |
| 18.12.2019 | *Update to 'Security officer / Personal Protection Officer / Medic / Deck'* | *Section 8; B.9.* | Version e1.5 | |
| 28.01.2020 | *Organogram updated* | *Appendix 1* | Version e1.6 | |
| 11.02.2021 | *Organogram updated* | *Appendix 1* | Version e1.7 | |
| 11.02.2021 | *Interior duties & responsibilities - revised* | *Section 8* *F.1 to F.8* | Version e1.7 | |
| 22.02.2021 | *Appendix 1 revised, various changes to Chief officer, 2nd Officer, Purser, 1/E, 2/E, ETO/AVIT, Motorman, Chef, Chief Stewardess, 2nd Stewardess* | *Appendix 1* *Various* | Version e1.8 | |



# ÏMPERIAL



| 20.10.2021 | Additional line added to 2nd Engineer responsibilities. (D3)<br><br>AVIT/ ETO role split into two distinct roles. (D4 & D5)<br><br>Motorman role re-numbered. (D6) | Section 8<br>D.3 to D6 | Version e1.9 | |
| --- | --- | --- | --- | --- |
| 19.11.2021 | Organogram updated:<br><br>Added Spa Manager<br><br>Added Masseuses<br><br>Added AVIT<br><br>Changed Lead Service to Lead Housekeeper<br><br>Removed 2nd Stewardess | Appendix 1 | Version e1.10 | |



iMPERIAL

Döhle Yachts

APPENDIX 1    OVERALL ORGANISATION CHART

Version e1.9
Issued: 20.10.2021

Section 8
Duties & Responsibilities
Page 5 of 40

Approved by Captain
Issued by Döhle Yachts

 

**İMPERIAL**

# Generic Job Descriptions

**A.1    All Crewmembers**

All Crewmembers are to comply with the laws and regulations concerning the ship and crew made by the Flag State. In addition, other regulations made by foreign Governments, Port Authorities and other regulatory bodies are to be complied with where applicable.

All Crewmembers must: -

a. Be familiar with, and follow the documented policies and procedures in the Safety Management System.
b. Notify their HOD or Safety officer of non-conformances or other deficiencies in the SMS or hazards to personnel or vessel safety. (i.e. reporting any feature which appears contrary to the safety and pollution-free operations).
c. Maintain a high standard of discipline and behaviour and hygiene onboard.
d. Familiarise themselves with the location and use of all fire fighting and lifesaving equipment on board.
e. Attend boat, fire and security drills and undertake safety training as required by the Captain. They can form part of any emergency contingency team per the Emergency Muster List.
   If a Key Person is incapacitated, then the next Senior Crew Member will assume the responsibilities and duties within that department.
f. Assist with the training of junior Ratings.
g. Are to ensure that when driving tenders, local regulations and qualification requirements are met.
h. Perform watch Keeping duties on board the yacht as scheduled and directed by their HOD

On joining a vessel, all Officers are to conduct a thorough inspection of the ship's parts that fall within their responsibility. The operation and any relevant special maintenance instructions are to be explained to the relieving Officer. Handover notes are to be prepared by all outgoing Officers.

 

**Döhle Yachts**   **IMPERIAL**

---

**B.1.    Captain**

REQUIRED QUALIFICATIONS:

STCW II/2 Masters Unlimited

ECDIS IMO Model Course 1.27

Medical STCW 1/9

GMDSS STCW IV/2

Advance Fire Fighting STCW VI/3

Medical Care STCW VI/4-2

Crowd and Crisis Management STCW V/2

---

REPORTS TO:

The Company

RESPONSIBILITIES:

The Captain has full authority, within the limits of the law, over all persons on board, whether they are certified officers, crew or guests and is the representative of the Company.  The primary responsibilities include, but are not limited to the following:

I. Safety of life,
II. Safe operation of the yacht through the implementation and motivation towards the Yacht's Safety and Environmental Systems,
III. Protection of the Marine Environment,
IV. The safety and comfort of the guests, crew and safe operation of the yacht,
V. Verifying that the requirements of the ISM Code are observed and for reviewing the Shipboard management system and reporting its deficiencies to the Company,
VI. Closely examining navigational passages and monitoring their execution during the voyage.  Assuring that all navigational equipment is in good working condition and all nautical publications and charts are corrected and maintained up-to-date,
VII. Ensuring before proceeding to sea that the vessel is seaworthy in all respects and that relevant ship's certificates are valid,
VIII. Ensuring that any necessary surveys for the renewal of the ship's certificates are arranged in good time by advising the Company,
IX. Establishing bunkers in consultation with the Chief Engineer,
X. Being present on the Bridge whenever required, which includes periods of reduced visibility, heavy traffic, navigating in restricted areas and whenever conditions are judged to be a potential threat to the safety of life, the vessel, or environment,
XI. Ensuring that GMDSS requirements are complied with at all times, that all communications through the ship's radio are processed in a timely and efficient manner, and that records required by the Flag Administration and/or Accounting Authority are prepared.

 

XII.   Ensuring that emergency musters and drills are carried out in accordance with the recommendations of the SOLAS Convention 1974 and with Flag State regulations and national requirements when cruising in those waters.

XIII.  Reviewing Contingency plans for emergencies.

XIV.  Implementing training programmes in close consultation with the Chief Officer and Chief Engineer, in order that on board personnel may be familiar with the vessel and safety routines,

XV.   The physical and social welfare of ship's complement, including maintaining discipline, and the monitoring of the Company Drug and Alcohol Policy,

XVI.  Brining to the attention of his relief any information that would assist the relieving Captain in the safe, efficient and economical operation of the vessel, including, advising in writing, both the joining Captain and the Company of any deficiencies, and;

XVII. Ensuring that the vessel has sufficient bunkers, fresh water and is properly victualled with a safe reserve, at all times.

In addition to these primary responsibilities, the Captain is responsible to the owner for the efficient operation of M.Y. AMADEA.

The Captain has the overriding authority and responsibility to make decisions with respect to Safety and Pollution Prevention.  It in certain situations this may mean a departure from the documented procedures in accordance with regulation 10-1, Chapter V of SOLAS.