# EXHIBIT C
## (Part 2 of 2)

 

**IMPERIAL**

### B.2.    Relief Captain

REQUIRED QUALIFICATIONS:

STCW II/2 Master Unlimited

ECDIS IMO Model Course 1.27

Medical STCW 1/9

GMDSS STCW IV/2

Advance Fire Fighting STCW VI/3

Medical Care STCW VI/4-2

Crowd and Crisis Management STCW V/2

REPORTS TO:

The Captain / The Company

RESPONSIBILITIES:

The Relief Captain has full authority, within the limits of the law, over all persons on board whether they are certified officers, crew or guests and is the representative of the Company. The primary responsibilities include, but are not limited to the following:

I.     Safety of life,
II.    Safe operation of the yacht through the implementation and motivation towards the Yacht's Safety and Environmental Systems,
III.   Protection of the Marine Environment,
IV.   The safety and comfort of the guests, crew and safe operation of the yacht,
V.    Verifying that the requirements of the ISM Code are observed and for reviewing the Shipboard management system and reporting its deficiencies to the Company,
VI.   Closely examining navigational passages and monitoring their execution during the voyage. Assuring that all navigational equipment is in good working condition and all navigational publications and charts are corrected and maintained up-to-date,
VII.  Ensuring before proceeding to sea, that the vessel is seaworthy in all respects and that relevant ship's certificates are valid,
VIII. Ensuring that any necessary surveys for the renewal of the ship's certificates are arranged in good time by advising the Company,
IX.   Establishing bunkers in consultation with the Chief Engineer,
X.    Being present on the Bridge whenever required, which includes periods of reduced visibility, heavy traffic, navigating in restricted areas and whenever conditions are judged to be a potential threat to the safety of life, the vessel, or environment,
XI.   Ensuring that GMDSS requirements are complied with at all times, that all communications through the ship's radio are processed in a timely and efficient manner, and that records required by the Flag Administration and/or Accounting Authority are prepared.

 

XII. Ensuring that emergency musters and drills are carried out in accordance with the recommendations of the SOLAS Convention 1974 and with Flag State regulations and national requirements when cruising in those waters.

XIII. Reviewing Contingency plans for emergencies.

XIV. Implementing training programmes in close consultation with the Chief Officer and Chief Engineer, in order that on board personnel may be familiar with the vessel and safety routines,

XV. The physical and social welfare of ship's complement, including maintaining discipline, and the monitoring of the Company Drug and Alcohol Policy,

XVI. Brining to the attention of his relief any information that would assist the relieving Captain in the safe, efficient and economical operation of the vessel, including, advising in writing, both the joining Captain and the Company of any deficiencies, and;

XVII. Ensuring that the vessel has sufficient bunkers, fresh water and is properly victualled with a safe reserve, at all times.

In addition to these primary responsibilities, the Relief Captain is responsible to the Captain for the efficient operation of M.Y. AMADEA. The Captain on leave will be available to the Relief Captain at all times unless otherwise advised. The Relief Captain is to contact the Captain for any decisions that they feel may be appropriate for the Captain's requirement as the direct report to the yacht owner for the Operational, Financial and Personnel performance of the yacht.

The Relief Captain has the overriding authority and responsibility to make decisions with respect to Safety and Pollution Prevention. It in certain situations this may mean a departure from the documented procedures in accordance with regulation 10-1, Chapter V of SOLAS.

 

**IMPERIAL**

---

**B.3.    Chief Officer**

REQUIRED QUALIFICATIONS:

STCW II/2 Chief Officer Unlimited

ECDIS IMO Model Course 1.27

Medical STCW 1/9

GMDSS STCW IV/2

Advance Fire Fighting STCW VI/3

Medical Care STCW VI/4-2

Crowd and Crisis Management STCW V/2

HLO

STCW VI/5 SSO

REPORTS TO:

Master

RESPONSIBILITIES:

I.     Head of the Deck Department and the Master's deputy.
II.    Providing first line emergency response in support of Master.
III.   All safety on board, including ensuring safe working practices, safe working conditions, safety maintenance and safety training, including drills required by statutory requirements and shipboard procedures with special reference to all underwater operations.
IV.    Administration, recording and coordinating of planned deck maintenance and the purchasing of all deck stores.
V.     Ensuring that all potential hazards are identified, brought to the attention of the Master and rectified where possible.
VI.    All helicopter/ boat operations on board, including organisation and co-ordination of all departments for helicopter/ boat operations.
VII.   Assist Master with ensuring that all crew understand ISM procedures and compliance with the yacht's Safety Management System (SMS).
VIII.  Stability of the yacht and related calculations, ensuring that the yacht is secured for sea and after berthing.
IX.    Notifying the Master immediately of any defects in hull and maintenance, which may affect the safety of the yacht or put the Marine Environment at risk.
X.     Inspection, administration and recording of all lifting appliance onboard.
XI.    Ensuring that all third-party contractors are advised of the SMS requirements. Permits to work issued as required
XII.   Assigning Deck Officers and ratings specific roles with respect to the deck department responsibilities as defined in the Safety Management System

| Approved by Captain<br>Issued by Döhle Yachts | Section 8<br>Duties & Responsibilities<br>Page **11** of **40** | Version e1.10<br>Issued: 19.11.2021 |
|---|---|---|

 

**IMPERIAL**

XIII. Crew training and/or delegating duties to suitably qualified personnel. Also responsible for discipline of deck officers and deck ratings

XIV. Understudy the Master with a view to assuming command if the Master becomes incapacitated.

XV. Bridge Watchkeeping Officer as directed by the Master whilst the vessel is at sea or at anchor.

XVI. Garbage disposal as per yacht's ISM/EP procedures. Ensure all personnel on board follow required disposal procedures according to MARPOL.

 **Döhle Yachts**      **iMPERIAL**      

---

**B.4.   Second Officer (Navigation & Security)**

**REQUIRED QUALIFICATIONS:**

STCW II/1 OOW Unlimited

ECDIS IMO Model Course 1.27

STCW 1/9 Medical Certificate

STCW VI/5 SSO

STCW IV/2 GMDSS GOC

STCW VI/3 Advance Fire Fighting

STCW V/2 Crowd and Crisis Management

HLO _____   ____

**REPORTS TO:**

Captain/Chief Officer

**RESPONSIBILITIES:**

i.    Maintaining all charts and publications, both paper and electronic/digital and GMDSS Radio equipment.

ii.   Takes the role of ISPS Ship Security Officer as defined by the ISPS code.

iii.  Acts as/Assisting Helicopter Landing Officer during all Helicopter operations. Liaises closely with Flight Operations for all helicopter flight times and flight permissions.

iv.   Bridge Watchkeeping Officer as directed by the Master whilst the vessel is at sea or at anchor.

v.    May be used as a tender driver.

vi.   Report to the Chief Officer for Garbage Management. Maintaining the Garbage Record book



**Döhle Yachts**   **IMPERIAL**

---

**B.5.   Second Officer (Safety)**

REQUIRED QUALIFICATIONS:

STCW II/1 OOW Unlimited

ECDIS IMO Model Course 1.27

STCW 1/9 Medical Certificate

STCW VI/5 SSO

STCW IV/2 GMDSS GOC

STCW VI/3 Advance Fire Fighting

STCW V/2 Crowd and Crisis Management

HLO

REPORTS TO:

Captain/Chief Officer

RESPONSIBILITES:

i.   Ships Safety Officer duties as details in SMS Section 1 – para 6.

ii.   Working closely with Chief Officer/ Bosun to ensure all monthly FFA and LSA checklists are complete.

iii.   Act as/Assisting Helicopter Landing Officer during helicopter operations. Liaises closely with Flight Operations for all helicopter flight times and flight permissions.

iv.   Bridge Watchkeeping Officer as directed by the Master whilst the vessel is at sea or at anchor.

v.   May be used as a tender driver.

 

**B.6.    Bosun**

**REQUIRED QUALIFICATIONS:**

STCW VI/1 Basic Safety

STCW VI/2 Proficiency in Survival Craft and Rescue Boats

STCW VI/3 Advanced Fire Fighting

STCW II/4 Navigational Watch Rating

STCW VI/6 Proficiency in Designated Security Duties

STCW I/9 Medical Certificate

Yacht Master Offshore

STCW V/2 Crowd and Crisis Management

**REPORTS TO:**

Chief Officer

**RESPONSIBILITIES:**

i.    The Bosun takes direction from the Chief Officer.

ii.    Organise the daily routine for deck crew and direct all paint maintenance, unobtrusive cleaning and daily preparation of the vessel.

iii.    Bring to the Chief Officer's attention any deficiencies in the Deck Department in regards to the vessel, stores and equipment.

iv.    Heavily involved in the running and organising of all garage / tender operations on board including the launching and retrieving of tenders and rescue boats.

v.    Managing the setup of exterior decks in preparation of guest trips.

vi.    May at times be required to drive tenders.

vii.    As a key player in the safety of the vessel, the Bosun holds critical responsibilities on the emergency team. This will involve being part of any of the following emergency response teams:  Fire Team, Rescue boat team,   Helicopter landing party and Medical response, and assisting On Scene command where required.

 

**Döhle Yachts**　**IMPERIAL**

**B.7. Lead Deckhand**

**REQUIRED QUALIFICATIONS:**

STCW VI/1 Basic Safety

STCW II/4 Navigational Watch Rating

STCW I/9 Medical Certificate

STCW VI/6 Proficiency in Designated Security Duties

Yacht Master Offshore

STCW V/2 Crowd and Crisis Management

**REPORTS TO:**

Bosun

**RESPONSIBILITIES:**

i. The Lead Deckhand takes direction from the Bosun. Periods when the Bosun is absent the Lead Deckhand will take on the Bosun's role and responsibilities.

ii. Assists in tender operations, mooring operations (including line and rope work), organisation and supervision of guest activities (including Watersports, beach trips and shore excursions).

iii. To contribute to the daily work plan and ensure jobs on the plan are completed safely and efficiently. Unobtrusive cleaning and daily preparation of the vessel.

iv. Managing the setup of exterior decks in preparation of guest trips.

v. As a member of the vessels crew Deckhands hold support roles and duties as per the muster list.

vi. This will involve being part of any of the following emergency response teams: Fire Team, Rescue boat team, Helicopter landing party and Medical response, and assisting On Scene command where required.

vii. Deckhands may also be used to assist the Safety Officer with LSA and FFE planned maintenance.

viii. Lookout duties while vessel at sea.

ix. Deckhands may have specific responsibilities relating to their areas of expertise (e.g. Watersports instruction, maintenance of specific equipment).

 

**IMPERIAL**

**B.8.    Deckhand**

REQUIRED QUALIFICATIONS:

STCW VI/1 Basic Safety

STCW II/4 Navigational Watch Rating

STCW I/9 Medical Certificate

STCW VI/6 Proficiency in Designated Security Duties

STCW V/2 Crowd and Crisis Management

REPORTS TO:

Bosun

RESPONSIBILITIES

   i.   The Deckhand takes direction from the Bosun.

   ii.  Assists in tender operations, mooring operations (including line and rope work), organisation and supervision of guest activities (including Watersports, beach trips, shore excursions).

   iii. To contribute to the daily work plan and ensure jobs on the plan are completed safely and efficiently. The

   iv.  Deckhand is also responsible for all special projects pertaining to the maintenance, repair and presentation of the vessel.

   v.   Unobtrusive cleaning and daily preparation of the vessel.

   vi.  As a member of the vessel's crew Deckhands hold support roles and duties as per the muster list.

   vii. This will involve being part of any of the following emergency response teams: Fire Team, Rescue Boat Team, Helicopter Landing Party and Medical Response, and assisting On Scene Command where required.

   viii. Deckhands may also be used to assist the Safety Officer with LSA and FFE planned maintenance.

   ix.  Lookout duties while vessel at sea

   x.   Deckhands may have specific responsibilities relating to their areas of expertise (e.g. Watersports instruction, maintenance of specific equipment).

 

**IMPERIAL**

**B.9.    Dive Master / Deckhand**

**REQUIRED QUALIFICATIONS:**

STCW VI/1

STCW II/4

Medical STCW 1/9

Minimum Dive Master Certified, preferably Instructor Level – current and insured

Dive Specific First Aid Qualification, including Oxygen Administration

Occupational Diving Medical (e.g. Australian AS 2299, UK HSE Dive Medical)

**REPORTS TO:**

Chief Officer / Bosun

**RESPONSIBILITIES**

i.      The Dive Master is responsible for all matters relating to diving.

ii.     Preparation of the diving operations including: safety procedures and risk analysis prior to the vessel launch; filling of tanks and preparation of gas mixes; storage, maintenance and certification of all equipment; dive training and briefings to owners, guests and accompanying crew.

iii.    Arranging and leading dives, including briefing of the dive boat crew, assistants and look outs.

iv.     Presentation of diving reports with conditions, narrative and photographs to Master/Captain and owner.

v.      Research and exploration of various diving sites worldwide to present the best possible assortment of diving experiences to owner and guests.  Selection of local dive operators where required. Maintenance of records regarding owner and guest dive requirements.

vi.     Maintaining and improving their level of fitness, skills and knowledge through ongoing training, reading and diving activities.

vii.    In water hull maintenance activities/supervision.

viii.   The Dive master may also be required to help plan and participate in rescue dive operations.

 

**Döhle Yachts**    **ÍMPERIAL**

**B.10.    Security / Personal Protection Officer / Deck**

REQUIRED QUALIFICATIONS:

STCW VI/1 Basic Safety

STCW II/4 Navigational Watch Rating

STCW I/9 Medical Certificate

STCW VI/5 SSO

Maritime Security Operator (MSO)

Close Protection Level 3 Certificate

Level 3 Medical

All security related certification as set forth by third party contractor ORCAS.

REPORTS TO:

**Personal Protection Role (PPO):**
Reports to the Master & Owner
**Security Role On - Board:**
Reports to the Master
**Medical Role:**
Reports to Chief Officer
**Deck Role:**
Reports to Chief Officer

RESPONSIBILITIES:

**Personal Protection / Security Officer:**

The Personal Protection / Security Officer is responsible to the master in relation to all security related matters, and works under the direction of the Master.

These responsibilities include:

1. Preparation and Deliverance of Destination Risk Assessments & Security Brief's
2. Crew Security Briefings & Training.
3. Security & Confidentiality Report / Media Monitoring.
4. Assisting the SSO with ISPS Security Requirements Onboard.
5. Vessel Security / Physical Security & Reacting to security threats.
6. Preparation and Implementation of Reports and Procedures.

| Approved by Captain<br>Issued by Döhle Yachts | Section 8<br>Duties & Responsibilities<br>Page **19** of **40** | Version e1.10<br>Issued: 19.11.2021 |
|---|---|---|

 

**IMPERIAL**

7. Coordination of external security team during piracy area crossings and form part of the anti-piracy team.

The Personal Protection / Security Officer provides personal protection to the Guests whilst onboard and ashore.

These responsibilities include:

1. Provide Personal Protection.
2. Pre-Visit Security Planning, Risk Assessments, Intelligence Gathering & Journey Management Planning.
3. Pre-guest arrival Reconnaissance of potential locations, berths airports etc.
4. Team Briefings, Vehicle checks and Driver Briefing.
5. Meet the Guests on arrival & departure, Escort to and from the vessel.
6. Liaison with outside agencies, Actions On & Co-ordination of movements.
7. Accompanying the Guests on all shore trips or activities.
8. Provide Medical cover for the Guests when away from the vessel.

This position is responsible for the maintenance, administration and use of firearms under the supervision of the Master.

**Medical Duties:**

1. Assist the onboard medic.
2. Provide Medical cover for the Guests when away from the vessel.

**Deck Duties:**

Assists the Deck team with deck operations when required or as instructed by the Chief Officer.

 

**IMPERIAL**

**C.1.    Purser**

REQUIRED QUALIFICATIONS:

STCW VI/1 Basic safety

STCW 1/9 Medical

STCW V/2 Crowd Management

REPORTS TO:

Master

RESPONSIBILITIES:

i.    Responsible for maintaining accounts, ledgers, budgets and other financial reports.

ii.   Works with heads of departments to ensure timely processing of budgets, invoices, payments, credit card and expense reconciliations. Tracks and advises on expenditure against budget on a monthly basis.

iii.  Assists department heads with purchasing, provisioning and purchasing logistics.

iv.   Responsible for administration, accounting, collection and payment of all onboard monies, and foreign currency. Reports on same.

v.    Responsible for all crew administration including payroll.

vi.   Ensure all crew certification is in date and correct.

vii.  Responsible for keeping up to date crew/passenger berthing and alpha lists and reporting any changes.

viii. Responsible for all crew travel and guest travel as required.

ix.   Assist Master/Captain with yacht logistics.

x.    Perform Customs, Immigration and Port Clearance requirements.

xi.   Advanced planning and preparation for Owner and Guest trips, including on-site reconnaissance as required

xii.  Pre-arrival destination/event/venue checks for guests, including transport options, security facilities and bookings for restaurants, events, sightseeing.

xiii. Planning and directing events and activities for Owners and Guests ashore.

 

**IMPERIAL**

**D.1.    Chief Engineer Officer**

REQUIRED QUALIFICATIONS:

STCW 111/2 Chief Engineer Certificate of Competency

STCW 1/9 Medical

STCW VI/3 Advance Fire Fighting

STCW V/2 Crowd and Crisis Management

REPORTS TO:

Master

RESPONSIBILITIES:

i.    Ensures compliance with all safety and environmental policies and procedures, the safe operation of all machinery, safe and environmentally correct working practices within the department and the safety of the ship taking into account good engineering practice

ii.    Maintenance and operation of the main, auxiliary and domestic machinery of the ship to the highest possible standards compliant with the requirements of the Flag State Administration, Classification Society

iii.    The safety, discipline, administration, training and welfare of the Engineer Officers, Electro Technical Officer, AVIT Officer and ratings, subject to the overall requirements of the SMS.  This includes all departmental safety training.  The Chief Engineer Officer is directly in charge of all the officers and ratings within his department.  He is personally to ensure that all officers in his department are aware of their social obligations

iv.    Ensures that the machinery spaces are appropriately manned at all times by an Engineer Officer holding a minimum qualification of an unrestricted OOW Certificate, and have sufficient experience as a watchkeeper to maintain the required standards for an Engine Room Watchkeeper

v.    The execution of policies as defined by the Captain and/or the Owner

vi.    Ensuring that suitable arrangements are made to deal expeditiously with the maintenance requirements of the Interior Department, particularly those pertaining to hygiene and guest services

vii.    The Chief Engineer Officer is directly responsible to the Captain.  Their successful working relationship is seen as a crucial role in the everyday running of the ship

viii.    Advising the Captain on all engineering matters

ix.    Keeping the Captain promptly and fully informed of any occurrence in the Engine Room or auxiliary machinery space which might affect the navigation or the essential services in the ship

 

x.      Consulting frequently with the Captain, particular attention being paid to passage planning and to regulation of speed

xi.     Submitting via the Captain such reports and returns as are required by the Owner or any appointed yacht managers

xii.    Attending regular meetings with all other heads of department

xiii.   Control and authorisation of all technical permits to work. To include, but not restricted to, hot work, tank entry procedures, system isolations, electrical isolations and where relevant, working aloft

**Handover**

On completion of a tour of duty the Chief Engineer Officer is to compile suitable handover notes and to complete the CEO Handover checklist. Both the joining and disembarking Chief Engineer Officers are to sign the completed checklist at the conclusion of the **official handover of duties.**

 **Döhle Yachts**   **ïMPERIAL** 

**D.2.  First Engineer Officer**

REQUIRED QUALIFICATIONS:

STCW 111/2 Chief Engineer Certificate of Competency

STCW 1/9 Medical

STCW VI/3 Advanced Fire Fighting

STCW V/2 Crowd and Crisis Management

REPORTS TO:

Chief Engineer

RESPONSIBILITIES:

i. In all respects, the Chief Engineer Officer's deputy and, as such, is to familiarise himself with the duties of that Officer.

ii. Assist the watchkeeping Engineer Officers with particular regard to both Engine Room and Deck Technical safety standards.

iii. Organises the watch duty rosters and rotations as required

iv. Carry out Planned Maintenance on all Main and Auxiliary Machinery.

v. Carry out breakdown maintenance on all of the above.

vi. Supervise and liaise with watchkeeping Engineering Officers regarding the running and operation of the main and auxiliary plant.

vii. Ensures that adequate records are kept to demonstrate onboard training of watchkeeping officers.

viii. Assist the Electro-Technical Officer as required.

ix. Maintain all records necessary for Environmental and Regulatory compliance associated with the above duties

x. Maintenance of deck machinery (except for routine lubrication)

xi. Maintenance of tenders, launch craft and associated hydraulic systems.

xii. Hotel services maintenance.

 

**IMPERIAL**

xiii.   Garbage management together with the 2ⁿᵈ Officer.

xiv.   Swimming pool and Jacuzzi maintenance/operation which includes circulation, dosing equipment, filtration equipment, daily inspections, testing, calibration.

xv.   Technical Stores and ordering.

xvi.   Potable water testing, dosing and maintaining the distribution system throughout the vessel

xvii.   Management of Technical Fitters.

 

**Döhle Yachts**　　**IMPERIAL**

**D.3.**　**Second Engineer Officer / Tender Engineer**

**REQUIRED QUALIFICATIONS:**

The 2nd Engineer will generally hold an unrestricted 2nd Class (2nd Engineer's) Certificate, STCW III/2 but must as a minimum qualification hold an unrestricted OOW Certificate, STCW III/2 and have sufficient experience as a watchkeeper to maintain the vessel's required standards.
Advance Fire Fighting STCW VI/3
Medical STCW 1/9

**REPORTS TO:**

First Engineer Officer

**RESPONSIBILITIES:**

   i.    To assist in support of any other Yacht activity as required

   ii.   Ensures a high standard of watchkeeping is being maintained at all times

  iii.  Ensures all watchkeeping logs are completed correctly

  iv.  Ensures all watchkeeping routines are being carried out

   v.  Ensures Environmental compliance of plant operations and upkeep of associated paperwork (Oil Record Book, Bilge Water Transfer Log, Sewage Log, Garbage Log, Oil Interface Log, Grey Water Log)

  vi.  Ensures assigned IDEA tasks are being carried out and records are up to date

 vii.  Maintains close communication with Bridge Officer of the watch

viii.  To inform senior staff immediately of any malfunction or failure that might affect vessel safety or guest services.

  ix.  Responsible for upkeep and maintenance of tenders and toys as directed by the Chief and First Engineers

 

**Döhle Yachts**   **IMPERIAL**

**D.4.    ETO**

**REQUIRED QUALIFICATIONS:**

STCW VI/1

STCW 111/4

Medical STCW 1/9

Formal certificate of tertiary education.

**REPORTS TO:**

Chief Engineer & First Engineer

**RESPONSIBILITIES:**

   i.    Supervision, monitoring and maintenance of all electrical equipment on board

   ii.   Responsible for annual megger testing of all electrical equipment as set out in the megger testing list

  iii.  Responsible for the maintenance and upkeep of the main switchboard, organising thermographic surveys and monitoring equipment

  iv.  Follow the Amadea SMS whilst working on any electrical equipment

   v.  Ensure all handheld electrical equipment PAT testing is completed

  vi.  Ensure all electrical spares are maintained, sourced and meet regulation standards

 vii.  Inform chief Engineer of any known defects or possible issues of equipment

viii.  Planned maintenance to be kept up to date and suitable reporting of work completed

  ix.  Ensure all lifts on board are maintained, tested and fit for use.

   x.  All sliding doors interior and exterior to be the responsibility of the ETO

  xi.  Bridge electrical equipment to be maintained and issues found reported to chief Engineer

 

**IMPERIAL**

**D.5.    AVIT Officer**

REQUIRED QUALIFICATIONS

STCW VI/1
STCW III/4
Medical STCW 1/9
Vocational qualification in AVIT discipline
Evidence of adequate experience

REPORTS TO:

Chief Engineer

RESPONSIBILITIES:

i.     Communications specialist (VSAT, TVRO, VOIP).

ii.    All bridge computer and radio equipment

iii.   Responsible for maintaining VSAT, 4G, T.V. contracts and subscriptions

iv.    Responsible for the ships mobile phones and contract subscriptions

v.     Ensure suitable stock levels and spares are maintained on board

vi.    Deal with guest requests during guest periods

vii.   Maintenance periods to take the lead in the implementation of upgrades and repair

viii.  Maintain accurate records within IDEA of all planned and unplanned AVIT maintenance.

ix.    Liaise regularly with all departments with regards to defects and AVIT maintenance.

 **Döhle Yachts**    **IMPERIAL**

**D.6.** **Motorman**

REQUIRED QUALIFICATIONS:

STCW VI/1

STCW 111/4

Medical STCW 1/9

Vocational qualification in an engineering discipline (engine fitter only)

Evidence of adequate experience

REPORTS TO:

First Engineer Officer

RESPONSIBILITIES:

i. Engineering fitters will be expected to complete a variety of maintenance, repair and project tasks under the direction of the 1EO.

ii. Work routines will be arranged with regard to specialist skills when appropriate, but all Fitters will be required to cover all aspects of machinery space and guest area maintenance and repair when required.

iii. As an 'Engine Rating', fitters will provide assistance to Engineering watch keepers as appropriate

iv. Give assistance in support of any other Yacht activity as required.

 

**IMPERIAL**

**E.1.   Chef**

**REQUIRED QUALIFICATIONS:**

STCW VI/1

Medical STCW 1/9

Food Hygiene Certification

Crowd Management STCW V/2

Ships Cook ILO Law (69)

**REPORTS TO:**

Master

**RESPONSIBILITIES:**

  i.   The administration, supervision, safe and efficient running of the Catering Department.

  ii.   Monitoring the health and safety of all Catering staff as required in the SMS and Flag State legislation.

  iii.   Ensuring that good safety, hygiene and environmental practices are maintained.

  iv.   Cleanliness and sanitation of all Galley spaces and food storage areas.

  v.   Catering on board.

  vi.   Maintenance of all Galley areas and keeping on top of repairs and costs.

  vii.   Garbage management as required by the Chief Officer.

  viii.   Keeping an inventory of all Food Stores on board.

  ix.   Organising the purchase of Food Stores.

  x.   Any other duties as ordered by the Captain.

 **Döhle Yachts**       **ı̇MPERIAL**       

**F.1.   Chief Steward (ess)**

REQUIRED QUALIFICATIONS:

STCW VI/1
STCW 1/9 Medical
Security Awareness
Designated Security Duties
Crown and Crisis Management
Food Hygiene Certification

REPORTS TO:

Captain

RESPONSIBILITIES:

Duties and responsibilities will include, but are not limited to:

  i.     Plan, assign and supervise the work on the Interior Department personnel

  ii.    Guide housekeeping/service in maintenance, cleanliness and re-stocking

  iii.   Yacht's expense policies and the Interior Department's budget

  iv.    Purchase/order of necessary F&B follow up guests and crew preferences

  v.     Purchase/order of interior items after emailing a proposal to the Captain

  vi.    Consumables and spares associated with the routine inspections and maintenance of the Interior Department

  vii.   Events organising

  viii.  Coordinate and execute efficient and professional meal service. Provide attentive service to the guests throughout the course of the day.

  ix.    Develop, implement and maintain IDEA generated inventories of all Service Department equipment, china, flatware, glassware, decorations, games, media, uniform etc

  x.     Interior stowage depending on the weather conditions advised by the Captain

  xi.    Responsible for written communication switch shipyards, and repair yards or facilities for the purpose of coordinating repair and maintenance efforts that shipyard or repair yard crew members may undertake within the spaces allocated under the supervision of the Captain

  xii.   Maintenance and repair list

  xiii.  Compliance at all items with the 'Garbage Management System' on board the yacht

| Approved by Captain<br>Issued by Döhle Yachts | Section 8<br>Duties & Responsibilities<br>Page **31** of **40** | Version e1.10<br>Issued: 19.11.2021 |
|---|---|---|

  IMPERIAL  

xiv.    Maintain keys to locked areas in a safe and secure location.

xv.     Perform watch Keeping duties on board the yacht as scheduled and directed by the Chief Officer

xvi.    Carry out any other reasonable duties assigned to them by the Captain

xvii.   The Chief Stew will be knowledgeable of the yachts emergency response procedures along with location and function of all fire extinguishers, life jackets, life rafts etc

 **iMPERIAL** 

**F.2. Lead Service**

**REQUIRED QUALIFICATIONS:**

STCW VI/1
STCW 1/9 Medical
Security Awareness
Designated Security Duties
Crowd and Crisis Management
Food lvl 2 Hygiene Certificate

**REPORTS TO:**

Chief Steward/ess

**RESPONSIBILITIES:**

<u>Duties and responsibilities will include, but are not limited to:</u>

 i.   Creation of team, work schedules
 ii.   Production of purchasing orders and sending to Chief Stewardess for approval
 iii.   Updating the delivery notes in the purchase order folder
 iv.   Update of Pinpoint damages
 v.   Standard approved procedure (SAP) updates
 vi.   Weekly reports for Captain
 vii.   Service maintenance (guest on/off)
 viii.   Service training
 ix.   Planned Maintenance as per Tero Marine
 x.   Upkeep of Crew and Guest stationery (can be delegated)
 xi.   Organisation of Guest memorabilia/gifts (can be delegated)
 xii.   Maintaining an accurate inventory of Guest alcohol & tobacco (can be delegated)
 xiii.   Maintaining an accurate list of Guest food & beverage (can be delegated)
 xiv.   Oversee: Senior Service:
    a.   Uniform inventory orders and distribution
    b.   Review of crew linens & towels
 xv.   Oversee: Crew Welfare Stewardess:
    a.   Activity suggestions for crew
    b.   Crew birthdays: card signing, organisation of cake with chefs, birthday decorations in crew mess night before
    c.   Crew farewells

 

**IMPERIAL**

**F.3.    Senior Service Steward (ess)**

**REQUIRED QUALIFICATIONS**

STCW VI/1
STCW 1/9 Medical
Security Awareness
Designated Security Duties
Crowd and Crisis Management
Food lvl 2 Hygiene Certificate

**REPORTS TO**

Lead Service Steward (ess)

**RESPONSIBILITIES**

i.   General Maintenance and cleanliness of Interior Service areas as described in the Service Operating Manual.

ii.   Ensuring all service appliances are used safely and correctly.

iii.   Service of the highest standard to all Guests.

iv.   Any other duties as ordered by the Chief / Lead Service Steward(ess).

v.   Uniform inventory orders and distribution

vi.   Review of crew linens & towels

 Döhle Yachts

İMPERIAL



**F.4.   Lead Housekeeping Steward (ess)**

REQUIRED QUALIFICATIONS

STCW VI/1
STCW 1/9 Medical
Security Awareness
Designated Security Duties
Crowd and Crisis Management
Food lvl 2 Hygiene Certificate

REPORTS TO

Second Steward(ess)

RESPONSIBILITIES

i.    Creation of team, work schedules
ii.   Production of purchasing orders and sending to Chief Stewardess for approval
iii.  Updating the delivery notes in the purchase order folder
iv.   Update of Pinpoint damages
v.    Welcome pack for the new crew (toiletry, snack & galley prefs)
vi.   Crew cabin arrangements
vii.  Weekly Cabin inspection
viii. Standard approved procedure (SAP) updates
ix.   Housekeeping maintenance (guest on/off)
x.    Housekeeper training
xi.   Guest toiletries (can be delegated)
xii.  Guest linen & towels (can be delegated)

 **Döhle Yachts**     **İMPERIAL**     

**F.5.    Steward (ess)**

**REQUIRED QUALIFICATIONS:**

STCW VI/1
STCW 1/9 Medical
Security Awareness
Designated Security Duties
Crowd and Crisis Management
Food lvl 2 Hygiene Certificate

**REPORTS TO:**

Second Steward(ess)

**RESPONSIBILITIES:**

i.    General maintenance of the Housekeeping/Service Areas.

ii.    Any other duties as ordered by the Chief/Lead Service or Housekeeper

 **Döhle Yachts**   **iMPERIAL**   

**F.6.    Spa Manager**

**REQUIRED QUALIFICATIONS:**

STCW VI/1
STCW 1/9 Medical
Security Awareness
Designated Security Duties
Crowd and Crisis Management

**REPORTS TO:**

Chief Steward (ess)

**RESPONSIBILITIES:**

Responsible to the Chief Steward(ess) for:

    i.    Production of Spa purchasing orders and sending to Chief Stewardess for approval
    ii.    Updating the delivery notes in the purchase order folder
    iii.    Standard approved procedure (SAP) updates
    iv.    Maintaining the Spa inventory
    v.    Spa equipment maintenance
    vi.    Weekly check of Orchids & plants
    vii.    Bi-monthly crew toiletries check
    viii.    Bi-monthly Guest gym checked
    ix.    Spa training
    x.    Providing the most excellent Spa Therapy Services to all Guests.

 

**IMPERIAL**

**F.7. Masseuse**

REQUIRED QUALIFICATIONS:

STCW VI/1
STCW 1/9 Medical
Crowd and Crisis Management

REPORTS TO:

Spa Manager

RESPONSIBILITIES:

    i.    Complete daily duties
    ii.   Report to Spa Manager for training
    iii.  Maintain Spa equipment
    iv.  Complete projects as directed by LS, LH and SM

 **Döhle Yachts** **IMPERIAL** 

**F.8.   Laundry Master**

REQUIRED QUALIFICATIONS

STCW VI/1

Medical STCW 1/9

Crowd Management STCW V/2

REPORTS TO

Lead Housekeeper

RESPONSIBILITIES

    i.     Maintaining the Laundry to the highest possible standards.
    ii.    Ensuring all Guest and Crew clothing is laundered in a timely and safe manner.
    iii.   Weekly detail of laundry
    iv.   Standard approved procedure (SAP) updates
    v.    Chemical store inventory & stocktake (collaborate with Lead housekeeper)
    vi.   Crew linen & towels (collaborate with Lead housekeeper)
    vii.  Crew duffle bags
    viii.  Laundry training

 

**Döhle Yachts**   **IMPERIAL**

**F.9.   Medic / Housekeeper**

**REQUIRED QUALIFICATIONS:**

Basic STCW VI/1

Medical STCW 1/9

Crowd and Crisis Management STCW V/2

MCA Medical Care On board or National governing body Medical training e.g. Paramedic, Nurse.

**REPORTS TO:**

Medical - Chief Officer

Housekeeping – Chief Steward(ess)

**RESPONSIBILITIES:**

**Medical:**

The medic is responsible to the Chief Officer for the following Medical duties:

i. upkeep, organisation and provisioning of the vessel's infirmary and medical stores on board so as to maintain compliance with MCA Medical Scales.
ii. In charge of medical response to any incidents or accidents and monitoring the well-being of guests and crew.
iii. Responsible for the upkeep and confidentiality of the vessel's medical logs.
iv. Assist Safety officer with Medical training and drills on board.
v. Liaise with shoreside medical service. (Medaire)
vi. Weekly COVID testing & reports
vii. Production of medical purchasing orders and sending to Captain for approval
viii. Delivery notes updated in PO folder
ix. Standard approved procedure (SAP) updates

**Housekeeping:**

The housekeeper is responsible to the Chief Steward(ess) for the following duties:

i. Crew food & beverage inventory & stocktake
ii. C-bay inventory upkeep & collaboration with all departments for collections
iii. "Welcome ambassador"

**IN THE HIGH COURT OF FIJI AT SUVA**
**CIVIL JURISDICTION**

Civil Action No. HBM No. 57 of 2022

**BETWEEN**    :   **THE DIRECTOR OF PUBLIC PROSECUTIONS**
of the Republic of Fiji, 25 Gladstone Road, Suva.

**Applicant**

**A N D**    :   **SULEIMAN ABUSAIDOVICH KERIMOV** being
the beneficial owner of the Motor yacht Amadea
with International maritime Organisation Number
1012531 having his address of service at Haniff
Tuitoga, 12 Vesi Street, Flagstaff.

**First Respondent**

**A N D**    :   **MILLEMARIN INVESTMENT LTD** having its
address of service at Haniff Tuitoga, 12 Vesi
Street, Flagstaff

**Second Respondent**

---

**AFFIDAVIT OF** ██████████

---

**RECEIVED**
Office of the Director of Public Prosecutions

0 4 MAY 2022

11:25am

Time:............
Sign:............

**Sworn by**  :  ██████████

**For**  :  Second Respondent

**Date sworn**  :  2 May 2022

**Date filed**  :  As endorsed by the High Court Registry

FILED

0 4 MAY 2022

HIGH COURT CIVIL
SUVA

**HANIFF TUITOGA**
12 Vesi Street
Flagstaff
**SUVA**