# EXHIBIT E

Query   Reports   Utilities   Help   Log Out

CLOSED,STAYED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:17-cv-02166

UNITED STATES OF AMERICA v. The M/Y Galactica Star, Being a 65-Meter Motor Yacht Built by Heesen Shipyards with International Maritime Organization Number 9679830, and Registered Under the Laws and Flag of the Cayman Islands at et al
Assigned to: Judge Keith P Ellison
Cause: 18:0981 Forfeiture in Rem

Date Filed: 07/14/2017
Date Terminated: 07/15/2020
Jury Demand: Defendant
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**UNITED STATES OF AMERICA**     represented by    **Joshua Lee Sohn**
US Dept of Justice
MLARS
1400 New York Ave NW
Ste 10100
Washington, DC 20005
2023532223
Email: joshua.sohn@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Stephen A Gibbons**
U S Dept of Justice - Criminal Division
Money Laundering & Asset Recovery Section
1400 New York Avenue NW
Suite 10100
Washington, DC 20005
202-598-2523
Email: stephen.gibbons@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael Wade Khoo**
U S Department of Justice
1400 New York Ave NW
Suite 10100
Washington, DC 20530
202-532-4708
Email: michael.khoo@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The M/Y Galactica Star, Being a 65-Meter Motor Yacht Built by Heesen**

| | | |
|---|---|---|
| 03/18/2019 | 171 | NOTICE of Setting as to 169 Joint MOTION for Order of Sale. Parties notified. Motion Hearing reset for 3/20/2019 at 09:00 AM in Courtroom 3A Houston before Judge Keith P Ellison, filed. TIME CHANGE ONLY. Parties may appear by phone. (arrivera, 4) (Entered: 03/18/2019) |
| 03/19/2019 | 172 | SUPPLEMENT to 169 Joint MOTION for Order of Sale by Earnshaw Associates Ltd., LightRay Capital, LLC, filed.(Almadani, Yasin) (Entered: 03/19/2019) |
| 03/20/2019 | | Minute Entry for proceedings held before Judge Keith P Ellison. MOTION HEARING held on 3/20/2019. The Court finds that continued possession of the Galactica Star would result in excessive costs for maintenance and storage, estimated at around $170,000 per month. Supp. R. G(7)(b)(i)(B). The Court also finds that the yacht is subject to market value depreciation and deterioration while it remains in the Government's possession. Supp. R. G(7)(b)(i)(A). The Government's motion for interlocutory sale is GRANTED. (Doc. No. 169.) Appearances:Rebecca Gibson, Jean Patton. Yasin M Almadani, Nicole Dania Lueddeke, William Coffield, Joshua Lee Sohn.(Court Reporter: K. Metzger)(Law Clerk: L. Scaduto), filed.(arrivera, 4) (Entered: 03/20/2019) |
| 03/29/2019 | 173 | STIPULATION re: Interlocutory Sale of Defendant Real Properties Commonly Known as 807 Cima del Mundo Road, Montecito, CA 90077 and 815 Cima del Mundo Road, Montecito, CA 90077 by Farmers and Merchants Bank of Long Beach, filed.(Cooper, Samuel) (Entered: 03/29/2019) |
| 03/29/2019 | 174 | STIPULATION re: Stipulation for Interlocutory Sale of Defendant Properties Commonly Known as 807 Cima del Mundo Road, Montecito, CA 90077 and 815 Cima del Mundo Road, Montecito, CA 90077 by Farmers and Merchants Bank of Long Beach, filed. (Cooper, Samuel) (Entered: 03/29/2019) |
| 04/29/2019 | 175 | SEALED MOTION *to File Under Seal the Motion for Interlocutory Sale* by Farmers and Merchants Bank of Long Beach, filed. (Attachments: # 1 Affidavit Declaration of Nicole Lueddeke ISO Motion to File Under Seal the Motion for Interlocutory Sale, # 2 Exhibit Ex. A, # 3 Exhibit Ex. B, # 4 Proposed Order Proposed Order) (Cooper, Samuel) (Entered: 04/29/2019) |
| 04/29/2019 | 176 | SEALED MOTION *to File Under Seal the Stipulations* by Farmers and Merchants Bank of Long Beach, filed. (Attachments: # 1 Affidavit Declaration of Nicole Lueddeke ISO Motion to File Under Seal the Stipulations, # 2 Proposed Order Proposed Order) (Cooper, Samuel) (Entered: 04/29/2019) |
| 04/30/2019 | 177 | ORDER granting 175 Sealed Motion. Copies provided to Samuel Cooper.(Signed by Judge Keith P Ellison) Parties notified.(gkelner, 4) (Entered: 05/01/2019) |
| 04/30/2019 | 178 | Sealed ORDER. Copies provided to Samuel Cooper, filed. (gkelner, 4) (Entered: 05/01/2019) |
| 05/06/2019 | 179 | SEALED DOCUMENT *STATUS REPORT* by UNITED STATES OF AMERICA, filed. (Khoo, Michael) (Entered: 05/06/2019) |
| 05/15/2019 | 180 | Amended SEALED EMERGENCY MOTION *for Turnover Relief as to Nigeria's Claim to the M/Y Galactica Star* by Enron Nigeria Power Holding, Ltd., filed. (Attachments: # 1 Continuation Memorandum of Law in Support of Emergency Ex Party Application, # 2 Appendix Appendix to Memorandum of Law Containing Evidence and Unreported Case Authority) (Barrett, Kenneth) (Entered: 05/15/2019) |
| 05/15/2019 | 181 | Sealed Notice. (arrivera, 4) (Entered: 05/15/2019) |
| 05/16/2019 | | Minute Entry for proceedings held before Judge Keith P Ellison. Ex Parte Proceedings held on 5/16/2019. Argument heard on ENPH's Amended Sealed Emergency Motion for |