**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>THE M/Y *AMADEA*, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531, INCLUDING ALL FIXTURES, FITTINGS, MANUALS, STOCKS, STORES, INVENTORIES, AND EACH LIFEBOAT, TENDER, AND OTHER APPURTENANCE THERETO,<br><br>        Defendant-*In-Rem*,<br><br>        and<br><br>EDUARD YURIEVICH KHUDAINATOV, MILLEMARIN INVESTMENTS LTD.,<br><br>        Claimants. | Case No. 1:23-cv-09304<br><br>The Honorable Dale E. Ho |

**DECLARATION OF ADAM C. FORD IN SUPPORT OF CLAIMANTS'**
**OPPOSITION TO PLAINTIFF'S MOTION FOR INTERLOCUTORY SALE**

I, Adam C. Ford of Ford O'Brien Landy LLP, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney duly licensed to practice in the State of New York. I am a partner with the law firm Ford O'Brien Landy LLP, counsel for Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd. in the above-captioned matter.

2.      I respectfully submit this declaration in support of Claimants' Opposition to Plaintiff's Motion for Interlocutory Sale. I have personal knowledge of the facts below and, if called as a witness, I could testify competently thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Memorandum and Order in the matter of *United States v. Cabasso,* No. 19-CR-582 (DRH) (E.D.N.Y. Apr. 6, 2021), ECF #187.

4.      Attached hereto as **Exhibit B** is a true and accurate copy of the Affidavit in Support of an Application for a Seizure Warrant signed by Timothy J. Bergen dated April 13, 2022, in the case captioned *In the Matter of the Seizure of THE MOTOR YACHT AMADEA, WITH INTERATIONAL MARITIME ORGANIZATION NUMBER 1012531*, Case No. 22-sz-9 in the United States District Court for the District of Columbia.

5.      Attached hereto as **Exhibit C** is a true and accurate copy of an affidavit of a former captain of the Amadea that was filed in the matter captioned *Between The Director of Public Prosecutions, and Suleiman Abusaidovich Kerimov, and Millemarin Investment Ltd.,* Civil Action HMB NO. 57 of 2022, on May 2, 2022 in the High Court of Fiji at Suva.

6.      Attached hereto as **Exhibit D** is a true and accurate copy of an affidavit of a former chief engineer of the Amadea that was filed in the matter captioned *Between The Director of Public Prosecutions, and Suleiman Abusaidovich Kerimov, and Millemarin Investment Ltd.,* Civil Action HMB NO. 57 of 2022, on May 2, 2022 in the High Court of Fiji at Suva.

7.      Attached hereto as **Exhibit E** is a true and accurate copy of the relevant portion of the docket sheet for *United States v. M/Y Galactica Star*, No. 4:17-cv-02166 (S.D. Tex. March 20, 2019).

8.      Attached hereto as **Exhibit F** is a true and accurate copy of the Affidavit of Timothy J. Bergen that was filed in the matter captioned *Between The Director of Public*

*Prosecutions, and Suleiman Abusaidovich Kerimov, and Millemarin Investment Ltd.,* Civil

Action HMB NO. 57 of 2022, on or about April 22, 2022 in the High Court of Fiji at Suva.

Dated: February 23, 2024                                         Respectfully submitted,
       New York, NY

                                              FORD O'BRIEN LANDY LLP

                                              By: */s/ Adam C. Ford*
                                              275 Madison Avenue, 24th Floor
                                              New York, NY 10016
                                              Tel.: (212) 858-0040 (main)
                                              Fax: (212) 256-1047
                                              aford@fordobrien.com

                                              *Attorney for Claimants*