# EXHIBIT A



Marine Consultants Inc.
Brokerage, Project Management & Survey

To Whom It May Concern:

Thank you for considering the undersigned for your Ship/Yacht Transactional, Consulting, Refit, Management or surveying needs. I am confident that my vast experience and over 41 years in the Marine Construction, Repair, and Consulting industry will be of benefit to you.

My consulting and survey work covers all phases and types of project management, new construction, repairs and refits. Yacht and commercial vessel pre-purchase surveys, valuation surveys, insurance surveys, and insurance claims. Since 1982 I have personally performed thousands of surveys on all types of vessels in locations worldwide.

I am experienced in legal matters and have acted as an expert witness on several cases with wide ranging topics.

My experience allows me to expertly survey any size and type of yacht or commercial vessel anywhere in the world.

With 41 years in the marine construction, repair, and consulting industry my experience covers all phases and types of new construction, repairs and refits, commercial and private yachts pre-purchase surveys, valuation surveys, insurance surveys, and insurance claims, new construction, contract and drawing reviews, on site attendance. I have personally performed thousands of surveys and over seen multiple extensive repair and modification refits on all types of commercial vessels in locations worldwide. I am qualified to advise on all classifications (Lloyd's, ABS, DNV, RINA etc.) as well as SOLAS, MARPOL & ISM regulations. I have acted as paint consultant to multiple commercial shipping companies helping to assess the condition of ballast and miscellaneous tanks and developed procedures for implementation of inspections to meet the new classification requirements for tank evaluation for all vessels.

I am qualified to advise on all classification concerns for all societies (Lloyd's, ABS, DNV, all classifications) and MCA issues as well as SOLAS, MARPOL & ISM regulations for all vessel types. I have conducted surveys for over 37 different flag states.

**PREVIOUS EXPERIENCE**



Marine Consultants Inc.
Survey & Project Management

### *June 2019 to Present*

Continued to act as a consultant in the yachting and commercial industry, expanding my Brokerage sector by closing several large vessel sales.

Expanded my expert witness book of work.

### *April 2016 to May 2019*

I was the Builder/Project Manager overseeing the largest reconstruction/refit of a mega yacht ever undertaken in the United States and possibly worldwide. The project consisted of gutting an existing 60m offshore supply vessel and converting her to an 89m mega yacht. When delivered she cruised comfortably at 13.5knts, with 15,000 miles under her keel there has not been a single problem and she is now being utilized on the East Africa Coast.

Acted as technical consultant for various commercial and yacht projects worldwide developing repair specifications and reviewing cost.

Acted as expert witness for the plaintiff's in cases involving collisions, machinery failure, coating conditions, constructions conformities.

### January 1999 to April 2016

- Independent Consultant to the Commercial Shipping and Yachting industry.
- Consultant/Surveyor to the Cayman Islands
- Consultant/Surveyor to the Cook Island
- ABS Certified Maritime Root Cause Analysis Incident Investigator
- Acted as technical consultant for various commercial and yacht projects worldwide developing repair specifications and reviewing cost.
- Acted as expert witness for the plaintiff's in cases involving collisions, machinery failure, coating conditions, constructions conformities.
- Oversaw multiple large projects simultaneously in Holland, Turkey and South Africa.
- Project Manager for the takeover, completion, launch and delivery of multiple vessels in shipyards around the world, including Holland, Brazil, Greece, Jacksonville Fla., Vancouver WA., Sturgeon Bay Wi., and Savanna Ga., that were insolvent or bankrupt. Including the development and implementation of unique launch procedures utilizing, cranes, inflatable sausages, logs, heavy construction moving dolly's and large trolleys.
- Technical Superintendent for 113m commercial motor yacht

**Rossitto Marine Consultants**
1601 SE 15th st. – Ft. Lauderdale, FL 33316
Ph: **(954)** 663-8237
Email: trossitto@me.com



Marine Consultants Inc.
Survey & Project Management

- Oversaw the development of Bradford Marine, Freeport, Grand Bahamas Island. As General Manager, I was responsible for the daily operation of BGB. I implemented training and procedures necessary for the construction of a 1200ton floating dry dock. Set up bidding and billing programs for repair and modification contracts to better protect the yard and clients. Trained all personal, established mechanical, welding, hydraulics, electrical, piping and painting departments. I turned BGB into a profitable shipyard
- Acted as Development Manager for Maritime Preservation in Port of Spain Trinidad. I worked with the yard laborers to repair the existing marine railway which sustained severe damage underwater and had been out of commission for over five years. Taught the labor force how to successfully haul commercial vessels and established a successful repair policies and procedures that allowed them to be profitable to this day.

**June 1982 – December 1998 American Bureau of Shipping**

- As a Surveyor / Senior Surveyor / Surveyor in Charge I worked in multiple locations including Alabama, Japan, Washington, Alaska, Pennsylvania, Florida (encompassing all of the Caribbean to Trinidad), Korea, China, And Hong Kong. As a classification Surveyor, I am qualified to carry out every survey type on every vessel type including drill rigs, tankers, bulkers, container, passenger, submarines, and ro-ro's. Construction materials including steel, aluminum, fiberglass, carbon fiber, concrete, and wood, welded, riveted, infused, and fastened.
- Youngest and quickest to be appointed Senior Surveyor in ABS
- While stationed in Ft. Lauderdale Florida was the Senior Surveyor in charge responsible for all classification business throughout the Caribbean south to Trinidad
-  Managed the Passenger Vessel Service Center and Yacht Technical offices located in Fort Lauderdale.

**EDUCATION**

1978 – 1982 at Maine Maritime Academy, Castine, ME
*BS Marine Engineering*
   Minors in:
- Ocean Engineering
- Naval Architecture
- Engineering Science



Marine Consultants Inc.
Survey & Project Management

### SUMMARY OF QUALIFICATIONS

- USCG Third Assistant Engineer Steam or Motor Vessels any Horsepower
- American Welding Society Certified Welding Inspector
- American Society of Mechanical Engineers Certified Boiler and Pressure Vessel Inspector
- American Society of Non-Destructive Testing Level II Ultrasonic and Radiography Technician
- USCG Certified for Conducting Inclining Experiments on US Flag Vessels
- National Fire Protection Agency Certified for Confined Space Entry
- American Bureau of Shipping Certified for Construction, Repair, and Evaluation of Fiberglass and Advanced Marine Composites
- Advanced Maritime Root Cause Analysis Incident Investigator
- American Bureau of Shipping Certified for Construction, Repair, and Evaluation of any vessel type from ULCC's to Super Containers, LNG's, Passenger Vessels, Submarines, constructed of steel, aluminum, wood, fiberglass, and/or concrete.

Kindest Regards,

Tony Rossitto

***Rossitto Marine Consultants***
**Cell: 954-663-8237**
**Email: trossitto@me.com**

Rossitto
Marine Consultants Inc.
Brokerage – Survey – Project Management

Please see below list of recent cases:

1.
   United States District Court, Denver Colorado.
   Case No. 09-CV-01883-PAB-KLM.
   April 2011
   SEA-ALIS, LLC and Scott Hand,
   Plaintiffs
   V.
   PORTER, INC., an Indiana corporation, R&R Yacht Sales, Inc., d/b/a Sundance
   Marine, a California corporation, Grander, Inc., d/b/a Crow's Nest Yachts, a
   California corporation, Volvo Of the Americas, a Delaware corporation, and
   Raymarine, Inc., a Delaware corporation, Defendants.

2.
   United States District Court, California.
   Case No. 11CV00883.
   April 6, 2011
   SEA-ALIS, LLC, et al,
   V.
   VOLVO OF THE AMERICAS, INC.

3.
   United States District Court, S.D. Florida
   Case No. 06CV60327
   IK YACHT DESIGN, INC,
   V.
   M/Y CONSTELLATION, et al.

4.
   United States District Court, S.D. Florida
   Case No.: 12-CV-62110
   July 24, 2013
   RR&C Consulting LLC
   V.
   Cheoy Lee Shipyards North America, Inc., et. al.

5.
   Civil Action No. 12-CV-62110
   20 August 2013
   Cohen
   V.
   Seltzer

Marine Consultants Inc.
Brokerage – Survey – Project Management

6.
   United States District Court, Southern District of Florida, Miami Division
   Case NO: 1:17-cv-21011-CMA
   16 October 2017
   Blue Crest Holdings, Asset, INC. As owner and Operator of M/Y Mimi for Exoneration From Limitation of Liability
   V.
   Miami Beach Marine Associates LTD.

7.
United States District Court Southern District of Florida
CASE NO. 17-ev-62178-JIC
July 23, 2018
Shane Voss
V.
Bag Ocean Club LLC

8.
18 September 2018
Pinmar USA
V.
Dania Cut Super Yacht Repair Inc.

9.
11 September 2019
M/Y Themis
V.
Newmil

10.
CASE NO. CACE-18-02807 (DIV 12)
20 January 2022
Craig Lemp
V.
Stafford Diesel Inc. and Marine Consulting Associates Inc
d/b/a Rick Obey and Associates Inc

11.
Case No. 19-CV-61946-RKA

Marine Consultants Inc.
Brokerage – Survey – Project Management

December 2019
M/Y P.I.I. LLC
V.
H&R Marine Engineering Inc. and K&G marine LLC

12.

United States District Court Southern Division of Florida
CASE NO. 21-CV-60334-RS
10 February 2022
E.C. Ruff Marine Inc.
V.
M/V Bella Giornata

Kindest Regards,

Tony Rossitto

**Rossitto Marine Consultants**
**954-663-8237 office**
**954-663-8237 cell**
**trossitto@me.com**