UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA,
:
      Plaintiff,
:
    - v. -
:
THE M/Y *AMADEA*, A MOTOR YACHT
BEARING INTERNATIONAL MARITIME     :     23 Civ. 9304 (DEH)
ORGANIZATION NO. 1012531, INCLUDING
ALL FIXTURES, FITTINGS, MANUALS,
STOCKS, STORES, INVENTORIES, AND    :
EACH LIFEBOAT, TENDER, AND OTHER
APPURTENANCE THERETO,                  :
:
      Defendant-*In-Rem*.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SUPPLEMENTAL DECLARATION OF JENNIFER CRANE

I, Jennifer Crane, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am Assistant Chief in the Personal Property Unit of the Asset Forfeiture Division of the U.S. Marshals Service ("USMS"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, could and would testify competently thereto.

2. I previously submitted a declaration dated February 9, 2024, in support of the United States' motion for interlocutory sale of the M/Y *Amadea*, which is currently in the custody of USMS.

3. In 2022, USMS retained an independent surveyor to provide an appraisal of the *Amadea*. According to that surveyor's statement of valuation, dated October 4, 2022, the fair market value of the *Amadea* is $230 million.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Signed this 1st day of March, 2024, in Owings, Maryland.

_____<br>Jennifer Crane