

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 8, 2024

By ECF
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

  I write on behalf of the United States of America (the "Government") to provide the information requested in the Court's Order dated May 6, 2024. ECF No. 90 (memo endorsement).

  The Government is in the process of drafting its motion to strike and anticipates filing it no later than May 17, 2024. The Government does not need any further information or discovery before it can make that motion (responses to the discovery requests discussed in the Government's recent letter motion, ECF No. 86, are not necessary for the purpose of the motion to strike).

  We thank the Court for its consideration of this submission.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney
            Southern District of New York

          By: */s/ Jennifer Jude*
            JENNIFER JUDE
            Assistant United States Attorneys

            MARGARET A. MOESER
            Acting Chief
            Money Laundering and Asset Recovery
            Section, Criminal Division
            U.S. Department of Justice

          By: */s/ Joshua L. Sohn*
            JOSHUA L. SOHN
            Trial Attorney
            Money Laundering and Asset Recovery
            Section

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control
Section

cc: Claimants' counsel (by ECF)