

**Application GRANTED.** The conference set for May 17, 2024, is **ADJOURNED** to **May 24, 2024,** at **10:00 A.M. EST.** The parties shall appear in person in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. An order issued May 6, 2024, directed the parties to be ready to discuss any pending motions or applications at the upcoming conference. *See* ECF No. 90. On May 8, 2024, the Government filed a letter stating that it currently intends to file its motion to strike by May 17, 2024. *See* ECF No. 91. Supplemental Federal Rule of Civil Procedure G(8)(c)(ii) requires that any Government motion to strike a claim be decided prior to resolution of that claimant's motion to dismiss. Accordingly, the parties are apprised that the Court does not intend to discuss Claimants' motion to dismiss at the May 24 conference. So Ordered.

**VIA ECF**
The Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dale E. Ho
United States District Judge
Dated: May 9, 2024
New York, New York

Re: <u>United States v. M/Y Amadea</u>, No. 23-cv-9304 (DEH)

Dear Judge Ho:

    We represent Claimants in the above-referenced matter and write in response to Your Honor's May 6 Order setting a status conference for May 17, 2024. Counsel for Claimants are scheduled to be out of the country on business on May 17 and therefore respectfully request that the Court reschedule the conference for the following week. We have conferred with the government on this matter and it does not object to our request. The parties have conferred and are available anytime on May 21 or before 2:00 p.m. on May 24, if such times are convenient for the Court.

    We thank the Court for its consideration of this submission.

Respectfully Submitted,

<u>/s/ Adam C. Ford</u>
Adam C. Ford
Renée L. Jarusinsky
Ford O'Brien Landy LLP
Counsel for Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd.

cc: Counsel of Record for the government (via ECF)