UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

      Plaintiff,

      - v. -

THE M/Y *AMADEA*, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531, INCLUDING ALL FIXTURES, FITTINGS, MANUALS, STOCKS, STORES, INVENTORIES, AND EACH LIFEBOAT, TENDER, AND OTHER APPURTENANCE THERETO,

      Defendant-*In-Rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

23 Civ. 9304 (DEH)

## NOTICE OF MOTION TO STRIKE THE CLAIM, OR FOR SUMMARY JUDGMENT, FOR LACK OF STANDING

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the United States of America's Motion to Strike the Claim, or for Summary Judgment, for Lack of Standing, the Declaration of Jennifer Jude, the Local Rule 56.1 Statement, and all prior pleadings and proceedings herein, Plaintiff the United States of America, by its attorneys, Damian Williams, United States Attorney for the Southern District of New York, Margaret A. Moeser, Acting Chief of the Money Laundering and Asset Recovery Section, and Jennifer Kennedy Gellie, Executive Deputy Chief of the Counterintelligence and Export Control Section, hereby moves to strike the claim of claimants Eduard Khudainatov and Millemarin Investments Ltd. ("Claimants") pursuant to Rule G(8)(c)(i)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Pursuant to Local Civil Rule 6.1(b), Claimants' opposition to Plaintiff's motion, if any, is due no later than May 31, 2024.

Dated: New York, New York
       May 17, 2024

                                            Respectfully Submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney
                                            Southern District of New York

                        By:     /s/ *Jennifer Jude*
                                            JENNIFER JUDE
                                            MICHAEL LOCKARD
                                            Assistant United States Attorneys


                                            MARGARET A. MOESER
                                            Acting Chief
                                            Money Laundering and Asset Recovery
                                            Section, Criminal Division
                                            U.S. Department of Justice

                                            By: /s/ *Joshua L. Sohn*
                                            JOSHUA L. SOHN
                                            Trial Attorney
                                            Money Laundering and Asset Recovery
                                            Section


                                            JENNIFER KENNEDY GELLIE
                                            Executive Deputy Chief
                                            Counterintelligence and Export Control
                                            Section, National Security Division
                                            U.S. Department of Justice

                                            By: /s/ *Yifei Zheng*
                                            YIFEI ZHENG
                                            Trial Attorney
                                            Counterintelligence and Export Control
                                            Section (CES)