

        U.S. Department of Justice

*950 Pennsylvania Avenue NW*
*Washington, D.C.  20530*

May 29, 2024

**VIA CM/ECF**
Hon. Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho,

We write respectfully on behalf of the Government to request the Court's leave to file documents under temporary seal, pursuant to paragraph 9 of the Protective Order, ECF No. 83, and Rule 6(d) of Your Honor's Individual Rules. The documents comprise the Government's Hague Convention Memorandum of Law and attachments, which disclose the names and addresses of foreign witnesses from which the Government seeks to take testimony under the Hague Convention. In meet-and-confer practice today, the parties provisionally agreed that publicly disclosing these witnesses' names and addresses could adversely affect their employment and business prospects, given the code of privacy and discretion endemic to the yachting industry. The Government will provide these witnesses with a copy of the Protective Order, which affords an opportunity for the parties and third parties to file a letter explaining the need to maintain documents under seal. The Government will apprise the Court no later than June 12, 2024 if longer than the 14 days permitted under the Protective Order is needed to complete this process.

        Respectfully Submitted,

        DAMIAN WILLIAMS
        United States Attorney
        Southern District of New York
        U.S. Department of Justice

        By: */s/ Jennifer Jude*
        JENNIFER JUDE

Assistant U.S. Attorney
Southern District of New York

MARGARET A. MOESER
Acting Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

By: /s/ *Joshua L. Sohn*
JOSHUA L. SOHN
Trial Attorney
Money Laundering and Asset Recovery
Section


JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control
Section

cc: Claimants' counsel (by ECF)