

U.S. Department of Justice

*950 Pennsylvania Avenue NW*
*Washington, D.C. 20530*

June 7, 2024

**VIA CM/ECF**
Hon. Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho,

We write regarding the Government's recent letter motion (ECF No. 115) to file Hague-related documents under temporary seal, pursuant to paragraph 9 of the Protective Order and Rule 6(d) of Your Honor's Individual Rules. The Government has notified the three UK witnesses about the temporary sealing and their right to request permanent sealing. However, regarding the French witness, the Government has been advised that the only permissible way to contact this witness and provide the requisite notice is through a formal Mutual Legal Assistance (MLA) request to the French authorities. The Government has commenced the MLA process, but completing it will take several more weeks at least. Accordingly, the Government respectfully requests that the French witness's name and address remain under seal for another 45 days from the filing of this letter motion. The Government will notify the Court, before the end of the requested 45-day period, whether notice has been effectuated.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York
U.S. Department of Justice

By: */s/ Jennifer Jude*
JENNIFER JUDE
Assistant U.S. Attorney
Southern District of New York

MARGARET A. MOESER
Acting Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

By: /s/ *Joshua L. Sohn*
JOSHUA L. SOHN
Trial Attorney
Money Laundering and Asset Recovery
Section


JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control
Section

cc: Claimants' counsel (by ECF)