# EXHIBIT 1



| Исх. | ███ | от 12.04.2024 г. | Форма: А07зл 100п |
|---|---|---|---|
| На вх. | ███ | от 11.04.2024 г. | |

# ИНФОРМАЦИЯ

о зарегистрированных лицах, с указанием процентного соотношения
общего количества ценных бумаг к уставному капиталу эмитента
и общему количеству ценных бумаг данной категории (типа)
по состоянию на 10.04.2024 [20:00]

**АКЦИОНЕРНОЕ ОБЩЕСТВО "Независимая нефтегазовая компания"**

Свидетельство о государственной регистрации ███ 09.12.2002г. Межрайонная инспекция МНС России № 39

ул. 1-я Тверская-Ямская, д. 5, г. Москва, 125047

тел.: ███

Краткая информация о ценных бумагах, выпущенных эмитентом:

| Описание ценной бумаги | Номер государственной регистрации | Выпуск | Номинал руб | Всего ценных бумаг шт | |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Акция обыкновенная именная (вып.1) | 1-01-65014-D | 1 | 1000 | 888000 | |
| ИТОГО по обыкновенным | | | | 888000 | |
| ИТОГО по привилегированным | | | | | |
| ИТОГО | | | | 888000 | |

Размер уставного капитала: 888000000 руб.

*) – Помеченные выпуски ЦБ не участвуют при составлении списка лиц.

Уполномоченное лицо регистратора

███

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0002359

Лист 2

Процент по номинальной стоимости: от общей номинальной стоимости всех акций, включенных в УК от 0.000000 до 100.000000;

| № п/п | Фамилия, имя, отчество или полное наименование организации | Номер счета | Тип счета[1] | Акции привилег. | | Акции обыкновен. | | Общее количество акций | % в уставном капитале |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Количество акций шт | % от их общего числа % | Количество акций шт | % от их общего числа % | шт | % |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1 | Худайнатов Эдуард Юрьевич | 14 | ВЛ | | | 888000 | 100.00 | 888000 | 100.0000 |
| | ИТОГО по ЮЛ в списке: ( счетов: 0) | | | | | | | | |
| | ИТОГО по ФЛ+ОС в списке: ( счетов: 1) | | | | | 888000 | 100.00 | 888000 | 100.0000 |
| | ИТОГО по списку: ( счетов: 1) | | | | | 888000 | 100.00 | 888000 | 100.0000 |

Примечания:
1. Типы счетов
ВЛ – владелец
НД – номинальный держатель
ДУ – доверительный управляющий
ДУП – доверительный управляющий правами
ЦД – центральный депозитарий
ИНД - иностранный номинальный держатель
ИУД - иностранный уполномоченный держатель

ЭС – эмиссионный счет
КС – казначейский счет эмитента
ДС – депозитный счет
СДП - Счет депозитарных программ
ПЛ – счет неустановленных лиц
ЗД – залогодержатель

2. Типы лиц
ЮЛ – юридическое лицо
ФЛ – физическое лицо
ОС – общая собственность

Список лиц, а также все количественные и процентные реквизиты сформированы с учетом заданной фильтрации.

Уполномоченное лицо регистратора

Заместитель Генерального директора по корпоративным проектам



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0002360

Заместитель Генерального
директора по корпоративным
проектам



Документ сформирован с использованием сервиса «Личный кабинет эмитента», размещенного на официальном сайте АО ВТБ Регистратор:



ВТБ РЕГИСТРАТОР    ДОКУМЕНТ ПОДПИСАН
УСИЛЕННОЙ
КВАЛИФИЦИРОВАННОЙ
ЭЛЕКТРОННОЙ ПОДПИСЬЮ

Сертификат:
Владелец:
Действителен: с 31.08.2023 до 31.08.2024

Документ в электронной форме, подписан усиленной квалифицированной электронной подписью, равнозначен документу на бумажном носителе, подписанному собственноручной подписью уполномоченного лица АО ВТБ Регистратор и заверенному печатью АО ВТБ Регистратор (пункты 1 и 3 статьи 6 Федерального закона от 6 апреля 2011 г. № 63-ФЗ «Об электронной подписи»).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0002361

**VTB** Registrar

Name of the registrar:
Registered address:
State registration:



Contact phones:
License:

Issuing authority: Federal Service for Financial Markets

| Our Ref. | dated 04/12/2024 | Form A07zl 100p |
| Your Ref. | dated 04/11/2024 | |

### INFORMATION
on registered shareholders with the percentage of
total securities to the authorized share capital of the issuer
and to the total securities of that category (type)
as of 04/10/2024 [8 PM]

**Independent Oil and Gas Company Joint Stock Company**
Certificate of State Registration No. _____ dated 12/09/2002
by Interdistrict Inspectorate of the Ministry of Taxation of Russia No. 39 for Moscow

phone:

Summary of securities issued by the issuer:

| Description of the security | State registration No. | Issue | Par value RUB | Total securities pcs. | |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Registered ordinary share (issue 1) | 1-01-65014-D | 1 | 1,000 | 888,000 | |
| SUBTOTAL for ordinary shares | | | | 888,000 | |
| SUBTOTAL for preferred shares | | | | | |
| TOTAL | | | | 888,000 | |

Authorized share capital: RUB 888,000,000.
*) – Marked issues of securities are not included in making the list of shareholders.

Authorized officer of the registrar

Prepared by

Percentage by par value: from the total par value of all shares included in the authorized share capital from 0.000000 to 100.000000;

| No. | Last name, first name, patronymic or full name of the entity | Account No. | Account type[1] | Preferred shares | | Ordinary shares | | Total shares | % in the authorized share capital |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number of shares | % of the total number | Number of shares | % of the total number | | |
| | | | | pcs. | % | pcs. | % | pcs. | % |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1 | Khudainatov, Eduard Yurievich | 14 | O | | | 888,000 | 100,00 | 888,000 | 100,00 |
| | SUBTOTAL for LP in the list: (accounts: 1) | | | | | | | | |
| | SUBTOTAL for PP+JO in the list: (accounts: 1) | | | | | 888,000 | 100,00 | 888,000 | 100,00 |
| | TOTAL for the list: (accounts: 1) | | | | | 888,000 | 100,00 | 888,000 | 100,00 |

**Notes:**

**1. Account types**
O – owner
NH – nominal holder
T – trustee
FT – fiduciary trustee
CSD – central securities depository
FNH – foreign nominal holder
FC – foreign custodian

IA – issuer account
ITA – issuer's treasury account
DA – deposit account
DPA – depositary program account
UIPA – unidentified persons account
P – pledgee

**2. Shareholder types**
LP – legal person
PP – physical person
JO – joint ownership

The list of shareholders and all quantitative and percentage details have been generated using the preset filter settings.

Authorized officer of the registrar

Deputy General Director
for Corporate Projects                    [signature]

[Seal:] Moscow, VTB Registrar Joint Stock Company * For use on documents No. 2 * VTB Registrar

Deputy General Director
for Corporate Projects                           [signature]                         

[Seal:] Moscow, VTB Registrar Joint Stock Company * For use on documents No. 2 * VTB Registrar

The document has been generated using the Issuer's Account service on the official website of VTB Registrar JSC:

| **VTB Registrar** | THE DOCUMENT HAS BEEN SIGNED WITH ENHANCED QUALIFIED ELECTRONIC SIGNATURE |
|---|---|
| Certificate: <br> Owner: <br> Valid from 08/31/2023 to 08/31/2024 | |

The electronic document signed with an enhanced qualified electronic signature is equivalent to a paper document signed with a handwritten signature by an authorized officer of VTB Registrar JSC and certified with a seal of VTB Registrar JSC (clauses 1 and 3, Article 6 of the Federal Law on Electronic Signature No. 63-FZ dated April 6, 2011).

**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Extract VTB register 20240410**" is, to the best of my knowledge and belief, a true and accurate translation from Russian into English.

_____
Jacqueline Yorke

Sworn to before me this
June 6, 2024

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public