# EXHIBIT 12



J. SAFRA SARASIN
Sustainable Swiss Private Banking since 1841

Alkat S.A.
Mr. Daniel Kolarov

1204 Geneva

SP

Banque J. Safra Sarasin SA
8, place de l'Université
Case postale 33
CH-1211 Genève 4
T: +41 (0)58 317 39 39
F: +41 (0)58 317 39 00
www.jsafrasarasin.com

BIC
VAT no.

| Place, Date | Geneva, 27 June 2013 | Client | Nereo Management Limited |
|---|---|---|---|
| | | Portfolio | |
| | | Current account | |
| | | IBAN | |

**Debit advice**                                                    **Reference**

Reference
In favour of      Fr. Lürssen Werft GMBH & Co KG
                  Bremen
IBAN
Bank

| | | Currency | Amount |
|---|---|---|---|
| | Amount | EUR | -8'300'000.00 |
| | Payment charges | EUR | -32.64 |
| | Net | EUR | -8'300'032.64 |

**To your debit**     Value 27 June 2013             **EUR**        8'300'032.64

Yours sincerely

Bank J. Safra Sarasin Ltd
Advice without signature

Please refer to clause 6 of our General Terms and Conditions. You are required to examine the confirmations upon receipt. In case of any inaccuracy, you are obliged to notify us immediately in written form from receipt of such Bank documents. If we do not receive any objections, then you shall be deemed to have accepted the content of the documents.

1 | 1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0001901



Alkat S.A.
Mr. Daniel Kolarov
1204 Geneva

SP

Banque J. Safra Sarasin SA
8, place de l'Université
Case postale 33
CH-1211 Genève 4
T: +41 (0)58 317 39 39
F: +41 (0)58 317 39 00
www.jsafrasarasin.com

BIC
VAT no.

| | | |
|---|---|---|
| Place, Date | Geneva, 27 June 2013 | |
| Client | | Nereo Management Limited |
| Portfolio | | |
| Current account | | |
| IBAN | | |

**Debit advice**                                      Reference

Reference
In favour of    Hill Dickinson - Euro Client Account
IBAN
Bank

| | Currency | Amount |
|---|---|---|
| Amount | EUR | -8'304'500.00 |
| Payment charges | EUR | -32.64 |
| Net | EUR | -8'304'532.64 |
| **To your debit** Value 27 June 2013 | **EUR** | **8'304'532.64** |

Yours sincerely

Bank J. Safra Sarasin Ltd
Advice without signature

Please refer to clause 6 of our General Terms and Conditions. You are required to examine the confirmations upon receipt. In case of any inaccuracy, you are obliged to notify us immediately in written form from receipt of such Bank documents. If we do not receive any objections, then you shall be deemed to have accepted the content of the documents.

1 | 1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0001902



**J. SAFRA SARASIN**
Sustainable Swiss Private Banking since 1841

Alkat S.A.
Mr. Daniel Kolarov
1204 Geneva

SP

Banque J. Safra Sarasin SA
8, place de l'Université
Case postale 33
CH-1211 Genève 4
T: +41 (0)58 317 39 39
F: +41 (0)58 317 39 00
www.jsafrasarasin.com

BIC
VAT no.

| | | |
|---|---|---|
| Place, Date | Geneva, 24 October 2013 | Client: Nereo Management Limited |
| | | Portfolio |
| | | Current account |
| | | IBAN |

**Debit advice**                                                          **Reference**

Reference
In favour of    Fr. Lürssen Werft GMBH & Co KG
                Bremen
IBAN
Bank

| | Currency | Amount |
|---|---|---|
| Amount | EUR | -13'035'060.00 |
| Payment charges | EUR | -32.55 |
| Net | EUR | -13'035'092.55 |
| **To your debit** Value 24 October 2013 | **EUR** | **13'035'092.55** |

Yours sincerely

Bank J. Safra Sarasin Ltd
Advice without signature

Please refer to clause 6 of our General Terms and Conditions. You are required to examine the confirmations upon receipt. In case of any inaccuracy, you are obliged to notify us immediately in written form from receipt of such Bank documents. If we do not receive any objections, then you shall be deemed to have accepted the content of the documents.

1 | 1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0001904



Fr. Lürssen Werft GmbH & Co. KG
Zum Alten Speicher 11, 28759 Bremen Germany

Nereo Management Limited
c/o
Imperial Yachts Sarl
Attn.: Mrs. Julia Stewart / Mrs. Natalia Filyaeva
by email:
by email:

copy to
Hill Dickinson LLP
Attn.: Mr. James Lawson / Mr. Fergal Quinn
by fax:

Telefon/Phone: +49 421 6604-0

Datum/date
25. October 2013

Durchwahl/ext.
Fax

Unser Zeichen/our reference
(Bei Antwort bitte angeben/
please quote when replying)

Seite/page
1 von/of 1

**AGREEMENT FOR THE CONSTRUCTION OF A MOTOR YACHT, AS AMENDED**
**HULL NUMBER 13688, "PROJECT MISTRAL"**
**INSTALMENT NO. 3 "STEEL CUTTING OF 100 TONS OF STEEL FOR THE MOTOR YACHT HAS BEEN COMMENCED"**
**OUR REQUEST FOR PAYMENT NO. P-099 DATED 08. OCTOBER 2013**

Dear Sir and Madam,

We thankfully confirm the receipt of EUR 13.035.060,00 into our bank account with BNP Paribas S.A. with value date 24. October 2013.

This amount represents 50% of the total amount payable for the 3rd instalment as per Clause 3.4 of the Agreement plus the pro-rata amount of the agreed Variations to Contract due at the 3rd instalment.

In case of any questions please do not hesitate to contact us.

Yours faithfully

Fr. Lürssen Werft GmbH & Co. KG

ppa. Hiltner         i.A. Kalt

Rechtsform: Kommanditgesellschaft
Firma: Fr. Lürssen Werft GmbH & Co. KG, Sitz: Bremen, Amtsgericht: Bremen HRA 10066
phG: Fr. Lürssen Werft Beteiligungs-GmbH, Sitz: Bremen, Amtsgericht: Bremen HRB 17783
Geschäftsführer: Friedrich Lürßen, Peter Lürßen, Carl-Otto Große-Lindemann, Frithjof Schmidt, Dr. Klaus Borgschulte, Peter Knelpp



**J. SAFRA SARASIN**
Sustainable Swiss Private Banking since 1841

Alkat S.A.
Mr. Daniel Kolarov

1204 Geneva

SP

Banque J. Safra Sarasin SA
8, place de l'Université
Case postale 33
CH-1211 Genève 4
T: +41 (0)58 317 39 39
F: +41 (0)58 317 39 00
www.jsafrasarasin.com
BIC
VAT no.

| | |
|---|---|
| Place, Date | Geneva, 24 October 2013 |
| Client | Nereo Management Limited |
| Portfolio | |
| Current account | |
| IBAN | |

**Debit advice**                                **Reference**

Reference
In favour of     Hill Dickinson -
                 Euro Client Account
IBAN
Bank

| | Currency | Amount |
|---|---|---|
| Amount | EUR | -12'450'000.00 |
| Payment charges | EUR | -32.55 |
| Net | EUR | -12'450'032.55 |
| **To your debit** Value 25 October 2013 | **EUR** | **12'450'032.55** |

Yours sincerely

Bank J. Safra Sarasin Ltd
Advice without signature

Please refer to clause 6 of our General Terms and Conditions. You are required to examine the confirmations upon receipt. In case of any inaccuracy, you are obliged to notify us immediately in written form from receipt of such Bank documents. If we do not receive any objections, then you shall be deemed to have accepted the content of the documents.

1 | 1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0001903

**Eurobank** Cyprus

Outward Swift MT 103

| | |
|---|---|
| Branch | LIMASSOL MAIN BRANCH |
| User | 7.233 - AMettis |
| Post Date, UTN | 24/02/2014, 10705 |
| UTN | |
| Ordering Account No. | |
| Account Name | NEREO MANAGEMENT LIMITED |
| CCY | EUR |
| Amount | 18.249.810,09 |
| Value Date | 24/02/2014 |
| Status | Created - 24/02/2014  4:38:00µµ |
| 2: Destination Bank | :2:DEUTDEFF |
| 20: Transaction Reference Number | |
| 13C: Time Indication | |
| 23B: Bank Operation Code | :23B:CRED |
| 26T: Transaction Type Code | |
| 32a: Value Date, Currency Code, Amount | :32A:140224EUR18249810,09 |
| 33a: Currency, Instructed Amount | :33B:EUR18249810,09 |
| 36: Exchange Rate | |
| 50a: Ordering Customer | NEREO MANAGEMENT LIMITED<br>. ONE CAPITAL PLACE FOURTH FLOOR, P<br>GRAND CAYMAN KY |
| 51a: Sending Institution | |
| 52a: Ordering Institution | |
| 53a: Senders Correspondent | |
| 54a: Receivers Correspondent | |
| 55a: Third Reimbursement Institution | |
| 56a: Intermediary | |
| 57a: Account with Institution | |
| 59: Beneficiary Customer | FR. LURSSEN WERFT GMBH AND CO. KG,<br>BREMEN |
| 70: Details of Payment | :70:PARTIAL PMT INVOICE NO. P-099<br>ORDER NO. 13688 |
| 71A: Details of Charges | :71A:OUR |
| 71F: Sender's Charges | |
| 71G: Receiver's Charges | |
| 72: Sender to Receiver Information | |
| 77B: Regulatory Reporting | |
| 77T: Regulatory Reporting | |

Print Time : 4:38:10µµ                    Page 1 of 1                    User: AMettis

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0002057

 

Sustainable Swiss Private Banking since 1841

Banque J. Safra Sarasin SA
3, Quai de l'Ile
Case postale 5809
CH-1211 Genève 11
T: +
F: +

Alkat S.A.
Mr. Daniel Kolarov

1204 Geneva

SP

Place, Date

Client
Portfolio
Current account
IBAN

**Debit advice**

Reference

| | | |
|---|---|---|
| Reference | Partial payment invoice | |
| In favour of | Fr. Lürssen Werft GMBH & Co KG Bremen | |
| IBAN | | |
| Bank | BNP PARIBAS S.A. NIEDERLASSUNG FRAN FRANKFURT AM MAIN | |

| | Currency | Amount |
|---|---|---|
| Amount | EUR | -8'710'000.00 |
| Payment charges | EUR | -32.77 |
| Net | EUR | -8'710'032.77 |
| **To your debit** Value 24 February 2014 | **EUR** | **8'710'032.77** |

Yours sincerely

Bank J. Safra Sarasin Ltd
Advice without signature

Please refer to clause 9 of our General Terms and Conditions. You are required to examine the confirmations upon receipt. In case of any inaccuracy, you are obliged to notify us immediately in written form from receipt of such Bank documents. If we do not receive any objections, then you shall be deemed to have accepted the content of the documents.

1 | 1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0001905



## LÜRSSEN
FR. LÜRSSEN WERFT

Fr. Lürssen Werft GmbH & Co. KG
Zum Alten Speicher 11, 28759 Bremen Germany

Nereo Management Limited
c/o
Imperial Yachts Sarl
Attn.: Mrs. Julia Stewart / Mrs. Natalia Filyaeva

by email:

by email:

Telefon/Phone:

Datum/date
25. February 2014

Durchwahl/ext.
Fax

Unser Zeichen/our reference
(Bei Antwort bitte angeben/
please quote when replying)

Seite/page
1 von/of 1

AGREEMENT FOR THE CONSTRUCTION OF A MOTOR YACHT, AS AMENDED
HULL NUMBER 13688, "PROJECT MISTRAL"
INSTALMENT NO. 4 "PLACING OF THE FIRST BLOCK OF THE MOTOR YACHT'S HULL IN THE BUILDING BERTH HAS BEEN COMPLETED"
OUR REQUEST FOR PAYMENT NO. P-009 DATED 05. FEBRUARY 2014

Dear Mrs. Stewart, Dear Mrs. Filyaeva,

We thankfully confirm the receipt of EUR 26.959.810,09 into our bank account with BNP Paribas S.A. with value date 24. February 2014.

This amount represents the total amount payable for the 4th instalment as per Clause 3.4 of the Agreement plus the pro-rata amount of the agreed Variations to Contract due at the 4th instalment.

In case of any questions please do not hesitate to contact us.

Yours faithfully

Fr. Lürssen Werft GmbH & Co. KG

ppa. Hiltner      i.A. Kalt

Rechtsform: Kommanditgesellschaft
Firma: Fr. Lürssen Werft GmbH & Co. KG, Sitz: Bremen, Amtsgericht: Bremen HRA 10066
phG: Fr. Lürssen Werft Beteiligungs-GmbH, Sitz: Bremen, Amtsgericht: Bremen HRB 17783
Geschäftsführer: Friedrich Lürßen, Peter Lürßen, Carl-Otto Große-Lindemann, Frithjof Schmidt, Dr. Klaus Borgschulte, Peter Kneipp

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    EKMM0002034



| | |
|---|---|
| Branch | HEAD OFFICE |
| User | 1.310 - WEB_USER |
| Post Date, UTN | 19/06/2014, 367600 |
| UTN | |
| Ordering Account No. | |
| Account Name | NEREO MANAGEMENT LIMITED |
| CCY | EUR |
| Amount | 23.401.196,00 |
| Value Date | 23/06/2014 |
| Status | Created - 20/06/2014  8:19:00πµ |
| 2: Destination Bank | :2:DEUTDEFF |
| 20: Transaction Reference Number | |
| 13C: Time Indication | |
| 23B: Bank Operation Code | :23B:CRED |
| 26T: Transaction Type Code | |
| 32a: Value Date, Currency Code, Amount | :32A:140623EUR23401196, |
| 33a: Currency, Instructed Amount | :33B:EUR23401196, |
| 36: Exchange Rate | |
| 50a: Ordering Customer | NEREO MANAGEMENT LIMITED<br>. ONE CAPITAL PLACE FOURTH FLOOR, P<br>GRAND CAYMAN KY |
| 51a: Sending Institution | |
| 52a: Ordering Institution | |
| 53a: Senders Correspondent | |
| 54a: Receivers Correspondent | |
| 55a: Third Reimbursement Institution | |
| 56a: Intermediary | |
| 57a: Account with Institution | |
| 59: Beneficiary Customer | FR. LURSSEN WERFT GMBH AND CO. KG,<br>BREMEN |
| 70: Details of Payment | :70:PMT INVOICE NO. P 053<br>ORDER NO. 13688 |
| 71A: Details of Charges | :71A:OUR |
| 71F: Sender's Charges | |
| 71G: Receiver's Charges | |
| 72: Sender to Receiver Information | |
| 77B: Regulatory Reporting | |
| 77T: Regulatory Reporting | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0002058



**LÜRSSEN**
FR. LÜRSSEN WERFT

Fr. Lürssen Werft GmbH & Co. KG
Zum Alten Speicher 11, 28759 Bremen Germany

Nereo Management Limited
c/o
Imperial Yachts Sarl
Attn.: Ms. Julia Stewart / Ms. Natalia Filyaeva

by email:
by email:

Telefon/Phone:

Datum/date
26 June 2014

Durchwahl/ext.
Fax

Unser Zeichen/our reference
(Bei Antwort bitte angeben/
please quote when replying)

Seite/page
1 von/of 1

**AGREEMENT FOR THE CONSTRUCTION OF A MOTOR YACHT, AS AMENDED
HULL NUMBER 13688, "PROJECT MISTRAL"**

**CONFIRMATION OF RECEIPT - INSTALMENT NO. 5**

Dear Ms. Stewart, Dear Ms. Filyaeva,

We confirm with thanks the receipt of EUR 23.401.196,00 into our bank account with BNP Paribas S.A. with value date 24 June 2014.

This payment is in full settlement of our Request for Payment P-053 dated 4th June.

We thank you for your kind co-operation in this matter and remain,

With kind regards,

Fr. Lürssen Werft GmbH & Co. KG

ppa. A. Hiltner          i.V. V. Engelbrecht-Schnür
Rechtsform: Kommanditgesellschaft
Firma: Fr. Lürssen Werft GmbH & Co. KG, Sitz: Bremen, Amtsgericht: Bremen HRA 10066
phG: Fr. Lürssen Werft Beteiligungs-GmbH, Sitz: Bremen, Amtsgericht: Bremen HRB 17783
Geschäftsführer: Friedrich Lürßen, Peter Lürßen, Carl-Otto Große-Lindemann, Frithjof Schmidt, Dr. Klaus Borgschulte, Peter Kneipp

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          EKMM0002035



| | |
|---|---|
| Branch | HEAD OFFICE |
| User | 1.310 - WEB_USER |
| Post Date, UTN | 28/01/2015, 59429 |
| UTN | |
| Ordering Account No. | |
| Account Name | NEREO MANAGEMENT LIMITED |
| CCY | EUR |
| Amount | 24.811.481,65 |
| Value Date | 28/01/2015 |
| Status | Created - 28/01/2015  2:12:00μμ |
| 2: Destination Bank | :2:DEUTDEFF |
| 20: Transaction Reference Number | |
| 13C: Time Indication | |
| 23B: Bank Operation Code | :23B:CRED |
| 26T: Transaction Type Code | |
| 32a: Value Date, Currency Code, Amount | :32A:150128EUR24811481,65 |
| 33a: Currency, Instructed Amount | :33B:EUR24811481,65 |
| 36: Exchange Rate | |
| 50a: Ordering Customer | NEREO MANAGEMENT LIMITED<br>. ONE CAPITAL PLACE FOURTH FLOOR, P<br>GRAND CAYMAN KY |
| 51a: Sending Institution | |
| 52a: Ordering Institution | |
| 53a: Senders Correspondent | |
| 54a: Receivers Correspondent | |
| 55a: Third Reimbursement Institution | |
| 56a: Intermediary | |
| 57a: Account with Institution | |
| 59: Beneficiary Customer | LURSSEN-KROGER WERFT GMBH AND CO.KG |
| 70: Details of Payment | :70:INV. P111 DD 17.12.2014<br>ORDER NO 13688<br>PROJECT MISTRAL |
| 71A: Details of Charges | :71A:OUR |
| 71F: Sender's Charges | |
| 71G: Receiver's Charges | |
| 72: Sender to Receiver Information | |
| 77B: Regulatory Reporting | |
| 77T: Regulatory Reporting | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0002059



**Eurobank**

| | |
|---|---|
| Branch | HEAD OFFICE |
| User | 1.310 - WEB_USER |
| Post Date, UTN | 18/06/2015, 389735 |
| UTN | |
| Ordering Account No. | |
| Account Name | NEREO MANAGEMENT LIMITED |
| CCY | EUR |
| Amount | 26.217.539,11 |
| Value Date | 19/06/2015 |
| Status | Created - 19/06/2015 12:39:00μμ |
| 2: Destination Bank | :2:DEUTDEFF |
| 20: Transaction Reference Number | |
| 13C: Time Indication | |
| 23B: Bank Operation Code | :23B:CRED |
| 26T: Transaction Type Code | |
| 32a: Value Date, Currency Code, Amount | :32A:150619EUR26217539,11 |
| 33a: Currency, Instructed Amount | :33B:EUR26217539,11 |
| 36: Exchange Rate | |
| 50a: Ordering Customer | NEREO MANAGEMENT LIMITED<br>. ONE CAPITAL PLACE FOURTH FLOOR, P<br>GRAND CAYMAN KY |
| 51a: Sending Institution | |
| 52a: Ordering Institution | |
| 53a: Senders Correspondent | |
| 54a: Receivers Correspondent | |
| 55a: Third Reimbursement Institution | |
| 56a: Intermediary | |
| 57a: Account with Institution | |
| 59: Beneficiary Customer | LURSSEN WERFT GMBH AND CO.KG |
| 70: Details of Payment | :70:INV NO P 050 DD 01.06.2015<br>ORDER NO 13688<br>PROJECT MISTRAL |
| 71A: Details of Charges | :71A:OUR |
| 71F: Sender's Charges | |
| 71G: Receiver's Charges | |
| 72: Sender to Receiver Information | |
| 77B: Regulatory Reporting | |
| 77T: Regulatory Reporting | |

Print Time : 12:54:58μμ      Page 1 of 1      User: mhadjisergis

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
ATTORNEYS EYES ONLY FOR THIS LITIGATION ONLY

EKMM0002060



Fr. Lürssen Werft GmbH & Co. KG
Zum Alten Speicher 11, 28759 Bremen Germany

Nereo Management Limited
c/o Imperial Yachts Sarl
Ermanno Palace,
27 Boulevard Albert 1 er
MC 98000 Monaco

Telefon/Phone:

Datum/date
22 June 2015

Durchwahl/ext.
Fax

Attn.: Ms. Natalia Filyaeva - private and confidential
by email:

Unser Zeichen/our reference
(Bei Antwort bitte angeben/
please quote when replying)

Seite/page
1 von/of 1

AGREEMENT FOR THE CONSTRUCTION OF A MOTOR YACHT, AS AMENDED
HULL NUMBER 13688, "PROJECT MISTRAL"

CONFIRMATION OF RECEIPT - INSTALMENT NO. 7

Dear Ms. Filyaeva,

We thankfully confirm the receipt of

EUR   26.217.539,11    value date 19th June 2015

in our bank account Commerzbank AG.

This payment is in full settlement of our Request for Payment P-050 dated 1st June 2015.

We thank you for your kind co-operation in this matter and remain,

With kind regards,

Fr. Lürssen Werft GmbH & Co. KG

ppa. A. Hiltner            i. A. W. Korn

Rechtsform: Kommanditgesellschaft
Firma: Fr. Lürssen Werft GmbH & Co. KG, Sitz: Bremen, Amtsgericht: Bremen HRA 10066
phG: Fr. Lürssen Werft Beteiligungs-GmbH, Sitz: Bremen, Amtsgericht: Bremen HRB 17783
Geschäftsführer: Friedrich Lürßen, Peter Lürßen, Carl-Otto Große-Lindemann, Frithjof Schmidt, Dr. Klaus Borgschulte, Peter Knepp, Mark von Laer

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER