```
3    CHRONICLES
4
5    (AMA (IV)   14/16.02.22 - 15.04.2022
6    (AMA (III)  03/04.10.21 - 03.12.2021
7    (AMA (II)   27/30.05.21 - 06.08.2021
8    (AMA (I)    21/28.11.20 - 05.03.2021
9
10
11
12   TITLE  DATE  REVISION  NOTE PAD - CHRONICLES  02.12.2021  Rev. 1.0.
     Editor:  Capt.
     Circulated:    PURPOSE:   Prep. Note Pad for MSG composition & W. App or E-mail
     circulation
13
14
15
16
17
18
19   OPTION 1:       "MMP delayed to 23/24"
20
21   2022                      .
22   04.  Apr.  Frz. Polynesia
23   05.  May   Frz. Polynesia
24   06.  Jun.  Fidji
25   07.  July  Maintenance SYDNEY
26   08.  Aug.  Australia
27   09.  Sept. Indonesia
28   10.  Oct.. Japan
29   11.  Nov.  Japan
30   12.  Dec.  South Korea, Maintenance
31
32   2023                      .
33   01.  Jan.  Philippines
34   02.  Feb.  Singapore, Malaysia, Thailand
35   03.  Mar.  Myanmar, Adaman Sea , Sri Lanka
36   04.  Apr.  Maledives
37   05.  May   Seychelles
38   06.  Jun.  Reposition to Med. / Turkey
39   07.  July  Med.
40   08.  Aug.  Med.
41   09.  Sept. Med
42   10.  Oct.  MMP - Germany
43   11.  Nov.  MMP - Germany
44   12.  Dec.  MMP - Germany
45
46
47
```

JAPAN
weather in Japan in August is generally hot and very humid. Average temperatures ranges 18–31°C (64–88°F) , with a hot climate in the central and southern prefectures. The average rainfall is high at 182 mm (7 inches) and there are occasional typhoons.

Typhoons in Japan occur the most from July to October, peak in August and September. Japan Meteorological Agency: about 25 typhoons occur and 11 approach a year on average in the past thirty years.

Obon Festival  13 – 15. August
The Obon festival is one of Japan's largest and most significant religious events. This is a Buddhist custom honouring the spirits of one's ancestors
traditional festival and not an official holiday in Japan, many offices will be closed (around 60% of businesses close) and travelling on roads and public transport may be busier than normal as many people take a vacation
between late March and early April is the best time to see cherry blossoms (Somei Yoshino) in Japan.


INDONESIA
Best time to visit Bali is between April and October , the island's dry seaso


NZ
best time to visit New Zealand is during the summer months of December to March, which bring long, bright and sunny days and temperatures of 16°C to 24°C.


AUS
 (75.2°F) .

Plan for the coming surveys to complete the "Special Survey" and the "Annual Survey" for your notice.

22nd Feb
Class and Flag surveyors arrive in SXM

23rd Feb
-Class due to attend – also due to depart same day for 5pm flight
-Flag due to attend
-Radio holland attendance afternoon/evening after 1540 arrival flight
-In-water survey divers available if conditions allow at anchor
-G&S technicians arrive for Rescue boat crane annual inspection

24th Feb
-Class not in attendance
-AMA booked to be alongside in Philipsburg for in-water survey
( Plan B  if swell conditions won't allow doing it at anchor on 23. … we would need your permission for this movement )
-Flag will attend in the morning to witness radio survey completion
-G&S attendance continues


Surveyors

Class
Mr. Luis Manuel Simon Iglesias +1 954-236-3322
Arrive 22nd evening, Dep. 23rd evening. Will attend 23rd

Flag
Cayman surveyor
Christopher Balls +1 (354) 938 1608
Arriving 22nd evening, departing 24th evening. Will attend 23rd and 24th to witness

103
104  GMDSS and VDR APT
105  Radio Holland
106  Riangelo Louisa
107  Arriving Wed 23rd at 1540 in SXM, will come on board to start survey, complete survey on
     Thurs 24th with Class
108
109  In-water
110  Aquatic Solutions
111  Deon Swart +1 721 5542979
112  Attending AM 24th for survey
113
114  Rescue boat
115  G&S  Gilbert & Schmalriede
116  Andreas Mann +49 15154454743
117  Arriving Tue 22 in SXM, coming on board 23rd AM.
118
119
120
121
122  BELBEL
123  MY Amadea, C/O Lorna Thompson, Dockside Management, 44 Welfare Rd # 2E Cole Bay, St.
     Maarten
124  Office:  + 1 721 544 4096
125  VoiP: + 1 305 677 0296  /  + 1 239  307 2402
126  DC3 HYPERLINK "mailto:office@docksidemanagement.net" DC4 office@docksidemanagement.net NAK
127
128
129  BELBEL
130  Good Morning John,
131
132  About our Rotation planning we have to discuss and find a mitigation.
133  The extrapolation is now very much to my disadvantage and also no aligning with next
     guest trip intentions.
134  Not only won´t I be home for all School holidays but your proposed outline would see me
     serving a total of 204days while your terms sum up to 165days which is a difference of
     39.
135
136  I agree that if Rotation would have materialized along original dates it would have been
     a dream for me as I would have been home for all school holidays and I am flexible to
     compensate some of your longer stand.
137  I gladly go 9 weeks (62days) until Mid-April now and take Christmas but this 10d later
     embarkation does not need to entail a complete flip in schedule. We should find a
     compromise.
138
139  If IY insists on a "No Crew Change Policy" for the next trip again our handover will be
     determined also by this. As you may agree going 12weeks and more is not healthy in this
     outfit and even if I´d stay would you want to serve 12 weeks or more after?
140
141  I produced attached view of which (B) is your current entry and (A) is what I suggest
     and what splits the year more equal.
142
143  Anyway, as the situation of changes is very dynamic let´s see how things fall into
     place.
144
145
146
147  (AMA (IV)   14/16.02.22 – 15.04.2022 BELBEL
148
149  INTER- ISLAND Distances  Caribbean BELBEL
150  Anguilla  -  St Maarten :       20nm      (1h 32m @ 13 knots)
151  St Maarten  -  St. Barts :  15nm        (1h 09m @ 13 knots)
152  St. Barts  -  Barbuda :      65nm              (5h 0m  @ 13 knots)
153  Barbuda  -  St. Kitts & Nevis :     75nm      (5h 47m @ 13 knots)
154  St. Kitts & Nevis  -  Antigua :   65nm          (5h 00m @ 13 knots)

```
Antigua - Guadeloupe :   100nm          (7h 42m @ 13 knots)
Guadeloupe - Dominica :   60nm          (4h 37m @ 13 knots)
Dominica - Martinique :   55nm          (4h 14m @ 13 knots)
Martinique - St. Lucia :  35nm          (2h 42m @ 13 knots)
St. Lucia - Barbados :        125nm         (9h 37m @ 13 knots)
Barbados - St. Vincent :  95nm          (7h 18m @ 13 knots)
St. Vincent - Bequia :    10nm          (0h 46m @ 13 knots)
Bequia - Mustique :       15nm          (1h 09m @ 13 knots)
Mustique - Union Island : 25nm              (1h 55m @ 13 knots)
Union Island - Grenada :  45nm         (3h 28m @ 13 knots)
```

MINIMUM SAFE RESERVE ██████

For the Bunker requirements the following rule shall be applied:

Total steaming days under normal weather condition x Full speed daily consumption x 1,15 Safety factor - ROB.

(ROB = Estimated bunker quantity remaining on board by bunker supply)

Main Engine consumption / requirement are always based on full load and fully laden.

„1,15" Safety Factor calculations are based on un-pumpable bunker quantity, heavy weather conditions, abnormal consumption due to technical problems, etc.

Minimum bunker shall not fall below 3 days spare (considering full speed consumption)

Example:

30 sailing days x 20 tons (Daily full speed consumption)

x 1,15 (Safety factor) - 150 tons (ROB) = 540 tons bunker request but not less than 3 days of full consumption

Aux. Engines and Boiler bunker requests are to be calculated the following way:

Days till next confirmed bunker x Full load daily consumption x 1,3 Safety factor - ROB

(ROB = Estimated bunker quantity remaining on board by bunker supply)

Full load consumption covers the full seaload with one or more units.

„1,3" Safety factor covers prolonged voyage due to heavy weather, un-pumpable bunker quantity, main engine emergency running on D.O., etc.

30 (Days) x 2.5 tons (Daily full load consumption ) x 1,3 (Safety Factor)

- 15 tons (ROB) =  82,5 tons Bunker request.

██████

With regards to "deletion from LRIT",

Yachts over 300 GT which are certified under the "Large Yacht Code" or hold a Cargo Ship Safety Radio Certificate are considered subject to the provisions of SOLAS V/19-1 and must comply with the requirements for LRIT.

Cayman Islands vessels may only temporarily cease transmitting LRIT data in the following circumstances:

When the vessel is in dry-dock or undergoing a period of shipyard repairs, or conversion or major modification.

When the vessel is laid up at a single location and has been removed from service for a period expected to be in excess of one month.

The LRIT Information that i██████s██████. ██████r██████g██████u██████r██████r██████d██████. ██████t██████o██████. ██████
b██████. ██████r██████n██████m██████i██████t██████e██████a██████. ██████b██████y██████ ██████t██████h██████e██████. ██████
s██████n██████i██████. ██████i██████s██████. ██████s██████p██████e██████i██████f██████e██████d██████. ██████i██████n██████. ██████S██████
O██████A██████S██████. ██████R██████e██████g██████u██████l██████a██████t██████i██████o██████n██████. ██████v██████/██████1██████9██████.██████-██████1██████.
.██████S██████:██████.

██████

██████i██████d██████e██████n██████t██████i██████t██████y██████. ██████o██████f██████. ██████t██████h██████e██████. ██████s██████h██████i██████p██████.
██████p██████o██████s██████i██████t██████i██████o██████n██████. ██████o██████f██████. ██████t██████h██████e██████. ██████s██████h██████i██████p██████.
(██████1██████a██████t██████i██████t██████u██████d██████e██████. ██████a██████n██████d██████. ██████1██████o██████n██████g██████i██████t██████u██████d██████e██████).

██████d██████t██████e██████. ██████a██████n██████d██████. ██████t██████i██████m██████e██████. ██████o██████f██████. ██████t██████h██████e██████. ██████p██████o██████s██████i██████t██████i██████o██████n██████. ██████p██████r██████o██████v██████i██████d██████e██████d██████.

Emily Rowe
DC3 HYPERLINK "mailto:e.rowe@imperial-yachts.com" DC4 e.rowe@imperial-yachts.com NAK

BEL BEL
Mark Velthaus
Head of Proposal Management
Yacht Refit
Blohm+Voss B.V. & Co. KG VT Hermann-Blohm-Straße 3 VT 20457 Hamburg • Germany
T +49 40 3119 2658
M: +49 175 690 8288

DC3 HYPERLINK "mailto:mark.velthaus@blohmvoss.com" DC4
mark.velthaus@blohmvoss.com NAK VT DC3 HYPERLINK "http://www.blohmvoss.com/" DC4
www.blohmvoss.com NAK


INVOICE ADDRESS  (Owning Company ) BEL BEL
MILLEMARINE INVESTMENTS LIMITED
Carre Chambers, PO Box 260
Road Town, Tortola
British Virgin Islands
VG1110

Shipping Address for MB92 La Ciotat BEL BEL
MB92 La Ciotat
MY Amadea
46 Quai François Mitterrand
13600 LaCiotat
France


SCAN VIBRA Conclusions  ( 14.11.21 ) BEL BEL
Chill water pumps observed to cause noise/vibration in the main deck saloon area. Review of the pumps to consider the following
Overhaul of pumps – November 2021
Mounting arrangement to the deck to be considered for change – Spring VWL 2022
Soundbox system to be considered – Spring VWL 2022

283 Chilled water pipe work brackets Do use non rigid or fixed but to be resilient mounts, to be considered for change – Spring VWL 2022

284

285 Operational characteristics to be considered

286 Generator allocation when the requirement for 2 x DG's on load. Consider port and starboard for this

287 Propulsion selections for manouvre modes

288 Review of over and under water exhaust speeds

289 Thruster use for DP

290 Thruster use for anchoring

291 Anchor time periods with guest attendance and operation

292

293 Diesel generator exhaust mounts

294 Exhaust pipe mounts to be changed to pedestal type with hangers to be used – Spring VWL 2022

295 Current supports to be considered changing direction – Spring VWL 2022

296 HUG system mounting arrangements to be considered to reduce vibration – Spring 2022

297

298 Thrusters

299 Bow thruster noise observed – from start up to full load the noise is high and unpleasant. This would then need to be considered for DP operation with start/stop of thrusters. The alternative of using the thrusters for prolonged periods when coming into an anchorage is to drop the anchor, complete the procedure in good time. This to have one block of noise and then complete, rather than having the bow thruster coming on and off.

300 Comment regarding different type of thruster would need to be a design consideration with manufacturer and question can be asked with them on new designs or ideas.

301

302 Stabilisers

303 Noise levels are moderate rather than high. This is consistent with the recent attendance by Quantum

304 Consideration to increase suppressor/dampener sizes with Quantum – awaiting reply for this

305 Control system modification to be scheduled for Spring VWL 2022. This will give better selection for the vessel operation and reduce hydraulic noises forward.

306

307 Air Conditioning

308 Operational set points to be considered for the owners stateroom – These measures are in place with the addition of a night and day mode to be installed in due course. November VWL 2021

309 Burgundy cabin that has AHU 4/9 aft of it, the installation of the insulation will help with this area. November VWL 2021

310 AHU 6 fan noise in the winter patio and below on BD – New fan type installation November VWL 2021 is to resolve/reduce this noise and vibration as per contact with H&H.

311

312 Sliding Doors

313 Sliding doors squeaking, this is being rolled out now to keep on top of these with belt spray

314

315 Toilets

316 Installation of new toilets and bidets to a larger size. To be reviewed in due course.

317

318

319

320

321 BEL BEL

322

323

324

325 ZID Agreement review 11.11.21 BEL BEL

326

327 P.04    02.4.      very vague.

328 Would be better to define human resources edicated to the project and the necessity to

329 produce a timeline for their 3 Phases of work

330

331 P.05    03.2    Client obligation: "Written Nomination of authorized representatives !

332
333    P.06    03.5    Contradicts confidentiality
334
335    P.06    04.1    Deadline for approvals = 14 days.  …. Hardly ever achieved so far
336
337    P.07    04.3 a.)   contrary to this clause the designer should be held responsible to ascertain appropriate
338            quality and function and suggest only materials suitable for the marine environment.
339
340    P.08    05.3    The Mark-up of 25% for procurement  …. may be worth negotiating down to 20%
341
342    P.11    07.2    Professional photographers …   should not be granted ( .. also 07.3. not )
343
344    P.12    09.1 a.)  Termination Penalty fee of 50%   … is unjustified in my opinion and should be waived
345
346    P.13    10.2    Implied Warranties  …
347    German Law is very protective of a client purchasing a work not needing to specify to the expert how to do it properly
348    but having the right that execution is with due skill and care and a guild standards command.
349    Clause 10.2 excludes this to the disadvantage of the client
350
351    P.14    11.1    English law and arbitration …
352    For a project carried out in Germany,  German Law would be better for the client as the court
353    process is more accessible.
354
355    P.17    13.1.6   13.1.7   Included Number of Yard Visits and Office Visits  …  to be re-negotiated
356
357
358    P.19    14.     FF&E Household Good Procurement  ( …. Is this needed ?
359
360
361    P.19    17.2    Periods  …
362    with the defined scope now and the long lead time below we should ask for a designer to
363    commit and guarantee to finish his work
364
365    Dec. – Mar.22  =   4 months planning for Refit (I) ( "Apr./May.22")
366
367    Dec. – 01.1.22 =   10 month time for planning Refit (II)   "Winter 22./23.)
368
369
370    P.21       Agreed Fees
371            All prices are excluding VAT ! ( see 5.2 P.8)
372            The Warranty retainer for Phase 4 and after is only 1% of the net scope  …
373            We may want to negotiate 2 % …..
374
375    INTERIOR ROLES & DUTIES BELBEL
376    Lead Service
377    Team work schedules
378    Produce AAF's, forward to CS for approval – await direction
379    Delivery notes updated on PO folder
380    Tuesday update of Pinpoint damages
381    SAP updates
382    Weekly reports for Captain
383    Service maintenance (guest on/off)
384    Service training
385    IDEA/Terramarine
386    Crew stationary (Delegate)
387    Guest memorabilia/gifts (Delegate)

388 Guest alcohol & tobacco (Delegate)
389 Guest alcohol & tobacco (Delegate)
390 Guest food & beverage (Delegate)
391 Oversee: Senior Service:        Uniform inventory
392 Uniform orders
393 Uniform distribution
394 Review of crew linens & towels
395 Oversee: Crew Welfare Stewardess: Activity suggestions for crew
396 Crew birthdays: card signing, organisation of cake with chefs, bday deco in crew mess night before
397 Crew farewells
398
399 Lead Housekeeping
400 Team work schedules
401 Produce AAF's, forward to CS for approval – await direction
402 Delivery notes updated on PO folder
403 Friday update on Pinpoint damages
404 Welcome pack for new crew (toiletry, snack & galley prefs)
405 Crew cabin arrangements
406 Cabin inspection
407 SAP updates
408 Housekeeping maintenance (guest on/off)
409 Housekeeping training
410 Guest toiletries (Delegate)
411 Guest linen & towels (Delegate)
412
413 Spa Manager
414 Produce AAF's, forward to CS for approval – await direction
415 Delivery notes updated on PO folder
416 SAP updates
417 Spa inventory
418 Spa orders
419 Spa equipment maintenance
420 Orchids & plants checked weekly
421 Crew toiletries checked bi-monthly
422 Guest gym checked bi-monthly
423 Spa training
424
425 Nurse
426 Provide medical platform for emergency situations
427 Weekly COVID testing & reports
428 Produce AAF's, forward to Captain for approval
429 Delivery notes updated on PO folder
430 SAP updates
431 Crew food & beverage inventory & stocktake
432 C-bay inventory upkeep & collaboration with all departments for collections
433 "Welcome ambassador'
434 Crew pharmacy monitoring (pending implementation)
435 Medical training
436
437 Laundry Master
438 Weekly detail of laundry
439 SAP updates
440 Chemstore inventory & stocktake (collaborate with Lead housekeeper)
441 Crew linen & towels (collaborate with Lead housekeeper)
442 Crew dufflebags
443 Laundry training
444
445 Masseuse
446 Complete daily duties
447 Report to Spa Manager for training
448 Spa equipment maintenance
449 Complete projects as directed by LS, LH and SM
450
451
452

TECHNICAL Dep.

1.  DP 7439 HEM Membranes
2.  DP 7456 DVZ Spares
3.  DP 7453 Evac Spares
4.  DP 7459 Guest Cabin Thermostats
5.  DP 7419 Tender Drive Legs
6.  DP 7458 MTU Major Spares
7.  DP 7397 Laptop/Desktops
8.  DP 7445 DVZ BWT Spares
9.  DP 7448 Hug Burner Unit
10. DP 7447 AHU 5 Night/Day Function
11. DP 7446 Cisco Webex
12. DP 7455 Hammam Spares


DECK Dep.:
1.  DP7430 Jetski
2.  DP7450 Deck consumables
3.  DP7438 Courtesy flags


M.ZERR VAX BELBEL

M.ZERR


POLIO (Revaxis )
Last 01.07.2008     Next: 2018
refresher due


FSME
Last 19.07.1990     Next: 2018
refresher due


CHOLERA
Last 18.12.1998     Next:  …
obsolete


HEPATITIS A+B (Twinrix)
Last 20.07.2008     Next: 2018
refresher due


YELLOW FEVER
Last 20.11.1998
Last 20.07.2008     Next: 2018
refresher due


TYPHIM VI ()
Last 18.12.1998     Next: ….
refresher due


TETANUS
Last 08.06.2008     Next: 2018
refresher due




INVOICE SUBMISSION INSTRUCTION BELBEL
When submitting and invoice to me for payment, please:

Check the billing address is correct
Consolidate the 1) invoice + 2) AAF + 3) quote into one file
Ensure the AAF has all approval boxes ticked
Rename the file as follows e.g.: E0349.21 – European Marine Spares N 7459 dd 04.11.21 6
334.34 EUR
Send the invoice to me on the original email approval chain – the last email would have
been from the Captain (under 5k) or the relevant IY manager (over 5k)

517  Please ensure the relevant invoices and/or sent to payment before it was copied in the email from the supplier. I still need you to confirm it should be paid please.

518
519  After forwarding to me for payment, please save this consolidated file in your relevant department server's PO folder for future reference.

520
521  When enquiring whether an invoice has been paid

522
523  Please use the above consolidated file and forward to me by email when you enquire. Do not forward emails from suppliers to me please as it lacks the relevant info which I need to check on payment. I need the original approval email chain and/or the consolidated file.

524
525  Email Subject

526
527  Please name your email as follows when you send an AAF to Michael:

528
529  'AMA: AAF E0355.21 MTU Major Spares 17183.61 EUR' – please never edit the subject of the email chain as that splits collective emails which is essential for me to track approvals.

530
531  Using the credit cards

532
533  Before you come up to sign for the credit card, please forward the consolidated file to me, mentioning card payment is required and why. Make sure you know the amount you will spend when you sign for the card.

534  When you have made payment, follow up the above email with the payment receipt.
535  We cannot use the cards for non-urgent invoices which can be settled by wire transfer.
536  The above does not apply for Amazon, where the PO# is mentioned in each order and I'm therefore able to track spending accurately on the website.

537
538  The above can save me and Felicia hours of detective work and would be much appreciated.

539
540  @Lorin, can you please relay to the 2nd Officers and Head of Security
541  @Andy, can you please relay to the ETO/AVIT and First Engineer
542  @Debbi, can you please relay to the Medic or anyone in your department who will take charge of their own accounts

543
544  Lastly, the Purchasing spreadsheet is ultimately the Head of Department's responsibility. I recommend that one person manages it to avoid duplicates etc and shoulders shrugging when it has become a mess. Please fill out the invoice numbers when you receive an invoice and tick the relevant statuses through from 'Approved > Sent for payment > Paid.'

545
546
547
548  05.11.2021 BELBEL
549  Dear Adam,

550
551  Please find attached BUDGET updates in "Blue"

552
553  Insertions Regarding your comments:

554
555  01.02 – Crew Bonus: Crew incentive plan has been agreed (note that it has been referenced in 01.03) should the incremental rises be noted here? Also 13th salary. Note here or completely separate as part of a crew salary review at the end of the respective year?
556  Since decision still pending updated as if proposed salaries will take effect on 01.10.21
557  approved annual increment scheme taken into account 3% pay rises are actioned on 01.10.22.

558
559  Discretionary 13th Month Salary Bonus

560
561  01.03 – Crew Accommodation: Note this is for crew travel too. It is almost double that of 2019 (due to flights being from Caribbean / pacific region and business flights for

562 Includes Business class flights for HOD's (Flights >5hrs) as part of motivational policy.
563 All other crew flights are based on world travelling tariffs.
564
565 01.04 - Catering: Vessel have raised this to E.20 per person from E.17. Not sure this is necessary
566     Revised to 233.7k
567 17 Eur pp/pday incl. 2Eur pp/pd Crew Snacks for the Med. &  21 Eur for the 3months Carib & Galapagos
568 17Eur x36 Crew = 612 x 30d = 18400  for 9 months
569 21Eur x36 Crew = 756 x 30d = 22700  for 3 Months
570
571 01.05 - Training amount noted is generous and linked to incentive policy
572 Crew training budget calculated as if half of the crew employed make use of the 3000 p/p incentive per year. + Group Training Allowance
573
574
575 01.06 - Crew Uniform    "if" new Crew Uniform finds approval >300k need to be allocated in Q1
576 Budget Approach:
577 62 Crew / 1Set = 1.500 EUR / Triplet Use /
578 Allowance for 30% annual attrition
579 Guest on Amount of items per person - 6 Day, 7 Night, 2 pairs of shoes
580 Guest off Amount of items per person - 3 Day, 2 pairs of shoes. Jackets, Gilet etc.
581 Oct - Winter clothing required
582
583 02.01 - Bunkers: would still advise to estimate bunkering in the Med summer season. Note figures in the transit section
584
585 Bunker sequence acc. itinerary Milestones
586
587 Bunker 2021:
588 Dec.21 Gib.300m3 / S.Martin 180m3 / (W-bound Transat: 3300nm @ 51 ltrs/nm) = 170 m3
589
590 Bunker 2022:
591 jan.22 Balboa 250m3 / feb.22.Balboa 205m3 / mar.22.Gib. 235m3 / jul.22 Sarande 300m3 / oct.22 Gib. 150m3 /
592
593 TOTAL: 1155m3 in 2022 ( ECO Speed 13kts assumed) /
594
595 Thereof 475m3 for main repositioning 2022:
596 Jan. Grenada - Cristobal:       1160nm @ 51ltrs/nm = 060m3
597 Feb. 2x Panama - Galapagos:          1730nm @ 51ltrs/nm = 090m3
598 Mar. 1 E-Bound Transat:     4400nm @ 51ltrs/nm = 225m3
599 Oct. Gib.- HAM:               1650nm @ 51ltrs/nm = 100m3
600 Total:  = 475m3
601 see 15.01. "Fuel Repositioning & Transit"
602 Avrg. Indicative prices rcvd.:  $750/m3
603 475m3 x 750 $/m3 = $ 357k (308k EUR) "Transit Fuel"
604 680m3 x 750 $/m3 = $ 510k (440k EUR) "Cruising Fuel"
605 150m3 (100k EUR)  Allowance for Fast-SPD passages / R.O.B. / Safe Reserves
606
607 Total Fuel Budget 2022 = 850.000 EUR
608
609
610 02.04 and 02.05 - Berth Electricity and Water - Estimate figures here using 2020/2021 as a reference as 02.04 has a potential high expense annotated
611 E. & W:
612 Electricity @ 0.29 Eur/kwh  (10.000 Kwh/day) = 2900 EUR/d
613 Water @ 4.20 Eur/m3 (15m3day) = 55 Eur/d
614 450k EUR   ( Apr./May. Refit = 61 days x 2955 = 180k EUR //   Oct./Nov./ Dec.Refit = 90 days x 2955 = 266k EUR)
615 Berth:
616 St. Martin / Grenada / Balboa / SOF / …
617
618 02.11 - Note VSAT is now covered under 14.03

619  Include ……………………………… …/m ……………………………………… 00  excl.
Service fee and  c.) 4G (24/7)  mid. Dec. - Mid. March incr. 4k/m extra for Carib,
Panama & Galapagos  3TB

620

621  02.16 - Shore storage costs may increase (will understand more once we know what is
approved to be put in storage / transferred elsewhere

622

623

624  03.01 - Insurance: Cost approx. E.1.1Mil per annum. Paid in ¼ ly instalments in 05.2022
/ 08.2022 / 11.2022 (03.2023) – about E.825K for 2022.
625  Comment Incorporated and figure adjusted :

626

627

628  04.01 - LR block fee to add in 03.2022. Cost of E.17.5K
629  Is invoiced and paid in bi-annual instalments  Mar. 8.610  Oct. 8.610  ….  17.220 EUR

630

631  04.02 - ISM/ISPS compliance is wrong. Far too light. Approx. E.8.5K per month.
(quarterly payments of E.23K to DPC on 03 / 06 / 09 / 12.2022). Total for this section
for the year is more appropriately E.102K
632  Total now 117k EUR
633  ISM/ISPS Mgmnt. DPC 20.550 GBP (24.150 EUR)
634  Quarterly 03 / 06 / 09 / 12.2022 + travel expenses of surveyors, underwater survey 5k

635

636

637  04.03 - Safety equipment – Light and to be re-worked. 2020 was already E.85.5K
638  LSA FFE
639  Total now 68k EUR
640  Safety Equipment ( LSA / FFE, 50k,  Lifting Appliances 10k ), Castoldi, Pyro ….

641

642

643  08 - Unable to comment on this for Guest use
644  08_09 BFI Entertainment Equipment Repairs & Replacements BFI BFI The above could be
quantified if known what the "Dinar Upgrades" will cost
645  As cannot be predicted …. We leave Zero

646

647

648  15.03 - Transit agency fees – recommend including estimates of Panama and Galapagos
agency fees (including cost of EYOS services).
649      Total : 266.000 EUR
650  Panama: 100k EUR ( 50k EUR  x 2 )
651  Galapagos: 166k EUR (Total: $192000 ///  Harbour dues: $30.5k / Park Fees: $133.2k /
Seamaster Agency Fee: $22k / Naturalist:  $6k

652

653  16 – Heli: would recommend that heli operator costs be entered here for Caribbean /
Galapagos, despite not having an airframe themselves at this time.

654

655  No Heli OPS possible Galapagos .. only for Scientific research.

656

657      HELI CARIBBEAN:   > 405.000 EUR
658  Offer EC135 reg 9H-VIP as follows:
659  65k EUR - Helicopter stand-by
fee: [redacted]

660 [garbled text with NUL characters]
661 [garbled text with NUL characters]
662 [garbled text with NUL characters]
663 [garbled text with NUL characters]
664 [garbled text with NUL characters]
665 [garbled text with NUL characters]
666 
667 
668 
669 
670 
671 
672 
673 [garbled text with NUL characters] own lunch and dinner

674 

675 Thursday 18th November and Friday 19th November – Laundry shut down

676 

677 

678 COMPENSATORY REST

679 

680 By definition in STCW Compensatory Rest is only applicable to watchkeepers/persons on call, when they are called out during rest periods:

681 

682 "Section A-VIII-1
683 6 When a seafarer is on call, such as when a machinery space is unattended, the seafarer
684 shall have an adequate compensatory rest period if the normal period of rest is disturbed by
685 call-outs to work."

686 

687 However, it is further mentioned in the Guidance notes as per below, which implies a more general use as a tool to prevent fatigue:

688 

689 "Section B-VIII-1
690 3
691 .2 the frequency and length of leave periods, and the granting of compensatory
692 leave, are material factors in preventing fatigue from building up over a period of
693 time;"

694 

695 Basically, in absence of any clear parameters other than for those on-call, compensatory rest is generally accepted as rest given to any crew member in advance of an expected breach of HoR, or after a breach of the HoR requirements, so as to prevent the seafarer becoming fatigued.

Cayman Islands own SN 05/2014 on HoR states:

"7.2 The exceptions must, as far as possible, follow the requirements relating to the minimum hours of
rest in the regulations, but may take account of:
more frequent or longer leave periods;
the granting of compensatory leave for watchkeeping seafarers, or seafarers working on board ships on short voyages."

BEL BEL

Actions to take before arrival / transit of US Waters

Conduct a steering drill and record in OLB.
Conduct OPA90 QI notification drill (NTVRP Chapter 7.2.1) and record in OLB.
'ECM – USA Emergency Reporting Placard' contact placard displayed on Bridge
Bridge team to be aware of NTVRP notification procedures on the placard
Bridge team to be aware of who your OSRO and SMFF providers are (OSRO = MSRC / SMFF = T&T Salvage)
Electronic Notice of Arrival (eNOA) sent to USCG (in accordance with the US requirements).
SOPEP in place and National POCs up to date .
NTVRP on board and accessible.
COFR on board and accessible.
GMP Garbage Management Plan practices are in order and any garbage drums closed.
Oil Record Book up to date - Pages countersigned by Captain.

4G SIM CARDS BEL BEL

Looking ahead towards the Caribbean/Panama and Galapagos, we will need to change our 4G sim plans for this period.

We are currently utilising the Euro Roaming sim cards under an unlimited package – approximate costs ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████ncludes 247 support/service

JV Connectivity – $19,800 – 3.6TB

Axxess Marine – $25,200 – 3TB

We have used 247 for quite a period of time now, with support always being excellent,
they know the setup and equipment well. The two service providers being Orange and
Vodafone gives some flexibility should there be coverage issues or demand.

I have also asked for the Euro sim cards to be suspended for our period in La Ciotat as
we have shore internet, effective 31st
October [garbled text]

[garbled text]

[garbled text]

. LA CIOTAT  Wed. 27.10. :

```
17:45   Mnvr. Brief Bridge
18:00   *PILOT* on Board
18:05        Stns ! / Port. Akr Ready
18:05   Thrusters Ready
18:15   LIMO Launch
18:40   First Line
19:15   All Fast


FWD. Stn.:
Tristan    (Saf)
Tomasz  (Bosun)
Scotty  (Sec)

AFT Stn.:
(Olly)  (Nav)
Jasper  (LH)
Max (DH)
Bruce   (DH)


Limo driver - Andrej



DEP.  ANTIBES (27.10.2021 @  :30 ) [garbled]
BRIDGE Ready   Wed. 27.10.21
DEP. *ANTIBES* vs. *La Ciotat*

*08:00  Bridge Ready*
08:10   Thrusters online
*08:10  Start Heaving*
08:15   Start M.E.
*08:20  ANCHOR AWEIGH*
08:20   PILOT O.B.
08:20   M.E. Bridge CTRL
08:30   B.O.S.P.
```

Entry & Cut-Off Salary
In order to
a.) limit exponential evolvement  of payroll and
b.) keep salaries consistent with Ranking structure  I would propose to consider to

define an : "ENTRY SALARY  -- and -- "CUT-OFF SALARY" for each Rank.

Mechanism:
The range between could reflect a 4 year extrapolation of % increases
Within that range the crew member progresses with annual % increases until Cut-Off Salary is reached.
Initial offer would be made on Entry Salary unless additional skill or extraordinary experience qualify for an additional increment
Cut-Off Salary can only be surpassed by promotion to a higher rank or discretionary bonus for extraordinary performance


CREW INCENTIVE SCHEME

From: Natalia Osipova <n.osipova@imperial-yachts.com> Sent: 26 October 2021 11:23 To: Purser | MY AMADEA <purser@yacht-amadea.com>; Captain | MY AMADEA <captain@yacht-amadea.com> Cc: Victoria Pastukhova <v.pastukhova@imperial-yachts.com>; Adam Cooper <a.cooper@imperial-yachts.com>; Emma Laycock <e.laycock@imperial-yachts.com> Subject: AMA - Crew Incentive Scheme Proposal

Dear Michael and Cobie,

Please be informed that crew incentive scheme proposal was approved almost in full, however note the following comments / adjustments:

Loyalty & Performance Bonus – please add the line in red. 5% increase is still possible after year 4, but it is not automatic to avoid situations when crew member's salary is already much higher than market level and is still increased by 5% every year. 3% after 1 year of service 4% after 2 years of service
          5% after 3 years of service

After 4th year and thereafter – 2% (with additional % based on current salary level and exceptional performance up to 3% max on top of fixed 2% - total 5% max - to be approved case by case if >2% proposed)
2. Please add that annual bonus (i.e. 13th salary) is only paid at G1's discretion;


STORAGE

Total 7090 EUR

Please find below our estimate pick-up & stora███████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Manager
MATHEZ ART LOGISTICS
Stade Louis II, 19 Avenue des Castelans, 98000 Monaco
Tel: HYPERLINK "tel:+377.93101345" +377.93101345 Cell: HYPERLINK "tel:+33.616383484" +33.616383484 Fax: +377.93101331

/
/  /  /  /  /   /

RECRUITING

Dear Ms. Rauch ,

We have an opening for a SPA MANAGER position.

If you would be interested kindly return signed NDA attached
and we can discuss the parameters.

The internal recruiting process further requires
Full Length picture
Full Length Video (30-40sec)  Wapp

P.S. Would be good to connect on Wapp for that purpose  +33750140599

and the following questions of Interview feedback Form would read:

In which country are you a tax resident ?
do you own property in France ? ...
do you speak any Russian ? ..
do you have a partner working on another Yacht in the industry ? ...

DIST. & TIME▮▮▮▮▮
ANTIBES – St.TROPEZ = 27nm
2.0hrs  (13kts)
1.8hrs  (15 kts)

ANTIBES – MONACO = 21nm
1.5hrs  (14kts)

ANTIBES – PORTOFINO = 105nm
8.5hrs  (13kts)
7.5hrs  (15 kts)

ANTIBES – LA SPEZIA = 130nm   ( PORTO VENERE 128nm )
10.5 hrs  (13kts)
 9hrs  (15kts)


YARD PROJECTS OVEVIEW▮▮▮▮▮

DECK
LSA / FFE Annuals   38.1k   BE
+ Logistics        4.1k
HI-FOG
Prop Polishing      9.1k    BE ?
HULL CLEANING
MD O.Shelf Glass Chip
SD Teak
Accom Ladder Teak
Glass Sealant
EXHAUST Cracks  23.8k   BE
Paint Buffing       43.6k   BE

TECH
BWT & Grey Tk       10.8k
Tk Insp &Report    1.5k     PR
Sludge        3.4k    BE
HULL Insp.    6.0k    FP
Hydraulic PP
Galley & Laundry Duct cleaning
TERO MARINE Change of PMS system

E5.10 – AV Room Table – MB92 La Ciotat

E5.15 – Insulation Installation

E5.16 – Interior/Exterior Fridge Inspections – Penguin Marine

E5.17 – E9 Exhaust fan relocation

E8.10 – Centre Generator 9000 hour service – Navigair

E8.11 – Centre Gen HUG 9000 hour service – HUG

E8.12 – Hi-Fog System 5 Year Service – Marioff

E8.13 – WTD 5 Year Service – Tebul

E8.14 – Main AC and Provision Compressor 5 Year Services – Heinen and Hopman – Please organise attendance soonest

E8.17 – Galley and Laundry Duct Cleaning – Please organise attendance and provide timeline for this

E8.19 – Hydraulic Oil Changes & Lube Oil Supply – Please order and organise for the works to be completed soonest – Providing a timeline schedule (Note "E" number change)

E8.20 – BW / GW Tank Cleaning –


INTERIOR
D. Handle & Soft Close      3.2k
Cab.#2  Add Bunk Bed        43k
Cab.#5  Add.Bunk Bed     49k
Crew Mess Counters  5.6k
Crew Shower SIKA   9.0k    BE
# 19 & 11 Shower Tray  1.7k    BE
Galley Island polish  3.9k    BE
Summer Gally Vinyl 10.5k   BE
GYM Equipment

OWN
Krings Carpet Cleaning
Wittich Touch-up
Carpet Rosette
Mirror Trims Vinyl
Carpet Stairs
Master Ceiling Rosette
Picture Frames
Drapped Curtains
Chandeliers


After Meeting 16.10.21

Interior:
I8.08 – Guest area carpet cleaning – quotation to be sought for spot cleaning rather than full cleaning of the carpets
I2.21 – Interior aft door threshold coverings
I2.22 – Owners cabin rosette carpet
I2.23 – Interior guest stairs carpet replacement
I2.24 – Sauna/Spa area towel runners / special material to be used with underfloor heating / good water absorption

Deck:
D4.02 – Tender covers – To include Limo, Open, Pascoe and Jet Skis
D7.01 – Stainless A- Glaze polish – Job change from Accommodation ladder to general stainless A-Glaze
D7.14 – Sauna glass door frosting
D7.15 – Transom area re-corking
D71.6 – Anchor pocket polishing/cleaning

APPROVED
Hi-Fog – Marioff attendance
Centre Generator 9000 Hour – Navigair
Centre Generator 9000 Hour – HUG

Water Capt. Laundry – Penguin
Refrigeration Inspections – Penguin
AC & Provision Compressors 5 Years – H&H
Galley surface polishing
Summer Galley Wrapping
Hydraulic Oil Change – MB92
AV Room Table – MB92
Insulation Installation – Mb92
Galley and Laundry duct cleaning – MB92
GW/BW tank cleaning  – MB92
Limo roof works and haul out – CMD
Storage rack pool room – MB92
Accommodation ladder top plate – MB92
Annual LSA/FFE – Survitec
Life raft Logistics – MB92



ARRIVAL "NICE"    ( ACTUALS  ) BEL BEL
BRIDGE Ready
ARR. NICE  Sun. 17.10. :

*Adjust SPD for ETA 21:45 LT*

…… Pilot confirmed (21:45)
21:15   Pre. Arr. Checks
21:30   Mnvr. Brief Bridge
21:35       Stns ! / Port. Akr Ready
21:45   *PILOT* on Board
21:50   Thrusters Ready
22:15   First Line
23:00   All Fast


FWD. Stn.:
Tomasz  (Bosun)
Josh    (DH)
Marv    (Sec)  .. Bridge

AFT Stn.:
Olly     (OOW Saf)
Max (DH)
Andrey  (DH)
Bruce   (DH)



PANAMA CANAL BEL BEL
/
1. - First Canal transit Advisory:
DC3 HYPERLINK "https://www.pancanal.com/common/maritime/advisories/2012/a-21-2012.pdf"
\t "_blank" DC4 https://www.pancanal.com/common/maritime/advisories/2012/a-21-2012.pdf NAK
here you can see all the plan/docs that need to be submitted to the Canal Authority
(emails detailed in the pdf)

2.- PCSOPEP
DC3 HYPERLINK "https://www.pancanal.com/eng/op/notices/2021/N12-2021.pdf" \t "_blank" DC4
https://www.pancanal.com/eng/op/notices/2021/N12-2021.pdf NAK
It  is very important to check if the Vessel accomplishes these requirements or
additional plans will be required. Let me know if you have any questions.


MORNING MESSAAGE BEL BEL Good morning All,
Fcst for today, 1st of December, 2019
Sunrise NUL...NUL<Ø$ß
NUL...NUL

[illegible] min. temp 6°C (real feel 5°C)
During the day mostly sunny <Ø$ß Precipitation: 9%
Max temp 17°C ( real feel 18°C )
wind NNE 4-6 kts, gusting 15 kts
Duration of the day 10.01 hrs

06:30-07:00 G1 up to go to the gym,
Nau doors to be set to open and no crew to walk on STB OD.
Hammam& Sauna on. He will swim again.
09:00 Alan will go to the airport, he will have breakfast before.
10:00 Guests breakfast
11:40 EK, G1 and security depart. Scottie and Dinar will escort them to Helipad.

DEP.  ANTIBES (16.10.2021 @  20:30 )
BRIDGE Ready   Sat. 16.10.21
DEP. *ANTIBES*  vs. *RAPALLO*

*21:30  Bridge Ready* (Pre-Dep.-Checks )
21:55   Thrusters online
*21:55  Start Heaving*
22:05   Start M.E.
*22:10  ANCHOR AWEIGH*
22:15   PILOT O.B.
22:15   M.E. Bridge CTRL
22:15   B.O.S.P.
Dist.107nm @ 13kts  8.5hrs
07:00 ETA  RAPALLO

sequence of TM Master Implementation is suggested to be as follows:
Amadea provide the TM Master Server according to attached requirements, TV details for remote access must be provided to Ilya Krylov. Amadea Captain, Timur Ialyshev, and Ilya Krylov are responsible for that.

I make a request for the readiness of TeroMarine AS to convert the database and rearrange components to the SFI codification system and wait for Tero Marine`s agreement.

All crew members of Amadea must be given an order to stop entering any data in IDEA with further logging of all respective PMS actions in a temporary excel file for further TM Master data update. Amadea Captain is responsible for that.

Fresh backup of Amadea`s IDEA database must be created in SQL format (*.bak file) as well as a fresh copy of IDEA`s files folder must be archived. Both IDEA backup file and IDEA files archive must be sent to me for further conversion into TM Master format by TeroMarine AS. Amadea First AVIT and Ilya Krylov are responsible for that.

Tero Marine AS converts the IDEA database into TM Master format and sends it to us. It takes 10-21 days. Tero Marine AS is responsible for that.

During this period Captain provides a list of Crew members for creating TM Master user accounts. All listed crew members attend TM Master training sessions to be ready to use TM Master onboard. Amadea Captain, Ilya Krylov, and Tero Marine are responsible for that.

After successful conversion we receive a database from TeroMarine AS, install the TM Master database onto Amadea's new server and make initial settings on it and on users PC. Ilya Krylov, Amadea First AVIT, and Tero Marine are responsible for that.

After a successful installation Captain of Amadea receives a signal from us. Then all
crew members of Amadea are given an order to move data from temporary excel files into
TM Master with further entering of all respective PMS data in TM Master instead of IDEA.
Amadea Captain is responsible for that.

Kind Regards,

Ilya Krylov

DEP. PORTOFINO (15.10.2021 @  16:30 ) BEILBEI
BRIDGE Ready   Fri. 15.10.21
DEP. *P.FINO*  vs. *ANTIBES*

*21:45  Bridge Ready* (Pre-Dep.-Checks )
22:00   Thrusters online
*22:00  Start Heaving*
22:00   Start M.E.
22:15   M.E. Bridge CTRL
*22:25  ANCHOR AWEIGH*
22:30   B.O.S.P.
Dist.105nm @ 13kts = 8hrs
07:00 ETA Antibes

BEILBEI
Dear Viktoria,
Dear Adam,

Today 14.10. we have 112 m3 of Fuel left.
R.O.B. Arr. Antibes 17.10.   = 100m3
Gives us 60m3  left to burn until Min.Safe reserve (40m3)
60m3 = Remaining Autonomy  3.5days steaming  or 20 days at anchor …
5m3 we need to allow for the 90nm passage from Antibes to La Ciotat
Operations will be a combination of steaming and Anchoring therefore
after 17. we have 8days Autonomy  UNTIL 25.10

Before Mon. 25.10. or shortly after we need to bunker 1- 2 Trucks min.35m3 to make it
to La Ciotat ( 8hrs Time allowance for the stopover 2-4hrs  Bunkering + Passage + Mnvr )

Proposed location CANNES or NICE   ( Cannes Fuel 1cent/ltr cheaper fuel )
CANNES Preferred for ease of access and Nighttime OPS
Could be combined with Loading of Temp. mattresses ( ready from 17. ! )

When the opportunity arises, pls discuss with guest what date suits their plans best
Weather fcst. for Wed. 20.10.21 is windy… possible but not ideal.


14.10. BEILBEI
Dear Viktoria,
Just to report because Anchorage off Genova is discussed as closer alternative for
pick-up …. ( Tender Run >1nm, 8min ) ,
Dinar relayed matching info of Genova Airport is confirmed... //
Dinar is convinced that anchorage outside the Marina Aeroporto would be preferred over
the 54min Car Transfer to Portofino //
... we would propose to remain with positioning in Portofino anchorage directly as
instructed.
No Clearance requirement for G1 !
Nicer surrounding,
calmer wind conditions,
no time delay for manoeuvring, less visible …

Info on timings:
Genova Airport >> Portofino = 45 km, 54min drive
Genova Anchorage >> Portofino = 21nm,  1.5hrs  sailing + Mnvr

1161 REMARKS
1162 For the repositioning from Genoa to Portofino we would (normally) need to submit an
updated Guest List.
1163 Dinar informed me of the common practice that G1 is not declared on the Guest list. Only
Security is listed as guest as cover…
1164 (false declaration can put us (the Capt. in particular)  into serious trouble if
inspected)
1165 However, reportedly G1 has a diplomatic Passport … if this is correct and management
agrees to this I am willing to subscribe to the above but would prefer if both
embarkation and disembarkation of G1 happen in Portofino as for this no Guest list
whatsoever is requested or required…. !

1166
1167
1168 /
1169
1170 13.10. ▮▮▮▮▮▮
1171
1172 GEN8 - Continuous Synopsis Record  Now issued.
1173 MAR13 - IHM Statement of Compliance Ongoing with LR
1174 MAR13.1 - IHM Statement of Compliance Ongoing with LR
1175 ISM5 - Assignment of ISM Company Now issued
1176 COM5 - EPIRB Registration - Have requested from MCA. We understand there is a long wait
for these currently.
1177 MIS6.2 - Seafarer Repatriation Certificate Already issued
1178 MIS7 - Flag State Wreck Removal Certificate Already issued
1179 MLC4 - MLC Letter of Approval CISR have confirmed that this does not need to be reissued
as it only needed to reflect the Owning Company at that the time DMLC was originally
approved.
1180
1181 The below certificates are all service or survey reports. They remain valid regardless
of the Owning Company Name, as they are a record of the service / survey undertaken at
that time:
1182
1183 GEN7.2 - Passenger Ship Hull and Machinery Service
1184 SAF5.4 - Rescue Boat and Life Raft Hooks
1185 SAF5.5 - Rescue Boat Slings
1186 SAF10.3 - Tender Crane Hook
1187 SAF14 - Genoa Sail Tracks
1188 MIS14.1 - Test Certificate Airpack PAS
1189
1190 13.10. ▮▮▮▮▮▮
1191
1192 Pisa Airp. ( Marina di Pisa = 19km 19min
1193
1194 Pisa Airp. ( Viareggio = 27km 35 min …
1195
1196 But Viagreggio is North so 10nm (45min) closer to Portofino for us
1197
1198 13.10. ▮▮▮▮▮▮Hi Michael, please see below comments from EK:
1199 1. G1 arrives in Pisa (private jet) on 15th October at 17:00.
1200 We need to meet him with Viano and security in uniform with no logo.
1201 2. Option with bay of Portofino was chosen.
1202 EK has asked that you make a choice for the day or night passage, what you think is
better.
1203 3. Schedule for these days:
1204 - Friday 15th October - G1 arrival
1205 - Saturday 16th - EK arrival (time TBC)
1206 - Dinar will be on board all these days, no other guests
1207 - Sunday morning A needs to be at anchor in Antibes
1208 - guests will be leaving Sunday evening or Monday morning
1209
1210 10.10. CAPRI▮▮▮▮▮▮
1211 Good Morning Max,
1212 May I assume that we want to sail immediately after Guests are on board  (09:30)  ? …
ich which case I will order the Pilot for 09:35  and we are floating by 09:45  ….
(Dist. is 6nm, 45min ) = ETA 10:30 at MARGUERITE  .. OPEN Tender follows and can be

ready

Viktoria told me that FK (G2) will board at 11:00 … in which case the timeline for departure would be different
11:05 Pilot  >> ETA 12:00  at Marguerite.

Pls advise to secure pilotage well in advance


10.10. CAPRI▓▓▓▓
DISTANCE & TIME

ANTIBES - PORTOFINO = 105nm
8.5hrs  (13kts)
7.5hrs  (15 kts)

ANTIBES – LA SPEZIA = 130nm   ( PORTO VENERE 128nm )
10.5 hrs  (13kts)
 9hrs  (15kts)

DEPARTURE ANTIBES:

PORTOFINO
Overnight relocation  ( 13kts )
Dep. Antibes  Thu.14.10  evening
ETD    ETA
22:30    07:00 Portofino

OPTION B - Daytime Passage  (15kts)
Guest sleep on board the Night 14./15.
Dep. Antibes  Fri.15.10
ETD    ETA
08:00    15:00 Portofino
_____

LA SPEZIA  ( PORTO VENERE)

OPTION A -  Overnight relocation  ( 13kts )
Dep. Antibes  Thu.14.10  evening
ETD    ETA
22:00    08:00 La Spezia

OPTION B - Daytime Passage  (17kts)
Guest sleep on board the Night 14./15.
Dep. Antibes  Fri.15.10
ETD    ETA
07:30    15:00 La Spezia  ….Early departure and fast speed not recommended

PASSAGE WEATHER:

days 14. – 17.  , Wind speeds <15kts, waves <1m
Portofino / La Spezia same      15. = Calm, 80%Cloudy, No Rain, 15 degC
16. = NE 10kts , 80%Cloudy, No Rain, 17 degC
17. = NE 10kts , Sunny, 17 degC

( see Video )


/


10.10. CAPRI▓▓▓▓
Good Morning Max,

The weather forecast for CAPRI this afternoon (13:00 – 18:00) with Winds >25kts  NNE and a confused Swell.

This would suggest to consider re-locating to AMALFI ( 18nm , 2hrs  incl. Manvr. )   …
we would experience lower windspeeds and less swell there and can run tenders.

If we decide to ride the weather out here in CAPRI, launching and operation of Tenders
is likely not possible this evening.
Also tomorrow 11.10 we would be better kept in a location along the Amalfi Coast as in
CAPRI the swell is forecasted at 1.3m NW

So I propose to lift anchor after breakfast and choose POSITANO, AMALFI or VIETRI SUL
MARE  for today and tomorrow ….

Regards

Michael


DEP. SYRACUSE  (08.10.2021 @  14:40 ) BELBEL
BRIDGE Ready  Fri. 08.10.21
DEP. *SYRACUSE*  vs. *CAPRI*

*17:30  Bridge Ready* (Pre-Dep.-Checks )
17:30   Thrusters online
17:30   OPEN /FLOWERS
*17:45  Start Heaving*
17:50   Start M.E.
18:05   M.E. Bridge CTRL
*18:00  ANCHOR AWEIGH*
18:10   PILOT on Board
18:15   Recover Tender
18:45   B.O.S.P.


BELBEL

Dear Max,

We Have Guest Accommodation :

SAFFRON          Bridge DK   PortSide
TERRACOTTA       Bridge DK   Stb.

MASTER           Owners Deck

BURGUDY     Main Dk  Stb.
AQUA             MainDk  Port
EMERALD     MainDk  Stb.  (Twin bed + Sofa Bed )
FORRSET     Main Dk Port
VIP Cabin       Main Dk Fwd.

Each Cabin has a sofa that functions as an additional bed…


BELBEL
* G2   FK  FIRUZA KERIMOVA
* G3   GK  GULNARA KERIMOVA
* G4   AK  AMINA KERIMOVA

* SEC.0  MAX (Guest Cabin)

* G5  ALONA (GK Friend)
* G6  NASTYA (FK Friend)

* C2  AMIRKAHN (N1)
* C3  ALIKAHAN (N1)
* C4  MALIKA (N2)

```
* C5  ZEINAB cousin
* C6  MARIAM cousin

* N1   Nanny
* N2   Nanny
* SEC.1  PAVEL MALIUKOV
* SEC.2  IGOR KITZAK


Ross BELBEL
Dear Victoria,

Respecting the clear instruction received with regards to Chef Ross not to be on board
for the Guest trip for reasons of confidentiality…

I understanding the logic but feel having to mention in his favor:
Ross has been with AMA for 2.5years and we know him as compliant, honorable and
trustworthy.
We can not only trust his persona but also his professional quality is ascertained.

A new Crew Chef whom we don't know, recruited under pressure and with a 3month probation
in which he can leave within 7days appears to be the bigger risk.
Plus - it is uncertain if a new candidates professional capacity meets expectations

Would an additional NDA salvage things to keep Ross for the Trip ?

I leave it to you if Mr. Kochman might weigh above differently than in the meeting…

Best regards

Michael
Syracuse sent 05. BELBEL
When entering in Italian ports or commercial roads, we are obliged to communicate vessel
and cargo or passenger details to different authorities, accordingly the nature of the
vessel and its operations, as follows:

Maritime Health Office/Maritime Sanitary (Health Ministry Ordinance 16th of April
2021 DC3 HYPERLINK "https://www.gazzettaufficiale.it/eli/id/2021/04/17/21A02379/sg" DC4
https://www.gazzettaufficiale.it/eli/id/2021/04/17/21A02379/sg NAK )
Police Immigration/Police Department (Regulation (EU) 2016/399 of the European
Parliament and of the Council of the 9th of March 2016, as per attachment page 41)
Customs House
Harbour Master (when the vessel is over 45 meters - DECRETO LEGISLATIVO 19 agosto 2005,
n. 196)
Guardia di Finanza/Financial Police
ISPS/PFSO if the vessel has its own ISSC (as per attached ISPS code page 41)

In each single port or commercial road, they edit local Ordinances that regulate more
specifically for that territory, so it could be more restrictive accordingly the port of
call.

In any case, in Italy when an authority ask for something, even if without explanation,
we are obliged to follow their request, otherwise we are punishable as per art. 651 of
the Italian Penal Code.


I hope the above info satisfy Your request.

I remain at Your full disposal for any further.
Kind Regards,




Gianpiero or JP
/
```

Giovanni Luise & Figli s.a.s.
Registered Yacht & Ship Agent

Luise Associates Sicily S.r.l.
1, P.zza Largo Bagni ▓▓ 95018 - Riposto (CT) – Italy
P.IVA: IT05113691215▓▓  SDI: SUBM70N

Syracuse sent 05.▓▓▓▓
Dist. Syracuse – Capri = 230nm ( 15hrs @ 15kts  /  13.5 hrs @ 17kts )
Technically we can reach Capri until 08. Evening.

Weather in Capri  from 10. is Cloudy and Rainy
NE Winds  >15kts  .. not ideal for the anchorage off capri
.. likely we would have to consider Positano to anchor

Lined up logistics for Syracuse compromised:
Cash to Master ( for Guest Cash …) will not happen
Drone Equipment to take on board
Fresh provisions delivery tomorrow 08. !
SPA Products enroute + Guest Toiletries … won't arrive in time
Flowers ( delivery  08. … loss >10k ..no flowers )
Chief Stwdss Amy planned embark tonight … No time to familiarize with new schedule
Michael Gambaro needs to get Off
Motorman Glenn
Martyn Messenger Sec. – Needs to Sign-ON
Washing and Detailing of AMA totally compromised
Passage weather will see Winds >25kts and seas > 1.5m during 6hrs of passage
No proper seafastening achievable in time ( … possible but Risky )

We would propose to remain with embarkation in Syracuse on the 09. As intended
and move North to call Capri again as the Weather allows.


Syracuse sent 05.▓▓▓▓
Dear Adam,
Dear Victoria,

Riposto is not the nicest place for guest transfer, no big attractions in town and the
volcanic Ash is everywhere.
With the westerly winds carrying all the ash of the Volcano onto AMA and pushing us onto
the dock the coming days and  we would like to *propose re-positioning 45nm (3.5hrs)
south to SYRACUSE* to receive Guests there.
We enquired for Berth option (Stern To) ..
Initially the anchorage would give us more options for Transfer (Heli) and less public
attention (privacy)… watersports in the bay on the 10. Possible if desired (Water Temp
25 Deg)
Syracuse has more to offer (Restaurants, Shopping, Sites for guests anyway
Best Weather to do so would be tomorrow 06.10 evening (ETD 20:00)
Alternatively 08.10

Could you kindly relay same to EK and FFX if they have reservations or objections to
this idea ?



//



(AMA (III)  03/04.10.21 – 03.12.2021)▓▓▓▓

```
ARRIVAL
BRIDGE Ready
ARR. NICE  Fr. 06.07. :

06:50   Bridge Ready
07:00   Thrusters Ready
07:00   Start Heaving.
07:00   Start M.E.
07:15   M.E. Bridge CTRL
*07:20* *ANCHOR AWEIGH !*

07:30   Pre. Arr. Checks
07:30   Mnvr. Brief Bridge
*08:00* *PILOT* on Board
08:00       Stns ! / Port. Akr Ready
08:45   First Line
09:30   All Fast
09:45   G.W. Ready

FWD. Stn.:
Adam   (Bosun)
Brucy  (DH)
Max (DH)

AFT Stn.:
Greg    (N/O)
Jasper  (LH)
Adrian  (DH)
Josh    (DH)

PASCOE:
Sergio  (DH)


BELBEL
Tender Dist. & Time:
To Cap Ferrat:  0.6nm, 5min
To Beaulieu:    1.1nm  6min


BELBEL
MYS Anchorage:

Anchorages are taken on a first come first serve basis.
To get a good spot its advisable to arrive a week or even 10d early.
BERTH FEE in Nice = 1413 EUR/d
SHORE POWER  Nice  9200 kWh/d @ 0.26 EUR= 2392 EUR/day
For 1 week:
Loss of use BERTH :    7 x 1413 = 9.891 EUR
Shore POWER :          7 x 2392 = 16.744 EUR  we would "Save"
GEN Hrs:     7 x 24  = 168  x 2 Gen running ! = 336 hrs

Shore power saving is "virtual" as Gen. power costs fuel, Maintenance & Gen. Hours. ….


BELBEL
DEP. NICE  Wed. 04.08.21

10:45   Start Single-Up (own crew)
11:05   Secure G.W.
11:25   PILOT on Board
11:35   Lines Let Go
12:35   ETA Beaulieu

DEP. NICE  Wed. 04.08.2021   ( ACTUALS ) BELBEL
BRIDGE Ready
```

DEP. PASCOE (BEAULIEU) 0?.0?.20??

```
10:00   1.5h B4 Call Port + Linesmen for 11:30
10:30   Bridge Ready (Pre-Dep.-Checks)
10:35   Mnvr. Briefing on the Bridge
10:40       Dk Crew - Stations
10:45   Thrusters Ready
10:45   Start Single-Up (own crew)
11:05   Secure G.W.
11:10   >> START M.E.
11:25   M.E. BRIDGE CTRL
11:25   P.O.B.
11:35   Lines Let Go
11:40   All Lines On Deck
11:50   Passing B.W.

12:35   ETA Beaulieu
```

FWD. Stn.:
Adam    (Bosun)
Brucy   (DH)
Max (DH)

AFT Stn.:
Tom (N/O)
Jasper  (LH)
Adrian  (DH)
Josh    (DH)

PASCOE:
Sergio  (DH)


WASH DOWN PETBEL

Monday:
- wash / wet polish mast & top deck
- wash / wet polish Sun deck fwd outboard including brows
- Sun deck fwd teak rinse / blade & dry
- wash / wet polish Sundeck aft including over the side (above name-board)
- Jet wash bandstand lines
- Wash awning
- Teak rinse / blade & dry
- Furniture in place
- Re- stick tiles in jacuzzi if needed
- Carpentry jobs in crew areas
- Consumables packed away in correct places
- Teak sand on aft of rescue boats
- Rescue boar corridor hoovered
- mooring lines adjusted and tightened

Tuesday:
- continue washing / wet polish on all decks
- Teak rinse / blade & dry on all decks ( light scrub in areas if required)
- furniture in place on all decks
- Lockers all cleaned and checked as per SAP pictures
- Cbay run / items removed for shore storage
- Tender garage / steering gear detailing

Wednesday:
- detailing in all decks / stairwells
- Stbd hull washed / wet polished
- Fenders adjusted and straightened
- Sundeck aft / VIP windows cleaned
- All wash-down equipment swapped out for EK visit (brand new chamois mops / blades etc.)

- start early for morning duties / detailing
- All areas double checked prior to EK visit

    NIGHT ORDERS ( Thu. 29.07.2021 @ 21:15 ) BEL BEL

*NIGHT ORDERS:*  Thu. 29.08.21

Curfew 23:00
Report: *All OB + G.W. Secured* into Bridge Group
Hourly Security Patrol on Deck by OOW –
Document round completion in Security Log with signature
Seaside Underwater lights ON
Paxton Door locked by Key 23:00 – 06:00

*When Crew goes ashore they must report :*
Destination
Estm. Time away from the ship
State Tel. No. and remain contactable at all times
Above has *to be recorded* in "Swiped on" App
Crew has to obtain Permission for shore leave from Capt. or OOW.
… record person & permission granted in Bridge Group

*SECURITY REPORTS:*
05:30
Sec. to check CCTV to report *compliance of hourly Security Patrol* to Capt. every Morning

06:00
Sec. to produce *daily report to OOW of "Swiped out"* and provide evidence that Curfew time was respected by all Crew.

/
Call me 05:08

Have a good watch !


    NIGHT ORDERS ( Wed. 28.07.2021 @ 21:20 ) BEL BEL

*NIGHT ORDERS:*  Wed. 28.08.21

Curfew 23:00
Report: *All OB + G.W. Secured* into Bridge Group
Hourly Security Patrol on Deck by OOW –
Document round completion in Security Log with signature
Seaside Underwater lights ON
Paxton Door locked by Key 23:00 – 06:00

*When Crew goes ashore they must report :*
Destination
Estm. Time away from the ship
State Tel. No. and remain contactable at all times
Above has *to be recorded* in "Swiped on" App
Crew has to obtain Permission for shore leave from Capt. or OOW.
… record person & permission granted in Bridge Log.

*SECURITY REPORTS:*
05:30
Sec. to check CCTV to report *compliance of hourly Security Patrol* to Capt. every Morning

06:00
Sec. to produce *daily report to OOW of "Swiped out"* and provide evidence that Curfew time was respected by all Crew.

Call me 05:08

Have a good watch !

BELBEL
Return on Guest Questions:
Accommodation beam on Bridge Deck aft is 10m Main Dk 12m (approx..)
Main Deck Aft Ceiling height 2.35m
Pool is 11m length
Volume of interior spaces including gym, crew areas and guest areas is  2,269m3
… we have enquired about interior surface area (m2) and Teak deck with Luerssen and
revert at best speed.

BELBEL


VIEWINGS BELBEL

            28th July        Edmiston Viewing 13:30   Broker + 1 USA Client

29th July         Lunch  JS + 1

            31st July        Viewing   13:00   Mr. Wynn + A. Koesveldt

  07th + 08th Aug        Viewings

14th Aug        Viewing  10:30  FRASER Andrew Bond + Dr. C.F.



VTJustina Geneviciute is inviting you to a scheduled Zoom meeting. BELBELBELDC3
HYPERLINK "https://internationalsoscorp.zoom.us/j/97009575157" \t "_blank" DC4Join Zoom
MeetingNAK BELBELBELPassword:BEL486704BELBELBELBELPhone one-tap:BELUS: DC3 HYPERLINK
"tel:+19292056099,,97009575157" DC4+19292056099,,97009575157#NAK or DC3 HYPERLINK
"tel:+12532158782,,97009575157" DC4+12532158782,,97009575157#NAK BELBELBELMeeting
URL: BELDC3 HYPERLINK "https://internationalsoscorp.zoom.us/j/97009575157" \t
"_blank" DC4https://internationalsoscorp.zoom.us/j/97009575157NAKBELBELBEL

BELBEL
SHIPMAN  contract is between NEREO and IY.
Contract we reserve the right to suncontract out ISM/ISPS management to a 3rd party.
Technical management remains fully under IY

Vessel Owner
Name & IMO Number: Nereo Management Ltd – IMO 5941061

Ship Manager Name & IMO Number: Imperial Yacht Management – IMO 5458941
Address: Ermmano Palace -27 Boulevard Albert 1er  -MC 98000  Monaco
Phone: +377 97 98 38 80
Email: DC3 HYPERLINK "mailto:monaco@imperial-yachts.com" DC4monaco@imperial-yachts.comNAK

DOC company name & IMO Number: DOHLE Private marine Clients – 5251428

Technical Manager name & IMO Number: Imperial yacht Management – IMO 5458941" Unquote.


BETRH QUOTE ENQUIRY  TEMPLATEBELBEL

To:

Dear Sirs,

We are positioned in NICE until 10.09.  and are refreshing on availability and quotes to
evaluate and propose a "Hibernation Berth" with Shore Power

Period......................May 2024 until 14 - 18 August 2024

Could you kindly update below to reflect this period….

-----------------------------

For the M/Y "AMADEA" we would like to enquire for berthing availability and Prices

/

 PRIMARY :

Period:
Availability:                    YES / NO
Price:                      ................EUR/day incl. VAT
Charge period:            ...............Noon-to-Noon
Discount:                    .................% for prolonged stay ?
Cancellation Policy:     ...............
Garbage:                       ...........   EUR/m3
F.W. Water:                   ...........   EUR/m3
Internet:                        .......................
Shore Power:               we would need 2 x 600 Amps.

SECONDARY:

Location:
Name or No.
Water depth
Security
Tender
Heli Pad
Access for Cars
Access for trucks       for Provisions and spares ? Size and weight limitations
?  Yes.



BFI.BFI.

Distances & Times :

COGOLIN ( AJACCIO     =  134'     @ 14 kts    = 10 hrs

COGOLIN ( BONIFACIO   =  165'     @ 14 kts    = 12 hrs

AJACCIO ( BONIFACIO   =  045'     @ 14 kts    = 3.5 hrs

BONIFACIO ( P.CERVO   =  026'     @ 14 kts    = 02 hrs

P.CERVO ( COGOLIN     =  188'     @ 14 kts    = 13.5 hrs

BFI.BFI.

Dear GD Team,

During review of June/ July invoices it was noticed that almost all invoices differ by between 160 & 230 EUR. (higher)

While we acknowledge that variances occur due to availablility of quantities and other factors reality induces this has method.

Excess amounts not only compromise our credibility and puts us on the Challenge Board, they also cause twice the work for another loop for internal re-approval

Therefore please under all circumstances match or stay below the approved quoted amounts.

Significant changes for the target location - Date 10/12/04

**BELBEL**
Dear HODs
viewing tomorrow – Mon. 19 July.
Time TBC
Full tour.  Hospitality - tea / coffee/water/ juice + slice fruit plater.
Guests:
1. Principal Guest + family
2. Edmiston Broker
/


P.O. PROCESS **BELBEL**
Dear Ian,

Yesterday was a crazy day ..

With Cobie we drafted a reply to the flowchart already i would like to add some

General comments to aid the programmers Mindset


DEFINITION of RESULT:
Modelling the line of approval for QUOTATIONS in Navision to substitute the AAF (
Accounts Approval Form)
and gain improved automated review and P.O. tracking functionality


P.O. PHASES:
We should keep in mind and TITLE different PHASES of the PURCHASE ORDER PROCESS

Phase           Responsible
Supplier Selection  HOD/Capt.
Quote enquiry Phase HOD
Quote Evaluation …  HOD /Capt.
P.O. Raised         HOD
P.O. Approval ..    HOD/Capt./ Mngr.
Quote Acceptance = Contract
Order Conf. / Proforma
P.O. Status Tracking    HOD / Purser


FEATURES & FUNCTIONALITY desired:
To gain an improvement and not digitally repeating the AAF


COMMENT SECTION
Most essential element of importance is the explanation (!!!)
This comment must stick from the very beginning along the whole chain of process.
It must substantiate the reasoning for the expense giving detail on:
Reasons for supplier selection
circumstances
considerations of alternatives at the time
Coherences

Factors that led to the conclusion that there is a
justified need and the expense is proportionate to the benefit



REVIEW functionality
a. ) Nature of P.O.
Foreseen Expense (Planned Maintenance, Consumables )
Unforeseen Expense Breakdown Maintenance ( repairs & replacements)  Not in Budget

Fix Cost — Invoiced Descr. Document

The "BUDGET BASELINE FIGURE" in the selected "Budget Code" needs to be in perspective in order to enable verification of BUDGET IMPACT ( Variance ?)

Ideal would be functionality to review against the "ACTUAL TO DATE"  .. total accumulated actual exp.  and Budget left to spend.


FINAL P.O.
The system should generate the approved P.O. bearing the signature of an authorized signatory of NEREO Ltd.
as document to forward to the vendor to signal "QUOTE ACCEPTANCE" on behalf of Nereo .
The vendors revert with ORDER CONFIRMATION / PROFORMA INVOICE establishes the contract


P.O. TRACKING & Collection of supporting evidence
Like Rejected quotes fall in into an archive
the approved the P.O. should automatically be listed in a "P.O. TRACKER"  to identify the Purchase Order Status

P.O. STATUS :
Pending
Rejected
Approved
Downpayed
Enroute
Received
Fully paid

SUPPORTING EVIDENCE
The opportunity to successively add documents of Supporting evidence to the P.O. !

Supp. Evdc.
Reference quotes obtained
Approved Quote
Order Confirmation
Collateral Charges ( transport, Customs … )
Delivery Note
Invioce



St. Catherine
Dear Viktoria,

Feedback report by Mr. Oliver Lynn:

Technical problem with Hydraulics = critical equipment
Tender Cradle not working
New Eng. joined 16.07. and needs time to familiarize
Only 5 bunks  --- They need "Hybrid Crew"
Chef/Stew   DH/Stew.  Capt./.. no other Watchkeeper
Upcoming multiday Charter with > 4 Guests
> 150nm Ocean Passage to Corsica intended !
Manning and technical state is not safe for passage.
Capt. is the only Watchkeeping capacity ..No Night time re-positioning possible.

With a proven and fully functional Boat, plus some experienced Crew we would have been able and happy to cover and bridge a few day trips.

We neither have the profiles required nor can we spare crew for operations of the intended magnitude.


Viewings

From: Julia Stewart | imperial-yachts.com 12/07/2015 11:25 VT To:
Captain | MY AMADEA <captain@yacht-amadea.com> VT Cc: Evgeniy Kochman
<e.kochman@imperial-yachts.com>; Adam Cooper <a.cooper@imperial-yachts.com>; Victoria
Pastukhova <v.pastukhova@imperial-yachts.com> VT Subject: next viewings - 26 and 27 July

Dear Michael,

Please note that there will be 2 viewings - 26 and 27 July  - both with Frasers.

I will confirm exact time separately.
The yacht will need to be very well prepared.
The client will be attending with his Captain and Technical Manager.
To be clear on day 1 - Captain and Tech Manager and on day 2 - client.

Kind regards,


Julia Stewart
Director


DECK BEL BEL
Hi Andy,
We are at 80% and you and Adam have noticed that we have seen the boat in better
condition.
To add to your findings, for the night and tomorrow morning pls discuss with Bosun and
DH to address:

Brown dust dried from Teak wash in numerous corners
Tepanyaki Steel needs further clean and polish
Gutters not clean
Imperfections in stainless
Boat Garage debris and stains on the floor
Dust and flims on stairs and corners
Water stains and spots in the teak
Water scale marks in the Gray
etc.


FUEL AUTONOMY BEL BEL
BODRUM ( TIVAT     = 678'     @ 14 kts    = 48 hrs  ( 2d  )

BODRUM ( DUBROVNIK     = 691'     @ 14 kts    = 49 hrs

Difference is 13nm ( 1hr )

Consumption @14kts = 52ltrs/nm   = 36m3  Trip Fuel Required …

REMARK on remaining FUEL AUTONOMY  :
In case we may interpret distance requests that the next Trip might lead to Turkey (?)
We still have 210m3 of fuel on board

NICE ( BODRUM     = 1125' @ 13 kts = 87 hrs  ( 3d 15hrs )
                = 55m3 Trip Fuel

So we would arrive in BODRUM with 155m3 .
Normally Guest trips see 80% at Anchor & 20% Sailing
(For the 6 days of Last trip we used 34m3)

That means:
with the current 201m3 remaining on board we can go to Turkey  (55m3)
and do 12 days Guest Trip ( 70m3 )
and have enough  ( 38m3) to relocate to TIVAT or DUBROVNIK
ant still arrive with Minimum safe reserve upon arrival of 40m3

TRIP FUEL  GUEST TRIP BEL BEL

GUEST TRIP REPORT:

```
LEG:        AGIOS ( BALOS ( PYLOS ( MANDOLA ( ZAKYNTHOS
CONS.:      33.7    m3
DIST. lgd.:     360     nm
TIME:       06   days
Pattern:    80% Anchor, 20% Steaming

Agios ( Balos       125nm
Balos ( Pylos       130nm
Pylos ( Mandola 067nm
Mandola ( Zakyths   019nm
Zakynts ( Mandola   019nm
TOTAL :         360nm  @ 13kts = 28hrs steaming (= 19%)
```

GUESTS BELBEL

```
        Name                D.O.B.          Age
G1  EDUARD KHUDAYNATOV  11.09.1960   61
G2  MARINA AMAFFI           16.06.1985   35
G3  TATIANA IGUMNOVA        03.06.1964   57
G4  SIARHEI YAROTSKI        18.06.1978   43
G5  YURY KHUDAYNATOV        19.01.1964   57
G6  PLATON K.           12.03.2012   09

C1  ANNA AMAFFI             03.10.2008   13
C2  ANFISA AMAFFI           16.10.2011   10
C3  ARIADNA AMAFFI          04.01.2021   06m

N1  MARIA GULSHNEVA     16.10.2011   44
N2  ANNA POTAPOVA       10.05.1985   36
SEC.1   SERGEI MAKSIMENKO       24.01.1985   36
SEC.2   MAKSIM KULAZHENKOV      27.04.1984   37

SPA BERNADETTE SANGEL               24.04.1981   40
```

TRIP REPORT BELBEL
TRIP REPORT:

```
LEG:        KATAKOLON ( NICE
R.O.B.:             252 m3 Dep.
R.O.B.:             211 m3 Arr.
CONS.:      41.0    m3
DIST. lgd.:     820     nm
TIME:       63   hrs
SPD avg.:   13.0    kts
Ltrs./ nm:  50.0    ltr/nm @ 13kts  RPM 1320
```

Remark:
Including High SPD run at 18kts for 30min to burn of Carbon and 2hrs at 17kts to reach Giraglia Rock earlier due to Weather conditions.

SHORT LEAVE OF AABSENCE BELBEL
Dear Adam,

My Dad would turn 80 in August but will hardly make it.
He is in Palliative care now with condition worsening.
Estimations being given in weeks.

Due to the remote location Pete would need 3 days to get to Nice .. so pointless.
However, should it be certain that we are not called to move for a week would it be thinkable
that I take a 3day unpaid leave of absence to fly to Munich stay 1 day and return on the 3rd day  ?

Maybe in 1-2 Days

It's a  daily 1.5hr direct flight
I would remain online regarding coms. and Mails
Chief Officer Andy Hare would have the Deck those days..

/


ARRIVAL "NICE"    ( ACTUALS  ) ▮▮▮▮▮

Dear Crew,
until we receive other directive from AC we start as what we have been granted previously in Cannes.
• Curfew 21:00hrs
• 05:00 – 07:45 Sports exercise permitted as individual or group
• Group activities permitted ie beach, sports, phys
• Have sanitizer on you

• Mask no longer required in FRA
• *Bars, shops, restaurants, beach clubs remain off limits*
Enjoy and please take care


ARRIVAL "NICE"    ( ACTUALS  ) ▮▮▮▮▮
BRIDGE Ready
ARR. NICE  Mon. 05.07. :

*Adjust SPD for ETA 06:45 LT*

06:30   Pre. Arr. Checks
06:30   Call Port & Pilot 1h B4
06:35   Mnvr. Brief Bridge
06:40   Thrusters Ready
06:45   *Launch PASCOE*
07:38   *PILOT* on Board
07:40      Stns ! / Port. Akr Ready
08:05   First Line
08:45   All Fast


FWD. Stn.:
Adam   (Bosun)
Max (DH)
Marv   (Sec)

AFT Stn.:
Olly   (OOW Saf)
Adrian   (DH)
Bruce   (DH)
Sergio   (DH)
Josh   (DH)



DEP. KATAKOLON   (02.07.2021 @  12:00 ) ▮▮▮▮▮
BRIDGE Ready  Fri. 02.07.21
DEP. *KATAKOLON*  vs. *NICE*

*16:45  Bridge Ready* (Pre-Dep.-Checks ) !
17:00   Thrusters online
17:00   Start M.E.
17:00   PASCOE away with Off-signers
*17:00  Start Heaving*
17:05   M.E. Bridge CTRL
*17:15  ANCHOR AWEIGH*

17:20   Dealing w/ children

18:00   B.O.S.P.

JET SKI ANNEX BELBEL

Not having a "working boat" presents a significant operational limitation.
Using the Rescue Boats is hardly ever an option as launching arrangements are directly infront of the MASTER Suite … During a guest trip there is a daily need to run errands ashore such as :

Clearance documents (Constituto or Transit log)
Fresh local Fish or Provisions
Garbage disposal
Luggage transfer
Flowers & decoration
Spare part pick-up
Nurse for Covid Testing
Crew change runs
Beach Set-up and supply
Scouting of beaches, Dive sites and Tender landings
Shallow beach landing of Guests

For all of this we use the PASCOE which is actually meant to be available for guest for Watersports or Security
The PASCOE with 1m draft and Z-drive is not a well suited craft for a beach landing anyway.

As we do not have storage space for an additional Zodiac and Outboard Engine I propose to consider an inflatable Jet Ski Annex

Also if the PASCOE should get into trouble, needs medical assistance or technical assistance this annex could be used to send out help…   (Different models on the market Costs around : 4.800 EUR)

//

OBSERVATIONS BELBEL

DIVE OPS
One ready assembled dive set always to be on standby !

PASCOE BEACH LANDING
Distribute Pax weight forward to lift and reduce draught aft
Have Jet Skies on Standby to transfer Agent documents & assist with beach landing

DROP OFF LOGISTICS BELBEL

G1 Instructions Sun. 27.06.21  Zakynthos   16:40

Remain overnight at current anchorage Zakynthos

Mon. 28.06.21
08:15   G1 + G4  Departure from boat
08:25   LIMO at landing
08:30   in the car (Vito Van)
08:45   at the Airport
08:55   Security done
09:00   Boarding
09:15   Take off

```
YACHT
08:30     proceed to MANDOLA Fast Speed !
19nm  @ 17.0 kts  = 1.5hrs incl. Manvr.


Comment m.z. :
08:25   Anchor Aweigh !
08:25   LIMO on the hook
09:20   PASCOE waits for Scotty to return from Airport
and follows AMA full speed
ETA Pascoe at Mandola 10:05
10:15       Disembarkation of G2 + G3 +  C 1-3
10:35   Disembarkation of luggage and Staff


G1 Comment BELBEL
Sun. 27..2021

04:48 Bridge called me as G1 woke up reportedly from noise from Fwd. Thruster…
He instructed to drop Anchor off Arcoudi …

Reason:
As we left PYLOS already 20:30  and had only 66nm to cover until MANDOLA we had to do
slow speed. We set 7kts which is enough exhaust pressure for underwater exhaust.
At 22:45 we had an Exhaust Gas Temp. Alarm due to Slow speed, so we increased to 9kts.
( … in other words the boat does not like it to go slow for a prolonged period of time )
…
9kts speed resulted in an earlier ETA at Mandola.
Wind and Swell conditions were still  16kts and  0.5m  at this time.
Officer onWatch decided to engage DYNAMIC POSITIONING  (DP Mode ) …. The system was
trying to compensate for wind and current and operated the fwd Thruster at 90% load …
which caused the Noise !

LESSON learned :
Don't go slow for prolonged periods of time
Better Drift without DP or drive holding pattern circles if earlier arrival.


KYLLINI ( NICE         = 805'     @ 13 kts    = 61 hrs  ( 2d 14h )
                @ 15   = 54 hrs  ( 2d 06h )

PILOS ( MANDOLA    = 66'     @ 13 kts    = 5 hrs
                @ 17   = 4 hrs

MANDOLA ( ZAKYNTHOS = 19'     @ 13 kts   = 2 hrs
                @ 15   = 1.5 hrs  ( 2d 06h )

ZAKYNTHOS ( VATHY      = 19'     @ 13 kts    = 2 hrs
                @ 15   = 1.5 hrs  ( 2d 06h )





DEP. PILOS  (26.06.2021 @  18:00 ) BELBEL
BRIDGE Ready  Sat. 26.06.21
DEP. "PYLOS"  vs. "MANDOLA ROSA"  66nm

19:4   Bridge Ready (Pre-Dep.-Checks complete)
20:00   GEN Online / Thrusters Ready
20:20   Start Heaving.
20:25   M.E. Bridge Control
20:30   ANCHOR AWEIGH ! B.O.S.P.

Adjust SPD for:  ETA 06:30  "MANDOLA"
```

```
G1 Conduct Instructions
G1 Instructions Fri. 25.06.21  PILOS

We remain overnight
We spend the day 26. also in PILOS
26.06. @ 23:59   Ancr aweigh we move to Mandola Rosa

PILOS ( MANDOLA Rosa    = 66'      @ 13 kts    = 5 hrs

Sail slow & comfortable
ETA Mandola Rosa 27.06. @  08:00
We Dynamic position 2nm off Mandola Rosa
27.06.  Disembark G2 if Villa ready ( Beachlanding with Pascoe)


STANDSTILL damage BELBEL
Dear Adam,

It was proposed and submitted for approval numerous times for approval of time and
opportunity to test and train with equipment and Tenders after dep ... we know the
timeline of events did not provide for that
The issues we are dealing with are all due to aging in standstill and lack of operation.
Regular one time testing or a training simulation cannot replace daily use …

e.g.
Compressors for fridge drawer fail as drawers not on especially switched off for viewings
Battery failure of Seabobs on constant trickle charge
Flyboard




BELBEL

If we reach Zakynthos already tomorrow 25.
We have still Sat. 26. and Sun.27.  to our disposal.
I would suggest to use those 2 days to visit
ARGOSTOLION  26.  and
FISKARDO or VATHY on 27.
Before the drop off for Airport on 28. @ 07:00

Dist. & Time:


Zakynthos
MARATHONISI ISL ( ARGOSTIOLI       = 48'      @ 13 kts    = 4 hrs
                @ 15    = 3.5 hrs

Kefallonia
ARGOSTOLI ( FISKARDO       = 45'      @ 13 kts    = 4 hrs
                @ 15    = 3.5 hrs

FISKARDO ( VATHY           = 17'      @ 13 kts    = 2 hrs
                @ 15    = 1.5 hrs



/


DISTANCE & TIME BELBEL

ELOUNDA ( BALOS           = 123'     @ 13 kts    = 9.5 hrs
                @ 17    = 7.5 hrs

BALOS ( PILOS             = 128'     @ 13 kts    = 10 hrs
                @ 17    = 7.5 hrs
```

```
ELOUNDA ( PILOS       = 245'    @ 13 kts   = 19 hrs
                      @ 17   = 15 hrs
```

Skipping Balos and sail ELOUNDA ( PILOS DIRECT
Is too long to relocate over night ….and would result in 9hrs At Sea ..( 5hrs at 17kts SPD)
But if a day at See would be an attraction the passage would be in good conditions ..


Mitigation:
Maybe Chania could be a stopover on 23. to cover 100nm to the West
And make it in the Night 23./24.  to Pilos

```
ELOUNDA ( CHANIA      = 101'    @ 13 kts   = 8.0 hrs
                      @ 17   = 6.0 hrs
```

Option:
```
BALOS ( METHONI       = 119'    @ 13 kts   = 9.0 hrs
                      @ 17   = 7.0 hrs

METHONI (  MARATHONISI = 119'    @ 13 kts   = 9.0 hrs
                      @ 17   = 7.0 hrs


PILOS ( ZAKYTHOS      = 067'    @ 13 kts   = 5.0 hrs
                      @ 17   = 4.0 hrs
```


Option:
```
ELOUNDA ( SANTORINI   = 147'    @ 13 kts   = 12 hrs
                      @ 17   =  9 hrs

THIRA ( PILOS    = 205'    @ 13 kts   = 16 hrs
                      @ 17   = 12 hrs

THIRA ( KALAMATA  = 193'    @ 13 kts   = 15 hrs
                      @ 17   = 12 hrs

THIRA ( METHONI   = 190'    @ 13 kts   = 15 hrs
                      @ 17   = 11 hrs
```


TENDER  CHECKS  &  RECONNAISSANCE TRIP   (20..06.2021) BELBEL

     ROUTINE SCOUTING OF TENDER LANDINGS
Doing nothing and hoping for the best is not a strategy.
Landing principals onto unknown and un-scouted ground is no option.

PRE DEP. CHECKS:
Set-Up:
Towels, Water, Masks, I-Phone Charges …
FUEL
BATT.
VHF CH69
Tender Phone
Life Jackets & PLB's
Cash $

Tender Reconnaissance Trip   ( Intel established, confirmed & relayed to bridge:

Accessibility:
Gates Codes or keys needed ?
Marina opening hours ?
Fencing

Obstruction / Levelling

Suitability:
Boarding height
Quay condition
Mooring points

Security
Congregation of people (Riots, Protests, Demos, Drunkens etc.)
Potentially dangerous works (Gas, Electrical, etc.)

Nautical:
Depth, Current, Swell conditions
Speed limitations
Exact location (G.Maps Pin)
Actual Passage time
Safe Route / GPS Track
Confirm Tender Systems in good order


DEP. CORFU  ANCHORAGE   (circulated 18.06.2021 @  19:25 ) BELBEL FLIGHT & G1 reception & Transfer 21.06.
Scotty & Marv will be at the airport …
ETA
Ground handling Agent ?
Airport ? / Terminal
How many Pers. arriving
How much Luggage … to pattern no. of cars needed.
Crew Change & Return ( sent 19.06.21 )  BELBEL
Hi Adam, ( just to share thoughts )  ..we would have 15 crew changes to Manage right after the Guest trip.... +++  Is there any indication that 01.07. will be a definite end or prolongation possible ? .... /// I am just thinking if best to make Athens the Hub or back in Nice  ..... in mind that voyage back Kyllini >> Nice is 806nm @ 13kt = 2d 15hrs (39m3) .... ... in which case we may not make the 04.07. in Nice but 1 or 2 days later ....rgrds, Michael

DEP. CORFU  ANCHORAGE   (circulated 18.06.2021 @  19:25 ) BELBEL
BRIDGE Ready  Fri. 18.06.21
DEP. "CORFU"  vs. "Crete"   450nm

21:45   Bridge Ready (Pre-Dep.-Checks complete)
22:00   Thrusters Online
22:15   START M.E.
22:15   Start Heaving.
22:30   M.E. Bridge Control
22:30   ANCHOR AWEIGH ! B.O.S.P.


DEP. SARANDE  Fri. 18.06.2021  () BELBEL
BRIDGE Ready
DEP. SARANDE  vs. Corfu Fri. 18.06.21

15:00   1hB4 Call Port / Linesmen for 16:00
15:30   Bridge Ready (Pre-Dep.-Checks)
15:40   Mnvr. Briefing on the Bridge
15:45      Dk Crew – Stations
15:45   Thrusters Ready
15:45   Start Single-Up
16:00   >>> START M.E. (T.M.O.)
16:15   M.E. BRIDGE CTRL
16:20   Lines Let Go
16:25   All Lines On Deck

FWD. Stn.:
Tomaz   (Bosun)

```
Adam     (1st)
Marv     (Sec)


AFT Stn.:
Lorin   (C/O)
Andrej  (DH)
Sergio  (DH)
Josh    (DH)


FUEL TRIP REPORT  ( 18.06.2021 @ 12:00) BELBEL
Consumption observed:

Bunker CANNES 15.06.  (45m3 taken @ 1.464 EUR/ltr )  ROB upon Dep. 102m3

R.O.B.     063m3  18.06  Arr. Sarande
Observed consumption
39m3  for 804 nm @ 13kts CANNES ( SARANDE  = 48.5 ltr/nm


Bunker CANNES 02.06.  (35m3 taken @ 1.437 EUR/ltr )  ROB upon Dep. 86m3

R.O.B.     076m3  07.06
Observed consumption
10m3 in 05 days = 2m3/d  (02.06 - 07.06)

R.O.B.     063m3  13.06.
13m3 in 05 days = 2.6m3/d  (07.06 - 13.06.)

ARRIVAL "SARANDE"    ( ACTUALS  ) BELBEL
BRIDGE Ready
ARR. SARANDE  Fri. 18.06. :

Adjust SPD for ETA 06:00 ( UTC+2 ) at last WP

Times below (UTC+2) !

05:30   Pre Arr. Checks
05:40   Mnvr. Brief Bridge
05:45      Stns ! / Port. Anchor Ready
06:00   3rd GEN & Thrusters Ready
06:20   First Line
06:45   All Fast
07:00   Garbage
07:50   Start Bunkering
14:30   Finish Bunkering (296m3)
15:00   DEPARTURE

17:00   ETA CORFU ( = 18:00 LT  UTC+3)

FWD. Stn.:
Tomaz   (Bosun)
Adrian  (DH)
Marv    (Sec)

AFT Stn.:
Tristan (OOW Saf)
Andrej  (DH)
Sergio  (DH)
Josh    (DH)



GUESTS BELBEL
         Name            D.o.B.        Age
G1  EDUARD KHUDAYNATOV  11.09.1960    61
```

```
G2   MIKHAIL AMAFFI       16.06.1978    42
G3   TATIANA IGUMOVA       03.06.1964    57
G4                         03.06.1964    37
C1   ANNA AMAFFI               03.10.2008   13
C2   ANFISA AMAFFI             16.10.2011   10
C3   ARIADNA AMAFFI            04.01.2021   05m

N1   MARIA GULSHNEVA       16.10.2011   44
N2   ANNA POTAPOVA        10.05.1985   36
SEC.1   SERGEI MAKSIMENKO      24.01.1985   36
SEC.2   MAKSIM KULAZHENKOV     27.04.1984   37

SPA BERNADETTE SANGEL           24.04.1981   40


Not coming:
G5   YURY KHUDAYNATOV          19.01.1964   57
G6   PLATON K.            12.03.2012   09
```

INSTRUCTIONS BELBEL

As per request from G1, please see below some important points to note:

Confidentiality of the Project and Guests is one of the most important topics. He has requested to pay attention to this matter and always try to avoid anchorages near big cities, beaches with lots of visitors and etc.

Crew uniform for crew members who meet guests in airport, escort guests to different locations ashore – must be with NO LOGO.

Bird and name on the tenders must be covered when transfer Guests to any destinations.

Please ask crew members not to pronounce name of the Vessel while they are with Guests ashore.

Please carefully check and control that no photos, videos of the Guests are taken while they are ashore.




CONCIERGE BELBEL
Dear Victoria,

We found a good profile who is available and flexible enough to come on such short notice and help as Temp. Concierge for the Guest Trip

We need a 2nd person to back up Tetiana and help with Organisation, Presentation and communication with the principal and complement the Purser in making arrangements.
Ekaterina Manannikova has solid experience
Native Russian Speaker
250 EUR  moderate Daily rate asked for
She is fine with helping out in service
Interview was very good
Video received
Good references from "BLISS" and "UNIVERSE" checked via Phone.

We would need swift approval to enable embarkation in time.

Best regards

Michael

```
DEP. CANNES  Tue. 15.06.2021  ( ACTUALS) BELBEL
BRIDGE Ready
DEP. CANNES  vs. Sarande Tue. 15.06.21

15:30   Call Port / PILOT & Linesmen for 16:45
16:30   Bridge Ready (Pre-Dep.-Checks)
16:35   Mnvr. Briefing on the Bridge
16:40       Dk Crew - Stations
16:40   Thrusters Ready
16:45   Start Single-Up
16:45   >>> START M.E. (T.M.O.)
16:55   M.E. BRIDGE CTRL
17:58   PILOT on Board
17:05   Lines Let Go
17:10   All Lines On Deck
17:15   Passing B.W.
17:23   Pilot off  B.O.S.P.


FWD. Stn.:
Olly   (OOW Nav)
Tomaz  (Bosun)
Sergio (DH)
….  (DH)

AFT Stn.:
Tristan (OOW Saf)
Andrej  (DH)
Adrian  (DH)
Marv    (Sec)



FUEL  update ( 13.06.2021 @ 12:00) BELBEL

63m3   R.O.B  today 13.06.21

Observed Total average to date: 3,1 m3/d  (02.06. – 13.06)

Consumption observed:

Bunker CANNES 02.06.  (35m3 taken @ 1.437 EUR/ltr )  ROB upon Dep. 86m3

R.O.B.    076m3  07.06
Observed consumption
10m3 in 05 days = 2m3/d  (02.06 – 07.06)

R.O.B.    063m3  13.06.
13m3 in 05 days = 2.6m3/d  (07.06 – 13.06.)




LOG OF EVENTS MAY BELBEL
Dear All,
```

The policy for Shore Leave appears to function well and I hope you cherish the granted freedom by further compliance.

The discipline with garbage separation and dishware in the crew mess falls behind our usual standard at the moment so I feel it necessary to call upon everyone's participation in the matter.

Please dispose of your rubbish and refuse in sheds assigned and separate garbage as labelled.

m.z.

LOG OF EVENTS MAY BELONG TO PWC – Jetski

1. Personal Water Craft, or Jet Ski, regardless of the model or type (SEA BEETLE, SEA BIKE, SURF-Jet, SURF-Ski, etc.) or whether privately owned or leased, must be registered with the Hellenic Port Authorities, must display the vessels name on both sides along with the assigned Port and Ports' registration number and must be equipped with either distress signal flares and fire extinguishers according to the manufacturers specs else two (2) hand signaling flares and one (1) small powder fire extinguisher.

2. Personal Water Craft such as those mentioned above are prohibited to use a) during adverse weather conditions. d when the Beaufort wind measures more than five (5) and when visibility is limited. Additionally. b) in rocky coastal areas c) prior to sunrise and after sunset hours d) when Quick Stop/emergency safety switches designed to automatically shut down the engine in case of a fall, are not available e) if the number of riders is greater than the approved manufacturers requirements (on the personal watercraft there can be up to 3 persons on board depending on its type) f) when there are engine damages, mechanical failures, etc. g) when equipped with external propellers h) during the months of June, July, August, September and between the hours 14:00-17:00. Note this restriction pertains to residential areas whose boundaries are defined by the Port authorities and after a unanimous vote by the Committee depicted under Article #35 i) when riders are not equipped with personal floatation devices (e.g lifejackets).

3. Operating Personal Water Craft such as sea bikes, regardless of the type or the engines capability to accelerate, is prohibited by individuals/riders without a valid motorboat/speedboat or PWC license.

4. Towing individuals using any type of Personal Water Craft, e.g. Jet Ski, for other water sports activities such as Water Ski, Water Sleds, Rings, etc., is strictly forbidden.

5. Operating Personal Water Craft is prohibited when ∇T a. The distance is less than two hundred (200) meters measured from the outer edges of floating buoys (ref. Article 26), used to mark and set the boundaries for bathing beaches frequented by swimmers, etc. ∇T b. The distance is less than three hundred (300) meters from the customary locations accessed and frequented by swimmers when at coastlines where floating buoys are not evident. ∇T c. Travelling in speeds greater that five (5) knots and the distances are less than five hundred (500) meters from any and all coastlines regardless of the presence of swimmers.

6. Personal Water Craft lessors are equipped with Control Panels which allow for the remote management and shut down the Jet Ski from a distance of at least one thousand (1000) meters when renters (riders) pose unnecessary risks or threats to other swimmers, vessels, etc. in the area.

7. Licenses for more than three (3) Personal Water Craft to a lessor are prohibited. All lessors who hold licenses for more than 3 PWC's during the time of this Regulations' publication may not proceed with increasing the number of licenses nor may they replace any licenses recalled until the number of vessels is reduced to a maximum of three (3).

8. Lessors of Personal Water Craft are required, amongst other prerequisites, to hold a valid powerboat/speedboat marine license or a valid Personal Water Craft (Jet Ski) license.

9. Leased PWC's, e.g. Jet Skis, are authorized for use only in sea areas where the lessor and lessee have between them clear and unobstructed visibility at all times. The boundaries of such sea areas are clearly identified and documented on the respective license.

10. The starting point /return for rental Personal Water Craft is allowed to and from designated sea areas via a) the floating platform as noted in Article #28 which has a non-slipping surface b) a specific, predefined mooring or buoy as noted in Article #28 which is in orange colour and it is placed at a distance of two hundred (200) meters from the shoreline and it is withdrawn before sunset c) the vessel noted in Article #29 d) any sea area or waterway with a distance greater than the limits (distances) set in paragraph ¶5. e. the channel referred to in Article 27 with the minimum speed level according to its type of construction and taking into account the safety of the bellows. The channels of seven (7) to twenty (20) meters wide lengths according to the particularities and peculiarities of the area sheds are marked by placing clearly visible floating yellow, conical shaped buoys on the right and cylindrical shaped buoyos to the left for the entrance from the open sea and these are located three (3) meters

away from each other. In the case where the distance between the two centre points of two (2) contiguous lessors is less than three hundred (300) meters in accordance with Article 22, it is possible to delimit a single channel in the middle as far as possible of the distance and in an exact position, as decided by the Committee in the Article 35, that lessors must use.

2592 In cases where the starting/return points a), b) and c) above are located in distances less than those required by paragraph 5 of this Article based on the decision made by the Committee, the transferring of individuals is allowed only at speeds less than five (5) knots, taking into consideration so as to avoid triggering the rules and requirements.

2593 11. The transferring of individuals between the shore line and the designated launch board or platform who are interested in riding a PWC, e.g. Jet Ski in areas as listed in the previous paragraph, is permitted via the use of non-motorized and motorized craft, excluding sea bikes, Jet Skis and Hover Crafts, only when traveling in designated waterways and at a maximum speed of five (5) knots.

2594 12. It is forbidden to rent a motorized small craft, a personal watercraft, a high speed craft or speedboat, that serves as a rescue device for any other purpose than the provision of rescue services.

2595
2596 QUATERLY REPORT ██████
2597 NICE ( GIBRALTAR UK
2598 One way: Dist.: 780nm / (60hrs) 2d 12hrs @ 13kts / Fuel Required : 40m3    (@ 52 ltr/nm)

2599
2600
2601 BEJAJA Algeria
2602 One way: Dist.: 420nm / (32hrs) 1d 8hrs @ 13kts / Fuel Required : 21m3    (@ 52 ltr/nm)

2603
2604
2605 HANDOVER NOTES/██████
2606
2607 PRIOS:
2608 E-mail IH Outstandings … summary
2609 MB92 lined up for Wed. 02.06.
2610 MB92 OPEN Items "Work issue to resolve"
2611
2612 31.05.
2613 12:00 Alex Viewing
2614 19:00 EK Viewing 31.05.   B
2615
2616 Berth until end Aug.
2617 Pilot
2618 Bunkers
2619 Chief Stew.
2620 Yard outstandings
2621 Adam coming next week
2622 OPS 6  Döhle deleted obsolete
2623 Appraisel Report
2624 Insurance – Julia Stewart
2625 Senca – Head of Interior / Fleet Interior manager
2626 Interior Manager - Will McLellan
2627
2628 C – BAY:
2629 www.Riviera cbay.com
2630 Ulf Sideback
2631 Alternatives
2632 Square foot
2633 Innbox
2634 Carpet Runners
2635
2636
2637 SCHEDULE STUFF:
2638
2639 Cannes Refund for Days not used
2640 Event on Tuesday 01. Pilote Cannes evening 01.

BERTH:
Ruddy Blair = Montenegro    1.700   (Power only 20 cent/kwh)
Emmanuel Messiaen = Sete
Port Vauban = IYCA        4.421 EUR/day
Porto Mirabello
GENOVA ( Molo Vecchio) Fabio Pesto – Marina Aeroporto or GENOVA


Corfu – Agent: Chris Peackock – … (Mike Brewer) Acquera Group….

SPAIN
Tarragona
Villanova
Palma


Z Broker
Alex Koersvelt


CREW MATTERS :

Emma Laycock … free transfers List Olly & Jasper are on that List
Jasper pay raise of 500 EUR to 3500 (3/1rot)
Scotty 4.200 raise suggested to 4.500
Marv raise suggested from 3.7 to 4.200

Adrian de Valle Ruiz ( New )
Sergio de Valle Ruiz ( Jose B )
Joshua  .. replace Florian
Offer both a contract

David going 17.
Chris McNamara approved as ( Chef ) 5k (2/2)

Crew that had payrise are not eligible for backdated Motivational policy.

CHIEF Stwdss.:
YPI Anabelle
Lighthouse Careers  Mellicia Seguella
Yotspot

Ester Kenell .. really good ( Hungarian)


IT Penetration Test:
Clear Desktop
Keypass


H▮▮▮▮▮
..


HANDOVER Notes & Essentials▮▮▮▮▮
31.05. Mon.     EK Client Viewing: Monday Night.

01.06. Tue.     PS Nameboard removal

02.06. Wed.     Roy Crierie: Interior works inspection

01. – 04.06     IT penetration test

08. – 09.06     DÖHLE Internal Audit

09. – 07.06     Carpet cleaning days

10. - 11.06      Insurers RMR

Tue. 15.06.  12:00  CANNES Booked til Tue.


VT

14. -17.06.     Interior Service Training days: 14th - 17th June.


12 hours' notice for viewings until further notice
berth with 30% discount as long as we stay on our own generators


CHAPTER (II)   -   2nd CONTRACT 27.05. - 06.08.21 BELBEL


VOYAGE TOTALS  BELBEL

/


TRIP REPORT       TIVAT - LA CIOTAT     ( ACTUALS 03.03.21 @ 11:00) BELBEL
TRIP REPORT:    TIVAT ( LA CIOTAT

R.O.B. Dep.  TIVAT     =            164 m3
R.O.B. Arr.    LA CIOTAT       =          114 m3
Total FUEL cons.          =            50 m3
Total DIST. sailed        =           931 nm
=          54 ltr/nm
Total TIME:        71 hrs  (2.9d)
28.02. 11:30 (UTC+2)  (  03.03.  09:00 (UTC+1)
Avg. SPD              =          13.1 kts

ARRIVAL LA CIOTAT    ( ACTUAL TIMELINE achieved ) BELBEL
BRIDGE Ready
ARR. LA CIOTAT   Wed. 03.03. :


08:40   Pre Arr. Checks
08:45   Mnvr. Brief Bridge
09:03   P.O.B.
09:05       Crew on Stns ! / Stb. Anchor Ready
09:05   3rd GEN Online / Thrusters Ready
09:22   TENDERS Launching and Hovering
09:45 Fin. Tender Ops
09:52   First Line
10:00   F.W.E.
10:22   Fast 2/2/2
10:35   All Fast, Gangway Ready


FWD. Stn.:
Tom    (Saf)
Adam   (Bosun)
Daniel (DH)
Marv   (Sec)

AFT Stn.:
Olly   (Nav)
Andrej (DH)
Max (DH)
Bruce  (DH)
Adam T (DH)

NIGHT ORDERS  ( Tue. 02.03.2021 @ 19:45 ) BELBEL

NIGHT ORDERS:  Tue. 02.03.21

Adjust Speed for ETA 09:00 Pilot
Play it back 10 minutes… we want to run M.E. at FULL for a blast to burn off the Carbon
Hourly Regular Safety Rounds as usual
Beware of French Fishing Vessels when approaching !!
COLREGS and Standing orders apply

Have a good watch !


BRIDGE ORDERS     ( TIMELINE intention ) BELBEL


BRIDGE ORDERS:  Mon. 01.03.21

We made good headway in following current
At 05:45 LT we reduced to RPM  1500
We are passing Messina Strait before HW Spring 14:50 but
anticipate counter current slowing us down which is fine.
ETA 17:30  STROMBOLI is a target to spot Volcanic activity
COLREGS and Standing orders apply

Have a good watch !




NIGHT ORDERS  ( Sun. 28.02.2021 @ 18:45 ) BELBEL

NIGHT ORDERS:  Sun. 28.02.21

Keep RPM for STW 15 kts
Intention is to run at speed with following seas until Messina
Hourly Regular Safety Rounds as usual
No Crew on decks after sunset
COLREGS and Standing orders apply

Have a good watch !

DEP. TIVAT Actuals Sun. 28.02.2021 BELBEL
BRIDGE Ready
DEP. TIVAT  Sun. 28.02.21: Wind >25kts

10:20  Call Port / VTS / Linesmen for 11:00
11:00  Bridge Ready (Pre-Dep.-Checks complete)
11:05  Mnvr. Briefing on the Bridge
11:10     Dk Crew – Stations
11:10  Thrusters Ready
11:10  >>> START M.E. (T.M.O.)
11:15  Start Single-Up
11:20  M.E. BRIDGE CTRL & Tested
11:26  Lines Let Go
11:30  All Lines On Deck >> DEP.
12:09  PILOT OFF
12:35  Passing Fjord Exit B.O.S.P.

10:00  ETA LA CIOTAT   03.03.21

TIVAT – La CIOTAT = 940nm

```
72hrs @ 15kts ....
63hrs        @  15kts ....


FWD. Stn.:
Olly   (Nav)
Adam   (Bosun)
Daniel (DH)
Max (DH)

AFT Stn.:
Tom (Saf)
Andrej (DH)
Bruce  (DH)
Adam   (DH)
Merv   (Sec)

TRIP REPORT    Port SAID - TIVAT    ( sent 28.08.20 @ 13:00) BELBEL
TRIP REPORT:   Port SAID ( TIVAT

R.O.B. Dep.  P.SAID        =        164 m3
R.O.B. Arr.    TIVAT       =        104 m3
Total FUEL cons.          =          60 m3
Total DIST. sailed        =       1108 nm
=           54 ltr/nm
Total TIME:        89 hrs  (3.7d)
24.02. 18:00 (UTC+2)  (  28.02.  07:30 (UTC+1)
Avg. SPD                  =        12.5 kts


ARRIVAL TIVAT    ( ACTUAL TIMELINE ACHIEVED ) BELBEL
BRIDGE Ready
ARR. TIVAT  Sun. 28.02. :

>> HAIL Pilot 1hr B4 05:00

06:15   P.O.B.
06:20   Pre Arr. Checks
06:25   Mnvr. Brief Bridge
06:30   3rd GEN Online / Thrusters Ready
06:30      Stns ! / Stb. Anchor Ready
07:29   First Line
07:55   All Fast
08:10   Garbage
08:45   Start Bunkering
10:17   Finish Bunkering (60m3)
R.O.B.     Dep. 164m3


FWD. Stn.:
Olly   (Nav) …no need
Adam   (Bosun)
Daniel (DH)
Max (DH)

AFT Stn.:
Tom (Saf)
Andrej (DH)
Bruce  (DH)
Adam   (DH)
Marv   (Sec)  no need

   NIGHT ORDERS  ( Sat. 27.02.2021  @ 18:40 ) BELBEL

NIGHT ORDERS: Sat. 27.02.21
```

```
Adjust
Pls give me a call when Winds peak 35kts
Hug the coastline,   Seastate should remain <1.6m
Hourly Safety Rounds as usual
Pls Call me 05:00

Have a good watch !


    NIGHT ORDERS  ( Thu. 26.02.2021  @ 20:30 ) BET.BET

NIGHT ORDERS: Fri. 26.02.21

Adjust for  SOG 12.5 kts
ETA Pilot Stn. 28.02. 06:30 LT ( UTC+1)
Tonight 1hr Retard
Hourly Regular Safety Rounds as usual

Have a good watch !



    SARANDAE vs. TIVAT BET.BET
CRETE – SARANDE = 357nm
27hrs @  13kts
Ext Crete 11:00 (UTC+1)  26.02
ETA Sat.27.02. @ 14:00 LT (UTC+1)

CRETE – TIVAT = 527nm
41hrs  ( 1d 17hrs) @  13kts
Ext Crete 11:00 (UTC+1)  26.02
ETA Sun.28.02. @ 04:00 LT (UTC+1)

Montenegro is 170nm longer
x 2 = 340 nm Detour
26 hrs  20m3 Fuel  ( 8000 EUR )

Tivat is:
More sheltered
Nicer
Better Bunker Hub

We would consider taking 50 -80 m3 of Fuel
In order not having to take tax Paid fuel outbound La Ciotat

/

SARANE – LaCIOTAT = 830nm
64hrs  ( 2d 16hrs) @  13kts

TIVAT – LaCIOTAT = 940nm
72hrs  (3d) @  13kts
63hrs  @  15kts ….
We'll aim for an ETA before Noon


    NIGHT ORDERS  ( Thu. 25.02.2021  @ 19:00 ) BET.BET

NIGHT ORDERS:  Thu. 25.02.21

Keep SOG 12.5 kts … Slow steam !
From 22:15  expect N'ly winds >20 kts , Swell may dictate again to reduce
01:00 conditions should improve
Head back North to the course line to profit from the Lee of Crete
Pls give me a heads up should we face gusts or squalls >35kts
Hourly Regular Safety Rounds as usual
No Crew on decks after sunset
COLREGS and Standing orders apply.
```

Have a good watch !

    PASSAGE ACTUALS    ( Mon. 22.02.2021  @ 21:00 ) ▉▉▉▉

PASSAGE ACTUALS:


TRIP REPORT    DUBAI ( SUEZ

R.O.B. Dep. Dubai    =           331 m3
R.O.B. Arr. SUEZ      =           168 m3
Total Fuel cons.          =          163 m3
Total Dist. sailed        =          2943 nm
=    57 ltr/nm
Avg. SPD               =           13.3 kts

SUEZ CANAL :    12hr Anchorage / 11hrs Passage



Find the following SOF,

Looking forward to receive your feed back and comments so we can enhance our service in the future of any

Date▉▉Time▉▉Event▉▉▉▉23/02/2021▉▉1845▉▉Passed Limit line ▉▉▉▉23/02/2021▉▉1905▉▉Dropped Anchor at outer Anchorage  E NO 2▉▉▉▉24/02/2021▉▉0750▉▉Vessel entered canal▉▉▉▉24/02/2021▉▉1735▉▉Pilot Off ▉▉▉▉24/02/2021▉▉1740▉▉Vessel exited canal▉▉▉▉24/02/2021▉▉1745▉▉Vessel Sailed ▉▉▉▉
ROB On Arrival▉▉FO: ▉▉168▉▉DO:▉▉▉▉FW:▉▉61.6▉▉▉▉Arrival Draft▉▉F:▉▉4.1▉▉A:▉▉4.1▉▉▉▉▉▉▉▉Number of vessel in Convoy▉▉11▉▉▉▉Total Number of vessels in Convoy▉▉19▉▉▉▉▉▉▉▉▉▉▉▉

Mostafa Belal | SCT Senior Operations Coordinator | Gulf  Agency  Company (Egypt) Ltd., villa  No.  1  El  Mosheir Ahmed Ismail  St.  Sheraton    Heliopolis ,  P.O  Box  72    CAIRO    11799  , Egypt  |  Direct +  202  26962989 | Switch Board
+202 22686230 | Fax: +202 22686038 |  Mobile : +201008777858 | Emergency Mobil +201002410000  | E-mail: ▉▉ HYPERLINK "mailto:suezcanal@gac.com" ▉▉ suezcanal@gac.com▉▉ | ▉▉ HYPERLINK "http://www.gac.com/" ▉▉www.gac.com▉▉


Receipt for CANAL GRATUITIES :

$ 100   Suez Canal Inspector
$ 100   Quarantine Dr. and Inspector

$ 500   Electrical Engineer
Payment to deflect a fine of $5000  due to missing
Suez Canal Light connection which was already a notation from
Southbound Transit 20.02.2020.  2nd violation entails 5k fine.

$ 100   Pilot (II)
$ 100   Pilot (III)  .. therefore we got only 3 instead of 5 Pilots !

$ 100   Boarding Clerk

$ 1000              TOTAL CASH GRATUITIES



Suez Canal consumption and giveaway report    23.02.21 – 24.02.21.

Consumption report

```
2 x 1L Orange juices
4 x Acqua Panna 50ml still waters
1 x 375ml VOSS water
8 x Peach iced tea cans
10 x 1 L still water bottles
10 x packets of chocolate chip cookies
12 x slabs of chocolates
2 x boxes of dates
1kg assorted fruits
3 x jar of honey
2 x 250g bag of almond nuts
2 x 250g bag of cashew nuts
2 x 250g bag of dried pineapple
4 x packets of assorted crisps


Alcohol
Alcohol was declined/not popular.
Consumption: 0
Cigarettes.
Consumption: 12 pkt

Uniform
2 x Baseball caps

Galley
The galley prepared
4 x platters of assorted sandwiches and snacks
2x toasted cheese and tomato sandwiches

Service
25 x assorted coffee's were served through out the passage (cappuccino/black/milk & sugar)
5 x black teas were served
We used paper plates/plastic cutlery and paper cups to serve all meals and drinks.
20x paper plates
15 x plastic sets of cutlery
25 x plastic/paper cups

Stationary
3 x Imperial A5 note book
2 x Imperial A6 flip notepads
1 x Imperial pencils
3 x Imperial post it
2 x Imperial lanyard

    CONSUMPTION REPORT   ( Mon. 23.02.2021  @ 21:00 ) BEI BEI

Below outline reg. consumption concludes:
We are making it in one go to La Ciotat no problem but
Re-calculating we'd arrive with Min. Safe Reserve  La Ciotat  50m3
Not a stunt considering the good weather but 35m3 less than the 85m3 initially predicted.
Resulting observed average at 13kts is 57 ltrs./nm  is 10 ltrs. more than the 47ltr/nm regular baseline

We  definitely need to Bunker Tax paid Fuel outbound La Ciotat to reach the next Bunker port :
1300nm to Turkey 80m3
400nm to Bejaja 30m3 …………
            (23.02.21 Indicative fuel price Peninsula at La Ciotat is  Euro 1.36 per litre)


TRIP REPORT  DUBAI à SUEZ
```

```
R.O.B. Dep. Dubai     =          331 m3
R.O.B. Arr. SUEZ      =          168 m3
Total Fuel cons.      =          163 m3
Total Dist. sailed    =          2943 nm
=        57 ltr/nm
Avg. SPD                    =        13.3 kts
```

Resulting arithmetic mean is 57 ltrs./nm is 10 ltrs. more than regular baselines we allowed as consumption average.

(in comparison QB is 45 ltrs/nm at 13kn )
Maybe still Hull is not 100% clean … Fishing et on the Fins … I don't know ???

--------------------------------------------------------------------------------------------

Reading from Bridge gauges just the "Vario"

19m3 in 24hrs @ 13kts (Noon to Noon  15. – 16.)   61 ltrs/nm
17m3 in 24hrs @ 13kts (Noon to Noon  16. – 17.)   55 ltrs/nm

RPM 1370 and SOG 13kts  remained const.

17m3 in 24hrs @ 13.5kts (Noon to Noon  17. – 18.) 56 ltrs/nm
17m3 in 24hrs @ 13.5kts (Noon to Noon  18. – 19.) 56 ltrs/nm
19m3 in 24hrs @ 13.5kts (Noon to Noon  19. – 20.) 58 ltrs/nm

RPM 1420 and SOG 13.5kts  remained const.

19m3 in 24hrs @ 13.0kts (Noon to Noon  20. – 21.) 58 ltrs/nm
19m3 in 24hrs @ 13.0kts (Noon to Noon  20. – 21.) 58 ltrs/nm
21m3 in 24hrs @ 13.0kts average but reduction and incr. due to seastate (Noon to Noon 21. – 22.) 58 ltrs/nm

RPM 1250 – 1500 due to sea state   SPD   11 – 14.8 kts

   NIGHT ORDERS  ( Mon. 22.02.2021  @ 21:00 ) BELBEL

NIGHT ORDERS:  Mon. 22.02.21

Headwinds & Sea state now constantly increasing
From 01:30  NW >22kts , Seas 1.5 building to 1.6
On condition Seastate provides keep 1500 RPM & 14.8 kts SOG until 24:00
From 24:00 reduce to 13kts SOG  (adjust RPM accordingly)
Target ETA at WPT 51 is 19:00
Pls give me a heads up when we get gusts or squalls >35kts
CALL me in any case at 03:00 ( or Hurghada Abeam ) whichever is earlier
Hourly Regular Safety Rounds as usual
No Crew on decks after sunset
COLREGS and Standing orders to comply with.

Have a good watch !

   NIGHT ORDERS  ( Sun. 21.02.2021  @ 19:05 ) BELBEL

As seastate allows gradually come back to a Track parallel course
and later a N'ly course to creep back towards our Track line.

When seastate allows increase M.E. RPM for STW 13kts
1hr Retard at 01:00 am
Hourly Regular Safety Rounds as usual
No Crew on decks after sunset
Pls give me a heads up should we see gusts or squalls >30kts
COLREGS and Standing orders to comply with.

Have a good watch !


G1 Meeting   20.02.21 BELBEL

/



BRIDGE ORDER 20.02.21 BELBEL
BRIDGE ORDERS:
20.02.21 @ 06:28 LT

Good Morning

To complete Mnvr. & Weapon trsf with last light and
to preempt building swell conditions …

We increased speed at 06:15 to 15kts SOG
Target ETA is before 18:00 LT at Armoury MGN C.J.C

Have a good watch !

    NIGHT ORDERS   ( Fri. 19.02.2021  @ 18:00 ) BELBEL

NIGHT ORDERS:
19.02.21. Passage Bab El Mandep

Remain M.E. RPM 1420 until LAT 15'N
Regular Safety Rounds as usual
Black Out, AIS Stealth & No Crew on decks after sunset

TWS fcst  NNW  <20kts during the night.
Pls give me a heads up if gusts or squalls >20kts experienced
COLREGS and Standing orders to comply with.

Intention:
Passing 15'N  LAT pls adjust SPD for  20.02.
ETA @ MGN Capt.J.Cook   20:00 LT (UTC+3)

Have a good watch !

TIMELINE INFO BELBEL
Dear HOD's:

Today Fri. 19.02.
16:00 UTC (19:00 LT)    Bab El Madep

Sat. 20.02.
05:00 UTC (08:00 LT)    15'N End of HRA

Sat. 20.02.
18:00 UTC (21:00 LT)    MGN James Cook

Tue. 23.02.
17:30 UTC (19:30 LT)    ETA SUEZ

Wed. 24.02.
02:00 UTC (04:00 LT)    N Convoy Start
15:00 UTC (17:00 LT)    ETA Port SAID

Mon. 01.03.    ETA La CIOTAT


   NIGHT ORDERS   ( 14.02.2021 @ 18:00 ) BEL BEL

NIGHT ORDERS:
14.02.21. Outbound Dubai enroute Pembroke Armoury

Remain with M.E. RPM 1400, target SOG 13.0 kts
should counter current call for adjustment pls give me a heads up.
Please log consumption observed
09:30 ETA Pembroke is announced
No Crew on outer decks during the night
Regular Safety Rounds as usual
TWS fcst <15kts during the night.
Pls give me a heads up if and gusts or squalls >20kts
If dense traffic entering TSS Hormuz at midnight pls give me a quick brief.
Call me when Vis. decreases <3nm
COLREGS and Standing Orders to comply with.
Don't be an "Indoor seaman" - move around on Deck

Have a good watch !


DEPARTURE MINA RASHID  Sun. 14.02.2021 BEL BEL
BRIDGE Ready
DEP. Mina Rashid. Sun. 14.02.21:

1hr added due to immigration delay ..

15:15   All On Board & Cleared to Sail
15:30   1h B4 - Call Port / VTS / Linesmen
15:45   Bridge Ready (Pre-Dep.-Checks complete)
15:45   Mnvr. Briefing on the Bridge
16:00      Dk Crew - Stations
16:00   Start Single-Up
16:00   Thrusters Ready
16:05   >>> START M.E. (T.M.O.)
16:20   M.E. BRIDGE CONTROL
16:25   Lines Let Go
16:30   All Lines On Deck >> DEP.
16:39   Anchor Aweigh
16:50   Passing B.W.

09:30   ETA  "Pembroke" (15.02.)


FWD. Stn.:
Tom
Adam
Marv


AFT Stn.:
Andy
Jasper
F
Adam

DEPARTURE proposal Dubai Harbour  Thu. 09.02.2021 BELBEL
BRIDGE Ready
DEP. Dubai Hbr. Marina  Thu. 09.02.20:

17:00   All On Board & Cleared to Sail
17:00   1h B4 - Call Port / VTS / Linesmen
18:15   Bridge Ready (Pre-Dep.-Checks complete)
18:20   Mnvr. Briefing on the Bridge
18:30       Dk Crew – Stations
18:30   Start Single-Up
18:30   Thrusters Ready
18:35   >>> START M.E. (T.M.O.)
18:45   M.E. BRIDGE CTRL
18:55   Lines Let Go
19:00   All Lines On Deck >> DEP.
19:15   Passing B.W.

21:00   ETA  Mina Rashid. ..
21:35   All fast

FWD. Stn.:
Tristan     (Nav)
Tomasz  (Bsn)
Merv    (Sec)

AFT Stn.:
Olly    (Saf)
Bruce   (DH)
Andrej  (DH)
Adam    (DH)


AGENDA BELBEL
TECHNICAL Department :

AGENDA Points to be integrated
If the below could be added to the meeting minutes please;

Children set up, any orders for children (cosmetic items, games, clothes) – current stock.
If there are any computer games, apps to be downloaded, games consoles to be set up, would there be a requirement for external projector screen to be used for gaming

Russian Movies / Music – to update libraries.
If known
Can we please have a comprehensive list of these, as this can take some time, the sooner we start this the better. If we can establish a point of contact for this not only for the content, but as to not offend and download the wrong movie or TV show.
Is shoreside IT able to provide guidance …. any "Movie Genre Preference" ?

Water toys – current inventory and proposals for new orders/replacements.
Once the Amacap for new Jet Ski and toys has been submitted and then approved, we will need to ensure suitable spares are purchased for these. Also any running in procedures to be followed.
Clothes Size and Shoe Size of Guests
to ensure we have available the right Wetsuits, Impact vests, helmets, and boots for Flyboard, Wakeboard etc. …

Magazines, newspapers – G1&G2 preferences.
Are these to be hard copies or digital format. If digital, once we know the selection we can look at how to download

Exterior lighting of the vessel is there a preference to colour/scene setting.

As per the attached AM SAP E001 for guest set up for technical, have any of these requirements changed or to proceed with the same.

AGENDA ▮▮▮▮

From: Captain | MY AMADEA ▮▮Sent: 06 February 2021 20:14▮▮To: 'ChiefOfficer' <chiefofficer@yacht-amadea.com>; 'Chief Engineer' <chiefengineer@yacht-amadea.com>; Chief Stewardess | MY AMADEA <chiefstewardess@yacht-amadea.com>▮▮Cc: Peter Read <petestacks@gmail.com>; 'Purser' <purser@yacht-amadea.com>▮▮Subject: IMPORTANT ! ... AGENDA POINTS for G1 meeting ... INPUT and supporting Docs.▮▮Importance: High

Dear HOD's

Please find below preliminary Agenda for the meeting with G1 on 15th February
Please collect and add your comments.
let me know if you would like to add any other comments we would like to check with G1 in relation to the Guests season 2021.

Crew organigram – suggested revision for the Guests season (please mark Russian-speaking positions).
Crew profiles + full height pictures and video
Crew motivational policy
Project's schedule (plan A – Guests trip starts 1st May, Plan B – Guests trip starts 1st June).
Crew uniform (EK has requested to pay attention to crew shoes).
Details, preferences for Guests cruise:
Location,
Trip duration,
Guests numbers,
Any entertainments ashore – required to prepare itinerary.
Full wine inventory + proposal for the season (already received from Monika).
Cosmetics, toiletries / spa – current stock and proposals for the season.
Children set up, any orders for children (cosmetic items, games, clothes) – current stock.
Russian Movies / Music – to update libraries.
Water toys – current inventory and proposals for new orders/replacements.
Medical items – current stock, any specific medicines to order?
Magazines, newspapers – G1&G2 preferences.

Please start preparation of all supporting documents for the points above
Let's Aim to discuss and finalise in HOD meeting on Monday and send to Management Monday Afternoon
so they have time for review and discussion before final versions are ready for presentation to G1.

Kind regards,

▮▮▮▮▮▮

Viewing ▮▮▮▮Dear Lucas,

Viewing tomorrow Sat. 06.02.
2 Brokers  ETA 11:45
Mr. Tim Trenker, Dr. Rainer Behne ("Behnemar")
4 Guests (2male + Wives)  ETA 12:15
3 Cars Expected
Dxb T 1975
Dxb O80033
Dxb R 609

Kindly inform Gate Access on your end but not earlier than necessary

Message 05.02.21 ▮BEL▮BEL▮

Dear All,

Until we exit from Doha on the 15. I expect utmost caution of everyone to adhere to the increased sanitary protocol in force. HOD's are responsible to me for enforcement and correction of subordinates.

All Crew in Hotel quarantine shoreside please act responsibly as a setback on positive test would prevent your embarkation and hold your rotating partner on board.
At this point any observed violation of contingency measures can only be interpreted as a willful act of sabotage against our responsibility towards fellow shipmates and our professional obligation.

With regards to the "Crew motivational policy"
The best way to void management support and any prospect of reinstatement would be anybody testing positive on the PCR Test scheduled for the 09th…

Needless to say, that I count on your support to take it serious the remaining days.

Outbound Doha we can hopefully celebrate the end of this unpleasant episode and the return to a normality that enables to recover from the damage to culture and collaboration this has caused.


Capt. ▮▮▮▮▮▮


To Armoury ▮BEL▮BEL▮

Eta 16th 12:00 UTC+4
Assuming they are operating on UTC +4
1 day 4 hours time from Doha to Pick up @ 15 knots




LA CIOTAT Direct▮BEL▮BEL▮
Dear Ian,
Correction to message of this morning !
Still possible proceeding directly without bunkering to La Ciotat.
Save 20hrs time
BUT Arrive LaCiotat with 55m3 left.
It would be prudent to Bunker 1 small Truck (15m3) to reach, for example BEJAJA
for bunkers to Max. and Export.

R.O.B. P. Said    170m3
PORT SAID ( LA CIOTAT   1522nm  102hrs   4.2d          84m3 fuel
R.O.B  La Ciotat   55m3  ( + 15m3 ) … 70m3 on dep.
LA CIOTAT ( BEJAJA      395nm     31hrs @ 13kts          18m3 fuel
R.O.B  Bejaja    52m3


/

/


G's▮BEL▮BEL▮
YURY KHUDAYNATOV    19.01.1964    57
MARINA AMAFFI       16.06.1985    35
PLATON K.     12.03.2012    09
ANNA K.    03.01.2008    13
ANFISA Khudainatova  16.10.2011    10

ELENA ISAEVA        23.12.1982    39

CONTINGENCY ▮▮▮▮
All Crew Temp. checked Min. 2 times a day
Every Crew Cabin to be sanitized and turned down by occupant or HSK  2 times per week
Crew Mess – full Sanitation during turn downs  + not more then 6 people at any time
All avoidable contractor works suspended or managed along protocol pre-approved by
Medical Offc.
2m Social distancing
6m  Work space distancing
Work Permit for collaboration tasks ( Garbage , Provisions ..
Masks in common spaces and in presence of others
Increased to 4 seatings to max. distance and minimize cluster.
Matter of course – Hand Washing, Hand sanitizing, PPE
No use of crew GYM
Additional Sanitation cycle of Common spaces Handrails etc.
Range of motion is limited to yacht and pier. ( Border chain at the Security is the
limit )
No medical appointments unless a medical emergency
Crew Mess – Plated service by ONE Pers. under full PPE to avoid multiple Crew touching
equipment
Only 15min stay in Mess during scheduled hours.
Empty cabins of infected Crew will be left for 48hrs, sanitized and used to distance
remaining crew even more.
Vincent & Glen separated as Glen is a high risk due to Eng. Crew & age.
HOD Meetings held as Zoom Meeting
Garlic Rich food to min. inflammatory processes and enhance social distancing  :)


GENERAL  MoM   03.02.21. ▮▮▮▮
From: Adam Cooper <a.cooper@imperial-yachts.com> ▮▮Sent: 05 February 2021 17:48▮▮To:
Captain | MY AMADEA <captain@yacht-amadea.com>▮▮Cc: Victoria Pastukhova
<v.pastukhova@imperial-yachts.com>▮▮Subject: AMA - MOM Back-Brief points – 20210202 &
03▮▮Importance: High

Dear Michael – find below MOM back-brief points from this week's MOM meeting, for
respective sight and action. Minutes will be forwarded in due course.

General feedback on Bridge, Engineering and Deck personnel was positive, however, there
is a request for a review of Deckhand crew and their skills be made. Emphasis on dual
skills and that fit, robust healthy crew are to be on board.
If there is no sale imminent then G1 plans to make more use of AMA this year.
Due to receiving G1 for vessel use in 05.2021 it was requested that both full height
pictures and video introductions of all crew are completed and forwarded for use by EK
in his G1 meeting (potentially scheduled for Week commencing 15.02.2021)
Interior service comments were provided – MS has detailed this under separate cover.
Thai / Bali (strong medical sports style) massage preferred by G1. Important that
manicurist be sourced also (hairdresser not required)
For G1 at service it was related that C/S and 3 x stewardesses are to be on duty around
him when on board.
Galley. Restructure required and two talented Head Chefs needed for rotation. Emphasis
on simple but high quality food.
Jakub F – may be considered for a return as a Sous Chef.
Recruitment to start asap and use of agencies can be made.
Revision of organigram to be made taking into account service requirements of the ship
for 05.2021. Salary ranges and leave to be shown. NO to identify potential increase in
salary budget for these changes and this information is to be prepared for use by EK in
his G1 meeting later this month.
'Russian' movies and music libraries are to be updated
Each page of the GUI to be forwarded for re-review (this has been done)
Aysel Geladin, ETO replacement for Ian Grey, was approved for employment
Ashleigh Mercer – Nurse candidate presented to EK but no answer received.
Russian speaking service staff are needed only. Concierge appointment is not required
Interior candidates are to be reviewed via MS to VL and from there EK will decide if a
video interview is required. Personal interviews by him are not needed at this stage.
Motivation policies (Version 1 and 2) to be added with the revised o'gram for

3501 Insurance renewal process ongoing. EK was clear that no additional War Breach Endorsement will be requested for the return trip to the Med.

3502 Change of class to LR approved.

3503 No trip to KSA. Only plan for Qatar for a 4-5 day visit and then on to the EU

3504 VL will provide a SAP back-brief to the ship on G1 preferences and shall forward previous set up SAP from archives.

3505 G1 plan to replace Red and Rose wine with his own EU duty paid wine (white may stay), however, full wine inventory is required and shall be presented by EK to G1 at his meeting for final decision to be made. Therefore, that on board requires checking against inventory and packaging for transfer (exact transfer method and location to be established). Champagne and Spirits to remain.

3506 Spa, cosmetics and Toiletries. Presentation of required revision to be drafted for EK meeting. VL, MS and SK to assist.

3507 VSAT activation was discussed but reduction in cost was requested as the quote provided was too much. Omni to also include 15% IY discount (subsequently revised and forwarded on 05.02.2021)

3508 VWL planning. Long lead time items, as noted in the long lead time works deposits document was approved (less capping rails)

3509 G1 commitment to May dates has not been given although requested to aim for guest trip early 05.2021, however, still provide a Plan A – all works to be completed before G1 visit; and a plan B, split works to allow an early May 2021 visit.

3510 EK requested that docking be effected so that waterline, Anti-Foul, bulbous bow and port quarter polishing can be completed. In addition on 03.02.2021 it was also agreed that anchor pocket and bow ornament polishing be completed too.

3511 Meat agers. Clarified that the EK comment related to large presentation trays to be purchased to show / display raw meat that was to be placed into the agers before being used. No that meat should be on display in the agers themselves

3512 EK meeting with G1 (wk commencing 15.02.2021) will revert as to who will be in attendance for the G1 trip and that there may be a small baby as one of the passengers. If confirmed an appropriate SAP will be needed

3513 Approved for MB92 La Ciotat to be the location for the works to be completed

3514 Potential viewing in DXB for 06.02.2021, however, no further information known

3515 SAPs required for Hamman and Sauna panel use age together with interior staff being trained in panel use as this was one of EKs inspection comments

3516 Paint survey requested of the ship. Use CCS to complete this (in action)

3517 Crew Mess sofa to be reupholstered. Attention to be put to crew mess and galley to bring them to 'as new' conditions. Countertops and vertical surfaces to be polished and then consider vinyl wrapping… Floors to be reviewed for attention as necessary

3518 Full servicing of all tenders and all outstanding warranty works to be completed.

3519 Global for AMA – gold attention needed and hammam also

3520 Silk panels. Order asap. MS to meet with ZID and action this (where alternate material may need to be agreed). Request that Capt review the panels in person on board and confirm what is majorly visible and requires replacement as a priority.

3521 EK informed that AMA must dry dock in 01-02.2022 for high cost 5 year class survey items. Some servicing now has been postponed until then also.

3522 Do not need RU free to air satellite boxes

3523 IY Security Manager to visit AMA on arrival to review vessel and conduct training, including development of Drone SAPs.

3524 AVIT demarcation responsibilities to be drafted. Alex Goldobin to assist and action. Including upgrades, security requirements, firewalls, etc.

3525 IT infrastructure penetration testing is planned. Further information on this to be forwarded in due course

3526 Uniform comments made (MS forwarded these under separate cover)

3527 Guest cabins and HVAC noise comments. Request that from the last report forwarded by AMA that other guest cabins be checked to see if they are affected by anything similar and what mitigating actions can be made to correct.

3528 EK - G1 meeting agenda points to include:

3529 Uniform

3530 wine inventory

3531 AVIT movies / Music

3532 Water toys. What AMA has: (operational, non-operational and suggested replacement)

3533 Cosmetics, toiletries / spa proposals

3534 Clear proposal to be laid out for what we want decisions for.

3535 crew o-gram (in place and suggested revised) for review and noting monthly / annual budget increases.

3536  For working in and out of the Hydra and to work it and to complete alongside a berth without need for yard assistance

3537  AMA request that Julia Steward she broker information in Qatar in order to assist AMA in being able to plan clearance and visit.

3538
3539
3540  Adam Cooper
3541  Operational Manager
3542
3543
3544
3545
3546  INTERIOR MoM    03.02.21.BEIBEI
3547  From: Monika Searle <m.searle@imperial-yachts.com> VTSent: 03 February 2021 16:31VTTo: Chief Stewardess | MY AMADEA <chiefstewardess@yacht-amadea.com>; Captain | MY AMADEA <captain@yacht-amadea.com>; Chef | MY AMADEA <chef@yacht-amadea.com>; Purser | MY AMADEA <purser@yacht-amadea.com> VTCc: Adam Cooper <a.cooper@imperial-yachts.com>; Victoria Pastukhova <v.pastukhova@imperial-yachts.com>; Emma Laycock <e.laycock@imperial-yachts.com>; Ian Harris <i.harris@imperial-yachts.com>VTSubject: Interior points from ops meeting with EK - 2021.02.02

3548
3549  Dear AMA team,
3550
3551  Please find below all the points from yesterday's meeting that need to be actioned. I will follow up with a phone call to discuss further. Items in blue are time sensitive and we need these to be addressed as soon as possible.

3552
3553  Organogram – suggested return to the original organogram. No concierge required. Please use the current organogram (off all crew) and add/remove positions to show the proposed organogram. Suggested ranges of salaries and leave pattern should be indicated. This will be presented to G1 for review and final approval. Please start recruiting for all positions. Crew agencies can be used for recruitment. Only professional and experienced crew. No green crew will be considered.

3554
3555  The requirement is only for service to be Russian speakers. Lead service should be a Russian speaker. If you want to propose Russian speakers for other departments, we can do so but there is no such requirement. No restrictions re the passports origin. Please confirm if Tetiana is still interested in the HOH role and we will ask EK for approval.

3556
3557  No hairdresser required
3558
3559  Stew/ Masseuse – ideally should have the knowledge of Thai or Balinese massage and sports/deep tissue massage. G1 like strong massage. Manicure and pedicure is necessary.

3560
3561  Stew/nurse Ashleigh Mercer – was presented to EK. He didn't make any decision. I will interview the other stew/masseuse that Natasha has mentioned and will send both to EK.

3562
3563  A "get to know me" full-length video of each interior crew member has to be done. This needs to be a brief video where the girls/boys introduce themselves and say a little bit about them, how long they have been on Ama and what is their position. Etc. These videos will be shown to G1 and G2. They have not been on board for a long time and they don't know the crew so it's a way for them to get to know everyone.

3564
3565  EK was pleased with the training carried out on board thus far. Please continue training every week. In addition, we will present for approval an external service and housekeeping training that will be carried out in April. Please get three quotations.

3566
3567  G1's preferences haven't changed from last time he was on board. IY will provide any information that is still in the archive.

3568
3569  G1 will most likely remove all the red, white and rose wines from the yacht. We are still waiting for the confirmation. All the wines will have to be packed up during the shipyard and sent elsewhere. Champagnes and spirits will remain

3570
3571  Toiletries – please send the most up to date inventory of all guest toiletries, spa products and hair accessories (hair dryers, hair brushes, etc.) Please have a separate

products innovative at leading suppliers are all on board and will have to be replaced. This should be sent asap. We will work in the office on the presentation of new suggested toiletries. Can you please compile a PP presentation off the current set up? This has to be visual. Pictures of the toiletries, accessories with a brief description. I have attached for your reference something that we have done for a different vessel. Please do similar.

3572

3573    VWL – Special attention to the crew mess and pantry to be given. They have to be brought back to new condition. Crew mess seats to be reupholstered. Crew mess floor to be changed in its entirety. Crew mess counter tops to be first polished/cleaned before applying the new protective film.

3574

3575    Galley – same as above. Please assess if the galley floor needs to be replaced, counter tops to be polished/cleaned, any upgrades of the equipment needed? @Michael please inspect galley closely and discuss with the chefs. Please add any new points to the VWL and ask for quotations asap.

3576

3577    Stained silk panels - @Michael, as per EK request, please can you personally inspect all the silk panels we are proposing to replace (13 of them) and advise which panels are not visible and which ones we absolutely have to change. As some of the fabric has been discontinued, we will have to get closest match. Therefore, we have to understand if any other panels will need changing as well that are not affected by stains. I will discuss with Zuretti if we can get fabrics quicker.

3578

3579    VWL – long lead time items. Please go through the VWL and highlight all the items that have long delivery times. As we know the guest trip is supposed to start on the 1st of May and all the jobs should be finished by then. Please address all the items that have to be ordered very soon (crew mess floor, fabric for the rusty buttons on the headboards, etc). Please send the AFF.

3580

3581    Special attention should be paid to hammam and sauna. All interior should be train on how to operate. SAPs to be drafted.

3582

3583    Uniform – please make sure that the uniform book is up to date. This will be presented to G1. Please send the suggested top up of the uniform (as previously discussed) together with the suggested shoes. Please advise if you would like to add a new item to the current uniform: new dress, skirt, accessory…

3584

3585    Kind regards

3586

3587    Monika Searle

3588    Interior Manager

3589

3590

3591    Mon. 25.01.21 ██████

3592    From: Victoria Pastukhova <v.pastukhova@imperial-yachts.com> ██Sent: 25 January 2021 18:51██To: Captain | MY AMADEA <captain@yacht-amadea.com>; Adam Cooper <a.cooper@imperial-yachts.com>; Ian Harris <i.harris@imperial-yachts.com>; Monika Searle <m.searle@imperial-yachts.com>; Natalia Osipova <n.osipova@imperial-yachts.com>; Emma Laycock <e.laycock@imperial-yachts.com>██Cc: Mark Harrison <m.harrison@imperial-yachts.com>; Senka Kuzminac <s.kuzminac@imperial-yachts.com>; Julia Stewart <j.stewart@imperial-yachts.com>; Evgeniy Kochman <e.kochman@imperial-yachts.com>██Subject: Amadea: conference call with EK, AC - update 25.01.2021██Importance: High

3593

3594    Dear Michael and IY team,

3595

3596    We had another conference call today with Mr Kochman and Adam, please see below discussed topics.

3597

3598    Mr Kochman has requested to prepare 2x variants of further planning for G1 consideration.

3599

3600    Scenario N 1

3601

3602    Itinerary in the Middle East: Dubai (no viewings are confirmed as for now) – Abu-Dhabi (if any viewings are confirmed locally) – Qatar – Bahrain (if there is enough time to

3603
3604    Amadea will not visit SA as we don't have enough time.
3605
3606    After completion of the ME itinerary Amadea transits back to EU to complete 6 weeks
        shipyard period.
3607
3608    All the important and major works must be done within this period of time, please pay
        special attention to works required to get the Project up to high IY standards and
        Guests ON level (e.g. interior touch ups).
3609
3610    First Guests trip starts on 1st May, location – Turkey or Greece or Italy depends on
        weather conditions.
3611    After Guests disembarkation, period of 2 weeks will be given to complete all the works
        that were not completed during 1st shipyard period and can be done without going back in
        the yard.
3612
3613    Scenario N 2
3614
3615    Itinerary in the Middle East: Dubai (no viewings are confirmed as for now) – Abu-Dhabi
        (if any viewings are confirmed locally) – Qatar – Bahrain (if there is enough time to
        visit Bahrain, Qatar is the preference) – SA
3616
3617    After completion of the ME itinerary Amadea transits back to EU to complete shipyard
        period.
3618
3619    First Guests trip starts at the end of May, location – Turkey or Greece or Italy depends
        on weather conditions.
3620
3621    @Michael, as discussed on the phone – will be waiting for the updated documents today.
3622
3623    Mr Kochman has instructed to start preparation of Amadea for the Guests ON season with
        the highest standards, special attention needs to be paid to crew – as we need to have
        strong people in all departments, Russian speaking crew is required.
3624
3625    @Adam, shall we organize a conference call later this week to discuss plan of action?
3626
3627    @Michael, taken into account latest situation with Covid, all the crew members must be
        tested daily in the next 14x days (only PCR test). Please send results to IY managers on
        daily basis and we will keep Mr Kochman informed.
3628
3629    Crew members who tested positive must be isolated in hotels.
3630
3631    Thank you,
3632    Kind regards,
3633
3634    Viktoria Lapteva (Pastukhova)
3635    Client Coordinator
3636    Operations Department
3637
3638    Actions BEL BEL
3639    Dear Adam,
3640
3641    After the bad news this morning:
3642
3643    27.01.  HULL CLEAN
3644    30.01.  BUNKERING (Dubai Hbr.)
3645    GEN. continue
3646    Berth option continued
3647    On Board Shut-down further enhanced
3648
3649    Do you have time for a call ?
3650
3651
3652    LATEST INFO BEL BEL
3653

From: v.pastukhova@imperial-yachts.com

Sent: 23 January 2021 12:37

To: HYPERLINK "mailto:captain@yacht-amadea.com" captain@yacht-amadea.com; HYPERLINK "mailto:a.cooper@imperial-yachts.com" a.cooper@imperial-yachts.com; HYPERLINK "mailto:i.harris@imperial-yachts.com" i.harris@imperial-yachts.com; HYPERLINK "mailto:m.searle@imperial-yachts.com" m.searle@imperial-yachts.com; HYPERLINK "mailto:n.osipova@imperial-yachts.com" n.osipova@imperial-yachts.com

Cc: HYPERLINK "mailto:j.stewart@imperial-yachts.com" j.stewart@imperial-yachts.com; HYPERLINK "mailto:e.kochman@imperial-yachts.com" e.kochman@imperial-yachts.com; HYPERLINK "mailto:m.harrison@imperial-yachts.com" m.harrison@imperial-yachts.com

Subject: AMADEA: conference call with EK (comments from G1)

Dear Michael and IY team,

We have just finished conference call with G1, Mr Kochman and Julia Stewart, please see below discussed points:

1.    Start of summer season 2021 and 1st Guests trip – 1st May 2021.

2.    Itinerary in the Middle East – Abu-Dhabi (if it is required), Qatar, Bahrain. We will not visit SA as don't have enough time.

3.    Shipyard - will be selected only after confirmation that all the works are to be completed within the given timeframe in order not to have any delay for Guests trip.

4.    Please add the following job in the list: duct cleaning -  G1 has specified that all air handling units must be cleaned before the season.

@Michael, please could you amend the documents and send to us for review on Monday, EK will have another meeting with G1 on Tuesday 26th January.

5.    Please could you send the updated inventory of wines & spirits. Preliminary, G1 would like to replace all the white, rose, red wine and to have Ruinart and Blanc de Blancs on board.

P.S. Mr Kochman has advised that he will organize another conference call and will provide more details.

Thank you,
Kind regards,

Viktoria Lapteva (Pastukhova)
Client Coordinator
Operations Department

COVID

Date:   Wed. 20th Jan. 2021
From:   Capt. M/Y "AMADEA" (          )
To: Adam Cooper

Dear Adam,

During a regular consultation with Nurse Sandy today @ 14:00

Safety Offc.    Mr. Oliver Lynn

tested positive on the precautionary COVID Test.
Not to forestall official PCR test result tomorrow we have to assume positive affirmation.

We tested all Crew :
Stwdss  Ms. Mikaela Pace    also positive

Regardless of outcome of official PCR Test the yacht and on-board crew compliment
factually quarantines with immediate effect.

As 10d quarantine is completed on 30.01. "Tour" intentions are not compromised but
standby for viewings may be.


ACTIONS TAKEN:

All Crew Tested
All Crew Temp. checked
Olly        sent to Hotel & Official PCR Test tomorrow morning
Mikaela     sent to Hotel & Official PCR Test tomorrow morning
Cabins sanitized and turned down
All contractor works suspended
All Crew practice distancing
All Wearing Masks
Temp. Checks 2 x day at Mealtimes
2 session seating for Meal times / Breaks
Hand sanitizing
Close contact persons identified and isolated
All crew remains locked down on board
No use of crew GYM ( addition 21.01.)
Additional Sanitation cycle of Common spaces Handrails etc.

Nobody else symptomatic or sick

Report of Nurse Ms. Cassandra Masters to follow shortly

DUBAI Local "ISOLATION GUIDELINES" attached below



Your further input and advise on the following: (?)

Protocol and fairness would command not to hold back and inform Contractors tomorrow and
Officially start 10d Yacht Quarantine as of today to ensure readiness on 30.01.

The disease is not a question of "Blame", "Guilt" or reason to hold someone liable
unless wilfully transmitted... there a no legal implications other then imposed
quarantine restrictions.  ...But the info should come from one central point, uniformly
worded.

Speculative Reason:

Backtracking events and in analysis of weak points the evidence suggests that Mikaela
was most exposed as she was physically impaired due to an injury that entailed numerous
physio appointments and due to her condition was assigned to interior subcontractor
supervision which we had many on board in recent days.

VOYAGE Prep.▮▮▮▮▮▮

Dear Merv ,

Viewing today 21.01.21
ETA 12:00
2 Cars
2 Visitors  ( + likely 1 driver )
One Car: Dubai plate S 8033
2nd Car will drive in Convoy
Broker Name: Tim Trenker
Guest Mr. H.
Port: Mr. Lucas Brocker is informed

VOYAGE Prep.▮▮▮▮▮▮

Departure Logistic Tasks Order

CRITICAL - Life Raft Re-Installation .. No Downpayment (!)
CRITICAL - JLS Agency Outstanding Payments $ 190.000 USD
CRITICAL - Berth Payment Dubai Hbr.

CAPT.
BERTH Abu Dhabi, Doha, Bahrain …
AMACAP … Voyage
PORT AGENT COMS.
…

PURSER
BERTH finalise & Pay  $
CLEARANCE  (SAF.)
IMMIGRATION ?
AGENTS (
CREW Change

ENGINE
BUNKERS
GENERATORS Cancel
V-SAT
HULL CLEANING (II)

INTERIOR
PROVISIONS
SEAFASTENING
WORKS !?

NAV.
CHARTS
EXPLORE
GOOGLE MAP kmz.
DIST. & TIMES
ROUTES

SAF.
RAFTS back & Pay
SEAFASTENING Check
SECURITY (Merv.)

Broker QuestionsBELBEL
Dear Mr.

For Port Access and preparation ..
are the following infos available ?

TIME of Guest arrival ?
ENTOURAGE, Drivers, Security  ?
AGE of Guests and their Mobility walking Stairs ?
Dietary requirements or preferences to prepare for ?

BUDGET ApproachBELBEL
Please find the excerpt for your Budget lines.

As we do not have a "Budget Book" substantiating the approach on how this figure is
derived
Its not meant to be a call to spend unnecessary or see it as a comfort buffer but as a
monthly Baseline Limit to keep in mind.

As the annual totals are spread out evenly over 12 months without a timing strategy
it represents a simplified outline on maxima to anticipate with strategy and approach
for the present year unknown and historic actuals not in perspective,

HOD should aspire to have more finesse in prediction, timing and "knowledge of actuals and necessities" in his cost centers

What are your "Fix Costs" ?
What are your "Variable Costs" ?
What are your observed historic actuals ?
What "Investments" can be foreseen for this year and when ?
Itinerary considerations…


Viewing 09.01.21 BELBEL

1. James Hall - the Broker and contact person
2. Sheikh Hamad Khalifa Hamad Al Khalifa  (42)
3. Charles Marlow
4. Khalid Mohamed Khalil Merza Ali Jawahery
5. Mamdooh Ahmed Husain Hameed Ahmed


DATABASE ARCHITECTURE BELBEL
HARMONIZE        STANDARDIZE / UNIFY

ACCESS        STRUCTURE / NAVIGATE / FIND

CATEGORISATION  DEFINE / TITLE / GROUP / SUBDIVIDE


Ship Level
AUTOMATE          FLAG / REMIND / REACT

Fleet Level
OVERVIEW          SUMMARY / STATISTICS / SELECTIVE QUERY / COMPARISON

OUTCOME

ENHANCE ORG. EFFICIENCY      CLARITY / INFORMED DECISION ( ACTION GUIDANCE

SYSTEM ACCEPTANCE
& UI

3 Tier Layer    SYSTEM / COMPONENTS / PARTS

Hide the Code
People do not think in "Abstract Code" … in LIFE their field of Expertise they think in SUBJECTS, CATEGORIES and NAMES
MS WINDOWS
APPLE

SUBSTANCE always the same    COMMUNICATION  differentiates


Think about the VWL
You write from Left to right
But actually you abbreviate back from substance detail

Proposal:
Hide the Abstraction & Code !
Form and frame "Packages" that are automatically Flagged providing the recipie for action.



CONTRACT CORE   ( FIN06) BELBEL

```
CONTRACT:                      V-SAT (Internet Via Satellite)
Company:                       ONMI ACCESS, Palma
Our Contact:                   Juanjo(JJ) Garces
Account Manager
OmniAccess SL
Parque Tecnológico ParcBit
Blaise Pascal s/n Edificio W, 2ª planta
07121, Palma de Mallorca, Spain

Start:                         10/02/2020
Expiry :               Dormant fee 100 EUR/m
Renewal:               01/02/2021 .. for Passage
Termination Clause:    1m prior Written Notice (P. 6/16)
Temp Suspension:       2wks written notice !

Flag REVIEW:           15/01/2021

Payment:                       Monthly  $ 23.400 USD/m
Annual Total:                  $ USD

Parameters:                    'Next Gen. Broad beam'
                               Month to Month with
                               3 months commitment
                               10/2 MIR   10/2 CIR

Serv. Activation date:   10/02/2020


Purpose:
"Outlook Remainder" to automatically flag ahead of due Notice for:  Re-Negotiation,
Renewal, Cancellation etc.


LINK to the actual Contract  on the Server:
DO3 HYPERLINK
"file:///\\\\10.10.4.10\\Departments\\Management\\9.%20CONTRACTS%20&%20SUBSCRIPTIONS\\V-S
AT%20%20ONMI%20ACCESS\\1.Base%20Contract\\NextGen%20VSAT%20Service%20Contract%20-%20M_Y%2
0Amadea_encrypted_AC.pdf" DO4O:\Management\9. CONTRACTS & SUBSCRIPTIONS\V-SAT  ONMI
ACCESS\1.Base Contract\NextGen VSAT Service Contract - M_Y Amadea_encrypted_AC.pdfNAK

Comment:
15% Fleet discount !
Choice of shared Bandwidth
CIR "Committed Rate" (Guaranteed)  10 down / 2 up
Is the observed minimum for coms. such as Whats App to work …. It's the upload that is
expensive and decisive
As there is shared and not dedicated Bandwidth the quality depends on other ships around
using the same beam .
Same observation on MYA, QBlue, and SYA … during crossing
Same was proposed and granted to AMA on the way down on same reasoning
This customized ratio tariff was developed with Omni Access in the past
Also the min. necessary to operate MEDAIRE TEMPUS Telemetric patient monitor device and
Remote Medical assistance

CONTROL :
Software to control Network traffic "KERIO Control"
With CIR 7/2  does not provide for comfort download of video.
Sites such as Amazon Prime and Netflix, Youtube are blocked even now with 4G.
Individual VLAN's have bandwidth restrictions. "Crew Working" Network can work
effectively and is prioritised before "Crew Living" .
On top we have a quota per crew member to prevent excess usage.
```

```
ACTUAL  TRIAL TIMINGS  ACHIEVED  Mon. 04.01.2021 BELBEL
BRIDGE Ready
DEP. DUBAI HBR. #16 .Mon. 04.01.21:

07:00   All On Board & Cleared to Sail
07:15   1h B4 - Call Port / VTS / Linesmen
08:15   Bridge Ready (Pre-Dep.-Checks complete)
08:20   Mnvr. Briefing on the Bridge
08:30      Dk Crew - Stations
08:30   Start Single-Up
08:30   Thrusters Ready
08:40   >>> START M.E. (T.M.O.)
08:50   M.E. BRIDGE CONTROL
09:15   Lines Let Go
09:18   All Lines On Deck
09:25   Anchor Aweigh >> DEP.
09:35   Out in the Channel

09:40   START Trials
11:30   FINISH Trails

11:30    Tender Launch & Test ( Open & Pascoe)
13:35    Tender Retrieve (Hovering)

12:00 - 15:45
Sorting Issue with Fwd. V-Sat Antenna Tracking with OMNI ACCESS.
Various turns necessary. Took longer then expected

16:25   Mnvr. Berth #16
16:45   F.W.E.
17:00   All Fast !


REPLACEMENT RAFT Cost  ( sent to AC 02.01.2021  11:58) BELBEL
Dear Adam,
Cost for Rental of Replacement Rafts during 1 Week Service
$ 840   (6 Rafts  @  20$ per day = 120 $/day rental x 7 days = 840)
$ 250   (2 x1,5 hrs = 3hrs longer Crane OPS during swap)
$ 1145  TOTAL   ($ 1090+ VAT 5% (55 USD)


PROPOSED  TRIAL TIMINGS  Mon. 04.01.2021 BELBEL
BRIDGE Ready
DEP. DUBAI HBR. #16 . Tue. 04.01.21:

06:00   All On Board & Cleared to Sail
06:15   1h B4 - Call Port / VTS / Linesmen
07:15   Bridge Ready (Pre-Dep.-Checks complete)
07:20   Mnvr. Briefing on the Bridge
07:30      Dk Crew - Stations
07:30   Start Single-Up
07:30   Thrusters Ready
08:00   >>> START M.E. (T.M.O.)
08:10   M.E. BRIDGE CONTROL
08:15   Lines Let Go
08:20   All Lines On Deck
08:30   Anchor Aweigh >> DEP.
09:00   Out in the Channel

09:15   START Trials
12:00   FINISH Trails
```

```
12:30  ... ...
13:30   Tender Retrieve (Hovering)

14:15   Mnvr. Berth #16
14:45   F.W.E.
15:00   All Fast !


FWD. Stn.:
Tristan
Tomasz
Scotty


AFT Stn.:
Greg
Jasper
Florian
Adam


Viewing Info  Tue. 29.12.2020 BELBEL
CONFIDENTIAL !
Viewing tomorrow, 30 Dec. at 11:00 am.
Broker  Christian Ekeberg ( IYC.)


The list of Guests:

2. Mr Abhishek Khaitan
3. Mrs Dipika Khaitan
4. Mr Giovanni Bonaccorso


Of note:

To very well prepared.  It is truly important that attention is paid to details.
All points mentioned by EK and  IY Ops Mgrs respected
You should do the tour.
Music, but too loud.  welcoming atmosphere.  It should be real wow.
Usual hospitality – coffee, water, juice etc, follow SAP.
No Lunch.
NO photography on board or make any recordings.
No discussion on any commercial elements, history or who has been on board.



DECK    Mon. 28.12.2020 BELBEL
DECK items
Dubai Hbr. Berth #16. Mon. 21.12.20:

Launch Raft and clean Topsides, WL and Exhaust Port Side
Cover Landing angle indicator
Launch Rescue Boat Stb. Side
Rig additional Line to Buoy + Clean Topsides




Viewing Preparation BELBEL

Dear,

Below, urgent questions on the potential client viewing, which will greatly aid our
preparation and the quality of our service onboard:

General:
Contact with VVIP Broker, or member of VVIP's Staff, to liaise over exact location,
```

4074  Number of Pax.
4075  IY Personnel present for the viewing.
4076  PPE to use in front of guests.
4077
4078  Galley:
4079  Food allergies.
4080  Food preferences.
4081  Style of dinner (buffet/ plated etc.).
4082
4083  Interior/ Service:
4084  Location of the dinner.
4085  Set up of interior required? Alcohol bottles on display?
4086  Approval to employ the same 2 Interior dayworkers as per previous viewing. Their tasks
      included cleaning of Crew areas and Laundry. Their performance was exemplary. We can
      arrange to Covid test them tomorrow, and they would commence work upon a negative test
      result. Cost of
4087
4088  Deck:
4089  Awning set up as per Monaco?
4090  "Maya Island" does not exist as written, but "Al Maya Resort", located on "Halat Al
      Bahrani Island" closely resembles the name (see picture below). Additionally, "Al Maryah
      Island", located within the City of Abu Dhabi, is closely named to Maya Island, so
      further clarification on the precise pick up location would assist greatly.
4091
4092
4093
4094  VWL Deck EUROPE  24.12.2020 ▮▮▮▮
4095  3.05    TG washboards
4096  3.07.01 Teak and Wengue wood repairs
4097  3.08    Bird and anchor pocket polish
4098  3.10    Hull buff
4099  3.12    Capping rail varnish repairs
4100  3.15    Custom tripod for bow thruster space
4101  7.01.01 SD jacuzzi table varnish repairs
4102  7.01.03 OD windbreaker paint works
4103  7.01.04 Privacy door corrosion
4104  7.01.06 Shoe cabinet and pillar touch ups
4105  8.03.01 Tender paint repairs
4106
4107
4108  Guests for Viewing Fri. 25.12.2020 ▮▮▮▮
4109  BRIDGE Ready
4110  DEP. Mina Rashid. Mon. 21.12.20:
4111
4112  Mr. Christoph Behne
4113  Mrs. Nour Jaffar
4114  His Highness Sheikh Diyab bin Sultan bin Khalifa Al Nahyan
4115  + ?
4116
4117
4118
4119  DEPARTURE MINA RASHID  Mon. 21.12.2020 ▮▮▮▮
4120  BRIDGE Ready
4121  DEP. Mina Rashid. Mon. 21.12.20:
4122
4123  04:45  All On Board & Cleared to Sail
4124  05:00  1h B4 - Call Port / VTS / Linesmen
4125  05:15  Bridge Ready (Pre-Dep.-Checks complete)
4126  05:20  Mnvr. Briefing on the Bridge
4127  05:30      Dk Crew - Stations
4128  05:30  Start Single-Up
4129  05:30  Thrusters Ready
4130  05:35  >>> START M.E. (T.M.O.)
4131  05:45  M.E. BRIDGE CONTROL
4132  05:55  Lines Let Go

```
06:00   Vessel now in UKC + DEP
06:15   Passing B.W.

08:00   ETA  Dubai Hbr. .. "at the gates"
08:45   All fast
09:00   Divers in the water


FWD. Stn.:
Tristan
Tomasz
Scotty


AFT Stn.:
Greg
Jasper
Florian
Adam
```

RUNNING HOURS 15.12.2020 ▇▇▇▇

Please see below running hours as requested.

ME PORT :     1592
ME STBD :     1600

Last maintenance carried out at 1561hrs (P) and 1569 hrs (S).

GENERATOR PORT :           7953
GENERATOR STBD :           7420
GENERATOR CENTRE:          6338

Last maintenance carried out at 7799 hrs (P) 7282 hrs (S) 6179 (C).

GYROSCOPE : Unit 1: 6405
                     Unit 2: 6404

2 year service carried out 6th February 2020.

AIR CONDITIONING : Compressor 1:   6980
                                   Compressor 2:  6616
                                   Compressor 3:  7250
                                   Compressor 4:  7526

Manufacturer recommends: Compressors only service is after 5 years oil and refrigerant
filters (only if this is HH chillers) or 20.000 running hours
or after repair when refrigerant system was open then always replace oil and filter.
(Sent via Email). Filters / pump / air handler maintenance carried out as per Idea.

WATER MAKERS : Unit 1: 1979
                        Unit 2: 1664

Manufacturer recommends: High Pressure pump maintenance at 8000hrs. Membranes changed at
10% drop in production or high salinity.
Monthly and weekly checks of strainers / filter etc. carried out as per Idea PM system.'




        PASSAGE ▇▇▇▇

OPTION 1:   DUBAI ( SUEZ ( P.SAID ( BODRUM ( LA CIOTAT

From ███ To ███ Fuel Dep. ███ Dist. ███ Time ███ Cons. ███ Fuel Arr. ██████ Dubai ███ Suez ███ 355m3 ███
2980' ███ 9.5 d ███ 141m3  (+60 !) ███ 154m3 ██████ Canal Transit ███ 154m3 ███  103' ███ ±      1.5
d ███ 12m3 ███ 142m3 ██████ P.Said ███ Bodrum ███ 142m3 ███  445' ███ 1.5 d ███ 22m3 ███ 120m3 ██████
Bunker: 240m3 ██████ 0.3 d (7hrs) ██████████ Bodrum ███ La Ciotat ███ 355m3 ███ 1176' ███ 3.8
d ███ 56m3 ███ 299m3  (76%) █████████ Dist. ███ Time ███ Cons. ███ Fuel cost @ $ 0.39/ltr ██████
TOTAL: ███ 4704' ███ 16.6 d ███ 231m3 █████████

OPTION 2:   DUBAI ( SUEZ ( P.SAID ( BODRUM ( BARCELONA

From ███ To ███ Fuel Dep. ███ Dist. ███ Time ███ Cons. ███ Fuel Arr. ██████ Dubai ███ Suez ███ 355m3 ███
2980' ███ 9.5 d ███ 141m3  (+60 !) ███ 154m3 ██████ Canal Transit ███ 154m3 ███  103' ███ ±      1.5
d ███ 12m3 ███ 142m3 █████ P.Said ███ Bodrum ███ 142m3 ███  445' ███ 1.5 d ███ 22m3 ███ 120m3 ██████
Bunker: 240m3 ██████ 0.3 d (7hrs) ██████████ Bodrum ███ Barcelona ███ 355m3 ███ 1309 ███ 4.2
d ███ 62m3 ███ 293m3  (76%) █████ (Dist.: 133' longer ) ██████ Dist. ███ Time ███ Cons. ███ Fuel cost @ $
0.39/ltr ██████ TOTAL: ███ 4704' ███ 17.0 d ███ 237m3 █████████

    TIME LINE ██████
DEP. UAE vs. EUR    Mon. 01.02.21

Mon.    25.01.  7d  Bunker Pitch

Tue.    26.01.  6d   V-SAT Testing

Wed.    27.01.  5d

Thu.    28.01   4d  Confirm Bunkers
Propeller Cleaning !

Fr.     29.01   3d  Sea-fastening (I)
V-SAT Activation

Sat.    30.01.  2d  Sea-fastening (II)
Provision Loading
Clearance

Sun.    31.01.  1d  Embark SEC. Guards & Briefing
Dep. Drill & Ship Search
Bunkering
Crew Sign-Off

Mon.    01.02.  0d  DEPARTURE


Implied additional cost for re-location for HULL CLEANING   (10.12.2020 @  19:25
) ██████
Dear Adam,
Implied effort for Re-Location to DUBAI Hbr. Marina for Prop & HULL CLEANING.

Dist.: 21nm @ 12kts = 2hrs incl. Mnvr. Single way
1.89 m3     Passage fuel   (2 x 21 = 42nm @ 45lts/nm)
5.6m3    Fuel Alongside for 48hrs
= 7,6m3   Total Fuel @ 1.45 AED/ltr = 11.020 AED ( 2.500 EUR )
8.500 EUR Dive cost as quoted and approved
60 GEN. hrs

Free Gase

```
   Europe Re-positioning  cost    (Rev. 03. Updated actuals ) BELBEL
Time:         Dist.:         Fuel:                     Dep.   355m3
USUSUSUSUSUSUSUS
9.5d    Dubai ( Suez   2980nm @ 13kts      182m3        ROB 173m3
1.5d    Suez Canal  103nm @ 8 kts       12.0m3     ROB 161m3

3.8d    P.Said ( Bodrum 1170nm  @ 13kts      59.0m3          ROB 102m3
0.5d    Bunkering ?
1.5d    Tunis ( La Ciotat  457 nm  @ 13kts      23.0m3        ROB     078m3
1.6d    Tunis ( Barcelona 486 nm  @ 13kts   24.3m3 Fuel


PIRACY HRA SPD 17.5 for 48 hrs:
17.5 x 48hrs  = 840nm
2980 – 840 = 2140 @ 13

17d total TIME
280 m3  total FUEL                 92.400 EURO (@ 1.45 AED/ltr = 330 EUR/m3)

SECURITY        $   23.000
CANAL Fee       $   59.630
CANAL Gratuities        $    2.500
INSURANCE INCR. $ 108.000  ( 90k EUR) .. 180.000 – 50% No Claim Refund
V-SAT           $   23.400
            $216.530 total
180.484 EURO

TOTAL COST:         272.884.00- EURO



 NOTICE AND TASKS PRIOR DEPARTURE BELBEL

NOTICE:       TASK:              COMMENT:US

4 days     Anti Piracy          Halcyon Security arangements
18hrs out of Dubai , Rendezvous at floating
Armoury to pick Guards & Weapons

3 days     Arrange Bunkers     320m3 to bunker, 13 Trucks @ 25m3
Time required 15hrs

3 days     Crew Sign-OFF          Arrange Disembarkation of some Non-
Essential Crew

2 days     Outbound Clearance     48hrs Notice for Outbound clearance
(… normally achievable in 24hrs)

2 days     Sea Fastening          Stowage for Sea passage
Incl. inspections and corrections

2 days     Provisions          Order, delivery and loading of provisions


2 days     V-SAT activation       24hrs to re-activate V-SAT
(48hrs during weekends)



DIRECT RETURN:  DUBAI ( SUEZ ( P.SAID ( BODRUM ( LA CIOTAT
```

```
DUBAI - SUEZ = 2980nm
9.5 d  (9d 11hrs)  (@13kts)  … 48hrs @ 17.5kts transitting Piracy HRA

SUEZ - P.SAID = 103nm
1.5 d   (var. SPD)

PORT SAID - BODRUM = 445nm
1d 11hrs  (13)

PORT SAID - FETHIYE = 372nm  ( 73nm shorter )
1d 5hrs  (13)

BODRUM - LA CIOTAT = 1176nm
3.8d (3d18hrs) (13)

BODRUM - BARCELONA = 1309nm  ( nm longer )
4d 3hrs  (13)


Total : 18d incl.  (13hrs Bunker)
```

CHRISTMAS DAYS WORKING ARRANGEMENT   (10.12.2020 @  19:25 ) BELBEL
Dear Adam,
Compliant "In Port Manning" (IPM)  and duty of watchkeepers ensured
would below working arrangement during Christmas Days find your approval ?

```
Thu.    24.12.    8-12   Half Day
Fr.     25.12.    Crew get together working jointly on X-Mas Brunch etc.
Sat.    26.12.    Day Off  (apart IPM)
Sun.    27.12.    Day Off  (apart IPM)
_____

Mon.    28.12.    Normal Working day
Tue.    29.12.    Normal Working Day
Wed.    30.12.    Normal Working Day
Thu.    31.12.    Normal Working Day
Fri.    01.01.    Day Off  (apart IPM)
Sat.    02.01.    8-12   Half Day
Sun.    03.01.    Day Off  (apart IPM)
Mon.    04.01.    Normal Working day
```

DEP. GIBRALTAR ANCHORAGE   (circulated 02.10.2020 @  19:25 ) BELBEL
BRIDGE Ready  Mon. 07.12.20
DEP. "BVLGARI"  vs. "MINA RASHID"  9nm

```
18:15   Bridge Ready (Pre-Dep.-Checks complete)
18:15   Thrusters Online
18:30   START M.E.
18:40   Start Heaving.
18:45   M.E. Bridge Control
19:00   ANCHOR AWEIGH ! B.O.S.P.
20:15   ETA Mina Rashid
20:45   Tenders recovered
21:00   F.W.E.
21:15   Alongside
```

   GENERATOR RENTAL  ( ) BELBEL
6th December 2020
Latest request from the Captain is to renew a rental contract on a weekly basis to allow
for flexibili̶N̶U̶L̶t̶N̶U̶L̶y̶N̶U̶L̶ ̶N̶U̶L̶s̶N̶U̶L̶o̶N̶U̶L̶ ̶N̶U̶L̶1̶N̶U̶L̶ ̶N̶U̶L̶ ̶N̶U̶L̶t̶N̶U̶L̶h̶N̶U̶L̶e̶N̶U̶L̶ ̶N̶U̶L̶v̶N̶U̶L̶e̶N̶U̶L̶s̶N̶U̶L̶s̶N̶U̶L̶
e̶N̶U̶L̶1̶N̶U̶L̶ ̶N̶U̶L̶m̶N̶U̶L̶o̶N̶U̶L̶v̶N̶U̶L̶e̶N̶U̶L̶ ̶N̶U̶L̶i̶N̶U̶L̶n̶N̶U̶L̶ ̶N̶U̶L̶t̶N̶U̶L̶h̶N̶U̶L̶e̶N̶U̶L̶ ̶N̶U̶L̶n̶N̶U̶L̶e̶N̶U̶L̶a̶N̶U̶L̶r̶N̶U̶L̶ ̶N̶U̶L̶f̶N̶U̶L̶u̶N̶U̶L̶
t̶N̶U̶L̶u̶N̶U̶L̶r̶N̶U̶L̶e̶N̶U̶L̶ ̶N̶U̶L̶ ̶N̶U̶L̶H̶N̶U̶L̶o̶N̶U̶L̶w̶N̶U̶L̶e̶N̶U̶L̶ ̶N̶U̶L̶t̶N̶U̶L̶o̶N̶U̶L̶ ̶N̶U̶L̶1̶N̶U̶L̶.̶N̶U̶L̶ ̶N̶U̶L̶
g̶N̶U̶L̶ ̶N̶U̶L̶o̶N̶U̶L̶n̶N̶U̶L̶ ̶N̶U̶L̶a̶N̶U̶L̶ ̶N̶U̶L̶3̶N̶U̶L̶0̶N̶U̶L̶ ̶-̶N̶U̶L̶ ̶N̶U̶L̶a̶N̶U̶L̶y̶N̶U̶L̶ ̶N̶U̶L̶b̶N̶U̶L̶a̶N̶U̶L̶i̶N̶U̶L̶s̶N̶U̶L̶ ̶N̶U̶L̶
NUL
```

4379  [garbled binary data]

4380

4381  [garbled binary data]

4382

4383  [garbled binary data]

4384

4385  [garbled binary data]

4386

4387  [garbled binary data]

4388

4389

4390  ... cost      (Rev. 02. Updated actuals )
4391  Time:      Dist.:        Fuel:              Dep.   355m3
4392
4393  9.5d    Dubai ( Suez    2980nm @ 13kts      182m3      ROB 173m3
4394  1.5d    Suez Canal  103nm @ 8 kts      12.0m3    ROB 161m3
4395
4396  3.8d    Port Said ( Tunis 1170nm @ 13kts    59.0m3      ROB 102m3
4397  0.5d    Bunkering ?
4398  1.5d    Tunis ( La Ciotat  457 nm  @ 13kts      23.0m3      ROB    078m3
4399  1.6d    Tunis ( Barcelona 486 nm @ 13kts    24.3m3 Fuel
4400
4401
4402  PIRACY HRA SPD 17.5 for 48 hrs:
4403  17.5 x 48hrs  = 840nm
4404  2980 - 840 = 2140 @ 13
4405
4406  17d total TIME
4407  280 m3  total FUEL                92.400 EURO (@ 1.45 AED/ltr = 330 EUR/m3)
4408
4409  SECURITY        $  23.000
4410  CANAL Fee       $  59.630
4411  CANAL Gratuities     $    2.500
4412  INSURANCE INCR. $ 108.000  ( 90k EUR) .. 180.000 - 50% No Claim Refund
4413  V-SAT           $  23.400
4414            $216.530 total
4415  180.484 EURO
4416
4417  TOTAL COST:          272.884.00- EURO
4418
4419
4420   (sent 05.12.2020  @ 23:01 )
4421
4422  Tender to be ready 15:30
4423
4424  Sun. 06.12.
4425
4426  06:00   Crew start Cleaning Set-up and detailing for VIP visits in the afternoon
4427  08:00   AG Walk Around cont. with C/O & Capt

10:00  Breakfast ordered LL and current

16:00  1 Guest of M.GU  + Wife .. coming from Mdme GU
    (Tender Transfer to be coordinated )
T.Tbc  AG has to leave AMA  today either
option 1 : with Client's person (Time tbc)
2nd option flight Monday 01:50

LAUNDRY

AG has 2 Shirts for Laundry .. Ons shirt needs to be returned on Hanger , one to be folded ! HSK pls

AG has to leave AMA  today .. either option 1 : with Client's person (Time tbc) 2nd option flight Monday 01:50 am

For Mon. 07.12.

Dear HODs.

14:00 – 16:00  EK wants to do the "Management ZOOM Meeting"
Location: Winter Patio
Participants: EK  + Capt. & HOD's  +  OPS Team. remote
We prep. in writing "AGENDA points "  .. and send to me

Most Topics were already captured addressed during last weeks inspection and are in the VWL

AIM: Essentially to bring the most important factors and essential works to the table to evaluate if the Yacht shall remain in the area / What works can be carried out Locally / What needs relocation to European Shipyard and when?  …

Mon. 07.12. Afternoon "Bankers Meeting"
16:30 EK Latest departure from the Boat


Mon. Prep. AGENDA for Management Meeting with HODs
Zoom Meeting in Winter Patio
Check with Viktoria Slot ( inform)
Agenda Plan A / Plan B
Mon. 07.12. Afternoon "Bankers Meeting"
15:30 EK Latest departure from the Boat

Post Visit Round up


    NIGHT ORDERS  Anchorage BULGARI Hotel (sent 05.12.2020  @ 23:01 ) BBLBBL

NIGHT ORDERS:

True Wind forecasted to remain <10kts throughout the night.

Be vigilant !... Sandy Anchorage &  local Pirates

Don't be an "Indoor seaman" - move around on Deck

Have a good watch !


    Planning  (sent 05.12.2020  ) BBLBBL

Today 05.12
15:00  Rainer Behne from Behnemar  (Broker)
Professional visitor … just meeting
.. Crew to continue working !! .. show up.

18:00 Guests for viewing expected 18:00 (6Pers)
Coming from GU or Bvlgari  tbc
Tender OPEN  is o.k.  … But have the LIMO ready on short notice
Pascoe + Security follows...Show Patrol ! Sec. Show off !.. Black Masks !

Full Walkaround with Heads of Department + Executive Chefs + Girls
Uniform as last Night is o.k.
EK will show Guest around Himself .. Capt. + Chief Stew follow.
After Walkaround "PRESENTATION" with AG .. TV needed (ETO!)
EK will decide which TV location (tbc)
Guests may stay for Diner
Outside Table to be set-up  (Ready from 18:00 )


Tomorrow Sun. 06.12
Time tbc (  … after 12:00)
Rainer Behne from Behnemar  (Broker)
Returns with VIP Client




Victoria  ( 05.12.20 ) BET BET
Dear Victoria,

Just ensure Mr. EK is aware:
As reported to OPS Team, on Seatrial Wed. 25.11. speed test was aborted at max. 12,6kts.
(Reason for sub-performance:  Barnacles and marine growth increases Propeller-Slip and
Hull friction) Cleaning works arranged & authorized for the 04.12. had to be cancelled
due to earlier timings. Cleaning is re-scheduled to 09.12.,  will take 2 days.  Should
clients request a seatrial before we have to expect a disappointing max. speed around
13kts.


DEPARTURE MINA RASHID  Fri. 04.12.2020 BET BET
BRIDGE Ready
DEP. Mina Rashid. Fri. 04.12.20:

08:30   All On Board & Cleared to Sail
09:00   1h B4 - Call Port / VTS / Linesmen
09:15   Bridge Ready (Pre-Dep.-Checks complete)
09:20   Mnvr. Briefing on the Bridge
09:30      Dk Crew – Stations
09:30   Start Single-Up
09:30   Thrusters Ready
09:45   >>> START M.E. (TMO)
09:55   M.E. BRIDGE CONTROL
10:00   Lines Let Go T.M.O.
10:05   All Lines On Deck >> DEP.
11:00   ETA Bulgari anchorage


EK Visit   ( asked 02.12.20 ) BET BET
Do you have additional guidance for us with regards to plans and visit preferences ?

Previous visit Timeline unchanged ?
Would EK & AG preferred embarkation be on 06.12. Morning alongside Mina Rashid or at
Bvlgari Hotel by Tender ?
Shall we plan for proceeding to Abu Dhabi after the visit ?


Below subjects and Decisions on our end are connected to above:
Generator Prolongation or cancellation
Ordering fresh Guest provisions and Fish (we have to place the order latest today)
Ordering Flower Decoration
Proposition of 50m3 fuel Top-up for 05.12.
Timing of Hull Cleaning operations
Outbound Clearance formalities
Efficient Crew Change

DISTANCE

DUBAI (Mina R.) - ABU DHABI (Emirates Palace Marina)  = 76nm
5 hrs  (15 kts
6 hrs  (13)

BVLGARI HOTEL  - ABU DHABI = 71 nm
4.7 hrs  (15 kts
5.5 hrs  (13)




(AMA (I) BEL


FUEL   update  ( 02.10.2020 @ 13:00) BEL

350m3   R.O.B  today 05.10.20

Observed Total average to date:  5.6m3/d  (01.07. - 05.10)

Consumption observed:

Bunker GIBRALTAR 01.07.  (333m3)  ROB upon Dep. 411m3

R.O.B.      286m3   24.07
Observed consumption
125m3 in 24 days = 5m3/d  (01.07 - 24.07)

R.O.B.      250m3   01.08.
37m3 in 8 days = 4,7m3/d  (24.07 - 01.08.)

R.O.B.      210m3   06.08.
40m3 in 5 days = 8m3/d  (01.08 - 06.08.)

R.O.B.      200m3   09.08.
10m3 in 3 days = 3.3m3/d  (06.08 - 09.08.)

R.O.B.      120m3   22.08.
80m3 in 13 days = 6.1m3/d  (09.08 - 22.08.)

Bunker GENOVA 27.08.  (183m3)  ROB upon Dep. 273.7m3

R.O.B.      230m3   05.09.
44m3 in 9 days = 4.9m3/d  (27.08 - 05.09.)

R.O.B.      159m3   12.09.
71m3 in 7 days = 10.1m3/d  (05.09 - 12.09.)

R.O.B.      92m3   27.09.
67m3 in 15 days = 4.7m3/d  (12.09 - 27.09.)

R.O.B.      88m3   29.09. (09:33)
4m3 in 2 days = 2m3/d  (27.09 - 29.09.) Alongside MC

Total: 185.7m3 in 33days = 5.6m3

Bunker MONACO 29.09.  (30m3)  ROB upon Dep. 117m3

R.O.B.      72m3   01.10.  (Gibraltar)
45m3 in 53hrs  = 20.4m3/d  (29.08 (11:30) - 01.09. (15:30)
Passage @1500 rpm  (15.5kts) = 15kts average passage spd achieved over 791nm (57ltrs/nm)

Bunker GIBRALTAR 01.10.  (310m3)  ROB upon Dep. 389m3  (92%)

R.O.B.       72m3    05.10.  (Nice)
45m3 in 53hrs days = 4.9m3/d  (29.08 - 01.09.)


REST HOURS  Fr. 02.10.2020 ▉▉▉▉

As it was not a singularity but had also to be likewise addressed with HOD's C/E Neno & Head of Service Viktoria …

The dynamic is that crew who never experienced a normal paced shipboard working environment mistake the log of rest hours
as an opportunity to display how hard they are working…

Difficult enough to get anyone here out of idle speed and not to settle with the comfort of repetition on min. effort.

Effectively we are on board 24/7 but the Working arrangement and the stringent daily routine of principals give every opportunity to take breaks as planned or compensate the day after…

Inexperienced Ratings I can forgive their misconception
but Head of departments must to lead the way in terms of standard and effort and not comfort and complaint.

There are busy peaks and it is normal that overtime will occur.

As in previous outfits regular attendance to  >6 Guests could be accomplished and sustained with the same on board complement  over a prolonged period of time.

The root cause becomes evident Analysing within the factors below :

are breaks recorded correctly ?
Is down time effectively used to Rest and Sleep ?
Are breaks effectively used (e.g. Power Naps) ?
Do you allow yourself to retreat for break or nap between peak times ?
Is sleep effectively managed ?
Is the workload equally distributed ?




    NIGHT ORDERS  (sent 29.09.20 @ 20:38 ) ▉▉▉▉

NIGHT ORDERS:  (29.09.20)

Remain with RPM 1455, STW/SOG 15.5
Adjust SPD to min.15kts SOG should counter current make it necessary
No Crew on outer decks during the night
Regular Safety Rounds as usual
Navigate acc. COLREGS & Standing Orders

Have a good watch !


DEP. MC  Tue  29.09.2020 ▉▉▉▉
BRIDGE Ready
Tue. 29.09. MC ( GIB

>> 10:00 HAIL Pilot & Linesmen for 11:00

```
10:40    Pre Dep. Checks done
10:40        Stations ! / Port. Anchor Ready
10:40    Start Single-Up 1/1
10:45    Mnvr. Briefing on the Bridge
10:50    GEN Online / Thrusters Ready
10:50    >> Start M.E. (T.M.O.)
11:00    P.O.B.  ( Seaside ?)
11:00    M.E. Bridge Control
11:05    Lines Let Go T.M.O. & PA
11:10    All Lines On Deck
11:15    Pilot Off B.O.S.P.

ETA 15:30        "GIB" (01.10.)

MC - GIB = 785nm
2d 5hrs  (15 kts)
```

     CASH ADVANCE  (sent 26.09.20  @ 11:15 ) BEI BEI

Dear All,

Due to increasing difficulty and Agent mark-ups for arranging "Cash To Master"
as well as the clearance formalities involved to declare cash on board
we will reduce "CASH ADVANCE" to the limit amount to 100.- EUR per pers. / per month

The internal poll on reasons for cash advance did not yield any objections.
As we are not travelling globally, in different currencies or cash heavy destinations
and most things can be paid by Credit Card these days it should be manageable.

Kindly plan your Cash reserves upon joining according to your term of service.

Requests due to exceptional circumstances will be reviewed on a case to case basis.


     NIGHT ORDERS  (sent 24.09.20  @ 20:00 ) BEI BEI

NIGHT ORDERS:  (24.09.20)

Winds during the night and in the morning forecasted to increase
Give me a call should we reach gusts >30kts

Walk around on Deck frequently
Closely monitor Lines, Fenders and Swell conditions
Safety Rounds every 2hrs as usual

Gangway take-in after Curfew

Don't hesitate to call the 2nd Man to tighten lines
or do so during change of watch!

In case we blow a fender or the paint suffers excessive chafe:
Engage Thruster, reduce the load and call me.

Remain vigilant with regards to security threats.

Have a good watch.


     SEA FASTENING !!  (sent 24.09.20  @ 08:45 ) BEI BEI

Swell conditions predicted for tomorrow 25. are >2.3m.
As our pier is floating we will experience quite some movement.
In preparedness for an urgency departure if conditions should dictate please carry out
FULL SEAFASTENING today !! .. If we have to leave port we would find ourselfs heavily
rolling in 2.5m Seas until we reach anchorage in St. Jean Cap Ferrat.

@ C/O
Please Tighten lines and put additional long Headlines and Sternlines lines out against
the surge.
Also additional Fenders on standby


    NIGHT ORDERS  (sent 23.09.20  @ 19:45 ) BETBET

NIGHT ORDERS:

Winds during the night forecasted to be <15kts
Give me a call should we take gusts >25kts

Walk around on Deck frequently
Closely monitor Lines, Fenders and Swell conditions
Safety Rounds every 2hrs as usual

Gangway take-in after Curfew 21:00

Don't hesitate to call the 2nd Man to tighten lines
or do so during change of watch!

In case we blow a fender or the paint suffers excessive chafe:
Engage Thruster, reduce the load and call me.

Remain vigilant with regards to security threats.

Have a good watch.




DEP. PORTOFINO  (circulated 21.09.2020 @  18:00 ) BETBET
BRIDGE Ready   Mon. 21.09.20
DEP. "PORTOFINO"  vs. "CAP MARTIN"
87nm @ 12.5kts = 7hrs

13:00   Bridge Ready (Pre-Dep.-Checks complete)
13:10   GEN Online / Thrusters Ready
13:15   Start Heaving.
13:15   START M.E.  when 3" O.D.
13:25   M.E. Bridge Control
13:30   ANCHOR AWEIGH ! B.O.S.P.

Adjust SPD for:  ETA 20:15  "MONACO"


ALONGSIDE MC & GIBRALTAR  (sent 20.09.2020 @  15:00 )BETBET

Dear Leonard,

112m3   R.O.B. 20.09.
4.5m3 passage Fuel + Anchor 2.5m3 + Anchor MC 2m3
103m3   Anticipated R.O.B. Monaco (22.09.)
30m3   Min. Top-Up Required Passage Fuel MONCAO ( GIBRALTAR:
Proposed Top-Up 35m3

Wind, Current & Seastate influence consumption per nautical mile.

Prudent - assumed 90% of min reduced average passage consumption

```
MONACO - GIBRALTAR  = 785nm  optimal distance  (790 prudent distance)
85ltr/nm = 66m3  + 60m3 min.SafeRsrv. = 126m3
@ 14kts  = 56hrs (2d 08hrs)
@ 15kts  = 53hrs (2d 05hrs)


Tasks & Timings

Tue. 22.09.
07:45        Alongside (All Fast)
08:00 -        30m3 Bunkering
08:30        Garbage disposal
09:00        Wine Landing for Storage
09:00        Disembark Desiree
09:00        Princess Appointment Gynaecologist
22:30  (Thu.22.09.)     ETD
23. & 24.   Enroute Gib.  (2d5hrs @15kts)
Fri. 25.09. Gib. Bunker (340m3)
26. & 27.   Return (@13kts)
Mon. 28.09. Berthing Nice
```

Bunker and GIBRALTAR  (20.09.2020 @  09:35 )BEIBEI
Dear Leonard,
If in-line with owners movements the weather forecast suggests the following pattern.

```
Tue. 22.09.     Bunker Genova & return to MC
23.        Disembark Desi in MC & continue straight to Gib.
23. & 24.   Enroute Gib.  (2d5hrs @15kts)
Fri. 25.09. Gib. Bunker
26. & 27.   Return (@13kts)
Mon. 28.09. Berthing Nice
```

On 24. 25 we can still make it to Gib. but present MISTRAL forecasts do not predict suitable conditions to return without an anchor stop for shelter during 28. 29. 30 …

CASH ADVANCE   (19.09.2020 @  13:05 ) BEIBEI
Dear All,
Due to increasing difficulty and Agent mark-ups for arranging "Cash To Master" on board management would like to review and consider reduction of the monthly Limit for Crew Cash advance or Standing Allotments.
I am aware the subject is of different magnitude across nationalities.
As we are not travelling globally, in different currencies or in cash heavy destinations and most things can be paid by Credit Card these days I would like to conduct a poll to understand motives and importance.

…. "Why it is of importance to you to have access to Cash Advance on board and what monthly Limit-amount would you be inclined to agree on." ?

Pls write me a line per Whats App. or to DC3 HYPERLINK "mailto:captain1@yacht-qb.com" DC4 captain1@yacht-qb.comNAK
I will just collect arguments and keep the sender anonymous.


01.05.20       New HSK     (substitute for Elena !?)


HSK Ms. Elena Santoro
will leave 01.10. as her position was stipulated "temporary" .. despite her signal that she would be interested, her return for next season is daubtful so I deem it prudent to assume that her position needs to be filled as well

LINK TO CREW SCHEDULE:
DC3 HYPERLINK
"https://docs.google.com/spreadsheets/d/1wFTYExD4lY6HSTT6QJ33WV1P0_5VPlXBpgba_lAMfps/edit
?usp=sharing" DC4
https://docs.google.com/spreadsheets/d/1wFTYExD4lY6HSTT6QJ33WV1P0_5VPlXBpgba_lAMfps/edit?
usp=sharing NAK

CASH ADVANCE    (19.09.2020 @  10:00 ) BEL BEL
Dear Leonard,

Currently the following Crew is listed for monthly Cash Advance.
Total is 2.800 EUR.

I will hold a crew Meeting today to sense how important this is for our Crew and if we
can reduce it without disappointment.
The subject Cash advance is of higher significance for Asian Crew, when travelling
globally, in different currencies and long terms of service on Board.
I cannot see a reason why we could not reduce the limit amounts, totally abandoning the
access to cash advance however would differ from common practice and MLC outlines as per
Extract below.

Aug. Cash Advance DESIREE (paid 30.08.) BEL  BEL Standing
Allotment [corrupted binary data]

[corrupted binary data]

rers' designated bank accounts unless they request otherwise in writing;

(g) subject to subparagraph (h) of this paragraph, the shipowner should impose no limit
on seafarers' freedom to dispose of their remuneration;

(h) deduction from remuneration should be permitted only if:
(i) there is an express provision in national laws or regulations or in an applicable
collective agreement and the seafarer has been informed, in the manner deemed most

appropriate by the competent authority, of the conditions for such deductions; and
(ii) the deductions do not in total exceed the limit that may have been established by national laws or regulations or collective agreements or court decisions for making such deductions;

(i) no deductions should be made from a seafarer's remuneration in respect of obtaining or retaining employment;
.......................

Extract:

MLC Maritime Labour Convention, 2006, incl. 2016 Amendments, Edition 2019
Guideline B2.2 – Wages Guideline
Guideline B2.2.2 – Calculation and payment
Page 29
.......................
(f) wages should be paid directly to seafarers' designated bank accounts unless they request otherwise in writing;

(g) subject to subparagraph (h) of this paragraph, the shipowner should impose no limit on seafarers' freedom to dispose of their remuneration;

(h) deduction from remuneration should be permitted only if:
(i) there is an express provision in national laws or regulations or in an applicable collective agreement and the seafarer has been informed, in the manner deemed most appropriate by the competent authority, of the conditions for such deductions; and
(ii) the deductions do not in total exceed the limit that may have been established by national laws or regulations or collective agreements or court decisions for making such deductions;

(i) no deductions should be made from a seafarer's remuneration in respect of obtaining or retaining employment;
.......................

DIST.  (16.09.2020 ) BELBEL
Dear Leonard,

P.CERVO - MONACO = 193nm
13hrs  (15)
12hrs  (16)

P.CERVO - PORTOFINO = 204nm
14hrs  (15)
13hrs  (16)


DIST. & FUEL  (15.09.2020   19:00) BELBEL
Dear Leonard,
Assumed milage may differ but
22.09. anticipate (estm.) 80m3 remaining Fuel on Bord.
If we end up in Genova or MC we would have to bunker 50-55m3
In order to have the required 133m3 on board to make it to Gibraltar.

Assumptions below:

USUSUSUSUSUSUSUSUSUSUSUSUSUS

_____


CAPRI - P.CERVO        217nm    17.09
P.CERVO - St. FLORENT  157nm       if  (P.CERVO - PORTOFINO = 204nm)
St.FLORENT - MC        103nm       if  (P.CERVO - MONACO = 193nm)
MC - PORTOFINO         087nm

```
MILAGE to cover:      582 nm  (85ltr/nm) = 50m3  Passage Fuel
Passage Time:   582nm @ 15 = 1.6d
DAYS to cover:       15.09. - 22.09. = 7d -1.6 = 6 x 2,7m3 = 16.5m3 Anchor Fuel

FUEL Required: 67 - 70m3
R.O.B. 15.09.  149m3
R.O.B. 22.09.       79m3  estm.


Info on Distance, Time and Fuel Requirements:

Wind, Current & Seastate influence consumption per nautical mile.
Therefore prudently assumed 85ltrs/nm realistic average passage consumption.

PORTOFINO (GENOVA) - GIBRALTAR  = 865nm
85ltr/nm = 73m3  + 60m3 min.SafeRsrv. = 133m3
@ 14kts  = 62hrs (2d 14hrs)
@ 15kts  = 58hrs (2d 10hrs)
                   (Delta =  80nm)
MONACO - GIBRALTAR  = 785nm
85ltr/nm = 66m3  + 60m3 min.SafeRsrv. = 126m3
@ 14kts  = 56hrs (2d 08hrs)
@ 15kts  = 53hrs (2d 05hrs)


GIBRALTAR - HAMBURG = 1712nm ( Gib.-Lemwerder 1620nm  + 92  to HAM)
85ltr/nm = 146m3  + 70m3 min.SafeRsrv. = 216m3
@ 14kts  = 123hrs (5d 08hrs)
@ 15kts  = 115hrs (4d 19hrs)




DISTANCES (13.09.2020) BEL[BEL]

CAPRI - OSTIA  = 118nm
9.5hrs  (12.5 kts

OSTIA - ST.FLORENT  = 188nm
12.5hrs  (15 kts
12hrs  (16 kts

OSTIA - PORTOFINO  = 207nm
13hrs  (16 kts

DC3 HYPERLINK "https://www.ostiaantica.beniculturali.it/en/opening-hours-tickets/" DC4
https://www.ostiaantica.beniculturali.it/en/opening-hours-tickets/NAK


CAPRI - P.CERVO  = 217nm
14hrs  (15.5 kts
13hrs  (17)

P.CERVO - MONACO = 193nm
13hrs  (15)
12hrs  (16)

P.CERVO - PORTOFINO = 204nm
14hrs  (15)
13hrs  (16)

CAPRI - PORTOFINO = 335nm
23hrs  (15 kts
21hrs  (16)
```

```
CAPRI - St.FLORENT = 306nm
19hrs  (16)
ETD 17:00 = ETA 12:00


St.FLORENT - MONACO = 103nm
7.0hrs  (15)
6.5hrs  (16)



Proposal :

Positano - Porto Vecchio
243 ( 15hrs @16kts)

Porto Vecchio - St. Florent
129 ( 10hrs @ 13kts)

St. Florent - Portofino
96 (8hrs @12.5kts)

POSITANO - P.CERVO = 230nm
15.3hrs  (15)
14.5hrs  (16)
ETD 20:00 = ETA 10:30


POSITANO - PORTOFINO = 341nm
22.7hrs  (15)
21.3hrs  (16)


POSITANO - MONACO = 384nm
25.6hrs  (15)
24.0hrs  (16)
22.5hrs  (17)



FUEL   update  ( 12.09.2020 @ 19:35) BELBEL

159m3   R.O.B  today 12.09.
70m3    Min. Safe Reserve
89m3    Left to burn
5.5m3   Obs. average consumption
16d +   days autonomy left to cruise
= until 27.09. - 29.09.

Grand Total average:  5.5m3/d  (01.07. - 12.09)


Consumption observed:

R.O.B.     286m3   24.07
Observed consumption
125m3 in 24 days = 5m3/d  (01.07 - 24.07)

R.O.B.     250m3   01.08.
37m3 in 8 days = 4,7m3/d  (24.07 - 01.08.)

R.O.B.     210m3   06.08.
40m3 in 5 days = 8m3/d  (01.08 - 06.08.)

R.O.B.     200m3   09.08.
10m3 in 3 days = 3.3m3/d  (06.08 - 09.08.)
```

```
5075    R.O.B.          80m3   22.08.
5076    80m3 in 13 days = 6.1m3/d  (09.08 - 22.08.)
5077
5078    Bunker GENOVA 27.08.  (183m3)  ROB upon Dep. 273.7m3
5079
5080    R.O.B.        230m3   05.09.
5081    44m3 in 9 days = 4.9m3/d  (27.08 - 05.09.)
5082
5083    R.O.B.        159m3   12.09.
5084    71m3 in 7 days = 10.1m3/d  (05.09 - 12.09.)
5085
5086
5087
5088       NIGHT ORDERS  (sent 11.09.2020  @ 21:45 ) BEL BEL
5089
5090    NIGHT ORDERS:
5091
5092    True Wind forecasted to remain <20kts throughout the night.
5093    In the morning around 09:30 we expect a Front passage with big clouds.
5094    When conditions allow pls check on Windy (Arome Model) how forecast develops.
5095
5096    If another Thunderstorm, Squalls or Gusts >30kts observed pls give me a heads-up
5097    Likewise pls call me should E'ly Winds >15kn set in
5098
5099    Don't hesitate to, engage Thrusters and Hail M.E. if conditions get worse or dragging.
5100
5101    Be vigilant !... Deep Anchorage, Rocky ground ant others may go adrift.
5102
5103
5104    Have a good watch !
5105
5106
5107
5108
5109
5110       NIGHT ORDERS  (sent 10.09.2020  @ 21:14 ) BEL BEL
5111
5112    NIGHT ORDERS:
5113
5114    True Wind forecasted to remain <12kts throughout the night.
5115
5116    Around Midnight expected light Winds E  … just for 1,5hrs
5117    But that would leave us with the rock in our stern …
5118    IF So, engage Thrusters, keep her clear and give me a call for a heads-up.
5119
5120    Be vigilant !... Deep Anchorage, Rocky ground and local Pirates
5121
5122    Don't be an "Indoor seaman" - move around on Deck
5123
5124    Have a good watch !
5125
5126
5127
5128    CASH TO MASTER OPTIONS (sent LG 10.09.20 @  11:38 ) BEL BEL
5129    CTM (Cash To Master) Comparison:
5130
5131    Naples  1.5%  Overhead (10k = 150 EUR) …
5132    + Capt. Needs to go to Naples physically (ca. 200 EUR Ground Transport)
5133
5134    Portofino  3% (10k)  300 EUR  & 1.5% >30k
5135
5136    Olbia   SYS does not do CASH TO MASTER
5137
5138    Dear Michael,
5139
5140    Good morning! Hope you are doing well!
```

For the Cash to Master operation we collaborate with our partner Unimare, in Olbia.

The funds will be available after a minimum of 3/4 working days [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

Please, note that the Captain himself must collect the money in the bank in Olbia city center.

Here below all the documents needed:

Crew list- rank on board.
Certificate of registry of the Yacht
Copy of the Costituto
Tax ID Number or Insurance Number of the Captain , address, cellphone number
Captain's passport
Certificate of incorporation/good standing of the Owning Company of the Boat which should also be the one sending the funds
List of the expenses that will be covered with the Cash to Master

Kindly let me know if you would like to go ahead and when exactly you will need to pick up the funds.

Best regards,
Fabrizio


Fabrizio Pintus




P.CERVO vs. CAPRI  (sent LG 09.09.20 @  14:30 ) [REDACTED]
BRIDGE Ready  Wed. 09.09.20
DEP. "P.CERVO"  vs. "CAPRI"

Dist. 217nm   @ 15kts  = 14.5hrs

20:15   ETD   P.Cervo
11:00   ETA   Capri  (10.09.)




    PROVISION LOADING & SANTIATION  (sent 08.09.2020  @ 12:15 ) [REDACTED]

SERIOUS REMAINDER ON
SANITARY PROCEDURES DURING PROVISION LOADING !!

TENDER and CHEF shopping & provisioning:

Upon return directly to their cabins for Shower & SANITIZING
Extra dedicated "Shopping Uniform" washed immediately upon return
Primary Packaging removed shoreside and repacked in crates
Tender crew to wear gloves when assisting loading          (13.08.20)
ANY CREW INVOLVED IN PROVISION HANDLING & STORING ..GLOVES & MASKS !
Secondary Packaging is Spray-Sanitized before to be stored
Dry Stores Air Sanitation OZONE or UV (See SOP H002)
Provision sanitation at Shell door with OZONE or UV (See SOP H002)  (13.08.20)
HACCP procedures and "Pest Control" procedures implemented

PLS REFRESH COVID PROCEDURES !!!




CAPT. DAY ROUTINE  (06.09.2020 @ 19:00) BELBEL
Addressed to:
C/O Mr. Luka Tommasini,

As to our debate on 05.09. about your delayed response to the Winter Works List and
updated Deck Inventory and the question why you react disproportionately stressed,
resentful and rejective to reasonable and minor assignments.

As a provocation you deflected to aspects besides the substance of conversation and not
only aggressively connotated on my daily routine, my occasional practice of percussion
rudiments but also mentioned that your stress and Watch duties would not provide for
time to turn to my requests.
(2 Tasks: Update of deck inventory & Winter works list both of which was produced and
presented on

Despite not owing you any justification at all on how I allocate and subdivide my time I
hereby do 2 things:

If you feel the Workload is too much for you I offer to take 2hrs of your evening watch
18:00 – 20:00 when guests are on.

Alternatively we can propose Officers going "Swedish Watches" (12/12) .. Like on MY
A…..so the Chief Officer can be completely on deck during the day.

I will explain my regular day to you regardless so you can comprehend.

06:38  First Alarm Clock
07:08  Rise
07:18  Bed made
07:20  Sport Morning routine 10min
07:32  Shower etc.
Parallel download of GRIB Files (03Z)
Arome HD
Arpge Europe
GFS
WRF Europe
MFWAM Europe (Waves)
07:55  Up & About in Uniform
08:00  Weather Fcst study (40min)
08:45  Video for O.Rep. + send report.

08:00 – 12: Admin & on Call
12:00        Fetching new Runs 12Z
12:00 – :30 Lunch
18:00        Fetching new Runs 18Z
          2nd Fcst Video Report
18:00 – :30 Dinner

As to your oblivious misconception to deem it appropriate to annotate that I play drums…
Yes, I do play drums indeed and therefore occasionally practice various rudiments when time allows.
Amongst others exercises Single stroke rolls, Double Stoke Rolls, Paradiddles, Triplets, Moeller Technique, 42notes, and Shuffle grooves. Such exercise does not take me away from the office, take no longer then 10min and times are not in conflict to my obligations.


FUEL   update  ( 05.09.2020 @ 16:45) BELBEL

230m3   R.O.B  today 05.09.
70m3    Min. Safe Reserve
160m3   Left to burn
5.5m3   Obs. average consumption
29d +   days autonomy left to cruise
= until 04.10. - 7.10.

Grand Total average:  5.5m3/d  (01.07. - 05.09)


Consumption observed:

R.O.B.      286m3   24.07
Observed consumption
125m3 in 24 days = 5m3/d  (01.07 - 24.07)

R.O.B.      250m3   01.08.
37m3 in 8 days = 4,7m3/d  (24.07 - 01.08.)

R.O.B.      210m3   06.08.
40m3 in 5 days = 8m3/d  (01.08 - 06.08.)

R.O.B.      200m3   09.08.
10m3 in 3 days = 3.3m3/d  (06.08 - 09.08.)

R.O.B.      120m3   22.08.
80m3 in 13 days = 6.1m3/d  (09.08 - 22.08.)

Bunker GENOVA 27.08.  183m3   ROB upon Dep. 273.7m3

R.O.B.      230m3   05.09.
44m3 in 9 days = 4.9m3/d  (27.08 - 05.09.)




   NIGHT ORDERS  (sent 31.08.2020  @ 23:20 ) BELBEL

NIGHT ORDERS:

Wind forecasted only to decrease from now on.
Pls give me a call should we still see gusts >30kn after 01:00.

We don't want to drag towards the submarine cable too much…
In case you observe dragging:
Call ECR for M.E.
Engage thrusters, stabilize HDG and ease chain load
Call me and let's re-anchor.

Should our HDG change so we have the rocks in our back please call me for a heads-up and  notify ECR to keep Mains on "Short Notice".

Remain vigilant

Have a good watch.


     SET-UP STATUS  (sent 31.09.2020 ) BEL BEL
SET-UP STATUS   (00:00)

SUN Dk
POOL    F / E
SUNBRL  F.  O / C
SUNBRL  A.  O / C
AFT     O / C


BRIDGE Dk
Fwd. SOFA   O / C
T. MILL O / C
CROSS T.    O / C


UPPER Dk
SOFA's  O / C
FITNESS O / C
DYSON F.    O / C

MAIN Dk
SOFA's  O / C


SWIM PLATFORM
Dk CHAIRS   O / C
SUNBRL  O / C
SEATING O / C

TENDERS
RIB     L / R
O.LIMO

INTERIOR
PILLARS
LOBSTERS
SEAFASTENING




VT
BOSKO GUSTIN   (sent 25.08.2020 ) BEL BEL

From: Captain - Quantum Blue <DC3 HYPERLINK "mailto:captain1@yacht-qb.com" DC4 captain1@yacht-qb.com NAK> VT Sent: 25 August 2020 19:08 VT To: 'leonard@quantum-blue.com' <DC3 HYPERLINK "mailto:leonard@quantum-blue.com" DC4 leonard@quantum-blue.com NAK>; 'Allan Wilson' <DC3 HYPERLINK "mailto:allan@wymgroup.com" DC4 allan@wymgroup.com NAK> VT Subject: Term. Mr. Bosko Gustin VT Importance: High

Dear Leonard,
Dear Allan,

The case of Termination of Mr. Bosko Gustin for your consideration.
Subject: Evaluating to part in mutual agreement and with no hard feelings.

Substance:

5368    Notice ta. Advance of Dep.
5369    (7d) = release 28.08.
5370    Perspective and contract provided was not temporary.
5371    Mr. Gustin takes the awkward situation very calm and collected.
5372    He is a victim of circumstances and not in breach of any professional obligation.
5373    Mr. Victor Stromberg is unable to join within notice of Mr. Gustin.
5374    Naturally Mr. Gustin is not keen to prolong further to his notice, knowing that his
        leave entitlement is void.
5375    He is indeed willing to prolong in good spirit, even finish his contract if his leave
        can be salvaged or other compensation can be discussed.
5376
5377    To consider:
5378    Circumstances of Mr. Gustin's release are quite an undue hardship.
5379    The situation is not caused by wrongdoing on his account.
5380    Releases not effected consensually trigger negative report, risking damage to ship
        reputation.
5381
5382
5383    Comment Capt. ██████████
5384
5385    Any highhanded act of termination without reason, pre-warning or formal performance
        assessment causes unnecessary uncertainty and reliance damage amongst crew.
5386
5387    The contract clause to void ones leave entitlement is primarily meant to provide a
        'Stop-Loss' to investing in a crew member without interest who resigns within probation.
5388    The flipside renders the crew at our mercy and it should not be used light-minded in
        terminations based on favoritism.
5389
5390    In defence of Mr. Gustin's good faith and his work delivered I would vouch for a gesture
        of good will and to grant his leave earned fully or partially.
5391    Little good and great evil can come from felt unconscionability and the matter can be
        settled with a minor financial impact.
5392
5393
5394
5395
5396    M.E.  SHORT NOTICE  (sent 28.08.2020 @ 21:15) ██████
5397
5398    NIGHT ORDER:
5399    Should our HDG change south, winds pick up against forecast and we have the rocks of
        Capri in our back please call me for a heads-up and  notify ECR to keep Main Engines on
        "Short Notice".
5400    4min form hail is achievable if :
5401
5402    GENERATORS  ( AUTO MODE
5403    CPP PUMPS        ( AUTO MODE
5404    AIR INTAKE FANS ( AUTO MODE
5405    FUEL PUMPS  ( …
5406    Fuel FILTRATION      ( …
5407
5408
5409
5410    GENOVA (Molo Vecchio)    DEP.  ( sent 27.08.20 @ 16:38) ██████
5411    BRIDGE Ready
5412    DEP. GENOVA (Molo Vecchio)  Thu. 27.08. :
5413
5414    >> HAIL Pilot & Linesmen for 17:30 !
5415
5416    17:00    Pre Dep. Checks done
5417    17:05    Mnvr. Briefing on the Bridge
5418    17:20       Stations ! / Port. Anchor Ready
5419    17:20    Start Single Up 1/1
5420    17:25    ECR  Stby. - M.E. & GEN Ready
5421    17:25    GEN Online / Thrusters Ready
5422    17:25    >> Start M.E. (T.M.O.)
5423    17:30    P.O.B.  (boarding Seaside ?)

```
17:30   S.B.E. (Stand-by Eng.)
17:35   M.E. Bridge Control
17:40   Lines Let Go T.M.O. & PA
17:45   All Lines On Deck
17:55   Passing B.W.
18:00   Pilot Off B.O.S.P.
```

ETA 15:00   (16kts) "CAPRI" (28.08.)

GENOVA - CAPRI = 336nm
23hrs  (15 kts
21hrs  (16)


BUNKERING GENOVA  ( 27.08.2020 @ 07:50) BELBEL
Dear Leonard,

Bunkering Genoa
OOW Pls ensure below & post data in Bridge Group
Bunkering Checklist complete  ?
Bravo Flag up ?
Emg. Tel Numbers ?
PA announcement made ?
VHF Com. to driver & Engs. ( CH ? )
Name of Fuel Truck operator ?
Pump Rate ?

Done:
Provisions delivered
Toiletries received
Garbage disposed
Thor arrived (swab tested)
Thor Blood test Negative
Laurentiu departed
Parcels delivery
Sludge discharged
Cooking oil discharge
Water samples sent for Analysis




GARBAGE ( 24.08.2020 @ 20:42) BELBEL
Dear Leonard,

We had some difficulty arranging for garbage disposal as port reception facilities in
Portofino give priority Yachts in Port and not at anchor. Agent Laura found us a Truck
driver who is willing to receive and transfer 20bags (2m3) to reception facilities.
Customary charge for such volume would be around 120EUR … the Driver works on a Cash
"Gratuity" basis … with your permission we would grant him 70 EUR.   Garbage run
tomorrow 06:30




ITINERARY & CLEARANCE ( 22.08.2020 @ 14:30) BELBEL
Falls es neue Ueberlegungen zu den weiteren Haefen geben sollte....
Um sicherzustellen, dass uns "Free Pratique" gewaehrt wird, sollten wir bedenken, dass
wir ca.1h brauchen um, korrekt datierte, unterschriebene und gestempelte
Klarierungsformalitaeten zu erzeugen und diese zu "normalen Geschaeftszeiten" der Haefen
ueber die Agentur einreichen.
Genua ist vorbereitet, Capri hat sich als extrem flexibel erwiesen und faktisch erwarten
wir auch in Porto Cervo keine Behinderungen... aber offiziell gilt, dass die Health
Declaration mit Notice (24h) vor Ankunft eingereicht wird... Die Agentur raeumt uns 12h
ein
```

5479  Quote: "As this cye [...] to [...] the [...] duties [...] decides to call Sardinia is the Maritime Declaration of Health + Annex 1. It must be sent with 12 hours notice prior to arrival."

5480  Kuerzere Fristen sind nicht unmoeglich bergen aber ein Risiko. Anbahnen und dann Absagen oder verschieben ist einfacher als Ad Hoc Bemuehungen…

5481
5482
5483
5484
5485  TOILETRIES (22.08.20 @ 11:30 ) BEILBEI
5486
5487  CREW & GUEST TOILETRIES
5488
5489  OTHER YACHT   65 Crew BOSS-ON
5490
5491  Total Expense 2017:       8761.01 Euro/pa
5492  Proposed Budget 2018:   730.00 Euro/pm
5493  per person:                       13.03 Euro p.crew /p.month
5494
5495
5496  revised and reduced
5497  Budget for 2019 & 20 :  6.500 EUR/pa
5498  Simple measures taken
5499  No Issuance during Refit and Yard Period
5500  Reduction of non-essential items
5501  Limitation of Razor Blades
5502  No issuance 1week before sign-off
5503
5504
5505  POLICY: ( 2017 & 18)
5506
5507  Toiletries
5508  Toiletries are provided by the boat.
5509  The basic one (Shower gel, Shampoo, Toothpaste and Tooth brush) are already in your cabin upon arrival.
5510  Please feel free to write on the Crew Toiletries Request form in the crew mess what else you need from offered products. The products will be delivered in front of the cabin on Monday, before the end of the working day.
5511  There is only a certain amount of toiletries that will be issued per crew member during contract (depend on contract). Please see below:
5512  1 Shower gel per month
5513  1 Shampoo per month (+1 Conditioner for girls)
5514  1 Razor per contract + 1 refill each month
5515  1 Shaving foam per month
5516                      1 Tooth paste per month
5517                      1 Tooth brush per month
5518                      1 Mouth wash per contract
5519                      1 Hygiene pads or Tampons per month
5520                      2 Roll on per contract
5521                      1 pack of ear buds per contract
5522                      1 lip balm per contract
5523  If you exceed the amount of toiletries predicted for the duration of your contract, you will have to purchase it at your own cost.
5524  There is a log book for each crew member and the track of the toiletries usage has been recorded in it. Whatever was given two weeks or less prior to your SIGN OFF date, will have to be returned together with your uniform and it will be kept under your name, until you return to vessel from your vacation. NO TOILETRIES should be taken off the boat when leaving vessel.
5525  Use of toiletries should be reasonable.
5526  If you have sensitive skin or dandruff, you should purchase your own products for your skin type or hair.
5527
5528
5529  .. My recommendation would be
5530  Not to make a dissertation out of it
5531  Not to waste more time on spreadsheets controlling,

Not for the use of service other then internal matters.

.. allocate 3k/pa as Budget and work on something bigger.

GARBAGE FINE PORTOFINO  (21.08.20 @ 13:30 ) BELBEL

Dear All,

As Illegal garbage dumping is a big issue in Italy the subject of correct separation and proper disposal is a very sensitive subject.
Ships have to declare their Garbage in the "Garbage Form" for clearance from port to port.
Prerequisites for acceptable shoreside disposal are highly regulated..

    Today we have been fined in PORTOFINO as the Truck for Garbage disposal refused acceptance due
to insufficient separation of categories.
To make it worse the attempt to dump it elsewhere was picked up on as an administrative offence and
fined with 200 EUR.

The Deck Crew made an effort to retroactively separate the garbage, achieve compliance and
restore our reputation and I formally apologized for the misconduct.


4 aspects must be of critical Importance to us:

STANDARD
We must transform our culture and efficiency of proper garbage separation.
Compact plastic bottles, Milk Cartons, Cans etc. and separate Cabin bins in correct garbage bins.
Anything else but meticulously clean and correct is not our standard.

PORTSTATE LAW
We must not forget that we are guests and visitors in a foreign host-country.
We carry our own flag but have an ethical duty display the utmost compliance and respect before local tradition, culture, customs and portstate jurisdiction.
Attempts to escape due respect or legal obligations are disreputable.

REPUTATION
The reputation of the yacht is at stake.
We have few opportunities to shine and present ourselfs to the outside.
When in uniform and in the course of duty acting on behalf of the yacht the crew is the embodiment, walking advertisement and signature of the yacht and our principals.
Our behavior, our culture and attitude make an impression. It should better be a good one.


RESPONSIBILITY
If we are found in breach of any rules our sense of duty commands that we admit our wrongdoing and rectify the matter to the best of our ability to restore faith.
Nothing else.


BUNKER BERTH OLBIA  ( rcvd18.08.2020 @ 14:30 ) BELBEL

Good...

bunkering via truck in allowed only in Olbia commercial port.
Ferries and commercial ships have the priority,
We get confirmation of the berth a week before, (at the end of this week)
In meantime request sent to port authority 26.08. ETA 08:00
Fire brigade is mandatory and it has to be confirmed 3 days before !!!

Expected Port disbursements:

Dock n. 9
Berth fee: first 48 hours are free of charge
1.600 Pilots: dep on ETA and ETD; around Euro 800 per pilot in/out
250 Linesman
Fresh water by truck (Euro 14.50 /mc + VAT 10%)
350 Port Authority formalities: Euro 350
250 Bunker authorisation
1.260 Fire brigade: Euro 126/hour (min. 3 hours)

TOTAL: 3.710.- EUR

        /


BUNKER EVALUATION   ( rcvd18.08.2020 @ 11:30 )

RCIAL PORT - Truck delivery
Duty Paid AGO (specs to be provided by the Suppliers) - 1,212 Euro/Liter (all included)
Extra costs - No Extra costs

Edoardo Zucco
Founder and Yacht Fuel and Lubricant Trader

/
Eazy Bunker Srl
Better safe than sorry
M: +39 346 955 57 31
E: HYPERLINK "mailto:bunker@eazybunker.com" bunker@eazybunker.com
E: HYPERLINK "mailto:edo@eazybunker.com" edo@eazybunker.com
Skype: eazybunker
NEW Web HYPERLINK "http://www.eazybunker.com/" www.eazybunker.com

M.E.  SHORT NOTICE  (sent 12.08.2020 @ 15:00)
Dear Chief,
Due to strong winds and rocky anchor ground pls keep Main Engines on "Short Notice".
Pls brief Motorman on a sense of urgency should the call come
4min form hail would be good to achieve if :

GENERATORS  ( AUTO MODE
CPP PUMPS        ( AUTO MODE
AIR INTAKE FANS ( AUTO MODE
FUEL PUMPS  ( …
Fuel FILTRATION     ( …

Thanks

REMINDER  (circulated 10.08.20 @  19:25 )
Dear Shipmates,

Interior is wrestling with unnecessary human remains in common toilets, public areas and
cabins. Needless to say its not the nicest thing to do.
The high standards we deliver towards principals must be likewise our personal
aspiration.
Especially during these days with principals on board I expect nothing short of spotless
staircases, alleyways and a self sufficient Crew Mess where everyone washes his hands
before mealtimes and helps together tidying up, and run- and clear a dish washer. Make

```
5692
5693
5694
5695
5696    M.E.  START UP SEQUENCE  (reviewed 08.08.2020 @ 10:45) BPLBPL
5697    M.E. Start-up Sequence
5698    reviewed and tested live with Mr. Bosko Gustin
5699
5700    Standard Checks:
5701    SERV. Tk  Full ?    ( Check
5702    Fuel FILTRATION    ( ON
5703    Prime:
5704    GEN. switch        ( AUTO MODE
5705    FUEL PUMPS  ( ON
5706    CPP PUMPS        ( AUTO MODE
5707    2nd:
5708    AIR INTAKE FANS ( AUTO MODE
5709    Thruster Fan        ( ON
5710
5711    Time Requirement for Emergency Start-up = 4min
5712
5713
5714
5715
5716    PAINT JOB  (circulated 05.08.2020 @  16:00 ) BPLBPL
5717    WINTER REFIT 20/21
5718
5719    Dear Leonard,
5720
5721    What are your expectations from "us" with regards to drafting the "REFIT LIST" and
        project initiation for the winter refit ?
5722
5723    If a "PAINT-JOB"  is seriously considered starting Nov.20  I would propose to kick-off
        Mid-August to :
5724
5725    Detail scope and requirements… (Scaffolding, Tenting, Lighting, Heating, … )
5726    Draft the "Quote enquiry" for the 'Pitch'
5727    Evaluate options of yard locations
5728    Evaluate options of different Applicators (GYG, Thraki, Florakis etc.)
5729    Prepare a "Bidders Visit" for potential applicators  Definition of "Cut-Lines",
        "Reference Area".
5730    Prep.-Works: Scope and demarcation of responsibilities (Removal of fixtures and
        fittings, Sika Removal, Protection )
5731    Control regime for environmental conditions and quality of application
5732
5733
5734
5735
5736
5737
5738    COMMUNICATION   (sent 30.07.2020 @ 11:00) BPLBPL
5739    Dear Leonard,
5740    Dear Allan,
5741
5742    I drafted the message below for HOD's regarding Intercoms Guidelines for your perusal>
5743
5744    Reduced size of Coms. Groups and
5745    Redefined Content to purely operational info.
5746    Propose adding Mr. Leonard to the "Bridge Group" to directly instruct the Bridge Team if
        required.
5747    Propose adding Mr. Leonard to the "OPS Group" to monitor content and object if required.
5748
5749    For perusal and discussion
5750
5751    When clarified do we have permission to notify HOD' about your "Communications
```

Instinct and everyday Diary messages

Dear HOD's,

Please note below and attached.
The sharing of operationally relevant info in Groups enabled us to gain enormously in efficiency of collaboration. It also significantly improved the quality and tonality of intercoms. Thanks for that.

However, I was found in breach of the non-disclosure policy by being too inconsiderate when  informing all parties for outbound logistics on the 28.
For reasons of security we are reminded to refrain from circulation of ANY info or leads regarding principals in Coms.Groups even if such information may be publicly available on the Internet.

CONTENT EXPLICITLY PROHIBITED TO CIRCULATE

Pictures of Principals belongings (luggage, deliveries)
Principal movements and timings
Details on Vehicles and drivers used for Ground Transport
Jet ID and in-flight status
Ground logistics and Preparations
Names and Personal details



TENDER  RECONNAISSANCE TRIP   (sent 30.07.2020 @ 15:15) BEI BEI
Good Morning Leonard,

     ROUTINE SCOUTING OF TENDER LANDINGS
As doing nothing and hoping for the best is not a strategy I am doubting the wisdom of landing principals onto unknown and un-scouted ground.
Due diligence suggests not to settle with the assumption that it will be like last year.


It takes us 10min and 5lts fuel to scout and make sure we know what to encounter.

Unless you wish us to ask on a case to case basis the below would be our standard.

Tender Reconnaissance Trip   ( Intel established, confirmed & relayed to bridge:

Accessibility:
Gates Codes or keys needed
Marina opening hours
Fencing
Obstructions or blocking

Suitability:
Boarding height
Quay condition
Mooring points

Security
Congregation of people (Riots, Protests, Demos, Drunkens etc.)
Potentially dangerous works (Gas, Electrical, etc.)

Nautical:
Depth, Current, Swell conditions
Speed limitations
Exact location (G.Maps Pin)
Actual Passage time
Safe Route / GPS Track
Confirm Tender Systems in good order

```
MARINA AEROPORTO    (sent 27.07.20 @ 18:45) BELBEL
REVISED TIMINGS Tue. 28.07.

BRIDGE Ready  Tue. 28.07.20
DEP. "SESTRI LEVANTE" ANCHORAGE vs. "Marina Aeroporto Genova"
31nm @ 15 = 2hrs

06:30   Bridge Ready (Pre-Dep.-Checks complete)
06:40   2nd GEN Online / Thrusters Ready
06:45   Start Heaving.
06:50   START M.E. ….when 3" O.D.
06:55   M.E. Bridge Control
07:15   ANCHOR AWEIGH ! B.O.S.P.

"Marina Aeroporto" Tue 28.07.20:

09:30   ETA PILOT Stn.
10:00   Alongside
10:20   ALL LINES FAST

Ground Logistics:
10:45   Car Sanitizing
11:00   CAR READY (driver: Ms. E.)
11:00   Advance Luggage Transfer  (?)
11:30   O1 Transfer ( 1.5km / 6min )
11:35   Security & Immigration
11:40   O1  BOARDING
12:00   TAKE OFF
Departure:
12:30     Pilot
12:45       ALL LINES OFF
13:15   PILOT OFF
15:15   ETA Portofino




RETRIEVING TENDER & Heaving Anchor Parllel   (circulated 22.07.2020 @  09:00 ) BELBEL
Wed. 22.07.20 @ 08:35
Parallel Heaving Anchor & Retrieving Tender  Ready

Dear ChOff.
In case of belated Guest return od tight schedule it

HR Required 7
Bridge:        1 OOW / or Capt.
Anchor Details: 1AB  1OS  / or Motorman
B.Garage:   2 (Bosun Crane + lines)
Tender      2 AB's

During Daytime:    08 -18   = 9pers
Dk Team    5
Bridge Team   3
Motorm.    1
During Nighttime:  18 – 08 = 7pers
```

Bridge Team: 1
Dk Team:    2 +1   (who is 2nd Man)
Motorman:   1


Changover Watches we have in total:


MICRO FIBER for OOW    (sent 17.07.2020 @ 20:00)

MICRO FIBER Rag for OOW