

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney  
Southern District of New York*

*86 Chambers Street  
New York, New York 10007*

June 27, 2024

By ECF  
The Honorable Dale E. Ho  
United States District Judge  
U.S. District Court for the Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, New York 10007

    Re:  *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

  We write respectfully on behalf of the Government to request the Court's leave to file one document under temporary seal pursuant to the terms of the Protective Order in this case. *See* ECF No. 83. That document, Exhibit Z to the Supplemental Declaration of Jennifer Jude, is being filed under seal because Claimants marked it as subject to the Protective Order. Under paragraph 9 of the Protective Order, Claimants have 14 days to apply to the Court should they wish this document to remain under seal.

                Respectfully submitted,

                DAMIAN WILLIAMS  
                United States Attorney  
                Southern District of New York

           By: */s/ Jennifer Jude*  
              JENNIFER JUDE  
              DOMINIKA TARCZYNSKA  
              Assistant United States Attorney

                MARGARET A. MOESER  
                Chief  
                Money Laundering and Asset Recovery  
                Section, Criminal Division  
                U.S. Department of Justice

           By: */s/ Joshua L. Sohn*  
              JOSHUA L. SOHN  
              Trial Attorney  
              Money Laundering and Asset Recovery  
              Section

---

Application **GRANTED**. Exhibit Z to the Supplemental Jude Declaration may be maintained under temporary seal, pending receipt of a letter explaining the basis for continued sealing in accordance with the stipulated protective order. So Ordered.

The Clerk of Court is respectfully directed to close the motion at ECF No. 136.

*/s/ Dale E. Ho*  
Dale E. Ho  
United States District Judge  
Dated: June 28, 2024  
New York, New York

          JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control
Section

cc: Claimants' counsel (by ECF)