UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                              Plaintiff,<br><br>                   v.<br><br>THE M/Y AMADEA, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531,<br><br>                              Defendant. | 23-CV-9304 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

It is hereby **ORDERED** that the Court will hold a case management conference on **August 12, 2024, at 3:00 P.M. EST.** The conference will be telephonic and the parties shall appear by dialing (646) 453 – 4442 and entering the conference ID: 262 666 937, followed by the pound sign (#). The parties shall be prepared to discuss the location of Claimant Khudainatov's deposition.

SO ORDERED.

Dated: August 8, 2024
       New York, New York

                                                               _____
                                                               DALE E. HO
                                                               United States District Judge