

U.S. Department of Justice

*950 Pennsylvania Avenue NW*
*Washington, D.C. 20530*

August 12, 2024

**VIA CM/ECF**
Hon. Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho,

Following the teleconference this afternoon, the undersigned attorneys posed an urgent follow-up question to the Office of International Affairs ("OIA") to ask whether an MLA request would be required for a voluntary ***remote*** deposition if the deponent was physically sitting within Uzbekistan, Kyrgyzstan, Azerbaijan, the UAE, Tunisia, or Vietnam. For the UAE and Tunisia, the relevant OIA attorney responded that an MLA would be required. For Uzbekistan, Kyrgyzstan, and Azerbaijan, the relevant OIA attorney indicated that an MLA would very presumably be required based on past experiences with these countries and the United States' treaty status with them. The Government has not yet heard back from the OIA attorney covering Vietnam and will notify the Court as soon as it receives guidance from this attorney.

        Respectfully Submitted,

        DAMIAN WILLIAMS
        United States Attorney
        Southern District of New York
        U.S. Department of Justice

        By: */s/ Jennifer Jude*
        JENNIFER JUDE
        DOMINIKA TARCZYNSKA
        Assistant U.S. Attorneys
        Southern District of New York

MARGARET A. MOESER
Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

By: /s/ *Joshua L. Sohn*
JOSHUA L. SOHN
D. HUNTER SMITH
Trial Attorneys
Money Laundering and Asset Recovery
Section


JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control
Section

cc: Claimants' counsel (by ECF)