

U.S. Department of Justice

950 Pennsylvania Avenue NW
Washington, D.C. 20530

August 23, 2024

By ECF
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

       Re:    *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

      We write respectfully on behalf of the Government to request the Court's leave to file portions of the parties' joint letter regarding the location for Claimant Khudatainov's deposition under seal. Specifically, the Government requests that the identities of the countries discussed in the letter be sealed.

      Disclosing the identities of the countries under consideration may undermine efforts to obtain approval of the deposition in those countries and would also disclose sensitive information regarding the United States' relations with foreign governments. In addition, Khudatainov has expressed concerns about his safe passage to certain countries and drawing public scrutiny to his potential future travel destination may contribute to those concerns.

      Claimants consent to this request.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney
                            Southern District of New York

                    By: */s/ Jennifer Jude*
                            JENNIFER JUDE
                            DOMINIKA TARCZYNSKA
                            Assistant United States Attorneys

MARGARET A. MOESER
Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

By: /s/ *D. Hunter Smith*
JOSHUA L. SOHN
D. HUNTER SMITH
Trial Attorneys
Money Laundering and Asset Recovery
Section

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control
Section

cc: Claimants' counsel (by ECF)