UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA,
:
      Plaintiff,
:
    - v. -
:
THE M/Y *AMADEA*, A MOTOR YACHT
BEARING INTERNATIONAL MARITIME    :      23 Civ. 9304 (DEH)
ORGANIZATION NO. 1012531, INCLUDING
ALL FIXTURES, FITTINGS, MANUALS,    :
STOCKS, STORES, INVENTORIES, AND
EACH LIFEBOAT, TENDER, AND OTHER   :
APPURTENANCE THERETO,
:
      Defendant-*In-Rem*.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF JOSHUA L. SOHN

I, Joshua L. Sohn, declare under penalty of perjury as follows:

1.      I am a Trial Attorney in the Money Laundering and Asset Recovery Section, U.S. Department of Justice, and am counsel of record in this litigation. I have personal knowledge of the facts stated herein and, if called upon as a witness, could and would testify competently thereto.

2.      Attached hereto as Exhibit KK is a true and correct copy of a document Claimants produced in this action, bearing beginning Bates number EKMM0015894.[1]

3.      Attached hereto as Exhibit LL is a true and correct copy of a document Claimants produced in this action, bearing beginning Bates number EKMM0015893.

---

[1] Claimants have unilaterally marked these attached documents as Attorneys Eyes Only (AEO). However, the Protective Order does not contemplate AEO designation without specific Court approval, and thus Claimants' AEO designations have no legal effect.

    4.       Attached hereto as Exhibit MM is a true and correct copy of a document Claimants produced in this action, bearing beginning Bates number EKMM0009783.

    5.       Attached hereto as Exhibit NN is a true and correct copy of a document Claimants produced in this action, bearing beginning Bates number EKMM0015834.

    6.       Attached hereto as Exhibit OO is a true and correct copy of a document Claimants produced in this action, bearing beginning Bates number EKMM0015887.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  August 28, 2024
                  Washington, DC

                                        */s/ Joshua L. Sohn*
                                        Joshua L. Sohn