



September 13, 2024

**VIA ECF**

The Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re: _United States v. M/Y Amadea_, No. 23-cv-9304 (DEH)

Dear Judge Ho:

     This firm represents Claimants in the above-referenced matter. We write regarding a letter Claimants are simultaneously filing in this matter seeking a protective order with respect to the deposition of a witness. Claimants respectfully request that the witness's name be redacted on the public docket temporarily, in order to give the government and the witness's counsel three (3) days to file a letter with the Court explaining why the name of the witness should be redacted permanently.

APPLICATION GRANTED.  The name of the witness referenced in ECF No. 230 (filed under seal and in redacted form at ECF No. 228) shall remain temporarily redacted.  The Government and/or the witness's counsel shall have until September 27, 2024, to seek permanent redaction.  If no such request is filed by that date, ECF No. 230 shall be unsealed.  If any such request is filed, ECF No. 230 shall remain temporarily sealed until the Court decided the motion.

SO ORDERED.  The Clerk of Court is respectfully requested to close ECF No. 229.

Respectfully submitted,

_Adam C. Ford_

Adam C. Ford
Robert S. Landy
Renée L. Jarusinsky
FORD O'BRIEN LANDY LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
aford@fordobrien.com

_Counsel for Claimants Eduard
Yurievich Khudainatov and
Millemarin Investments Ltd._

DALE E. HO
United States District Judge

Dated: September 13, 2024
New York, New York