

U.S. Department of Justice

---

*950 Pennsylvania Avenue NW*
*Washington, D.C.  20530*

September 13, 2024

By ECF
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

We write respectfully on behalf of the Government to request the Court's leave to file the parties' joint letter regarding the location for Claimant Khudainatov's deposition under seal.  The Government requests to file the letter under seal for the same reason that other recent filings regarding this subject have been made under seal.  Namely, disclosing the identities of the countries under consideration may undermine efforts to obtain approval of the deposition in those countries and would also disclose sensitive information regarding the United States' relations with foreign governments.  In addition, Khudainatov has expressed concerns about his safe passage to certain countries and drawing public scrutiny to his potential future travel destination may contribute to those concerns.

The Government has conferred with Claimants' counsel, who do not oppose such sealing.

**APPLICATION GRANTED.** The presumption of public access to judicial documents is overcome here, and sealing is warranted based on the parties' representations that it is necessary to protect foreign relations and the safety of the witness.  *Cf. Halpern v. F.B.I.*, No. 94 Civ. 365, 2002 WL 31012157, at *7 (W.D.N.Y. Aug. 31, 2001) (redactions proper under FOIA to "protect relations between the United States and a foreign government"); *Walker v. City of New York*, No. 15 Civ. 500, 2017 WL 2799159, at *6 (E.D.N.Y. June 27, 2017) (witness safety is "a higher value" justifying redaction of summary judgment papers).

The Clerk of the Court is respectfully directed to place ECF No. 237 under seal, and to close ECF No. 236.

The parties are ordered to provide a status update on these issues raised in their joint letter by September 20, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: */s/ Jennifer Jude*
JENNIFER JUDE
DOMINIKA TARCZYNSKA
Assistant United States Attorney

MARGARET A. MOESER
Chief

DALE E. HO
United States District Judge

Dated: September 16, 2024
New York, New York