Case 1:23-cv-09304-DEH    Document 245    Filed 09/16/24    Page 1 of 2

MEMO ENDORSED



U.S. Department of Justice

950 Pennsylvania Avenue NW
Washington, D.C. 20530

September 13, 2024

By ECF
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

      We write respectfully on behalf of the Government to request the Court's leave to file the Government's Motion to Compel and Preclude Regarding Depositions In A Foreign Country partially and supporting exhibit under seal. The Government requests to file the motion and exhibit partially under seal for reasons similar to those for which other recent filings regarding foreign depositions have been made under seal. Namely, disclosing the identity of the country may undermine efforts to obtain approval of the deposition in that country and may also disclose sensitive information regarding the United States' relations with that government. The Government will file a partially redacted version on the Court's public docket.

**APPLICATION GRANTED**. The presumption of public access to judicial documents is overcome here, and redaction is warranted based on the the Government's representation that it is necessary to protect foreign relations. *Cf. Halpern v. F.B.I.*, No. 94 Civ. 365, 2002 WL 31012157, at *7 (W.D.N.Y. Aug. 31, 2001) (redactions proper under FOIA to protect "relations between the United States and a foreign government").

The Clerk of the Court is respectfully directed to place ECF No. 240 under seal, and to close ECF No. 239.

Claimant's shall respond to the issues raised in the Government's letter motion, *see* ECF No. 241, in a letter not to exceed three (3) pages, by September 18, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: */s/ Jennifer Jude*
    JENNIFER JUDE
    DOMINIKA TARCZYNSKA
    Assistant United States Attorney

MARGARET A. MOESER
Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

DALE E. HO
United States District Judge

Dated: September 16, 2024
New York, New York

By: /s/ *D. Hunter Smith*
JOSHUA L. SOHN
D. HUNTER SMITH
Trial Attorney
Money Laundering and Asset Recovery Section

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control Section

cc: Claimants' counsel (by ECF)