September 20, 2024

<u>By ECF</u>
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

      Pursuant to the Court's order (ECF No. 244), the parties submit this joint letter regarding the location of Khudainatov's deposition. The two countries identified in previous correspondence as potentially acceptable to both parties as locations for the deposition have acknowledged the United States's requests for the deposition to take place there, but have not yet provided substantive responses either granting or denying permission. The Government has continued to ask for such a response. (The same is true as to the third country from which the Government sought permission, but to which Khudainatov objects). In light of the recent discovery extension, the parties jointly request that they submit a status report on this issue on or before October 4, 2024.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney
      Southern District of New York

      By: */s/ Jennifer Jude*
      JENNIFER JUDE
      DOMINIKA TARCZYNSKA
      Assistant United States Attorneys


      MARGARET A. MOESER
      Chief
      Money Laundering and Asset Recovery
      Section, Criminal Division
      U.S. Department of Justice

      By: */s/ D. Hunter Smith*
      JOSHUA L. SOHN
      D. HUNTER SMITH

        Trial Attorneys
        Money Laundering and Asset Recovery
        Section

        JENNIFER KENNEDY GELLIE
        Executive Deputy Chief
        Counterintelligence and Export Control
        Section, National Security Division
        U.S. Department of Justice

        By: /s/ *Yifei Zheng*
        YIFEI ZHENG
        Trial Attorney
        Counterintelligence and Export Control
        Section

        */s/ Adam C. Ford*
        Adam C. Ford
        Renee Jarusinsky
        Robert Landy
        Ford O'Brien Landy LLP

        Counsel for Claimants Eduard Yurievich
        Khudainatov and Millemarin Investments Ltd.