

**Application GRANTED. The parties shall submit a joint status report no later than October 4, 2024. The letter shall also address the depositions referenced in the parties' filings at ECF Nos. 241 and 252, and whether those depositions can be conducted in a similar manner in the countries referenced in this letter.  SO ORDERED.**

DALE E. HO
United States District Judge
Dated: September 23, 2024
New York, New York

September 20, 2024

By ECF
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

      Pursuant to the Court's order (ECF No. 244), the parties submit this joint letter regarding the location of Khudainatov's deposition. The two countries identified in previous correspondence as potentially acceptable to both parties as locations for the deposition have acknowledged the United States's requests for the deposition to take place there, but have not yet provided substantive responses either granting or denying permission. The Government has continued to ask for such a response. (The same is true as to the third country from which the Government sought permission, but to which Khudainatov objects). In light of the recent discovery extension, the parties jointly request that they submit a status report on this issue on or before October 4, 2024.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney
      Southern District of New York

By: */s/ Jennifer Jude*
      JENNIFER JUDE
      DOMINIKA TARCZYNSKA
      Assistant United States Attorneys


      MARGARET A. MOESER
      Chief
      Money Laundering and Asset Recovery
      Section, Criminal Division
      U.S. Department of Justice

By: */s/ D. Hunter Smith*
      JOSHUA L. SOHN
      D. HUNTER SMITH

        Trial Attorneys
Money Laundering and Asset Recovery
Section


JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control
Section


*/s/ Adam C. Ford*
Adam C. Ford
Renee Jarusinsky
Robert Landy
Ford O'Brien Landy LLP

Counsel for Claimants Eduard Yurievich
Khudainatov and Millemarin Investments Ltd.