**From:** ▮
**Sent:** Friday, May 3, 2019 1:16 PM
**To:** david.cohen@wilmerhale.com
**Subject:** FW: The Weekly Comment - Can we be Holy?

Torah Portion: [Acharei-Mot](#)
Shabbat ends at 21:23

This week's Torah portion speaks at length about the holiest day of the Jewish year, Yom Kippur, the day of Atonement. It is the only day of the year when the High Priest may enter the holiest section of the holiest place on earth, inside the Holy Temple in Jerusalem.

Yet, when building this Holy Temple, the Jewish people are taught that all work must cease in honor of the Holy Shabbos. It is the holiest day of the week when no creative work is to be performed, and its unique energy supersedes even the building of the Holy Temple.

Yet, even more holy than Yom Kippur, and more holy than Shabbos, is the sanctity of life. Based on the verse in this week's Torah portion, "You shall observe My statutes and My ordinances, which a man shall do and live by them. I am the Lord," our Rabbis teach us that the Torah and its instructions are meant for a healthy life, "live by them."

So if one is in a scenario in which his life is in danger, the holiness of Shabbos is superseded by the holiness of his life.

There is nothing more sacred, valuable and inherently irreplaceable, than a human being.

Can we even imagine how incredibly powerful it must be, for the most sacred existence in all of creation to perform a mitzvah as prescribed by the very same Torah that endowed him with this unique status?

Indeed, all of life with all of its sanctity, and all of the mitzvot, are to reveal this world as one which is "perfected under the sovereignty of the Almighty;" the definition of the phrase from which " tikkun olam " is taken.

If a Jew has his life taken from him just because he is a Jew, he has literally given his life to express the raison d'être of a Jew's life. The ultimate holiness.

For decades, Lori Kaye of blessed memory devoted her life unceasingly and in joy, to sanctify G-d's name. She did it personally, within her family, community, country, and Israel. And then she did it in a way no one should ever have to know of. She was the consummate lover of G-d, through loving other people. The ultimate Kiddush Hashem - sanctification of G-d's name.

Her Rabbi, my colleague Rabbi Yisroel Goldstein, has displayed an incredible level of focus, positive energy and warmth ever since coming face to face with death. The kiddush Hashem he continues to make is indescribable. He has pledged to utilize what he termed as his now borrowed time in life, to expand in great measure his encouragement for the study of Torah and observance of its mitzvot and that they be imbued with the knowledge that each and every person is indispensable, irreplaceable and holy.

The healthiest way to keep darkness away, is by increasing light and awareness that another person is, truly, just as important in life as I am, for they too are an irreplaceable expression of G-d.

Needless to say, until that takes place, we must take all practical measures to ensure a safe and harmonious environment.

But if we teach this to the young, and raise a generation aware of the G-dliness found in everything, our challenges will be of a much healthier variety.

*Shabbat Shalom*

*Rabbi Klein*

*This email is In Loving memory of my dear father*
*R' **Yerachmiel Binyamin** Halevi ben R, Menachem  **Klein** OBM*