[1/5/20, 2:55:06 PM] ▮▮▮: Dear Jim,

Thank you for the concern you have expressed for the dire medical condition that has recently hit my father in Moscow.

What has been particularly difficult is that neither of his sons can be with him.

I shared with you what had transpired last January after I articulated our common position and last April when David came on board.  Paul confirmed the same when he returned from Moscow last May.

I appreciate your recognition of the difficult reality that has been imposed on me since last January, your concern for how painful it has been for me not to be able to be with my blind father as he has been battling for his life over the last weeks, and your saying that you will do what you can to bring about a civilized path forward.

As you chart your actions, I plead that you be mindful of the intense fear that exists for the safety of my father in Moscow and for the safety of my family in the United States due to the facts that you know.

I ask for a civilized and lawful path so I could be there for my father, and so that my family could live without fear.

I am at your disposal for any guidance.

Thank you for your long standing friendship and care.


[1/5/20, 6:37:42 PM] Jim C. Langdon: ▮▮▮    Like all of those who have lost one or both of our parents, i do understand how difficult these days are for you--your situation made all the more difficult by the separation and other circumstances surrounding your father's situation in Moscow.


To be clear, there is much about your current situation which i do not know--and even more which I dont understand.  I am, however, very much aware of your articulated concern about traveling to Moscow..


I am currently in discussions with the lawyers advising me in regard to Trust matters and the requirements of US law for some guidance.  We will discuss this more tomorrow and Tuesday.   While we undoubtedly cannot solve all the problems to which you allude, we will explore the limits of our assistance in regard to these matters.


Please know that I value our friendship over the years, however, as the matters you raise and the assistance you seek require the involvement of my legal advisors, I know you understand that until these matters are resolved our communication on this subject should be confined to those occasions when my lawyers are present.. Best, jim