[3/20/20, 4:38:03 PM] Jim C. Langdon: ██, I will shortly forward a brief letter that offers a more formal apology for my last few months absence  as well as reports on the actions which I have taken with the lawyers to ensure that you can return to Moscow to visit your father.. World events have obviously intervened and travel now is near impossible.. Also I understand how difficult these days are for those with immunity deficiences, including those of your daughter. please know we pray for your family, and in the coming weeks i will look forwrd to speking with you and catching up ... best to ██ ... jim