# JAMES C. LANGDON, JR.

4408 Long Champ, #17
Austin, TX 78746

March 20, 2020



New York, NY 10510

Dear ▇▇▇:

    This note is long overdue following my abrupt departure from our lunch in December while we both were in New York. My frustration with the ambiguity of that which you have tried to communicate to me, or perhaps just my failure to understand, simply got the best of me.

    I am writing to address what I believe is the most pressing matter we discussed—your desire to visit your father in Moscow in light of his ailing health. I understand a bit about the tension between you and your former associates in Moscow such that you are concerned about returning to Russia. In this regard, I instructed the Trust's counsel from Miller & Chevalier to engage in very direct discussions with Nariman Gadzhiev a few weeks ago during one of their routine trips to Europe to underscore the importance of this matter. I have been advised that, starting about a month ago, Miller & Chevalier has reached out to you on the Trust's behalf multiple times by phone and email to discuss their communications with Mr. Gadzhiev, but you have not responded. Counsel is happy to speak with you directly to provide further details and address any related concerns you may have. I encourage you to speak with them directly, if you have any concerns about traveling to Moscow.

    At your suggestion, I have passed along all documents which you have given me to the Trust's counsel for their review.

    I am hopeful we can work through these issues and resolve matters appropriately.

                                                           Sincerely,

                                                          Jim