From: "Elgen, Selim Hayri " <selim.hayri.elgen@citi.com>
Date: June 26, 2018 at 4:57:11 AM CDT To:
"jimclangdon@gmail.com"
Cc:  "juliabeskin@quinnemanuel.com",  "Concavage,  Jason  " <jason.concavage@citi.com>,
"Wang, Jason " <jason.wang@citi.com> Subject:
Heritage Trust

Dear James,

With our apologies for the delay, we are writing to confirm that the following Heritage Trust accounts
have been assessed and are not subject to OFAC blocking restrictions:

Account Name;                        Account Number (partially starred out for security purposes)

CITICORP TRUST DELAWRE, N.A. AS TRUSTEE OF THE HERITAGE TRUST DTD 07/07/2017
- C7B03380300*

Citicorp Trust Delaware, N.A. as trustee of the HWE Sub-Trust - C7B03377900*

Definition Services Inc. - 678305074*

Denver Capital LLC – 678310818

Oregon Capital Ltd. – 678305267

Sprain Capital Ltd. – 678305088

Taconic Capital LLC – 678310984

We have obtained from Kuncha Kerimov and you attestations, and we will work with you on manual
instructions on the account, but subject to that and normal internal compliance processes, the
additional restrictions placed on the account are being lifted.

We have sought advice from our Compliance Department, and unfortunately we cannot provide a
letter for you to then pass on to third parties, setting out the fact that your accounts are not blocked,
because it would not be appropriate for Citi's position to be relied upon by others, who must carry
out their own due diligence and take their own legal advice.