**From:** Wang, Jason <jason.wang@citi.com>
**Sent:** Monday, August 6, 2018 6:11 PM
**To:** Nariman Gadzhiev <nariman.gadzhiev@daytonadvisors.com>
**Cc:** Elgen, Selim Hayri <selim.hayri.elgen@citi.com>; Bradley, Natalia <natalia.bradley@citi.com>; Concavage, Jason <jason.concavage@citi.com>; Yu, Ainslee <ainslee.yu@citi.com>; Aguilar, Noel D <noel.d.aguilar@citi.com>
**Subject:** RE: Definition Services, VP Bank

Hi Nariman,

Hope you had a great weekend.

We wanted to let you know that we have received the $65MM into the Definition Services Inc.'s account.

Best,
Jason