An official website of the United States Government Here's how you know

# Targeting Russia's Global Military Procurement Network and Kremlin-Linked Networks

PRESS STATEMENT

ANTONY J. BLINKEN, SECRETARY OF STATE

NOVEMBER 14, 2022

In response to Moscow's unprovoked war against Ukraine, the United States will continue to disrupt Russia's military supply chains and impose high costs on President Putin's enablers, as well as all those who support Russia's brutality against its neighbor.  Today, the Departments of State and the Treasury are targeting international facilitators and enablers, including a procurement network in Europe and Asia.

Specifically, the Department of State is designating AO PKK Milandr (Milandr) pursuant to Section 1(a)(i) of E.O. 14024 for operating or having operated in the electronics sector of the Russian economy.  This entity is a Russian developer and manufacturer of integrated microcircuits, specializing in the production of microelectronics products.  Milandr is part of Moscow's military research and development structure and has participated in Russian weapons expositions.  In parallel, the Department of the Treasury is designating three entities tied to Milandr: Armenia-based Milur Electronics LLC, which has been used as a Milandr front company to conduct Milandr's business with foreign partners; Taiwan-based Sharp Edge Engineering Inc., a front company used to purchase microelectronic components from Asian companies; and Switzerland-based Milur SA, which has been used by employees and business associates of Milandr to coordinate financial transfers to Milur Electronics LLC.  Treasury additionally designated two Milur SA officials and the General Director of both Milandr itself and Milur Electronics.

The Department of the Treasury is designating family members of U.S.-sanctioned Russian elite Suleiman Kerimov, including his son Said Kerimov; his adult daughters Gulnara Kerimova and Amina Kerimova; and his wife Firuza Kerimova.  Treasury is also designating Nariman Gadzhiev, a primary financial facilitator for Kerimov, and a UAE-based holding company linked to Gadzhiev.

Additionally, Treasury is also designating four France-based real estate companies owned by Gulnara Kerimova; Swiss national Laurin Katz, who serves as president of these four companies; a Switzerland-based entity linked to Katz; and Malta- and Russia-based aircraft management company Emperor Aviation Ltd, which has coordinated luxury travel for Kerimov's immediate family, including Gulnara Kerimova, even after Russia launched its full-scale invasion of Ukraine.  Treasury is also identifying as blocked property eight luxury aircraft operated by Emperor Aviation.

Treasury is designating Alexander-Walter Studhalter, a key player in Kerimov's financial network, eight Studhalter-linked entities across five European countries, and his two adult sons who hold leadership positions in one of their father's companies.

Treasury's designations further include Russian businessman and investor Murat Aliev, a former executive at a Kerimov investment firm, and seven associated companies.  Inga Rettich, the director of one of these companies who also works for Studhalter, is being designated as well.

Finally, Treasury is designating two Switzerland-based holding companies tied to U.S.-sanctioned Andrey Grigoryevich Guryev, a known associate of Vladimir Putin and a former Russian senator.

The United States will continue to crack down on Russia's attempts to evade international sanctions to fund its war machine.  Businesses worldwide are advised to do their due diligence in order to avoid being targeted for sanctions.

For more information on today's action, please see the Department of the Treasury's **press release**.

TAGS

Armenia     Bureau of Economic and Business Affairs

9/4/23, 11:35 AM                    Russia-related Designations, Designation Update, and Designation Removal; Issuance of Russia-related General License | Office …

Case 1:23-cv-09304-DEH    Document 260-12    Filed 09/24/24    Page 3 of 4

Selected General Licenses Issued by OFAC

Contact OFAC

# Russia-related Designations, Designation Update, and Designation Removal; Issuance of Russia-related General License

11/14/2022

The Department of the Treasury's Office of Foreign Assets Control (OFAC) is issuing Russia-related General License 40C "Civil Aviation Safety".

Also, the following additions, removals, and changes have been made to OFAC's list of Specially Designated Nationals:

## SPECIALLY DESIGNATED NATIONALS LIST UPDATE

### The following individuals have been added to OFAC's SDN List:

ALIEV, Murat Magomedovich (Cyrillic: АЛИЕВ, Мурат Магомедович), Haldenstrasse, Bld 20, Apt. 1.2, Luzern 6006, Switzerland; Bolshoy Afanasyevskiy Lane, Apt. 41, Moscow 119019, Russia; Gesegnetmattstrasse 16/18, Luzern 6006, Switzerland; DOB 24 May 1979; POB Nalchik, Russia; nationality Russia; Gender Male; Passport 753717301 (Russia) issued 15 Sep 2016 expires 15 Sep 2026; alt. Passport 753606344 (Russia) issued 19 Aug 2016 expires 19 Aug 2026; National ID No. 8300091117 (Russia) (individual) [RUSSIA-EO14024].

GADZHIEV, Nariman Gadzhievich (a.k.a. GADZHIYEV, Nariman Gadzhiyevich), Tannegg 1, St. Niklausen 6005, Switzerland; Dubai, United Arab Emirates; DOB 31 May 1976; POB Derbent,

9/4/23, 11:35 AM  Russia-related Designations, Designation Update, and Designation Removal; Issuance of Russia-related General License | Office ...

Case 1:23-cv-09304-DEH    Document 260-12    Filed 09/24/24    Page 4 of 4

Russia; nationality Russia; alt. nationality Saint Kitts and Nevis; Gender Male; Passport RE0032776 (Saint Kitts and Nevis) issued 19 Feb 2015 expires 18 Feb 2025 (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KATZ, Laurin, Switzerland; DOB 15 Jan 1988; POB Zurich, Switzerland; nationality Switzerland; Gender Male (individual) [RUSSIA-EO14024] (Linked To: KERIMOVA, Gulnara Suleymanovna).

KERIMOV, Said Suleymanovich (a.k.a. KERIMOV, Said Suleimanovich), Apt 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 06 Jul 1995; POB Moscow, Russia; alt. POB Makhachkala, Republic of Dagestan, Russia; nationality Russia; Gender Male; Passport 724109376 (Russia) issued 17 Apr 2013 expires 17 Apr 2023; National ID No. 4515180935 (Russia); Tax ID No. 773382620676 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOVA, Amina Suleymanovna (a.k.a. KERIMOVA, Aminat Suleymanovna), Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 26 Sep 2003; POB Moscow, Russia; nationality Russia; Gender Female; Passport 724263564 (Russia) issued 26 Apr 2013 expires 26 Apr 2023 (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOVA, Firuza Nazimovna (a.k.a. KHANBALAEVA, Firuza Nazimovna), Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 22 Dec 1967; alt. DOB 22 Oct 1967; POB Makhachkala, Russia; nationality Russia; Gender Female; Passport 724348524 (Russia) issued 06 May 2013 expires 06 May 2023; National ID No. 4512970434 (Russia); Tax ID No. 052901215575 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOVA, Gulnara Suleymanovna, Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 29 Apr 1990; POB Makhachkala, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

LENG, Holger, Tallinn, Estonia; Switzerland; DOB 12 Jun 1969; nationality Estonia; alt. nationality Switzerland; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MILUR SA).

PASCHE, Jacques, Switzerland; DOB 1955; nationality Switzerland; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MILUR SA).