

September 26, 2024

**VIA ECF**
The Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

    This firm represents Claimants in the above-referenced matter. In accordance with the Court's Order dated September 13, 2024 (ECF No. 242) regarding the government's request for temporary sealing (ECF. No. 189) of ECF Nos. 198-1 through 198-5, we write to inform the Court that Claimants will not seek permanent sealing of ECF Nos. 198-1 through 198-4. With respect to ECF No. 198-5, Claimants respectfully request that a particular individual's name and email address be redacted permanently, as the individual is a Russian national who has not given their permission to participate in this litigation and have their name and contact information be made public. To that end, Claimants respectfully request permanent sealing of the unredacted version (ECF No. 198-5), and to replace that version with the proposed redacted version.

                                                                 Respectfully Submitted,

                                                                   */s/   Adam C. Ford*
                                                                   Adam C. Ford
                                                                   Robert S. Landy
                                                                   Renée L. Jarusinsky
                                                                  Ford O'Brien Landy LLP

                                                                  *Counsel for Claimants Eduard*
                                                                  *Yurievich Khudainatov and*
                                                                  *Millemarin Investments Ltd.*