

September 27, 2024

**VIA ECF**
The Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

    This firm represents Claimants in the above-referenced matter. We write to seek leave to file a letter with the Court in support of a witness's motion to quash (ECF Nos. 259-263) with the name of the witness redacted. Such a request was made by counsel for the witness in connection with the filing of the motion to quash (ECF No. 259), and Claimants have no objection to doing the same.

                                                     Respectfully Submitted,

                                                     */s/   Adam C. Ford*
                                                     Adam C. Ford
                                                     Robert S. Landy
                                                     Renée L. Jarusinsky
                                                     Ford O'Brien Landy LLP

                                                     *Counsel for Claimants Eduard*
                                                     *Yurievich Khudainatov and*
                                                     *Millemarin Investments Ltd.*