

September 27, 2024

**VIA ECF**
The Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

This firm represents Claimants in the above-referenced matter. We write to seek leave to file a letter with the Court in support of a witness's motion to quash (ECF Nos. 259-263) with the name of the witness redacted. Such a request was made by counsel for the witness in connection with the filing of the motion to quash (ECF No. 259), and Claimants have no objection to doing the same.

Respectfully Submitted,

*/s/ Adam C. Ford*
Adam C. Ford
Robert S. Landy
Renée L. Jarusinsky
Ford O'Brien Landy LLP

*Counsel for Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd.*

APPLICATION GRANTED. The presumption of public access to judicial documents is overcome here. See Walker v. City of New York, No. 15 Civ. 500, 2017 WL 2799159, at *6 (E.D.N.Y. June 27, 2017) (witness safety is "a higher value" justifying redaction).

The Clerk of the Court is respectfully directed to place ECF No. 271 under seal, and to close ECF No. 269.

SO ORDERED.

*[signature]*
DALE E. Ho
United States District Judge
Dated: September 30, 2024
New York, New York