

September 26, 2024

**VIA ECF**
The Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

This firm represents Claimants in the above-referenced matter. In accordance with the Court's Order dated September 13, 2024 (ECF No. 242) regarding the government's request for temporary sealing (ECF. No. 189) of ECF Nos. 198-1 through 198-5, we write to inform the Court that Claimants will not seek permanent sealing of ECF Nos. 198-1 through 198-4. With respect to ECF No. 198-5, Claimants respectfully request that a particular individual's name and email address be redacted permanently, as the individual is a Russian national who has not given their permission to participate in this litigation and have their name and contact information be made public. To that end, Claimants respectfully request permanent sealing of the unredacted version (ECF No. 198-5), and to replace that version with the proposed redacted version.

Application DENIED, without prejudice to renewal. Claimants have not adequately supported their request that ECF No. 198-5 should remain under permanent seal. Claimants may file a renewed request to permanently seal ECF No. 198-5 by October 7, 2024. Any such renewed request shall describe the basis for redaction and or sealing, and shall cite authority that for the proposition that the proffered reason(s) for sealing overcome the presumption of public access.

The Clerk of the Court is directed to unseal ECF Nos. 198-1 through 198-4. ECF No. 198-5 shall remain temporarily under seal. The Clerk of the Court is respectfully directed to close ECF No. 264.

SO ORDERED.

Respectfully Submitted,

*/s/   Adam C. Ford*
Adam C. Ford
Robert S. Landy
Renée L. Jarusinsky
Ford O'Brien Landy LLP

*Counsel for Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd.*

DALE E. HO
United States District Judge
Dated: September 30, 2024
New York, New York