

U.S. Department of Justice

*950 Pennsylvania Avenue NW*
*Washington, D.C.  20530*

September 27, 2024

**<u>VIA CM/ECF</u>**
Hon. Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>*United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)</u>

Dear Judge Ho,

The Government respectfully submits this letter motion requesting permanent sealing of its forthcoming Opposition Brief to a witness's motion to quash deposition subpoena. While the Government's Opposition Brief will not list witness names, it will provide enough identifying details that a knowledgeable third-party might be able to infer the identities of two witnesses in this case. The Court has expressed a willingness to shield witness identity in this case, particularly when witnesses express concern for their livelihood or safety if their identities were made public. *See, e.g.,* ECF Nos. 122, 227. Accordingly, the Government requests that its forthcoming Opposition Brief be permanently sealed to protect the identities of the two witnesses discussed therein.

APPLICATION GRANTED. The presumption of public access to judicial documents is overcome here.  See Walker v. City of New York, No. 15 Civ. 500, 2017 WL 2799159, at *6 (E.D.N.Y. June 27, 2017) (witness safety is "a higher value" justifying redaction).

The Clerk of the Court is respectfully directed to place ECF No. 268 under seal, and to close ECF No. 267.
SO ORDERED.

*[signature]*

DALE E. HO
United States District Judge
Dated: September 30, 2024
New York, New York

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York
U.S. Department of Justice

By: <u>*/s/ Jennifer Jude*</u>
JENNIFER JUDE
DOMINIKA TARCZYNSKA
Assistant U.S. Attorneys
Southern District of New York

MARGARET A. MOESER
Acting Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

By: /s/ *Joshua L. Sohn*
JOSHUA L. SOHN
D. HUNTER SMITH
Trial Attorneys
Money Laundering and Asset Recovery
Section


JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control
Section

cc: Claimants' counsel (by ECF)