October 4, 2024

By ECF
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

     Pursuant to the Court's order (ECF No. 258), the parties submit this joint letter regarding the location of Khudainatov's deposition and the depositions referenced in the parties' filings at ECF Nos. 241 and 252. The Government has now received responses from the two countries identified in previous correspondence as acceptable to both parties. One country has denied the request for the deposition to proceed there. The other country has indicated that an MLA request would be required, and that any questioning would need to be conducted by a local prosecutor if the request were granted. Given this recent news, the parties propose that they take one more week to see whether they can come to a mutually-agreeable deposition location, and that they provide a further status update to the Court by October 11.

                                                 Respectfully submitted,

                                                 DAMIAN WILLIAMS
                                                 United States Attorney
                                                 Southern District of New York

                                        By: */s/ Dominika Tarczynska*
                                                 JENNIFER JUDE
                                                 DOMINIKA TARCZYNSKA
                                                 RACHAEL DOUD
                                                 Assistant United States Attorneys


                                                 MARGARET A. MOESER
                                                 Chief
                                                 Money Laundering and Asset Recovery
                                                 Section, Criminal Division
                                                 U.S. Department of Justice

By: /s/ *D. Hunter Smith*
JOSHUA L. SOHN
D. HUNTER SMITH
Trial Attorneys
Money Laundering and Asset Recovery Section


JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control Section


*/s/ Adam C. Ford*
Adam C. Ford
Renee Jarusinsky
Robert Landy
Ford O'Brien Landy LLP

Counsel for Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd.