October 11, 2024

<u>By ECF</u>
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     Re:  *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

The parties write to update the Court on the parties' continued efforts to identify a mutually agreeable location for the three depositions referenced in DE 275. The parties have identified an additional country in which at least two of the depositions may take place, if that country permits them. The United States has requested such permission, but has not yet received a response. The parties are continuing to discuss a location for the third deposition. The parties request that they provide the Court a further update on or before October 18, 2024.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney
        Southern District of New York

    By: */s/ Jennifer Jude*
        JENNIFER JUDE
        DOMINIKA TARCZYNSKA
        Assistant United States Attorneys

        MARGARET A. MOESER
        Chief
        Money Laundering and Asset Recovery
        Section, Criminal Division
        U.S. Department of Justice

    By: /s/ *D. Hunter Smith*
        JOSHUA L. SOHN
        D. HUNTER SMITH
        Trial Attorneys

Money Laundering and Asset Recovery
Section


JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control
Section


*/s/ Adam C. Ford*
Adam C. Ford
Renee Jarusinsky
Robert Landy
Ford O'Brien Landy LLP

Counsel for Claimants Eduard Yurievich
Khudainatov and Millemarin Investments Ltd.