MEMO ENDORSED

> Application **GRANTED**. Parties shall submit a joint status letter by **October 18, 2024**. SO ORDERED.
>
> *[signature]*
>
> DALE E. HO
> United States District Judge
> Dated: October 15, 2024
> New York, New York

By ECF
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York Thurgood
Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

The parties write to update the Court on the parties' continued efforts to identify a mutually agreeable location for the three depositions referenced in DE 275. The parties have identified an additional country in which at least two of the depositions may take place, if that country permits them. The United States has requested such permission, but has not yet received a response. The parties are continuing to discuss a location for the third deposition. The parties request that they provide the Court a further update on or before October 18, 2024.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney
                Southern District of New York

By: */s/ Jennifer Jude*
     JENNIFER JUDE
     DOMINIKA TARCZYNSKA
     Assistant United States Attorneys


     MARGARET A. MOESER
     Chief
     Money Laundering and Asset Recovery
     Section, Criminal Division
     U.S. Department of Justice

By: */s/ D. Hunter Smith*
     JOSHUA L. SOHN
     D. HUNTER SMITH
     Trial Attorneys

        Money Laundering and Asset Recovery
        Section


        JENNIFER KENNEDY GELLIE
        Executive Deputy Chief
        Counterintelligence and Export Control
        Section, National Security Division
        U.S. Department of Justice

        By: /s/ *Yifei Zheng*
        YIFEI ZHENG
        Trial Attorney
        Counterintelligence and Export Control
        Section


*/s/ Adam C. Ford*
Adam C. Ford
Renee Jarusinsky
Robert Landy
Ford O'Brien Landy LLP

Counsel for Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd.