October 23, 2024

By ECF
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

Pursuant to the Court's order (ECF Dkt. No. 104), the parties write to inform the Court that they believe it is premature to consider referral to a magistrate judge or another form of mediation at this time. As the Court is aware, the parties have filed dispositive motions. See ECF Dkt. No. 97 (Government Motion to Strike); ECF Dkt. No. 71 (Claimants' Motion to Dismiss).

The parties are prepared to attend the case management conference on October 30, 2024. See ECF Dkt. No. 104.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney
          Southern District of New York

         By: */s/ Jennifer Jude*
          JENNIFER JUDE
          DOMINIKA TARCZYNSKA
          RACHAEL DOUD
          Assistant United States Attorneys


          MARGARET A. MOESER
          Chief
          Money Laundering and Asset Recovery
          Section, Criminal Division
          U.S. Department of Justice

         By: */s/ D. Hunter Smith*
          JOSHUA L. SOHN

D. HUNTER SMITH  
Trial Attorneys  
Money Laundering and Asset Recovery Section


JENNIFER KENNEDY GELLIE  
Executive Deputy Chief  
Counterintelligence and Export Control Section, National Security Division  
U.S. Department of Justice

By: /s/ *Yifei Zheng*  
YIFEI ZHENG  
Trial Attorney  
Counterintelligence and Export Control Section


*/s/ Adam C. Ford*  
Adam C. Ford  
Renee Jarusinsky  
Robert Landy  
Ford O'Brien Landy LLP

Counsel for Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd.