UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>The M/Y Amadea, a Motor Yacht Bearing International Maritime Organization No. 1012531,<br><br>         Defendant | 23-CV-9304 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

  On November 15, 2024, this Court issued an Order adjudicating several motions and discovery disputes in the above-captioned matter. *See* Memorandum Order, ECF No. 312. In that Order, this Court adjourned the evidentiary hearing on the Government's Motion to Strike the Claim, or Motion for Summary Judgment, for Lack of Standing, ECF No. 97, to January 21, 2025. *See id.* at 14. The Court now **ORDERS** the following pre-hearing schedule for this matter:

| Pre-Hearing Action and Submissions | Deadline |
|---|---|
| Exchange Witness & Exhibit Lists, and Deposition Designations for Witnesses Deposed prior to December 6, 2024 | December 13, 2024 |
| File Any Motions *in limine* | December 20, 2024 |
| Exchange Remaining Deposition Designations | January 3, 2025 |
| File Oppositions to Any Motions *in limine* | January 3, 2025 |
| File Direct Affidavits of Witnesses and Deposition Designations | January 3, 2025 |
| File Objections to Witness Affidavits & Deposition Designations | January 10, 2025 |
| File List of all Affiants for Cross-Examination | January 10, 2025 |

| File Witness & Exhibit Lists[1] | January 10, 2025 |
|---|---|
| File Preliminary Proposed Findings of Fact & Conclusions of Law[2] | January 14, 2025 |

The parties are further directed to the Court's Individual Rules and Practices in Civil Cases, and Individual Rules and Practices for Hearings and Trials, located on the Court's website.

The Court will hold a final pre-hearing conference **on January 16, 2025, at 2:30 P.M. EST**.  The conference will be held in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.  The parties are directed to schedule a technology walk-through either immediately before or after the hearing by emailing the Court's Courtroom Deputy at HoNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: November 25, 2024
New York, New York

_____
DALE E. HO
United States District Judge

---

[1] In addition to filing their witness and exhibit lists on ECF, the parties shall provide electronic copies of all exhibits to the Court.  The parties may email the Court (at HoNYSDChambers@nysd.uscourts.gov) requesting a link to be used for any large electronic file transfer.  The email should include the name and docket number of this case as well as the nature and size of the materials to be submitted electronically.  The Government may use USAfx.

[2] In addition to filing their preliminary proposed findings of fact and conclusions of law on ECF, the parties shall also email Word versions of their respective documents to HoNYSDChambers@nysd.uscourts.gov.