UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The United States of America,<br><br>               Plaintiff,<br><br>        v.<br><br>The M/Y Amadea, a Motor Yacht Bearing International Maritime Organization No. 1012531,<br><br>               Defendant. | 23-CV-9304 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

On December 20, 2024, the parties appeared at a conference to discuss several outstanding matters with respect to the upcoming evidentiary hearing on the Government's Motion to Strike the Claim for Lack of Standing, ECF No. 97.  As stated during the conference, the Court **ORDERS** that:

- By **December 23, 2024**, the parties shall each submit a status letter indicating any conflicts during the week of January 13, 2025, for the purposes of taking the Government's expert witness's hearing testimony.

- By **January 3, 2024**, Claimants shall submit a status letter with respect to Mr. Khudainatov's health and ability to sit for a deposition during the week of January 13, 2025.

The Government's Motion to Compel, ECF No. 364, as amended orally during the conference, to compel the deposition of Claimant Khudainatov during the week of January 13 in this District, is **HELD IN ABEYANCE** pending the Court's receipt of the status update on Mr. Khudaninatov's health and ability to travel.

    SO ORDERED.

Dated:  December 23, 2024
        New York, New York

_____
                DALE E. HO
        United States District Judge

2