# Government's Exhibit List

| GX # | Short Description | Description | Production BEGDOC | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 100 | Photo | Image of Amadea | USDOJ-0001180146 | | |
| 101 | Photo | Photo Showing Mr. Evgeniy Kochman and another | USDOJ-0001154693 | | |
| 102 | Photo | Photo of Mr. Kerimov and another | USDOJ-0001154692 | | |
| 103 | Photo | Photo of E. Khudainatov | USDOJ-0001179814 | | |
| 104 | Photo | Photo of S. Kerimov | USDOJ-0001179815 | | |
| 105 | Photo | Photo of Firuza Kerimova | USDOJ-0001179816 | | |
| 106 | Photo | Amadea Sundeck | USDOJ-0001179817 | | |
| 107 | Photo | Photo of Gulnara Kerimova | USDOJ-0001179818 | | |
| 108 | Photo | Photo of I. Sechin | USDOJ-0001180129 | | |
| 109 | Photo | Udaltsova Street 87, Building 3 | ECF 363-1, Image 1 | | |
| 200 | Contract | Amadea Shipbuilding Contract - February 2012 | EKMM0000008 | | |
| 201 | Agreement | Nereo Option Agreement | EKMM0002207 | | |
| 202 | Agreement | Densiarly Option Agreement | EKMM0001803 | | |
| 203 | Agreement | Stewart Letter Nereo Option Letter | EKMM0000292 | | |
| 204 | Agreement | 2017 Marina Amaffi/Igumnova charter agreement (24 April 2017) | USDOJ-0000920408 | | |
| 205 | Agreement | 2017 Marina Amaffi/Igumnova charter agreement (27 July 2017) | USDOJ-0000525697 | | |
| 206 | Agreement | 2017 Marina Amaffi/Igumnova charter agreement (26 June 2017) | USDOJ-0000920898 | | |
| 207 | Agreement | Peter Read Seafarer Employment Agreement | DOJ-0000384139 | | |
| 208 | Agreement | Kuncha Kerimova-Alisa Gadzhieva Gift Agreement (Russian) | EKMM0009773 | | |
| 208-T | Agreement | Kuncha Kerimova-Alisa Gadzhieva Gift Agreement (English) | | | |
| 209 | Agreement | Nereo to Millemarin Sale Agreement (July MOA) | DOJ1-0000203937 | | |
| 210 | Agreement | July 21, 2021 Assumption of Liability Agreement | EKMM0009977 | | |
| 211 | Agreement | Nereo-Millemarin Offset Agreement | EKMM0009991 | | |
| 212 | Agreement | Millemarin to Errigal Sale Agreement (Sept MOA) | DOJ1-0000205455 | | |
| 213 | Agreement | Gulnara Kerimova-Gadzhieva Gift agreement (Russian) | EKMM0009772 | | |
| 213-T | Agreement | Gulnara Kerimova-Gadzhieva Gift agreement (Russian) | | | |
| 214 | Addendum Two | Addendum Two for Amadea | EKMM0000004 | | |
| 215 | Agreement | ZID Design Agreement (19 Nov 2021) | DOJ2-0001127674 | | |
| 216 | Agreement | Amadea MYBA Charter Agreement Caribbean Jan Feb 2022 | EKMM0000059 | | |
| 217 | Agreement | Amendment to Millemarin to Errigal Sale Agreement (March MOA) | EKMM0009796 | | |
| 218 | Transfer of Shares | Transfer of Shares (to Errigal Marine Ltd) | EKMM0004649 | | |
| 219 | Bill of Sale | Amadea Nereo Millemarin Bill of Sale | EKMM0000196 | | |
| 220 | Transfer Agreement | Densiarly Instruction and Instrument on Transfer of Beneficiary | DOJ1-0000203252 | | |

## Government's Exhibit List

| GX # | Short Description | Description | Production BEGDOC | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 300 | Certificate | Certificate of British Registry (Nereo 2017) | DOJ-0001105343 | | |
| 301 | Certificate | Certificate of British Registry (Nereo 2018) | DOJ1-0000202901 | | |
| 302 | Certificate | Certificate of British Registry (Millemarin 2021) | DOJ-0000590901 | | |
| 303 | Certificate | Nereo Certificate of Incorporation | EKMM0000205 | | |
| 304 | Certificate | Errigal Certificate of Incorporation | EKMM0009692 | | |
| 305 | Certificate | Certificate of Incumbency | EKMM0000198 | | |
| 306 | Income and Property List | List of Incomes for 1998 and Property of Registered Candidates | Gov't Russian Economic Expert Report footnote 19, | | |
| 306-T | Income and Property List | List of Incomes for 1998 and Property of Registered Candidates | Gov't Russian Economic Expert Report footnote 19, | | |
| 307 | Errigal Docs | H Errigal Docs | DOJ1-0000203662 | | |
| 308 | Regsiter | Errigal Register of Members | DOJ1-0000203755 | | |
| 400 | Email | Email containing family tree and passport docs | USDOJ-0001096015 | | |
| 400-A | Email Attachment | Kerimov Family Tree | USDOJ-0001096018 | | |
| 400-B | Email Attachment | Gulnara Kerimova Passport | USDOJ-0001096036 | | |
| 400-C | Email Attachment | Gulnara Kerimova Passport | USDOJ-0001096038 | | |
| 400-D | Email Attachment | Amina Kerimova Passport | USDOJ-0001096040 | | |
| 400-E | Email Attachment | Firuza Kerimova Passport | USDOJ-0001096041 | | |
| 400-F | Email Attachment | Said Kerimov Passport | USDOJ-0001096047 | | |
| 401 | Email | FW: Heritage Trust and HWE Sub-Trust--DE Directed | USDOJ-0001067216 | | |
| 402 | Letter | Dautlich (HFW LLC) letter to Morgan (Affinity Management) 2017 | DOJ1-0000211085 | | |
| 403 | Email | RE: Heritage Trust, HWE Subtrust Follow-Up | USDOJ-0001077512 | | |
| 404 | Email | Email from Family Office re: Registration of M/Y S | DOJ1-0000208995 | | |
| 404-A | Email Attachment | Maria Kouriefs - WC | DOJ1-0000208984 | | |
| 404-B | Email Attachment | Kolarov CV | DOJ1-0000208996 | | |
| 404-C | Email Attachment | Maria Kouriefs - CTC Passport | DOJ1-0000208998 | | |
| 404-D | Email Attachment | Maria Kouriefs notarised utility bill | DOJ1-0000208999 | | |
| 405 | Email | FW: Registration of M/Y S | DOJ1-0000205878 | | |
| 405-A | Email Attachment | Daniel Kolarov Passport | DOJ1-0000205880 | | |
| 406 | Email | FW: Amadea - KYC for pre-registration | DOJ1-0000207865 | | |
| 406-A | Email Attachment | Khudainatov CV | DOJ1-0000207867 | | |
| 406-B | Email Attachment | Khudainatov Passport | DOJ1-0000207868 | | |
| 406-C | Email Attachment | Millemarin Certificate of Incorporation | DOJ1-0000207869 | | |
| 406-D | Email Attachment | Millemarin M&A | DOJ1-0000207870 | | |
| 406-E | Email Attachment | Millemarin Appointment of First Director | DOJ1-0000207895 | | |

## Government's Exhibit List

| GX # | Short Description | Description | Production BEGDOC | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 406-F | Email Attachment | Millermarin Share Certificate | DOJ1-0000207898 | | |
| 406-G | Email Attachment | Reference Letter | DOJ1-0000207900 | | |
| 406-H | Email Attachment | Rep. Person Questionnaire | DOJ1-0000207901 | | |
| 407 | Email | RE: Amadea - KYC - additonal questions | EKMM0016093 | | |
| 408 | Email | MY AMADEA MOM01 | DOJ-0000061623 | | |
| 408-A | Email Attachment | MY AMADEA MOM Meeting on Board 081721 | DOJ-0000061624 | | |
| 409 | Email | RE: Amadea - updated contract | EKMM0015994 | | |
| 409-A | Email Attachment | Memo of Agreement for Amadea 091421 | EKMM0015996 | | |
| 409-B | Email Attachment | Addendum One Delivery Documentation for Amadea | EKMM0016007 | | |
| 410 | Email | AMA - Guest Preferences_October 2021 Guest Trip | DOJ-0000366106 | | |
| 410-A | Email Attachment | T027 - G10 Charter Spa Preferences | DOJ-0000366107 | | |
| 410-B | Email Attachment | T027 Guest Preferences G10 - Housekeeping | DOJ-0000366109 | | |
| 410-C | Email Attachment | Charter Guest Preference Sheet | DOJ-0000366112 | | |
| 411 | Email | RE: AMA - AAF - I862-Amazon - New guest coffee machine | DOJ-0001154651 | | |
| 411-A | Email Attachment | Accounts Approval Form I863 | USDOJ-0000815350 | | |
| 412 | Email | Kochmann-Azarenko Email re: Signed Loan Agreement | EKMM0015887 | | |
| 412-A | Email Attachment | Errigal Letter | EKMM0015893 | | |
| 412-B | Email Attachment | Loan Agreement Signed | EKMM0015894 | | |
| 413 | Email | Re: Urgent Correspondence | DOJ2-0001196584 | | |
| 413-A | Email Attachment | Letter of Guarantee - Amadea - Zuretti | DOJ2-0001196586 | | |
| 414 | Email | AMA - Guest Allocations | DOJ-0001152907 | | |
| 414-A | Email Attachment | AMA Guest Cabin Allocations with Photos | DOJ-0001152908 | | |
| 415 | Email | S: Amadea Menus using | DOJ-0000115026 | | |
| 416 | Email | AMA - Guest Allocations | DOJ-0001151244 | | |
| 416-A | Email Attachment | AMA Guest Cabin Allocations with Photos | DOJ-0001151246 | | |
| 417 | Email | RE: Amadea | US-0000045592 | | |
| 418 | Email | New Order Oct 21 G1 Flower Order | DOJ-0000372503 | | |
| 418-A | Email Attachment | New Order Oct 21 G1 Flower Order | DOJ-0000372504 | | |
| 418-A-Z | Email Attachment | New Order Oct 21 G1 Flower Order | Zoom of Relevant Text | | |
| 419 | Email | RE: AMA - Gym Marine | DOJ-0001150546 | | |
| 419-A | Email Attachment | Amadea Gym Refit Proposal | DOJ-0001150550 | | |
| 420 | Email | MY AMADEA // Refit Contract | DOJ2-0001238308 | | |
| 420-A | Email Attachment | Annex Agreed Services | DOJ2-0001238309 | | |

# Government's Exhibit List

| GX # | Short Description | Description | Production BEGDOC | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 420-B | Email Attachment | Annex Agreed Services | DOJ2-0001238316 | | |
| 420-C | Email Attachment | Room List Excel | DOJ2-0001238322 | | |
| 421 | Email | RE: MY AMADEA // Refit Contract | DOJ2-0001196638 | | |
| 422 | Email | RE: AMA - New Uniform Look Book | USDOJ-0000815597 | | |
| 422-A | Email Attachment | AMA Proposed Crew Unif. Lookbook Edit - Amy Oct. 2021 | USDOJ-0000815601 | | |
| 423 | Email | FW: AMA - INT - Handover Tetiana R to LesleyR | USDOJ-0000804432 | | |
| 423-A | Email Attachment | Second Stewardess Handover | USDOJ-0000804434 | | |
| 424 | Email | RE: G1 Nikes shoes | DOJ-0000373386 | | |
| 425 | Email | FW: IMPORTANT - Guest Comments (13.10) "relayed during walk around with DINAR" | DOJ-0000373413 | | |
| 425-A | Email Attachment | October 13 2021 Report | DOJ-0000373419 | | |
| 426 | Email | FW: IMPORTANT - Guest Comments | DOJ-0001147728 | | |
| 426-A | Email Attachment | Owner's Stateroom Medallion | DOJ-0001147738 | | |
| 426-B | Email Attachment | Quote #144228-1 | DOJ-0001147739 | | |
| 426-C | Email Attachment | Colour-matching.jpg | DOJ-0001147742 | | |
| 426-D | Email Attachment | ITEM#11-OD 302 OWNER'S STATEROOM-VII O 10-after.jpg | DOJ-0001147743 | | |
| 426-E | Email Attachment | ITEM#11-OD 302 OWNER'S STATEROOM-VII O 10-before.jpg | DOJ-0001147744 | | |
| 427 | Email | FW: AMA - EK Comments and Action Points_17.10.2021 | DOJ-0000373376 | | |
| 427-A | Email Attachment | Action Points - November 2021 | DOJ-0000373378 | | |
| 427-B | Email Attachment | Action Points - October 2022 | DOJ-0000373383 | | |
| 427-C | Email Attachment | Action Points - Spring (Apr-May) 2022 (Dated 10/18/21) | DOJ-0000373384 | | |
| 428 | Email | Uniform Look Book Amended | USDOJ-0000812306 | | |
| 429 | Email | G1 Preferences | USDOJ-0000812739 | | |
| 429-A | Email Attachment | G1 Guest Preferences (Oct 2021) | USDOJ-0000812740 | | |
| 430 | Letter | Errigal Letter to Alisa Gadzhieva | EKMM0009783 | | |
| 431 | Email | Information dd 27 10 2021 | EKMM0015833 | | |
| 431-A | Email Attachment | Bank Information | EKMM0015834 | | |
| 432 | Email | RE: AMA: AAF E0371.21 Yacht SAT DTV $3080.80 | USDOJ-0000465774 | | |
| 432-A | Email Attachment | Accounts Approval Form E0371.21 | USDOJ-0000465776 | | |
| 433 | Email | FW: Imperial List of Yachts | DOJ2-0000132534 | | |
| 433-A | Email Attachment | IY List of Yachts | DOJ2-0000132535 | | |
| 434 | Email | RE: Portable reading lamps for exterior decks | USDOJ-0000815272 | | |
| 435 | Email | Exterior mods to Amadea | USDOJ-0000988608 | | |
| 436 | Email | RE: Addendum Two - POA | EKMM0015924 | | |

# Government's Exhibit List

| GX # | Short Description | Description | Production BEGDOC | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 437 | Email | Addendum Two - Signed | EKMM0015921 | | |
| 437-A | Email Attachment | Addendum Two for Buy/Selling of Amadea | EKMM0015922 | | |
| 438 | Email | EO exterior changes emails | DOJ2-0000845378 | | |
| 439 | Email | ZID December 2021 Meeting | USDOJ-0001157076 | | |
| 440 | Email | RE: AMA- Winter Refit Renderings | DOJ2-0000845603 | | |
| 441 | Email | AMA - Meeting 21.12.21 | DOJ2-0000940487 | | |
| 442 | Email | ZID G2 Comments Email | DOJ2-0000947170 | | |
| 443 | Email | Re: AMA - RE: meeting with G2 (Gym Flooring) | DOJ2-0000947035 | | |
| 443-A | Email Attachment | Quotation Invoice - Millemarine | DOJ2-0000947059 | | |
| 444 | Email | January 2022 G Trip | DOJ1-0000269832 | | |
| 444-A | Email Attachment | AMA Guest Cabin Allocations with Photos | DOJ1-0000269834 | | |
| 445 | Email | RE: 18697-32930 Bielor Asset Ltd. | DOJ1-0000208991 | | |
| 446 | Email | RE: AMA - Lead HSK Training | DOJ1-0000269016 | | |
| 447 | Email | AMA - Guest List Call Signs Owner vs. IY | DOJ1-0000243997 | | |
| 448 | Email | FW: interior refit - request from G3 | DOJ1-0000268557 | | |
| 449 | Email | RE: AMA: Spring Yard Period Dates | DOJ1-0000228203 | | |
| 450 | Email | RE: AMA - Inventories | DOJ1-0000244027 | | |
| 451 | Email | Bosun Handover Notes 28th January 2022 | DOJ1-0000262606 | | |
| 451-A | Email Attachment | Bosun Handover Notes - Jan 28th 2022 | DOJ1-0000262607 | | |
| 452 | Email | FW: AMA - G3/Captain Meeting | DOJ1-0000294417 | | |
| 453 | Email | RE: AMA - Zuretti Meeting | DOJ1-0000279460 | | |
| 454 | Email | G2 Carib Meeting | DOJ1-0000235949 | | |
| 455 | Email | Fwd: AMA - G2 Carib. Meeting Postponed | DOJ2-0000944514 | | |
| 456 | Email | RE: AMA - BVI_Clearance IN/OUT | DOJ1-0000294002 | | |
| 456-A | Email Attachment | Confirmation of Vessel Registration | DOJ1-0000294010 | | |
| 457 | Email | RE: AMA - BVI_Clearance IN/OUT | DOJ1-0000294011 | | |
| 458 | Email | RE: AMA - Call Button Alert Delay (near miss) | DOJ1-0000227027 | | |
| 458-A | Email Attachment | AMA Stewardess Call Button System Comparison - With Apple Watches | DOJ1-0000227033 | | |
| 459 | Email | AMA - Antigua_Clearance In/Out | DOJ1-0000232087 | | |
| 459-A | Email Attachment | M/Y Amadea Guest & Crew Lists 021022 (St Barts/Antigua) | DOJ1-0000232108 | | |
| 460 | Email | RE: Planning for 2022 | DOJ1-0000234841 | | |
| 461 | Email | RE: AMA - Global Cruising | DOJ-0000759635 | | |
| 462 | Email | Re: AMA: meeting in Moscow | DOJ2-0000943751 | | |

## Government's Exhibit List

| GX # | Short Description | Description | Production BEGDOC | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 463 | Email | FW: Planning for 2022 - update dd 14.02.2022 | DOJ1-0000249127 | | |
| 464 | Email | AMA - Spring Maintenance Cancellation | DOJ2-0000970073 | | |
| 465 | Email | Re: AMA - Spring Maintenance Period | DOJ2-0000943395 | | |
| 466 | Email | Millemarin Investment Ltd - Representative Person Amadea | EKMM0015988 | | |
| 466-A | Email Attachment | Trust Confirmation Letter Template | EKMM0015990 | | |
| 466-B | Email Attachment | Certification Certificate Template | EKMM0015992 | | |
| 466-C | Email Attachment | Source of Wealth Declaration Template | EKMM0015993 | | |
| 467 | Email | RE: meeting with G3 dd 24.02.2022 | DOJ1-0000224786 | | |
| 468 | Email | RE: Share Purchase | EKMM0004830 | | |
| 468-A | Email Attachment | Transcript of British Registry | EKMM0004833 | | |
| 468-B | Email Attachment | Amendment Agreement | EKMM0004835 | | |
| 469 | Email | FW: Share Purchase | EKMM0015979 | | |
| 469-A | Email Attachment | Substitution Agreement | EKMM0015980 | | |
| 469-B | Email Attachment | Addendum Two for Amadea | EKMM0015984 | | |
| 470 | Email | Imperial - Risk Screen Updates | USDOJ-0001170778 | | |
| 471 | Email | RE: Amadea Order No AMA-I-2022-0299 needs your approval ASAP | DOJ1-0000226237 | | |
| 472 | Email | RE: Scheherazade | USDOJ-0001170878 | | |
| 473 | Email | FW: Prospects - updated | DOJ2-0000140564 | | |
| 473-A | Email Attachment | CM - Prospect List BC Imperial Partition | DOJ2-0000140566 | | |
| 474 | Email | Re: Imperial Owners for Barclays | DOJ2-0000078475 | | |
| 475 | Email | RE: DB Fleet & Amadea & Proj L &T - CDD Status | DOJ2-0000078984 | | |
| 476 | Email | DB Fleet & Amadea & Proj | DOJ2-0000079011 | | |
| 477 | Email | Re: AMA - Spring Shipyard SD Conversion Delay | DOJ1-0000258747 | | |
| 478 | Email | RE: Registration of M/Y S | DOJ1-0000201646 | | |
| 478-A | Email Attachment | RE: Scheherazade | DOJ1-0000201649 | | |
| 478-B | Email Attachment | RE: Scheherazade | DOJ1-0000201650 | | |
| 478-C | Email Attachment | COB - Scheherazade | DOJ1-0000201652 | | |
| 479 | Email | FW: Registration of M/Y S | DOJ1-0000205884 | | |
| 479-A | Email Attachment | Bielor Asset Info - Daniel Kolarov | DOJ1-0000205886 | | |
| 480 | Email | Amadea - KYC status (part 1 of 6) | DOJ1-0000207681 | | |
| 480-A | Email Attachment | BT Constitution Deed | DOJ1-0000207684 | | |
| 480-B | Email Attachment | BT Extract | DOJ1-0000207690 | | |
| 480-C | Email Attachment | BT Register of Members | DOJ1-0000207692 | | |

# Government's Exhibit List

| GX # | Short Description | Description | Production BEGDOC | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 480-D | Email Attachment | EK Address | DOJ1-0000207694 | | |
| 480-E | Email Attachment | EK Passport | DOJ1-0000207696 | | |
| 480-F | Email Attachment | EK Passport | DOJ1-0000207697 | | |
| 480-G | Email Attachment | OB Address | DOJ1-0000207699 | | |
| 480-H | Email Attachment | OB Passport | DOJ1-0000207702 | | |
| 480-I | Email Attachment | OB Permit | DOJ1-0000207703 | | |
| 480-J | Email Attachment | OB SRA Certificate 2020-2021 | DOJ1-0000207706 | | |
| 481 | Email | Amadea - further correction! urgent | DOJ1-0000201966 | | |
| 481-A | Email Attachment | Amadea sale contract | DOJ1-0000201967 | | |
| 482 | Email | RE: Amadea - further correction! urgent | DOJ1-0000207342 | | |
| 483 | Email | Lurssen Amadea Visit Sept. 2021 | DOJ2-0001237987 | | |
| 483-A | Email Attachment | Lurssen Amadea Visit Sept. 2021 notes | DOJ2-0001237989 | | |
| 484 | Email | RE: AMA - Pizza oven | DOJ1-0000227681 | | |
| 485 | Email | RE: AMA - GuestON Operational daily logs Feb 2022 | USDOJ-0000803177 | | |
| 485-A | Email Attachment | G1 Luggage to Moscow | USDOJ-0000803198 | | |
| 486 | Email | RE: Amadea | DOJ1-0000207331 | | |
| 487 | Email | RE: Amadea | DOJ1-0000207333 | | |
| 487-A | Email Attachment | Amendment to MOA (2022.03.07) | DOJ1-0000207335 | | |
| 488 | Email | RE: Security Report National Aeronaval Service Panama | DOJ1-0000296431 | | |
| 489 | Email | Attendance Notes: Densiarly Enterprises August 2022 | DOJ1-0000207019 | | |
| 490 | Email | RE: Belize registry | EKMM-Imperial009115 | | |
| 491 | Email | RE: DB Fleet & Amadea & Proj L &T - CDD Status | EKMM-Imperial009318 | | |
| 492 | Email | FW: Fleet 7 - DB and Milagro | EKMM-Imperial009120 | | |
| 493 | Email | RE: Reporting to Barclays | EKMM-Imperial009094 | | |
| 493-U | Email | RE: Reporting to Barclays Unredacted | (Text) | | |
| 494 | Email | RE: HWE, Heritage and Dynasty Trusts | USDOJ-0001097706 | | |
| 494-A | Email Attachment | Family Tree (KK;Heritage) | USDOJ-0001097710 | | |
| 495 | Email | FW: Amadea Sale | EKMM0009805 | | |
| 500 | KYC Form | CDD Lodgement Form (IY Limited) (January 2018) | DOJ2-0000073706 | | |
| 501 | KYC Form | CDD Lodgement Form (IY Limited) (March 2018) | DOJ2-0000073692 | | |
| 502 | Invoice | MB92 LA CIOTAT Invoice | DOJ-0000045674 | | |
| 503 | Expenditures | Actuals 2018 | EKMM-Imperial008046 | | |
| 504 | Expenditures | Actuals 2019 | EKMM-Imperial008048 | | |

## Government's Exhibit List

| GX # | Short Description | Description | Production BEGDOC | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 505 | Expenditures | 2020 Expenditures | EKMM-Imperial008050 | | |
| 506 | Expenditures | 2021 Expenditures | EKMM-Imperial008051 | | |
| 507 | Wire Transfer | Desiarly Wire Payment to Amilla Fushi | DOJ4-0000648280 | | |
| 508 | Sheet | IY Client Receivables | DOJ2-0000084986 | | |
| 600 | Standards | IY Standards Book - Section 6 Charter | DOJ-0000354230 | | |
| 601 | Agenda | Operational Agenda (Nov 17 2021) | USDOJ-0000995631 | | |
| 602 | Report | M/Y Amadea Report for Barclays (April 21 2022) | DOJ2-0000079742 | | |
| 603 | Report | M/Y Crescent Report for Barclays (April 26 2022) | DOJ2-0000080343 | | |
| 604 | Report | M/Y Sheherazade Report for Barclays (April 26 2022) | DOJ2-0000080345 | | |
| 605 | Guest List | Portofino/Nice & Lautoka Guest List | DOJ-0000359499 | | |
| 606 | Guest List | Sandy Island, Anguilla Guest and Crew Lists | DOJ-0000562336 | | |
| 607 | Guest List | St Barts/Antigua Guest List | DOJ1-0000233028 | | |
| 608 | Guest List | Portofino/Nice & Fiji Guest List | DOJ-0000014984 | | |
| 609 | Crew List | Port Lympia, Nice Crew List | DOJ-0000014760 | | |
| 610 | Guest List | February 2022 Guest & Crew List | US000382 | | |
| 611 | Operationals Manual | Operations Manual | DOJ-0001157614 | | |
| 612 | Report | Daily Report Wednesday 13th October 2021 | USDOJ-0000248645 | | |
| 613 | Captain Handover Notes | Zerr to Walsh Handover Notes (March 2021) | EKMM-Imperial006212 | | |
| 614 | Captain Handover Notes | Chief Officer Handover Notes (Sept. 2021) | USDOJ-0000185540 | | |
| 615 | Captain Handover Notes | Chief Officer Handover Notes (Sept. 2021) | DOJ-0000009393 | | |
| 616 | Captain Handover Notes | Bosun Handover Notes (Sept 9 2021) | EKMM-Imperial007911 | | |
| 617 | Captain Handover Notes | John to Aysel Handover (Sept. 2021) | EKMM-Imperial007891 | | |
| 618 | Captain Handover Notes | Navigation/Security Officer Handover Notes (Nov. 2021) | DOJ-0000739598 | | |
| 619 | Captain Handover Notes | Aysel to John Handover (Nov. 2021) | USDOJ-0000253344 | | |
| 620 | Captain Handover Notes | Capt. Handover Notes (February 16 2022) | USDOJ-0000995704 | | |
| 621 | Captain Handover Notes | Captain Amadea Handover Notes (February 21 2022) | USDOJ-0000995706 | | |
| 622 | Work Order Form | Fridge Work Order Form 22/10/21 | USDOJ-0000137659 | | |
| 623 | Accounts Approval Form | Accounts Approval Form E0397.21 | USDOJ-0000397233 | | |
| 624 | Accounts Approval Form | Accounts Approval Form E0413.21 | USDOJ-0000387846 | | |
| 625 | Inventory | Amadea Wine Inventory | USDOJ-0000825395 | | |
| 626 | Meeting Minutes | Meeting Regarding Refit (Apr./May 2022) | USDOJ-0000987660 | | |
| 627 | Log | Log | DOJ-0001116622 | | |
| 628 | Work List | Work List VWL Period April/May 2022 | DOJ1-0000297543 | | |

## Government's Exhibit List

| GX # | Short Description | Description | Production BEGDOC | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 629 | Refit Order | Refit Work & Specification Order (Spring 2022) | USDOJ-0000248558 | | |
| 630 | Refit Order | Refit Work & Specification Order | DOJ-0000006945 | | |
| 631 | Imperial Standard Booklet | Security Operational Practices | USDOJ-0000113982 | | |
| 632 | Guest Preferences | AM.SAP D.027 - G1 Swimming Routine.docx | USDOJ-0000112269 | | |
| 633 | Guest Preferences | G1 Guest Preferences (Oct 2021) | DOJ-0000473625 | | |
| 634 | Review | M/Y Amadea Risk Management Review (June 2021) | DOJ-0000562874 | | |
| 635 | Flight Confirmation | Flight Confirmation (Roundtrip: Moscow to Abu Dhabi) June 2020 | DOJ-0000062806 | | |
| 636 | Termination Form | Imperial HR-11 terimination form for Tetiana Rebachyuk 9/16/21 | DOJ-0000014931 | | |
| 637 | Minutes | Mistral Verona MOM 020216 | DOJ-0001141797 | | |
| 700 | Interrogatories | March 1 24 Claimants' R&Os to Special Rogs | | | |
| 701 | Interrogatories | March 29 24 Claimants' Amended R&Os to Special Rogs | | | |
| 702 | Interrogatories | June 21 24 Second Amended Responses to Gov First Set of Discovery Requests w/ Verification | | | |
| 703 | Interrogatories | Oct 11 2024 Claimants Resp to Gov Second Set of Interrogatories | | | |
| 704 | Requests for Admission | Nov 15 2024. USA v. Amadea - Ros to Govt RFAs | | | |
| 800 | Article | Boat International Article | USDOJ-0001180131 | | |
| 801 | Tax Invoice | Tax Invoice | USDOJ-0001180156 | | |
| 801-A | Affidavit | Records Custodian Affidavit | USDOJ-0001180148 | | |
| 801-B | Affidavit | Records Custodian Affidavit RE: Search | USDOJ-0001180196 | | |
| 802 | Application | September Trust Application Form | EKMM0005439 | | |
| 803 | Tax Invoice | Amilla Fushi Tax Invoice | EKMM0001820 | | |
| 804 | Receipt | Amilla Fushi Receipt | EKMM0001822 | | |
| 805 | Receipt | Amilla Fushi Receipt | EKMM0001824 | | |
| 806 | Statement | Khudainatov Witness Statement | EKMM0004535 | | |
| 807 | Search Terms | Search Terms | USDOJ-0001180130 | | |
| 808 | Record | Instagram Business Record | DOJ4-0000648281 | | |
| 809 | Yacht List | Yachts Under Management as of June 1 2022 | DOJ2-0000084679 | | |
| 810 | Transcript | Amadea Zuretti PV French Police - French | Zuretti Deposition Pl Ex. 1 (excerpt of DOJ2-0000929331) | | |
| 810-T | Transcript | Amadea Zuretti PV French Police-ENGL | | | |
| 811 | Tax Residency Form | B Trust AG Individual Tax Residency Self-Certification Form | EKMM0005451 | | |