MEMO ENDORSED



U.S. Department of Justice

*950 Pennsylvania Avenue NW*
*Washington, D.C. 20530*

January 3, 2025

**VIA CM/ECF**
Hon. Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho,

Plaintiff United States ("the Government") respectfully submits this letter motion requesting temporary sealing of the Government's motion *in limine* Opposition Brief and exhibits, which will be filed later today. Some of the exhibits to that Brief include deposition transcripts and other documents that Claimants designated as Protected under the Protective Order (ECF No. 83), and the Brief quotes from such documents. Thus, pursuant to Paragraph 9 of the Protective Order, the Government requests a temporary 14-day seal for these materials so that Claimants can request permanent sealing.

Respectfully Submitted,

EDWARD Y. KIM
Acting United States Attorney
Southern District of New York
U.S. Department of Justice

By: /s/ Dominika Tarczynska
DOMINIKA TARCZYNSKA
RACHAEL DOUD
Assistant U.S. Attorneys
Southern District of New York

MARGARET A. MOESER
Chief

APPLICATION GRANTED. ECF No. 387 shall remain temporarily sealed for 14 days pending a request from Claimants for permanent sealing. Any such motion shall be due by January 27, 2025. If no such motion is received by that date, ECF No. 387 shall be unsealed. If any such motion is received, ECF No. 387 shall remain under temporary seal pending the Court's adjudication of the motion.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: January 13, 2025
New York, New York

Money Laundering and Asset Recovery Section, Criminal Division
U.S. Department of Justice

By: /s/ *Joshua L. Sohn*
JOSHUA L. SOHN
D. HUNTER SMITH
LINDSAY P. GORMAN
Trial Attorneys
Money Laundering and Asset Recovery Section

JENNIFER KENNEDY GELLIE
Chief
Counterintelligence and Export Control Section, National Security Division
U.S. Department of Justice

By: /s/ *Yifei Zheng*
YIFEI ZHENG
Trial Attorney
Counterintelligence and Export Control Section

cc: Claimants' counsel (by ECF)