UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE M/Y AMADEA, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531,<br>　　　　　　　　　Defendant. | 23-CV-9304 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

On January 16, 2025, counsel for the Government and for Eduard Khudainatov and Millemarin Investments, Ltd. (collectively, "Claimants") appeared before the Court for a final pre-hearing conference. For the reasons stated on the record during the conference, the Court issues the following rulings and respectfully directs the Clerk of Court to take the following actions:

- The Government's motion to seal its motions *in limine*, ECF No. 374, is DENIED. **ECF No. 375 shall be unsealed and made publicly available**.

- Claimants' motion *in limine*, ECF No. 383, is deemed RESOLVED by the Court's Orders at ECF Nos. 427 & 429.

- Claimants' motion to seal its memorandum of law in opposition to the Government's motions *in limine*, ECF No. 391, is DENIED. **ECF No. 392 shall be unsealed and made publicly available**.

- The Government's witness list, ECF No. 415, shall be UNSEALED.

- Claimants' motion to seal various pre-hearing filings, ECF No. 417, is DENIED. **ECF Nos. 418 and 419 shall be unsealed and made publicly available**.

- The Government's motion for sanctions, ECF No. 422, is DENIED WITHOUT PREJUDICE to renew based on full briefing.

- The Government's motion to seal its proposed findings of fact and conclusion of law, ECF No. 423, is GRANTED subject to the Government's filing of a version of the document on the public docket with confidential information redacted, *see* ECF No.

432. ECF No. 425 shall remain under seal with access limited to the Court and applicable parties.

- Claimants' motion to seal its proposed findings of fact and conclusion of law, ECF No. 425, is DENIED.  **ECF No. 426 shall be unsealed and made publicly available**.

- For the same reasons that the Court denied ECF No. 417, Claimants' motion to seal its amended exhibit list, ECF No. 430, is DENIED.  **ECF No. 431 shall be unsealed and made publicly available**.

**Based on the foregoing, the Clerk of Court is respectfully directed to terminate ECF Nos. 374, 383, 391, 417, 422, 423, 425, and 430**.

SO ORDERED.

Dated: January 17, 2025
New York, New York

DALE E. HO
United States District Judge