UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>THE M/Y AMADEA, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531,<br><br>      Defendant(s). | 23-CV-9304 (DEH)<br><br>SUMMARY ORDER |

DALE E. HO, United States District Judge:

On January 21, 2025, counsel for the Government and for Eduard Khudainatov and Millemarin Investments, Ltd. (collectively, "Claimants") appeared before the Court for a hearing on the Government's Motion to Strike the Claim, or Motion for Summary Judgment, for Lack of Standing, ECF No. 97. For the reasons stated on the record during the hearing, the Court issues the following rulings and respectfully directs the Clerk of Court to take the following actions:

- The Government's memorandum of law in support of its motion *in limine*, ECF No. 377, **shall be unsealed and made publicly available.**

- The Government's opposition to Claimants' motions *in limine*, ECF No. 387, **shall be unsealed and made publicly available.**

- Claimants' notice of deposition designations, ECF No. 394, **shall be unsealed and made publicly available.**

SO ORDERED.

Dated: January 22, 2025
   New York, New York

                         DALE E. HO
                      United States District Judge