UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>The M/Y Amadea, a Motor Yacht Bearing International Maritime Organization No. 1012531,<br><br>        Defendant. | 23 Civ. 9304 (DEH)<br><br>**MEMORANDUM ORDER** |

DALE E. HO, United States District Judge:

Before the Court are two motions from the Government seeking the same relief: a Motion to Strike the Claim, *see* ECF No. 97, and a Motion for Sanctions (filed under seal via email). Each motion seeks to strike the Claim of Claimants Eduard Khudainatov and Millemarin Investments Ltd. ("Khudainatov" and "Millemarin" and, together, "Claimants"), ECF No. 9.

Both motions are **GRANTED** as alternative bases for striking the Claim. Opinions on each Motion, explaining the Court's decisions, will issue separately. Accordingly, **IT IS HEREBY ORDERED** that Claim (ECF No. 9) is **STRICKEN**.

Having granted the Government's motion, no claimants remain in these cases. Accordingly, the Clerk of Court is respectfully directed to enter default judgment in the Government's favor. *See United States v. Real Prop. & Premises Located at 2840 S. Ocean Boulevard, Apartment No. 209 & Parking Space No. 166, Palm Beach, Fla. 33480*, No. 14 Civ. 2693, 2017 WL 1533538, at *5 (E.D.N.Y. Apr. 21, 2017) (citing Cassella, Asset Forfeiture § 9-2c., at 372 ("If the court grants a Rule G(8)(c) motion to strike, and there are no other claimants,

the court may enter judgment for the Government directly.")).

**SO ORDERED.**

Dated: March 10, 2025
       New York, New York

                                                           DALE E. HO
                                          United States District Judge