**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

                                                        23 **CIVIL** 9304 (DEH)

                -against-                                        **DEFAULT JUDGMENT**

The M/Y Amadea, a Motor Yacht Bearing
International Maritime Organization No.
1012531,

                      Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum Order dated March 10, 2025, having granted the Government's motion, no claimants remain in these cases. Accordingly, default judgment is entered in the Government's favor.

**DATED**: New York, New York
            March 11, 2025

                                                      **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

BY: 
                                                          **Deputy Clerk**