

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 14, 2025

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States of America v. M/Y Amadea, et al.*
              23 Civ. 9304 (DEH)

Dear Judge Ho:

      The Government respectfully requests that the Court enter the attached proposed Judgment of Forfeiture. As set forth in the Court's Memorandum and Order (D.E. 466), the Government's motions to strike the claim of Eduard Khudainatov and Millemarin Investments Ltd. and for case-dispositive sanctions were granted, and the Clerk has entered a Default Judgment (D.E. 469). As set forth in the attached Declaration, no other claims have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

      Accordingly, the attached proposed Judgment of Forfeiture should be entered so that the United States Marshals Service can dispose of the Defendant-*in-rem* according to law.

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney

By:    */s/ Rachael Doud*
      Rachael Doud
      Dominika Tarczynska
      Assistant United States Attorneys

                        MARGARET A. MOESER
                        Chief
                        Money Laundering and Asset Recovery Section, Criminal Division
                        U.S. Department of Justice

By:    */s/ Joshua L. Sohn*
        Joshua L. Sohn
        D. Hunter Smith
        Lindsay P. Gorman
        Trial Attorneys
        Money Laundering and Asset Recovery Section

*Encs*.