UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE M/Y *AMADEA*, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531, INCLUDING ALL FIXTURES, FITTINGS, MANUALS, STOCKS, STORES, INVENTORIES, AND EACH LIFEBOAT, TENDER, AND OTHER APPURTENANCE THERETO, <br><br> Defendant-*In-Rem*, <br><br> and <br><br> EDUARD YURIEVICH KHUDAINATOV, MILLEMARIN INVESTMENTS LTD., <br><br> Claimants. | Case No. 1:23-cv-09304 <br><br> The Honorable Dale E. Ho |

**NOTICE OF CLAIMAINTS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING THE GOVERNMENT'S MOTION TO COMPEL**

**PLEASE TAKE NOTICE** that upon the memorandum in support of this motion, Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd. hereby move this Court, before the Honorable Dale E. Ho, United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007, for reconsideration of its January 8, 2025, Order granting the government's motion to compel Mr. Khudainatov to appear for a deposition in New York City (ECF No. 407).

Dated: January 16, 2025
       New York, NY

Respectfully submitted,

FORD O'BRIEN LANDY LLP

By: */s/ Adam C. Ford*
Adam C. Ford
Robert S. Landy
Renée L. Jarusinsky
Anjula S. Prasad
Stephen R. Halpin III
275 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 858-0040 (main)
Fax: (212) 256-1047
aford@fordobrien.com
rlandy@fordobrien.com
rjarusinsky@fordobrien.com
aprasad@fordobrien.com
shalpin@fordobrien.com

*Attorney for Claimants*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice of Claimants'' Motion for Reconsideration of the Court's Order granting the government's motion to compel was served on all counsel of record via email.

Dated: January 16, 2025                                              */s/ Adam C. Ford*
                                                                                    Adam C. Ford