UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　v.<br><br>THE M/Y *AMADEA*, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531, INCLUDING ALL FIXTURES, FITTINGS, MANUALS, STOCKS, STORES, INVENTORIES, AND EACH LIFEBOAT, TENDER, AND OTHER APPURTENANCE THERETO,<br><br>　Defendant-*In-Rem*,<br><br>　and<br><br>EDUARD YURIEVICH KHUDAINATOV, MILLEMARIN INVESTMENTS LTD.,<br><br>　Claimants. | Case No. 1:23-cv-09304<br><br>The Honorable Dale E. Ho |

**NOTICE OF APPEAL BY CLAIMANTS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd., by their attorneys Ford O'Brien Landy LLP, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment of Forfeiture issued by the Court, dated March 18, 2025 [ECF No. 473], the Default Judgment entered by the Clerk of Court, dated March 11, 2025 [ECF No. 469], the Opinion and Order of the Court, dated March 10, 2025 [ECF No. 468], the Findings of Fact and Conclusions of Law issued by the Court, dated March 10, 2025 [ECF No. 467], the Memorandum Order issued by the Court, dated March 10, 2025 [ECF

No. 466], and all other orders that merge into the foregoing. *See* Fed. R. App. P. 3(c)(4)–(5).

This notice of appeal is timely filed. *See* Fed. R. App. P. 4(a)(1)(B).

Dated:  April 8, 2025
        New York, NY

Respectfully submitted,

FORD O'BRIEN LANDY LLP

By: <u>/s/ Adam C. Ford</u>
    Adam C. Ford
    Robert S. Landy
    Renée L. Jarusinsky
    Anjula S. Prasad
    Stephen R. Halpin III
    Christine Isaacs
    Bryan W. McCracken
    275 Madison Avenue, 24th Floor
    New York, NY 10016
    Tel.: (212) 858-0040 (main)
    aford@fordobrien.com
    rlandy@fordobrien.com
    rjarusinsky@fordobrien.com
    aprasad@fordobrien.com
    shalpin@fordobrien.com
    cisaacs@fordobrien.com
    bmccracken@fordobrien.com

*Attorneys for Claimants Eduard Yurievich Khudainatov and Millemarin Investments Ltd.*