UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>-v-<br><br>THE M/Y AMADEA, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531, INCLUDING ALL FIXTURES, FITTINGS, MANUALS, STOCKS, STORES, INVENTORIES, AND EACH LIFEBOAT, TENDER, AND OTHER APPURTENANCE THERETO,<br><br>         Defendant-*In-Rem*,<br><br>         and<br><br>EDUARD YURIEVICH KHUDAINATOV, MILLEMARIN INVESTMENTS LTD.,<br><br>    Claimants. | 23 Civ. 9304 (DEH)<br><br>**NOTICE OF TAXATION OF COSTS** |

      PLEASE TAKE NOTICE that the attached Bill of Costs in this action in the total amount of $25,505,894.77 will be presented to the Clerk of Court for taxation, pursuant to Federal Rule of Civil Procedure 54(d)(1), at her office at the Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be scheduled by the Clerk of Court with 14 days' notice to the parties.

Dated:  April 10, 2025
          New York, New York

                                          Respectfully submitted,
                                          MATTHEW PODOLSKY
                                          Acting United States Attorney
                                          Southern District of New York

2

By:   */s/ Rachael Doud*
      RACHAEL DOUD
      DOMINIKA TARCZYNSKA
      Assistant United States Attorneys

      MARGARET A. MOESER
      Chief
      Money Laundering and Asset Recovery
      Section, Criminal Division
      U.S. Department of Justice

By:   */s/ Joshua L. Sohn*
      JOSHUA L. SOHN
      D. HUNTER SMITH
      LINDSAY P. GORMAN
      Trial Attorneys
      Money Laundering and Asset Recovery
      Section

TO:   Adam C. Ford
      Robert S. Landy
      Amy C. Brown
      Anjula Prasad
      Brian W. McCracken
      Christina Isaacs
      Renee L. Jarusinsky
      Stephen R. Halpin

*Attorneys for Claimants*

(By ECF