**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     -v-<br><br>THE M/Y AMADEA, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531, INCLUDING ALL FIXTURES, FITTINGS, MANUALS, STOCKS, STORES, INVENTORIES, AND EACH LIFEBOAT, TENDER, AND OTHER APPURTENANCE THERETO,<br><br>     Defendant-*In-Rem*,<br><br>     and<br><br>EDUARD YURIEVICH KHUDAINATOV, MILLEMARIN INVESTMENTS LTD.,<br><br>     Claimants. | 23 Civ. 9304 (DEH)<br><br>**DECLARATION OF AUSA RACHAEL DOUD IN SUPPORT OF THE UNITED STATES'S BILL OF COSTS** |

RACHAEL DOUD, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

1. I am an Assistant United States Attorney representing the United States of America ("Plaintiff" or the "Government") in the above-captioned case with knowledge of the facts at issue in this case. This declaration is submitted in support of the Government's Bill of Costs in this matter.

2. On or about October 23, 2023, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). ECF No. 1. The Verified Complaint alleged that the

1

Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 981(a)(1)(C).

3.      On or about November 28, 2023, Eduard Yurievich Khudainatov and Millemarin Investments Ltd. (together, the "Claimants") filed a claim asserting an interest in the Defendant-*in-rem*.  ECF No. 9.

4.      On or about May 17, 2024, the Government filed a motion to strike the claim on the ground that Claimants lack standing, ECF No. 97, and subsequently filed a motion for case-dispositive discovery sanctions, ECF No. 472-9 (together, the "Motions").

5.      The Court held an evidentiary hearing on the Government's motion to strike the claim over four days beginning on January 21, 2025.  At the hearing, the parties presented live witnesses and introduced deposition testimony and documentary evidence.

6.      On March 10, 2025, the Court issued opinions: (1) granting the Government's motion to strike Claimants' claim, ECF No. 467; and (2) granting the Government's motion for sanctions and striking Claimants' claim on that basis as well, ECF No. 468. *See also* ECF 466 (striking claim and directing Clerk to enter default judgment).  The following day, March 11, 2024, the Clerk of the Court entered default judgment in the Government's favor for the reasons stated in the Court's March 10, 2025, Memorandum Order. ECF No. 469.

7.      On March 18, 2025, the Court entered the Judgment of Forfeiture in this action. ECF No. 473.

8.      The total amount the Government requests that the Clerk of Court tax as costs against Claimants is $25,505,894.77, as listed in the accompanying Bill of Costs. The Government seeks costs for the following categories of expenses: (i) hearing transcripts; (ii) depositions; (iii) witness fees, travel expenses and subsistence for witnesses; (iv) interpreting; and (v) storage

2

and maintenance for the Defendant-*in-rem* during the pendency of this litigation. In a memorandum of law filed contemporaneously herewith, the Government explains the basis for taxing as costs against Claimants the U.S. Marshals Service's expenses incurred for the storage and maintenance of the *Amadea*. Those costs are described in a separate declaration of United States Marshals Service Assistant Chief Jennifer Crane.

9. The total amount of costs for printed or electronically recorded transcripts and compensable court reporter expenses necessarily obtained for hearing transcripts for use in the case is $2,214.77. Each evidentiary hearing transcript in the below table was necessarily obtained for use in this court, including for use in preparing the post-hearing proposed findings of facts and conclusions of law ordered by the Court and for use in the closing argument on February 7, 2025. True and correct copies of invoices for hearing transcripts are attached hereto as Exhibit A. A breakdown is included below:

| Transcript (Name/Subject & Date) | Cost (Dollars) | Invoice |
|---|---|---|
| Hearing Transcript – 1/21/2025 | 275.94 | Exhibit A |
| Hearing Transcript – 1/22/2025 | 582.54 | Exhibit A |
| Hearing Transcript – 1/24/2025 | 367.92 | Exhibit A |
| Hearing Transcript – 1/27/2025 | 204.35 | Exhibit A |
| Hearing Transcript – 2/7/2025 | 784.02 | Exhibit A |
|  |  |  |
| **Total** | 2,214.77 |  |

10. The total amount of costs for printed or electronically recorded transcripts and compensable court reporter expenses necessarily obtained for deposition transcripts for use in the case is $101,524.11. Each transcript in the below table was used or received in evidence at the

evidentiary hearing occurring in this matter on January 21-22, 24, 27, 2025 and February 7, 2025, or was used by the Court in ruling on a dispositive motion in this case.  Further, the depositions below for which video costs are listed were recorded by video, and those videos were submitted to the Court as evidence, played during the hearing, and used by the Court in ruling on a dispositive motion.[1] True and correct copies of invoices for hearing transcripts and compensable deposition expenses are attached hereto as Exhibits B through W. A breakdown is included below:

| Transcript (Name/Subject & Date) | Cost (Dollars) | Invoice |
|---|---|---|
| Deposition of Martyn Messenger – 8/21/2024 (transcript)[2] | 2,091.15 | Exhibit B |
| Deposition of Martyn Messenger – 8/21/2024 (video) | 1,834.00 | Exhibit B |
| Deposition of Martyn Messenger – 8/21/2024 (reporter travel)[3] | 4,037.88 | Exhibit B |
| Deposition of Martyn Messenger – 8/21/2024 (videographer travel) | 3,160.20 | Exhibit B |
| Deposition of Damien Magee – 9/11/2024 | 2,856.52 | Exhibit C |
| Deposition of John Wolf – 9/13/2024 | 4,479.90 | Exhibit D |
| Deposition of Peter Read – 9/27/2024 (transcript) | 4,001.85 | Exhibit E |
| Deposition of Peter Read – 9/27/2024 (reporter travel) | 1,526.92 | Exhibit E |
| Deposition of Guy Bennet-Pearce – 10/2/2024 (transcript) | 1,555.55 | Exhibit F |
| Deposition of Guy Bennet-Pearce – 10/2/2024 | 1,726.00 | Exhibit F |

---

[1] Video fees have been deemed taxable where "there was an expectation among the parties that the video of the testimony might be presented at trial." *Settlement Funding, LLC v. AXA Equitable Life Ins. Co.*, No. 09 CV 8685(HB), 2011 WL 2848644, at *4 (S.D.N.Y. July 18, 2011); *see also* Fed. R. Civ. P. 30(b)(3)(A) (providing that "testimony may be recorded by audio, audiovisual, or stenographic means").

[2] Potentially sensitive information including account numbers has been redacted from certain of the invoices.

[3] For certain depositions, the Government was required to pay for court reporter and videographers' travel costs because no court reporters and videographers were available locally. Such costs are taxable necessary deposition costs.

| | | |
|---|---|---|
| (video) | | |
| Deposition of Ewan McKendrick – 10/3/2024 | 1,106.75 | Exhibit G |
| Deposition of Roger Jackson – 10/8/2024 | 386.31 | Exhibit H |
| Deposition of Adam von Poblitz – 10/21/2024 | 1,888.06 | Exhibit I |
| Deposition of Josh Walsh – 10/23/2024 (transcript) | 1,323.29 | Exhibit J |
| Deposition of Josh Walsh – 10/23/2024 (video) | 3,424.70 | Exhibit J |
| Deposition of Francois Zuretti – 11/7/2024 (transcript) | 4,462.05 | Exhibit K |
| Deposition of Francois Zuretti – 11/7/2024 (reporter travel) | 2,659.58 | Exhibit K |
| Deposition of Sean Meagher – 11/7/2024 | 2,548.31 | Exhibit L |
| Deposition of Anders Aslund – 11/8/2024 | 2,218.40 | Exhibit M |
| Deposition of Ben Turner – 11/13/2024 | 1,585.85 | Exhibit N |
| Deposition of Richard Connolly – 11/20/2024 | 4,947.45 | Exhibit O |
| Deposition of Michael Hitch – 11/22/2024 | 5,709.55 | Exhibit P |
| Deposition of Allen Vine – 12/10/2024 | 1,289.88 | Exhibit Q |
| Deposition of Radovan Cvijetic – 12/12/2024 (transcript) | 5,069.25 | Exhibit R |
| Deposition of Radovan Cvijetic – 12/12/2024 (reporter travel) | 2,416.11 | Exhibit R |
| Deposition of Eduard Khudainatov – scheduled for 12/13/2024[4] (cancellation fees) | 5,825.00 | Exhibit S |
| Deposition of Eduard Khudainatov – scheduled for 12/13/2024 (court reporter travel) | 5,506.64 | Exhibit S |
| Deposition of Eduard Khudainatov – scheduled for 12/13/2024 (videographer travel) | 6,456.40 | Exhibit S |

---

[4] While this deposition did not take place, the Court relied on this fact in granting the Government's motion for case-dispositive sanctions. *See* ECF No. 468. Additionally, Federal Rule of Civil Procedure 37(a)(5) provides that if a motion for discovery sanctions is granted "the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion."

| | | |
|---|---|---|
| Deposition of Timothy Bergen – 12/18/2024 | 1,467.40 | Exhibit T |
| Deposition of Ekaterina Azarenko Parfireva – 12/15/2025 (transcript) | 3,145.67 | Exhibit U |
| Deposition of Ekaterina Azarenko Parfireva – 12/15/2025 (video) | 5,370.70 | Exhibit U |
| Deposition of Dinar Khalikov – 12/16/2024 (transcript) | 3,024.68 | Exhibit V |
| Deposition of Dinar Khalikov – 12/16/2024 (video) | 1,496.11 | Exhibit V |
| Deposition of Peter Lurssen – 12/17/2024 | 926.00 | Exhibit W |
| | | |
| **Total** | 101,524.11 | |

11.     The total amount of costs of fees and travel for witnesses who provided testimony at the hearing, plus costs of fees and travel for the depositions of witnesses that were used or introduced into evidence at the hearing, is $3,040.04. The Government seeks $40.00 per day of testimony plus necessary travel for each witness listed below who testified at the hearing on behalf of the Government, as well as a fee for an additional witness who did not testify at the hearing but whose deposition transcript was used by Claimants at the hearing. Additionally, the Government seeks travel expenses and subsistence as applicable. A breakdown is included below:

| Witness Name and Cost | Date of Testimony | Dollar Amount | Invoice |
|---|---|---|---|
| Sean Meagher – Witness Fee for Hearing (2 days) | 1/22/2025 | 80.00 | n/a |
| Sean Meagher – Travel for Hearing | 1/22/2025 | 610.56 | Exhibit X |
| Sean Meagher – Subsistence for Hearing (meals and incidentals) | 1/22/2025 | 138.00 | n/a |
| Sean Meagher – Subsistence for Hearing | 1/22/2025 | 238.73 | Exhibit X |

| | | | |
|---|---|---|---|
| (lodging) | | | |
| Sean Meagher – Witness Fee for Deposition (2 days) | 11/7/2024 | 80.00 | n/a |
| Sean Meagher – Travel for Deposition | 11/7/2024 | 262.25 | Exhibit Y |
| Sean Meagher – Subsistence for Deposition (meals and incidentals) | 11/7/2024 | 138.00 | n/a |
| Sean Meagher – Subsistence for Deposition (lodging) | 11/7/2024 | 227.26 | Exhibit Y |
| Anders Aslund – Witness Fee for Hearing (2 days) | 1/27/2025 | 80.00 | n/a |
| Anders Aslund – Travel for Hearing | 1/27/2025 | 791.30 | Exhibit Z |
| Anders Aslund – Subsistence for Hearing (meals and incidentals) | 1/27/2025 | 138.00 | n/a |
| Anders Aslund – Subsistence for Hearing (lodging) | 1/27/2025 | 176.30 | Exhibit Z |
| Anders Aslund –Witness Fee for Deposition | 11/8/2024 | 40.00 | n/a |
| Ewan McKendrick – Witness Fee for Deposition | 10/3/2024 | 40.00 | n/a |
| | | | |
| **Total** | | 3,040.04 | |

12.    The total amount of costs for interpreter services is 1,552.54 Euros, which is

7

equivalent to $1,675.50 using the exchange rate in effect on the date of the deposition.[5] At the deposition of Francois Zuretti on November 7, 2024, a French interpreter was utilized to provide interpretation services. A true and correct copy of the invoice for interpretation services is attached hereto as Exhibit AA.

13.    The costs claimed above are allowable by law, are correctly stated, and were necessarily incurred.

Dated: New York, New York
        April 10, 2025

By:    */s/ Rachael Doud*
        RACHAEL DOUD

---

[5] https://www.cbp.gov/sites/default/files/2024-11/Daily_Currency_Notice_11-07-2024.pdf.