| | |
|---|---|
| **From:** | Smith, Hunter (CRM) |
| **To:** | Ho NYSD Chambers |
| **Cc:** | Sohn, Joshua (CRM); Gorman, Lindsay (CRM); Doud, Rachael (USANYS); Tarczynska, Dominika (USANYS); Adam C. Ford; Stephen R. Halpin III; Anjula Prasad; Robert S. Landy; Christine Isaacs; Renee Jarusinsky |
| **Subject:** | U.S. v. M/Y Amadea 23-cv-9304 - Gov"t Intended Response to ECF No. 478 |
| **Date:** | Tuesday, April 15, 2025 12:29:46 PM |

**CAUTION - EXTERNAL:**

Dear Chambers of Judge Ho:

On April 11, Claimants filed a motion to stay judgment or to require the Government to post a bond. (ECF No. 478) The Government intends to oppose the motion and to make a cross-motion for Claimants to post a bond pending appeal.

The Government understands that its response is due on April 25, per Local Civil Rule 6.1 and your Honor's Individual Civil Rule 4.b. In addition, though Claimants' motion was filed as a 4-page letter motion, the Government understands that it may file a memorandum of law (not a letter brief) in response and in support of its cross-motion, as motions for stays or to post bond are not listed as among the motions that may be filed as letter motions in Local Civil Rule 7.1(e) or in Your Honor's Individual Rules.

If this is incorrect, or if the Court would prefer that the Government's response be filed on a different timeline or in a different format, we would of course be happy to follow the Court's direction.

**D. Hunter Smith**
Trial Attorney, International Unit
MLARS, Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
(202) 355-5705 (mobile)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

The Court is in receipt of this undocketed communication from the Government. The Government is correct insofar as it may file a memorandum of law **by April 25, 2025. SO ORDERED**.

Dated: April 16, 2025
New York, New York

Dale E. Ho
United States District Judge