

U.S. Department of Justice

*950 Pennsylvania Avenue NW*
*Washington, D.C. 20530*

May 19, 2025

By ECF
The Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho:

    The Government's Reply in support of its motion for a cost bond is due May 23, 2025. Pursuant to Your Honor's Individual Rule 4(b)(ii), the Reply is limited to ten pages. The Government respectfully requests permission to file up to 15 pages (*i.e.*, five extra pages) in order to adequately brief the points raised in Claimants' Opposition brief. Notably, Claimants' Opposition effectively opposes two Government briefs: the Government's opening bond brief (ECF No. 483) and the Government's brief on storage costs (ECF No. 477-2). To fully Reply on both issues, the Government requests five extra pages.

    The Government conferred with Claimants' counsel on this request, who indicated they would consent to it only if the Government consented to Claimants filing a five-page sur-reply. The Government declined. The Government does not believe a request for five extra Reply pages should be conditioned on a sur-reply, especially when a sur-reply would extend a briefing schedule that has already gone on for over a month.

    We thank the Court for its consideration of this request.

                                                                                      Respectfully submitted,

                                                                                      JAY CLAYTON
                                                                                      United States Attorney
                                                                                      Southern District of New York

                                                                    By: */s/ Dominika Tarczynska*
                                                                                DOMINIKA TARCZYNSKA
                                                                                RACHAEL DOUD

Assistant United States Attorneys

MARGARET A. MOESER
Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

By: /s/ *Joshua L. Sohn*
JOSHUA L. SOHN
D. HUNTER SMITH
LINDSAY P. GORMAN
Trial Attorneys
Money Laundering and Asset Recovery
Section

cc: Claimants' counsel (by ECF)