

U.S. Department of Justice

950 Pennsylvania Avenue NW
Washington, D.C. 20530

August 7, 2025

**VIA CM/ECF**
Hon. Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. M/Y Amadea*, No. 23-cv-9304 (DEH)

Dear Judge Ho,

On July 30, the Government filed a motion for reconsideration of the Court's bond denial, arguing, *inter alia*, that the equities weigh in favor of requiring Claimants to post bond for the $25.6 million that the Government expended maintaining the *Amadea* after Claimants prolonged this litigation through their meritless claim. *See* ECF No. 501 at 8. Just yesterday, the Government learned of a new factual development that tips the equities even further against Claimants. Specifically, less than 48 hours after the Government formally opened the bidding period for the *Amadea*'s auction, Claimants' counsel Adam Ford made a statement to CBS News threatening to sue any purchaser of the *Amadea*, in an undisguised attempt to chill a sale of the vessel. *See* Graham Kates, "U.S. to auction seized Russian yacht worth hundreds of millions," CBS NEWS (Aug. 6, 2025):

> A lawyer for Khudaintov warned would-be bidders against buying the ship. 'We doubt it will attract any rational buyer at fair market price, because ownership can, and will, be challenged in courts outside the United States, exposing purchasers to years of costly, uncertain litigation,' Adam Ford said in a statement to CBS News.

This is a blatant attempt to impede the Government's ability to sell the Government's own property and damage the *Amadea*'s selling price. Having forced the Government to spend tens of millions of dollars maintaining the *Amadea* despite their lack of standing, Claimants are now waging a media campaign to try to further interfere with the Government's effort to liquidate it at fair market value in accordance with law and as authorized by this Court's orders. Moreover, Claimants' threat appears legally baseless: the Government is aware of no body of law that would allow Claimants to collaterally attack this Court's forfeiture judgment in a foreign tribunal

(much less do so by suing the *Amadea*'s innocent third-party purchaser).[1] Finally, Claimants' media campaign shows blatant contempt for this Court's forfeiture judgment.

The same day Mr. Ford made these threats in his statement to CBS News, he was quoted in a separate Associated Press article calling the Government's auction of the *Amadea* "improper and premature." *See* Fatima Hussein, "US is auctioning a seized $325M Russian yacht with 8 state rooms, a helipad, a gym and a spa," ASSOCIATED PRESS (Aug. 6. 2025). Of course, Mr. Ford's assertion is false: the Court did not stay its forfeiture judgment, and it is neither "improper" nor "premature" for the Government to sell the vessel. Mr. Ford's language can only be understood as another attempt to frustrate the *Amadea*'s auction by spreading false accusations about the auction's legitimacy.

In denying the Government's motion to require Claimants to post a bond, the Court held that "the equities in this circumstance do not counsel in favor of the imposition of a bond." ECF No. 500 at 6. As explained in the Government's motion for reconsideration, the Government respectfully submits that this conclusion was incorrect when made. Claimants' recent media campaign tips the equities even further against Claimants.

Respectfully Submitted,

JAY CLAYTON
United States Attorney
Southern District of New York
U.S. Department of Justice

By: */s/ Dominika Tarczynska*
DOMINIKA TARCZYNSKA
RACHAEL DOUD
Assistant U.S. Attorneys
Southern District of New York

MARGARET A. MOESER
Chief
Money Laundering and Asset Recovery
Section, Criminal Division
U.S. Department of Justice

By: */s/ Joshua L. Sohn*
JOSHUA L. SOHN
LINDSAY P. GORMAN
Trial Attorneys

---

[1] To underscore the baselessness of Claimants' threat, Claimants do not know the identity of the *Amadea*'s future purchaser and thus could not determine the list of countries where such party would even be subject to jurisdiction.

Money Laundering and Asset Recovery Section

cc: Claimants' counsel (by ECF)