**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23 Civ. 9304 (DEH) |
| Plaintiff, | |
| -v- | |
| THE M/Y AMADEA, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531, INCLUDING ALL FIXTURES, FITTINGS, MANUALS, STOCKS, STORES, INVENTORIES, AND EACH LIFEBOAT, TENDER, AND OTHER APPURTENANCE THERETO, | |
| Defendant-*In-Rem*, | |
| and | |
| EDUARD YURIEVICH KHUDAINATOV, MILLEMARIN INVESTMENTS LTD., | |
| Claimants. | |

**GOVERNMENT'S NOTICE OF TAXATION OF COSTS**

PLEASE TAKE NOTICE that the attached Bill of Costs in this action in the total amount of $25,860,936.55 will be presented to the Clerk of Court for taxation, pursuant to Federal Rule of Civil Procedure 54(d)(1), at her office at the courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be scheduled by the Clerk of Court with 14 days' notice to the parties. To contextualize the attached Bill of Costs and identify all supporting papers, Plaintiff United States of America ("the Government") provides the following background:

After the district court granted final judgment to the Government on March 18, 2025, the Government filed an application for taxable costs on April 10, 2025. The documents supporting

that application comprised Docket Entry Nos. 476 and 477, including their subparts (Dkt. 476-1 through 476-29 and Dkt. 477-1 through 477-2). The Clerk rejected the Bill of Costs on April 11, 2025, on the grounds that Claimants had lodged an appeal of the district court judgment. The Clerk stated: "The filer must wait until the appellate court has issued the mandate. Please refile the Bill of Costs Notice of Taxation within 30 days of entry of the mandate in the Southern District of New York."

On June 1, 2026, the Second Circuit affirmed the district court judgment, and the mandate issued on July 29, 2026. (Dkt. 507). Accordingly, the Government now re-seeks taxable costs. The documents supporting the Government's renewed costs application are the same documents that supported the original 2025 application, with two small differences. First, the Declaration of Jennifer Crane (Dkt. 477) has been supplemented with a new Second Declaration of Jennifer Crane that addresses the *Amadea*'s pro-rated maintenance costs bill from March 1, 2025 until the district court judgment on March 18, 2025. The new Crane Declaration is filed contemporaneously with this Notice of Taxation of Costs. Second, the new Crane Declaration attaches the March 2025 maintenance costs bill for the *Amadea*. Other than those updates, the support for this Notice of Taxation of Costs comprises the same documents filed in April 2025 (Dkts. 476 and 477, including their various subparts).

Finally, when the Government previously sought taxable costs in April 2025, the parties extensively briefed the core disputed issue of whether the *Amadea*'s maintenance costs are taxable. *See* Dkt. 477-2; Dkt. 491 at 10-21; Dkt. 496 at 2-7. The Government incorporates by reference that prior briefing.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York
U.S. Department of Justice

By:    */s/ Jennifer Jude*
JENNIFER JUDE
DOMINIKA TARCZYNSKA
RACHAEL DOUD
Assistant United States Attorneys

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By:      */s/ Joshua L. Sohn*
JOSHUA L. SOHN
LINDSAY P. GORMAN
Trial Attorneys

3