**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       -v-<br><br>THE M/Y AMADEA, A MOTOR YACHT BEARING INTERNATIONAL MARITIME ORGANIZATION NO. 1012531, INCLUDING ALL FIXTURES, FITTINGS, MANUALS, STOCKS, STORES, INVENTORIES, AND EACH LIFEBOAT, TENDER, AND OTHER APPURTENANCE THERETO,<br><br>       Defendant-*In-Rem*,<br><br>       and<br><br>EDUARD YURIEVICH KHUDAINATOV, MILLEMARIN INVESTMENTS LTD.,<br><br>      Claimants. | 23 Civ. 9304 (DEH)<br><br>**SECOND DECLARATION OF USMS ASSISTANT CHIEF JENNIFER CRANE IN SUPPORT OF THE UNITED STATES'S BILL OF COSTS** |

I, Jennifer Crane, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, as follows:

1. I am Assistant Chief in the Personal Property Unit of the Asset Forfeiture Division of the U.S. Marshals Service ("USMS"). I had responsibility for managing the maintenance and upkeep of the M/Y *Amadea* while it was in USMS custody.

2. While the *Amadea* was in USMS custody, it was maintained by USMS's contractor National Maritime Services, Inc. ("National Maritime"). National Maritime, in turn, subcontracted with suppliers and shipyards, paid berthing fees and insurance premiums, and hired and managed a crew as necessary to store, preserve and maintain the *Amadea*.

3. National Maritime generally billed the USMS for services in connection with the

1

*Amadea* on a monthly basis. It submitted the invoice for a given month (also known as a "period of performance") after the end of that month. The USMS certified each invoice and disbursed payments through the U.S. Treasury Department.

4.      I previously submitted a Declaration on April 10, 2025 (Dkt. 477) regarding the costs incurred by the USMS in maintaining the *Amadea*. As explained in that Declaration and supported by documentation (Dkt. 477-1), the USMS expended "$25,397,439.99 + TBD prorated March 2025 invoice" to maintain the *Amadea* from Sept. 8, 2022 through March 18, 2025. Dkt. 477 at 6. Except as expressly stated herein, I incorporate by reference all statements from my April 2025 Declaration and all documents attached thereto.

5.      At the time of my April 2025 Declaration, National Maritime's March 2025 invoice was not yet available. Now it is available and has been paid by the USMS. A true and correct copy of that invoice is attached hereto. As shown by the attached invoice, the *Amadea*'s March 2025 maintenance costs were $611,460.84. Pro-rated for the time period from March 1, 2025 through March 18, 2025, this equals $355,041.78. Accordingly, the *Amadea's* maintenance costs from Sept. 8, 2022 through March 18, 2025 totaled **$25,752,481.77** ($25,397,439.99 + $355,041.78).

6.      The costs stated above reflect the USMS's actual expenses incurred during the relevant period of performance, are correctly stated and were necessarily incurred for the "keeping" of the *Amadea*, including "storage, moving, boat hire, or other special transportation, watchmen's or keepers' fees, [and] insurance." 28 U.S.C. § 1921(a)(1)(E).

Dated: August 12, 2026

By:      _____
         JENNIFER CRANE

2