UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br>Plaintiff(s),<br>v.<br>The M/Y Amadea, a Motor Yacht Bearing International Maritime Organization No. 1012531, Including All Fixtures, Fittings, Manuals, Stocks, Stores, Inventories, and Each Lifeboat, Tender, and Other Appurtenance Thereto,<br>Defendant(s). | 23-CV-9304 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Former Claimants timely object to the Government's Notice of Taxation and Costs. ECF No. 509. By **September 11, 2026** the Government shall file any response to Former Claimants' objections. The response shall not exceed 10 pages and shall adhere to Individual Rule 4(c).

SO ORDERED.

Dated: August 27, 2026
New York, New York

DALE E. HO
United States District Judge